05cv102KAJ

Merit Building East
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947
March 4, 2005



FILED
MAR -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Shamsidin Ali v. Warden Rick Kearney
Deputy Warden Mike Deloy, S/Lt. Earl
Messick, S/Lt, Joseph Johnson, and
Cpl. Fisher

Dear Sir or Madam:

On or about February 18, 2005, the orginal and eight copies of the above-entitled were sent to this Court. I'd requested to be permitted to pay filing fee in reference to 42 U.S.C. 1983 action in three installments.

I had also requested the Court to acknowledge receipt of this action. Having not heard anything deemed it proper to bring to attention of the Court.

Please advise status of same, and civil action number, so can commence paying filing fee.

Sincerely,

Shamsidin Ali, 052590
a/k/a/ Robert Saunders

SA:sa
xc: File