OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2005

TO: Shamsidin Ali
SBI #052590
SCI

**RE: Return of Check #1952, Sussex Correctional Program Account; CA 05-102 KAJ**

The Clerk's office is in receipt of the above mentioned check and accompanying letter, both enclosed herein. Please be advised, the Clerk is unable to accept this payment towards the filing fee in civil action 05-102 KAJ.

Pending before the Court is a motion filed by you to proceed *in Forma Pauperis*. (DI 2) A filing fee will not be assessed in this case until the pending motion is ruled upon. The Clerk cannot accept partial payment in a civil action until a filing fee order has been issued. Therefore, the submitted check must be returned to you.

Should your motion for pauper status be granted, an initial filing fee will be assessed by the Court. If you choose, payment in excess of any required monthly fee may then be submitted to the Clerk. Should you choose to pay the entire filing fee of $250.00 before the Court rules upon the outstanding motion, you may do so by sending a check or money order made payable to the Clerk, US District Court to the address listed above. Again, the Clerk cannot accept partial payment of the filing fee until a fee has been assessed by order of the Court.

Sincerely,

/btg

PETER T. DALLEO
CLERK

Encl: As noted, Docket Sheet
cc: ✓ The Honorable Kent A Jordan; CA 05-102 KAJ
SCI Business Office

☐ ORIGINAL

Merit Building East
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947
March 7, 2005



RECEIVED
MAR 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:  1:05-cv-00102 Masjid Ullah/Ali

Dear Sir or Madam:

    Enclosed is check in the amount of $105.00 to address fees, concerning above-entitled.

    A receipt for same is most appreciated.

Sincerely,

*Shamsidin Ali*
Shamsidin Ali, 052590

SA:sa
 xc:  Imam Rudolph Ali - Masjid AL Kathur

