Merit Building East
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947
April 7, 2005



FILED
APR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: <u>1:05-cv-00102-UNA Ali et al v. Howard et al</u>

Dear Sir or Madam:

    We would like to know if this office has received check in amouth of $150.00 filing fee for the above entitled.

    There was request for same to be mailed over a week ago.

    Thank you for your time and consideration.

Sincerely,

Shamsidin Ali, 052590

SA:sa

I/M: Shamsidin Ali   BLDG: Merit East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

U.S. POSTAGE $00.370
APR 08 05
PB2230370
1825 7952 4895
FROM ZIP CODE 19947

U.S.M.S.
X-RAY

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE      19801