IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    C.A. No. 1:05-cv-00102-KAJ
                                        )
                                        )
PAUL HOWARD, WARDEN RICK KEARNEY,  )
DEPUTY WARDEN MIKE DELOY, S/LT      )
EARL MESSICK, S/LT JOSEPH JONHSON,  )
and CPL. FISHER.                        )
                                        )
            Defendants.                 )

MOTION FOR ENLARGEMENT OF TIME

PURSUANT TO Federal Rules of Civil Procedure, plaintiffs more for enlarg-

ment of time, to pay filing fee for the following reasons:

1.  It never was the intention of the plaintiffs, to attempt to file

this litigation in forma paupersi status.

2.  The plaintiffs had forward partial filing fees, had intended to file

additional $50.00 a week later.  There plaintiss were not aware filing fee for

such action, had been raised to $250.00.

3.  It was conveyed to plaintiffs on April 8, 2005 by Helen Lowman, Support

Service Administrator and approved by Deputh Warden Mike Deloy (Defendant) in

this action, our funds generated from the sale of bean pies could not be used

for such action.

4.  Never has defendant ever informed plaintiffs, their funds couldn't

be used for such actions. The camera project which sponsored by the christian

group, able to utlize profits from this project in any manner they see fit.

5.  This court has entered order that filing fee be paid by Mary 13, 2005.

6.  In light that are Muslims in society, and those that are members of Masjid Al Kauthar (2102 Northeast Blvd., Wilm, DE 19802) that are interested in assisting the plaintiffs.

WHEREFORE, plaintiff request this court to enter order, filing fee has to be paind by June 13, 2005.

Dated:  April 18, 2005

SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
Merit East - SCI
Post Office Box 500
Georgetown, DE  19947

*Beginning All things with the illustrious name of Allah, the Most Beneficent, the Most Merciful*

# MASJID ULLAH, INC.

Rudolph Ali, Imam/Liaison
Mansa Munir, Resident Imam
Shamsidin-Ali (Robert Saunders) – Sheikh – Admin. Affair
Adl Abdul-Hagg, (Eric Darling), Asst. Imam

Sussex Correctional Institution
P.O. Box 500
Georgetown, DE. 19947

Tax Exempt. No.
EIN-51-0392945

April 11, 2005

TO:     Helen Lowman, Support Service Administrator
        Sussex Correctional Institution

FROM:   I/M Sheikh Shamsidin Ali
        a/k/a/ Robert Saunders

RE:     MASJID ULLAH, INC. ACCOUNT

This letter is in response to your memo, dated April 28, 2005.

Historically, we have utilized the expenditure of our funds for matters deemed proper to the best interest of masjd. The aforemention covered the cost of incorporation, and legal fees concerning previous litigation.

The litigation in question, directly involves the masjid and the continued interference with the practice of our religion. Please provide copy of specific Department of Corrections Administration Regluations governing expenditures from inmate program account. We complyed with your request, to close our outside bank account. It was never stated, the closing of same, would result in you attempting to govern how we spend our funds.

There had been previous check sent to U.S. District Court in the amount of $105.00, which was insufficient to cover cost. So there was correct pay-to submitted for same litigation. Any questions as to what our funds can be spent for can be confirmed by "Imam Rudolph Ali" (302-654-5290)

SSA:ssa
Encl.
xc:  Imam Rudolph Ali
     Carlin Talib Saafir, Esq.
     File

April 8, 2005


Robert Saunders
Merit Building

Mr. Saunders,

You have submitted a pay-to in the amount of $150.00 payable to Clerk of the Court for filing fees.
You are requesting the funds from the Masjid Ullah, Inc. Account (Bean Pie Project) to pay for the
filing fees.  Why are you using these funds?  I spoke to the Deputy Warden and he agreed the
program funds can not be used in this manner.

If you have any questions, please contact Deputy Warden Deloy.

Helen Lowman
Support Service Administrator


xc: Deputy Warden Deloy
    File


ATTN:   MASJID ULLAH, INC. ACCOUNT

                                                        DATE: March 24, 20 05
# 34-B (SCI)

                                                        AMOUNT: $ 150:00
PAY TO: CLERK OF THE COURT - Case # 1:05-cv-00102                          00/ 00

THE SUM OF: ONE HUNDRED AND FIFTY DOLLARS----------------- & CENTS
                    (PLEASE CHARGE TO MY ACCOUNT)      Robert Saunders

ADDRESS TO WHOM SENT:
U.S. District Court          SBI# RECEIVED          _____
J. Caleb Boggs Federal Bldg.                            (SIGNATURE)
844 N. King Street                                   c/w - [signature]
Wilmington, DE 19801             MAR 3 0 2005        (WITNESS: OFFICER IN CHARGE)

                            SCI BUSINESS OFFICE

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00102-KAJ
### Internal Use Only

Ali et al v. Howard et al
Assigned to: Honorable Kent A. Jordan
Demand: $30000
Related Cases: 1:00-cv-00804-RRM
              1:01-cv-00195-KAJ
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/22/2005
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil
Rights
Jurisdiction: Federal Question

### Plaintiff

**Shamsidin Ali**
*also known as*
Robert Saunders

represented by  **Shamsidin Ali**
SBI #052590
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
PRO SE

### Plaintiff

**Masjid Ullah Inc.**

V.

### Defendant

**Adult Bureau Chief Paul Howard**

### Defendant

**Warden Rick Kearney**

### Defendant

**Deputy Warden Mike DeLoy**

### Defendant

**Lt. Earl Messick**

### Defendant

**Lt. Joseph Johnson**

### Defendant

**Cpl. Fisher**

RECEIVED
MAR 21 2005
SCI BUSINESS OFFICE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2005 | ◑1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against |

5.   Leave to proceed in forma pauperis is **denied**.  However,
plaintiff is given thirty days from the date this order is sent
to pay the $250.00 filing fee.  If plaintiff doesn't pay the
filing fee within that time, the complaint shall be dismissed
pursuant to 28 U.S.C. § 1915(g).

DATED:  4/12/05

_____
UNITED STATES DISTRICT JUDGE

I/M: Shamsidin Ali    BLDG: Merit East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE    19947

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE

19801

U.S. POSTAGE    PB22250370
$00.600    APR 18 05
FROM ZIP CODE    19947

1555
7982
7095