IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMISDIN ALI, aka, ROBERT SAUNDERS, and MASJID ULLAH, INC, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL HOWARD, RICK KEARNEY, MIKE DELOY, EARL MESSICK, JOSEPH JOHNSON, and CPL. FISHER, <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 05-102-KAJ ) ) ) ) ) ) ) |

**ORDER**

WHEREAS, the plaintiff is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on February 22, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983 (D.I. 1);

WHEREAS, on April 11, 2005, the court entered an order denying leave to proceed in forma pauperis because the plaintiff has had eight prior suits dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted and the instant complaint does not allege an imminent threat of physical injury (D.I. 6);

WHEREAS, the Court ordered the plaintiff to pay the $250 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, on April 19, 2005, the Court received the plaintiff's "Motion for Enlargement of Time" which the Court construes as a motion for reconsideration (D.I. 8);

WHEREAS, the plaintiff alleges that he did not intend to request leave to proceed in forma pauperis rather, he wished to pay the filing fee in installments (Id.);

WHEREAS, the Prisoner Litigation Reform Act of 1995 does not allow inmates with three or more "strikes" to pay the filing fee in installments, unless the inmate is in imminent danger of serious physical injury or death, see 28 U.S.C. § 1915(g);

WHEREAS, the plaintiff does not allege that he is in imminent danger of serious physical injury or death;

THEREFORE, at Wilmington this 13th day of June, 2005, IT IS ORDERED that the plaintiff's request is DENIED. The plaintiff shall pay the filing fee of $250.00 within thirty (30) days from the date this order is sent. If the plaintiff fails to pay the $250.00 in the time provided, then the Court shall dismiss the action without prejudice.

United States District Judge