Bldg. 21 WCC
1181 Paddock Road
Smyrna, DE 19977
June 17, 2005

FILED
JUL -1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: Shamsidin Ali v. Paul Howard, et al.
    Civil Action No. 05-102-KAJ

Dear Sir or Madam:

  I am request the complaints Filed be returned, in order correction be made.

  Would like the Court to make note of Address change. When transfered to this facility on June 10, 2005, commissary fund not transfered with me.

  In order to comply with Courts recent order, requesting this office advise Warden Rick

Clerk of the Court
June 17, 2005
Page 2 of 2


Kearney - Sussex Correctional Institution, P.O. Box 500, Georgetown, DE 19977. Currently, in isolation setting, don't have access to copying, personals etc..

The courts attention to this matter most appreciated.


Sincerely,

Shamsidin Ali, 052590
A/K/A Robert Saunders

