DCC - Bldg. 21C
1181 Paddock Road
Smyrna, DE 19977
July 6, 2005

Clerk of Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

05-102 (KAJ)

Re: Ali, et al. v. Howard, et al.



FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir or Madam:

Being unable to secure additional paper or copy, submitting one copy. As result of not having access to staples, secured via toothpaste.

Would like motion presented to Court at earliest.

Sincerely,

Shamsidin Ali, 052596
AKA Robert Saunders
Encl.

P.S. Requesting this office acknowledge receipt of same.

Shamsidin Ali
AKA Robert Saunders
I/M Robert Saunders
SBI# 052590   UNIT 2/C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Legal Mail

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

U.S. POSTAGE $0.60
SMYRNA DE JUL 7 '05