In The United States District Court

For The District of Delaware

Shamsidin Ali, AKA
Robert Saunders, et al.,

    Plaintiff,

v.                                           Civ. No. 05-102-KAJ

Paul Howard, et al.,

    Defendants

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment of Counsel

Pursuant to Federal Rules of Civil Procedure plaintiff moves Court Appoint Counsel for Following Reasons:

1. Issues Raised in Attached Affidavit and may save plaintiff's life.

Shamsidin Ali
Shamsidin Ali, 052590
AKA Robert Saunders
Bldg. 21C - ACC
1181 Paddock Road
Smyrna, DE



Shamsidin Ali
A/K/A
I/M Robert Saunders
SBI# 052590   UNIT 21C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Legal Mail

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801