Delaware Correctional Center
Building 21 C
1181 Paddock Road
Smyrna, DE 19977
July 16, 2005

Clerk of the Court
United States District Court
United States Courthouse
844 N. King Street
Wilmington, DE 19801

Re: Shamsidin Ali (A/K/A Robert Saunders, et al. v. Howard, et al.
    Case No. 1:05-cv-00102-KAJ

Dear Sir or Madam:

   Enclosed is check in Amount of $250.00 to cover Filing Fee, in Reference to Above entitled.

Sincerely,

Shamsidin Ali, 052590
A/K/A Robert Saunders

Encl.

Sheikh Thompson a/k/a
I/M a/k/a Robert Saunders
SBI# 052590 UNIT 2L-C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801