Delaware Correctional Center
Building 21C
1181 Paddock Road
Smyrna, DE 19977
July 25, 2005

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



RE: Ali, et al. v. Howard, et al
    Case No. 1:05-cv-00102-KAJ

Dear Sir or Madam:

I would like to know, has this office received filing fee in reference to above-entitled.

Sincerely,

Sheikh Shamsidin Ali, 052590
A/K/A Robert Saunders

Encl.

Sheikh Shamsiddin Ali
I/M A/K/A Robert Saunders
SBI# 052590   UNIT 21C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
JUL 26 2005
MAILED FROM ZIPCODE 19977

S.M.S. X-RAY