To: Business Manager – DCC

From: I/M Robert Saunders, 052590-C21-Upper 8

Date: July 18, 2005

RE: Pay-to

On July 12, 2005 gave Sgt. Razo, two letters with pay-to affixed to envelopes.

The First in Amount of $250.00 made payable to United States District Court - Delaware For Filing Fee.

The Second in Amount of $175.00 made payable to Nicole R. Saunders.

Upon receiving commissary today, note aforementioned not removed from account.

cc: Clerk of the Court