OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2005

TO:   Robert Saunders
      SBI# 052590
      DCC
      1181 Paddock Road
      Smyrna, DE 19977

**RE: *Status of case; 05-102(KAJ)***

Dear Mr. Saunders:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:   The Honorable Kent A. Jordan
enc.  Docket Sheet

(16)

Delaware Correctional Center
Building 21C
1181 Paddock Road
Smyrna, DE 19977
July 25, 2005

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



RE: Ali, et al. v. Howard, et al
Case No: 1:05-cv-00102-KAJ

Dear Sir or Madam:

I would like to know, has this office received filing fee in reference to above-entitled.

Sincerely,

Sheikh Shamsidin Ali, 052590
A/K/A Robert Saunders

Encl.