Delaware Correctional Center
Building 21C
1181 Paddock Road
Smyrna, DE 19977
September 16, 2005

Clerk of the Court
United States District Court
J Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Shamsidin Ali v. Dept of Corr, et al
    Civil Action No. 05-102-KAJ

Dear Sir or Madam:

As result of suffering with the following: High Blood Pressure (severe case); Degenerate Disc Disease, Heart Issues; Gout (severe case); Chronic Lacunar Lesion of the Brain; and severe Headaches. Should either become incommunicado or die, have instructed children to carry-on with litigation.

Therefore, as result of aforementioned illness, wanted Amended complaint on file. This would enable for my children to have clear understanding of issues and those involved.



Sheikh Shamirdis Ali
IM A/K/A Robert Saunders
SBI# 578 Unit VCC
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE

[Postmark: SEP 19 2005 WILMINGTON DE 19850]

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

[Stamp: U.S.M.S. X-RAY]