Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
December 7, 2005

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Court
844 N. King Street
Wilmington, DE 19801

FILED
DEC 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Shamsidin Ali, et al v. Paul Howard, et al
     C.A. No. 1:00-cv-00195-KAJ
     Status Report

Dear Sir or Madam;

I am requesting status of above-entitled.

Thank you for your time and assistance.

Sincerely

Sheikh Shamsidin Ali, 052590
n/k/a Robert Saunders

Sheikh Namsirin Ali
I/M A/K/A Robert Saunders
SBI# 052590  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Legal Mail