OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 15, 2005

TO:  Shamsidin Ali
     SBI #052590
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:*  **Status Letter; 05-102(KAJ)**

Dear Mr. Ali:

   This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case. Please be aware that the correct case number is 05-102.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Kent A. Jordan

CA 05-102 KAT

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
December 7, 2005

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Court
844 N. King Street
Wilmington, DE 19801

FILED
DEC 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:    Shamsidin Ali, et al v. Paul Howard, et al
        C.A. No. 1:00-cv-00145-KAJ
        Status Report

Dear Sir or Madam;

    I am requesting status of above-entitled.

    Thank you for your time and assistance.

Sincerely

Sheikh Shamsidin Ali, 652596
a/k/a Robert Saunders