IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI a/k/a<br>Robert Saunders, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADULT BUREAU CHIEF PAUL<br>HOWARD, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 05-102-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 29th day of December, 2005;

IT IS ORDERED that Shamsidin Ali's motion for appointment of counsel (D.I. 13) is DENIED without prejudice to renew. Ali, a *pro se* litigant proceeding *in forma pauperis*, has no constitutional or statutory right to appointed counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). It is within this court's discretion, however, to appoint plaintiff an attorney, but only "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff] resulting from [plaintiff's] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." *Smith-Bey v. Petsock*, 741 F.2d 22, 26 (3d Cir. 1984); *accord Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993) (representation by counsel may be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit in fact and law). Having reviewed plaintiff's complaint, the court finds that his allegations are not of such a complex nature

that representation by counsel is warranted at this time.

_____
United States District Judge