D.C.C. - Bldg. W
1181 Paddock Road
Smyrna, DE 19977
January 11, 2006


The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801


Re: Ali, et al, v. Howard, et al
    C.A. No. 1:01-cv-04195-KAJ

FILED

JAN 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Jordan:

      In view motion for counsel recently
denied, I deemed it proper to present
facts that this case had emergency status.
The court errored when stated complaint filed
in forma pauperis. Filing fee paid by
Nicole and Robert Saunders, Jr.


      On December 13, 2005, called to infirmary
concerning grievance. When showed Nurse Rawness
of buttock and massive sore. She immediately
taken me to Dr. Velaso (part-time physician),
who stated how long have you been in
this shape. I'd been attempting to have
problem seen by a doctor for seven (7)

Hon. Kent A. Jordan

Page 2

January 10, 2006

months. Dr. Veloso, ordered following day two culturals taken from sores, and biopsy taken and commence immediatly various bacterial infective medications. On January 10, 2006 called to infirmary, upon arrival met with Dr. R. Brad, who wanted to discuss results from cultural and biopsy. Informed suffering with Staphylococcus Aureus (staph), as result having not been treated for so long had other infections.

Immediately, commence medication twice a day. I was informed my infection can cause different kind of illness, including skin infection, bone infections, pneumonia, severe like threating bloodstream infections and others. This case warranted counsel, because in fact most complex, how was I permitted to suffer seven months pain receiving treatment. Have problem holding pen as result of joint problems in hands. Plus sores on buttock, will not permit to sit long.

Would also like this letter be treated as formal motion for your disqualification, and case transferred to Philadelphia.

Hon. Kent R. Jordan

Page 3

January 14, 2006

When individual (Judge) don't even attempt
to check truthfulness of emergency, don't
feel can be fair. The Courts attention
most appreciated.

Sincerely,
Cheikh Shamsidiu Ali, 052590
A/K/A Robert Saunders


P.S. All medical personal agree, need
be seen by dermatologist.





Sheikh Shems Niw Ali
I/M B/K/a Robert Crawders
SB# 052590   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801

19802+3607