Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
February 9, 2006

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Form USM-285

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir or Madam:

I am requesting this office acknowledge receipt of the above-entitled forms.

Attempted to send certified mail, return receipt requested. I was willing to pay cost for this service.

Sincerely,
Shamsidin Ali 052590
a/k/a Robert Saunders

Encl.