OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 24, 2006

TO: Shamsidin Ali
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **U.S. Marshal 285 Forms**
*Civil Action #05-102(KAJ)*

Dear Mr. Ali:

Please be advised that this office has received 285 forms for all the defendants except for Delaware Department of Corrections and Cpl. Fisher. Please submit 285 forms for the above mentioned defendants.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan