Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
February 28, 2006

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Ali v. Howard, et al.
    Civ. No. 05-102-KAJ
    Memorandum Order

Dear Sir or Madam:

    Per above-entitled order, enclosed thirteen (13) copies of original complaint. The amended complaint will be filed separately.

Sincerely,
Robert Saunders, 052590

Encl.

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Robert Saunders
SBI# 052590 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19801