Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

March 13, 2006

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Re:   Ali v. Howard, et al
      Civ. No. 05-102-KAJ

Dear Sir or Madam:

I would like to know, if this office has received, sufficient amount of original and amended complaints.

The aforemention is complying with Memorandum Order, dated February 1, 2006.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

FILED
MAR 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Shamsidin Ali
SB#: 152590   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of this Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE
19801