

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2006

**Shamsidin Ali**
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> *RE:* **Letter Received Dated 3/13/06**
> Ali, et al., v. Howard, et al
> CA 05-102 KAJ

Dear Mr. Ali:

This office received a letter from you requesting the status of your case. Copies of your Complaint and Amended Complaint were forwarded to the U.S. Marshal on 3/8/06 for service upon defendants. You will be advised by the Court as to further developments in your case. A copy of your docket sheet is enclosed.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
cc: Honorable Kent A. Jordan