IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL HOWARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 05-102-KAJ ) ) ) ) ) |

### ORDER

WHEREAS, plaintiffs Shamsidin Ali, a/k/a Robert Saunders, and Masjid Ullah, Inc. appeared *pro se* and filed a complaint and an amended complaint pursuant to 42 U.S.C. § 1983 (D.I. 1, 19);

WHEREAS, on February 1, 2006, an order was entered advising Masjid Ullah, Inc., that because it is a corporation, it is not permitted to appear *pro se* (D.I. 24);

WHEREAS, the February 1, 2006, order gave Masjid Ullah, Inc. thirty days to obtain counsel, and it was warned that failure to do so would result in its dismissal from the case;

WHEREAS, the thirty days have passed, counsel has not appeared on Masjid Ullah, Inc.'s behalf, and it continues to appear *pro se*;

THEREFORE, at Wilmington this 16th day of March, 2006, IT IS ORDERED that Masjid Ullah, Inc. is dismissed as a party in this action for failure to comply with the Court's February 1, 2006, order.

UNITED STATES DISTRICT JUDGE