## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, | : | |
| | : | C.A. No. 05-102 KAJ |
| Plaintiff, | : | |
| | : | TRIAL BY JURY OF |
| v. | : | TWELVE DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter my appearance on behalf of defendant, Correctional Medical Services, Inc. in the above-captioned matter.

                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN

                              BY:   */s/ Kevin J. Connors*
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant,
                                    Correctional Medical Services, Inc.

DATED:  May 9, 2006

\15_A\LIAB\KJCONNORS\LLPG\351503\VLLUCAS\13252\15000