**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, | : | |
| | : | C. A. 05-102 KAJ |
| Plaintiff, | : | |
| | : | TRIAL BY JURY OF |
| v. | : | TWELVE DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC. et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the  **ENTRY OF**

**APPEARANCE** have been served by E-File and Regular Mail to the following:

Shamsidin Ali
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY:  _/s/ Kevin J. Connors_
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendant,
       Correctional Medical Services, Inc.

DATED:  May 9, 2006

\15_A\LIAB\KJCONNORS\LLPG\351605\VLLUCAS\13252\15000