Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

May 12, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE:   Saunders v. Taylor, et al.
      Civ. Act. No. 05-102-KAJ
      Motion for Appointment of Counsel

Dear Judge Jordan:

    As result of one's continued physical deterioration, due to untreated Methicillin-Resistant Staphylococcus Aureus (MRSA). I am requesting that the court schedule a hearing on motion at earliest. In December 2005, Dr. Roberta Burns, wrote an order addressing my need to be seen by dermatologist. Since aforementioned date three other doctors (Veloso, Menniger and Drust) have written the same request.

    The infection has continued to spread, larger abscesses, changes in skin coloration, fungus type material on body and bone problems have developed. Each doctor has stated that based on the seriousness of the surface problems internal organ damage and bone damage is eminent; probably accounts for aching in legs. Each doctor stated MRSA not area of expertise, and medication prescribed has not fully addressed problems. Counsel would provide needed legal expertise, in filing motion for expert and motion to facilitate needed treatment.

    Should defendants be in opposition, produce plaintiff before court for evidentiary/disclosure hearing. My body will produce picture that words will never began to paint. Or is it the position, MRSA left untreated will result in one's death.

Sincerely,

Robert Saunders, 052590

Encl:   Motion for Appointment of Counsel
cc:     Carl Danberg, Attorney General
        Clerk of the Court
        File