# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  C. A. No. 05-102-KAJ |
| PAUL HOWARD, et al., | ) ) ) |
| Defendants. | ) |

## STATE DEFENDANTS' ANSWER TO
## THE SUPPLEMENTAL AND SECOND AMENDED COMPLAINT

COME NOW the State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Delaware Department of Correction, Anthony J. Rendina, and Stanley Taylor ("State Defendants"), by and through the undersigned counsel, and hereby answer the Supplemental and Second Amended Complaint:

1.  Admitted.

2.  State Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

3.  Denied.

4.  Admitted that, as of the date of the filing of this Answer, Defendant Stanley Taylor is the Commissioner of the Delaware Department of Correction ("DOC").

5.  Admitted that, as of the date of the filing of this Answer, Defendant Rick Kearney is the Warden at Sussex Correctional Institution ("SCI").

6. Admitted that, as of the date of the filing of this Answer, Defendant Thomas Carroll is the Warden at Delaware Correctional Center ("DCC").

7. Admitted that, as of the date of the filing of this Answer, Defendant Mike Deloy is a Deputy Warden at SCI.

8. Admitted that, as of the date of the filing of this Answer, Defendant Earl Messick is a Staff Lieutenant at SCI.

9. Admitted that, as of the date of the filing of this Answer, Defendant Joseph Johnson is a Staff Lieutenant at SCI.

10. Admitted that, as of the date of the filing of this Answer, Defendant Anthony Rendina is the Inmate Classification Administrator for the Bureau of Prisons, Department of Correction.

11. Admitted that, as of the date of the filing of this Answer, Defendant Paul Howard is the Chief of the Bureau of Prisons, Department of Correction.

12. Denied.[1]

13. Admitted that, as of the date of the filing of this Answer, Defendant Fisher is a Correctional Corporal at SCI. Denied that Defendant Fisher is a supervisor.

14. Admitted that, as of the date of the filing of this Answer, Jane Morgan is a Correctional Officer at DCC. Denied that Jane Morgan is a supervisor.[2]

15. This paragraph of the Complaint is not directed to State Defendants and therefore no response is required.

---

[1] This response does not constitute waiver of any defenses available to C. Segars, who has not been served in this action.
[2] This response does not constitute waiver of any defenses available to Jane Morgan, who has not been served in this action.

16. This paragraph sets forth legal argument and therefore no response to required. To the extent that a response is required, the allegations are denied.

17. State Defendants incorporate herein by references their responses set forth in paragraphs 1 – 16.

18. Denied.

19. Denied that Plaintiff was subjected to retaliatory action by State Defendants. State Defendants are without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

20. State Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

21. Denied.

22. State Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

23. Denied.

24. Denied.

25. State Defendants incorporate herein by references their responses set forth in paragraphs 1 – 25.

26. Denied.

27. Denied.

28. State Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph. Denied that State Defendants engaged in any wrongdoing or violated Plaintiff's rights in any manner.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. State Defendants incorporate herein by references their responses set forth in paragraphs 1 – 35.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. State Defendants incorporate herein by references their responses set forth in paragraphs 1 – 40.

42. Denied.

43. This paragraph is not directed to State Defendants and therefore no response is required. To the extent that a response is required, State Defendants deny that they engaged in any wrongdoing or violated Plaintiff's rights in any manner.

## **RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to injunctive, declaratory or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. State Defendants are immune from liability under the Eleventh Amendment.

6. State Defendants are entitled to qualified immunity.

7. As to any claims under state law, State Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, State Defendants are entitled to sovereign immunity in their official capacities.

9. State Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold State Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. State Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This action is barred by the applicable statute of limitations.

6

WHEREFORE, State Defendants respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|  | /s/ Eileen Kelly<br>Eileen Kelly, I.D. #2884<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>eileen.kelly@state.de.us |
| Date:  June 1, 2006 | Attorney for State Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2006, I electronically filed *Answer to the Supplemental and Second Amended Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on June 1, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us