## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, )<br>A/K/A ROBERT SAUNDERS, )<br>AND MASJID ULLAH, INC., )<br>  )<br>PLAINTIFFS, )<br>  )<br>V. )<br>  )<br>DELAWARE DEPARTMENT OF )<br>CORRECTIONS, COMM. STANLEY )<br>TAYLOR, WARDEN RICK KEARNEY, )<br>WARDEN THOMAS CARROLL, )<br>DEPUTY WARDEN MIKE DELOY, )<br>S/LT. EARL MESSICK, S/LT. JOSEPH )<br>JOHNSON, CAPTAIN C. SEGARS, )<br>ANTHONY RENDINA, PAUL )<br>HOWARD, CPL FISHER, CPL. JANE )<br>MORGAN AND CORRECTIONAL )<br>MEDICAL SYSTEMS, )<br>  )<br>DEFENDANTS. ) | CIVIL ACTION NO. 05-102-KAJ<br>TRIAL BY JURY DEMANDED |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Correctional Medical Services, Inc. ("CMS"), improperly named Correctional Medical Systems, through its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, granting it an extension of time until June 22, 2006 in which to respond to plaintiff's Complaint and, in support thereof, avers as follows:

1. A Waiver of Service was returned executed by Defendant, CMS, on May 17, 2006 making its response to Plaintiff's Complaint due on or before June 2, 2006, D.I. #44.

2. Because of the nature of the allegations in plaintiff's Complaint, the undersigned defense counsel requires additional time to obtain and review plaintiff's medical records in order to respond to plaintiff's Complaint.

WHEREFORE, defendant, Correctional Medical Service, respectfully moves this Honorable Court to enter the attached Order, granting it an extension of time until June 22, 2006 in which to respond to Plaintiff's Complaint.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorney for Defendant,
    Correctional Medical Services, Inc.

DATED:  June 2, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\356303\ESTHOMPSON\13252\00165