**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAMSIDIN ALI,                ) | |
| A/K/A ROBERT SAUNDERS,        ) | |
| AND MASJID ULLAH, INC.,       ) | |
|                               ) | |
|        PLAINTIFFS,            ) | |
|                               ) | |
|        V.                     ) | |
|                               ) | CIVIL ACTION NO. 05-102-KAJ |
| DELAWARE DEPARTMENT OF        ) | TRIAL BY JURY DEMANDED |
| CORRECTIONS, COMM. STANLEY    ) | |
| TAYLOR, WARDEN RICK KEARNEY,  ) | |
| WARDEN THOMAS CARROLL,        ) | |
| DEPUTY WARDEN MIKE DELOY,     ) | |
| S/LT. EARL MESSICK, S/LT. JOSEPH ) | |
| JOHNSON, CAPTAIN C. SEGARS,   ) | |
| ANTHONY RENDINA, PAUL         ) | |
| HOWARD, CPL FISHER, CPL. JANE ) | |
| MORGAN AND CORRECTIONAL       ) | |
| MEDICAL SYSTEMS,              ) | |
|                               ) | |
|        DEFENDANTS.            ) | |

**RULE 7.1.1 STATEMENT OF DEFENDANT, CORRECTIONAL
MEDICAL SERVICES, INC.**

The undersigned counsel for defendant, Correctional Medical Services, Inc., improperly named Correctional Medical Systems, hereby certifies that he is unable to contact Pro Se plaintiff, Shamsidin Ali a/k/a Robert Saunders, directly by telephone to determine whether he consents to the relief requested because plaintiff is currently incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN

BY:    /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
     Correctional Medical Services, Inc.

DATED:  June 2, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\356312\ESTHOMPSON\13252\00165