## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI,<br>A/K/A ROBERT SAUNDERS,<br>AND MASJID ULLAH, INC.,<br><br>PLAINTIFFS,<br><br>V.<br><br>DELAWARE DEPARTMENT OF<br>CORRECTIONS, COMM. STANLEY<br>TAYLOR, WARDEN RICK KEARNEY,<br>WARDEN THOMAS CARROLL,<br>DEPUTY WARDEN MIKE DELOY,<br>S/LT. EARL MESSICK, S/LT. JOSEPH<br>JOHNSON, CAPTAIN C. SEGARS,<br>ANTHONY RENDINA, PAUL<br>HOWARD, CPL FISHER, CPL. JANE<br>MORGAN AND CORRECTIONAL<br>MEDICAL SYSTEMS,<br><br>DEFENDANTS. | CIVIL ACTION NO. 05-102-KAJ<br>TRIAL BY JURY DEMANDED |

### O R D E R

**AND NOW,** this _____ day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Service, for Extension of Time to Respond to Plaintiff's Complaint and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant, Correctional Medical Services, shall respond to Plaintiff's Complaint on or before June 22, 2006.

_____
                                                                J.

\15_A\LIAB\ESTHOMPSON\LLPG\356332\PASHELBY\13252\00165