## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801


MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
      Correctional Medical Services, Inc.

DATED:  June 2, 2006