IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Robert Saunders

  Plaintiff,

  v.                                                          C.A. 05-102-KAJ

Delaware Department of
Corrections, Comm. Stan Taylor,
Warden Rick Kearney, Warden
Thomas Carroll, Deputy Warden
Mike Deloy, S/Lt. Earl Messick,
S/Lt. J. Johnson, Capt. C. Segars,
Anthony Rendina, Paul Howard,
Cpl. Fisher, Cpl. J. Morgan, and
Correctional Medical Services,

  Defendants.

FILED
2006 JUN -5 PM 3:44
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Request For Entry of Default

To: Clerk of the Court

You will please enter the default of defendant, Department of Corrections, Comm. Stan Taylor, Warden Rick Kearney, Warden Thomas Carroll, Deputy Warden Mike Deloy, S/Lt. Earl Messick, S/Lt. J. Johnson, Capt. C. Segars, Anthony Rendina, Paul Howard, Cpl. Fisher, Cpl. J. Morgan, and Correctional Medical Services,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Robert Saunders,
   Plaintiff,

v.                                                  C.A. No. 05-102-KAJ

Delaware Department of Corrections,
et. al.
   Defendants,

### Affidavit For Entry of Default

Plaintiff Robert Saunders, deposes and says:

1. I am the pro se plaintiff in the above-entitled matter.

2. The defendants were served with a copy of the Summons and Complaint as appears from the proof of Service on file.

3. The defendants have not filed or served an answer or taken other action as may be permitted by law although more than 60 days have passed since the date of service.

For failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the affidavit of Robert Saunders.

Date: June 1, 2006

Robert Saunders, 052590
1181 Paddock Road
Smyrna, DE 19977

Certificate of Service

"I Hereby Certify a copy of aforementioned was Furnished Carl Danberg, Attorney General of Delaware, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801, and Kevin J. Conners, Esquire, P O Box 8888, Wilm, DE 19805-8888, By U.S. mail with sufficient postage affixed thereto this 1st day of June 2006.

Robert Saunders, 052590

I declare under the penalty of perjury, the aforementioned is true and correct.

Dated: June 1, 2006

Robert Saunders, 052590
1181 Paddock Road

IM Robert Saunders
SBI# 052590  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801

Legal Mail

Legal Mail