In The United States District Court

For The District of Delaware

Robert Saunders,

  Plaintiff,

v.

Delaware Department of Corrections,
Comm. Stanley Taylor, Warden Rick
Kearney, Warden Thomas Carroll,
Deputy Warden Mike Deloy, S/Lt.
Earl Messick, S/Lt. T. Johnson,
Captain C. Seyars, Anthony Rendina,
Paul Howard, Cpl. Fischer, Cpl. Jane
Morgan And Correctional Medical
Services,

  Defendants.

C. A. No. 05-102-KAJ

FILED
JUN -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Motion To Delete

Pursuant to Federal Rules of Civil Procedure, plaintiff moves Department of Corrections be deleted as defendant in this action.

Individual that prepared amended complaint mistakenly included same, the Department of Corrections not included in original complaint.

Wherefore, plaintiff request Department of Corrections be deleted as defendant.

Dated: June 3, 2006

Robert Saunders, 052590
1181 Paddock Rd. - DCC
Smyrna, DE 19977

Certificate of Service

I Hereby Certify copy of Aforementioned Furnished Eileen Kelly, Deputy Attorney General, Dept. of Justice, Carvel State Office Bldg., 820 N. French St., Wilm, DE 19801, and Kevin J. Connors, Esquire, PO Box 8888, Wilm, DE 19899-8888, By U.S. Mail this 3rd day of June 2006, with sufficient postage affixed thereto.

Robert Saunders, 052590

I/M Robert Lawdens
SBI# 13-2596 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUN 2006 PM 1 T

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801