## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI,<br>A/K/A ROBERT SAUNDERS,<br>AND MASJID ULLAH, INC.,<br><br>    PLAINTIFFS,<br><br>V.<br><br>DELAWARE DEPARTMENT OF<br>CORRECTIONS, COMM. STANLEY<br>TAYLOR, WARDEN RICK KEARNEY,<br>WARDEN THOMAS CARROLL,<br>DEPUTY WARDEN MIKE DELOY,<br>S/LT. EARL MESSICK, S/LT. JOSEPH<br>JOHNSON, CAPTAIN C. SEGARS,<br>ANTHONY RENDINA, PAUL<br>HOWARD, CPL FISHER, CPL. JANE<br>MORGAN AND CORRECTIONAL<br>MEDICAL SYSTEMS,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 05-102-KAJ<br>TRIAL BY JURY DEMANDED |

**RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

COMES NOW Defendant, Correctional Medical Services, Inc. ("CMS"), improperly named Correctional Medical Systems, and hereby opposes Plaintiff's *Request for Entry of Default* filed on June 1, 2006, as follows, to wit:

1.  Plaintiff filed a Complaint in this matter on February 22, 2005. D.I. #1.

2.  On September 19, 2005, Plaintiff filed a Supplemental and Second Amended Complaint adding CMS, among others, as a defendant. D.I. #19.

3.  On May 9, 2006, counsel for Defendant, CMS, entered an appearance. D.I. #43.

4. A Waiver of Service with USM 285 form was sent to Defendant, CMS, on April 3, 2006 and returned executed on May 17, 2006 making its response to Plaintiff's Complaint due on or before June 2, 2006. D.I. #44.

5. On June 1, 2006, Plaintiff filed a Request for Entry of Default.

6. On June 2, 2006, Defendant, CMS, by Motion, requested an extension of time in which to allow it additional time to obtain and review plaintiff's medical records in order to respond to Plaintiff's Complaint and on June 5, 2006, the Court granted CMS' Motion.

7. A defendant who, before being served with process, timely returns a waiver of service is not required to serve an answer to the complaint for sixty (60) days after the date on which the request for waiver of service was sent. Fed. R. Civ. P. 4(d)(3).

8. Since the Waiver of Service was sent to Defendant, CMS, on April 3, 2006, its Answer was not due until June 2, 2006. Moreover, the Court issued the above–referenced Order on June 5, 2006, extending the time for CMS to respond to Plaintiff's Supplemental and Second Amended Complaint until June 22, 2006.

9. Plaintiff's Request for an Entry of Default is not timely.

WHEREFORE, defendant, Correctional Medical Service, respectfully moves this Honorable Court to deny Plaintiff's Request for Entry of Default.

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN


BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
      Correctional Medical Services, Inc.

DATED: June 7, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\356558\ESTHOMPSON\13252\00165