## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** have been served by E-File and Regular Mail to the following:

| | |
|---|---|
| Shamsidin Ali a/k/a Robert Saunders<br>SBI #052590<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Eileen Kelly, Esquire<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 |

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorney for Defendant,
    Correctional Medical Services, Inc.

DATED:  June 7, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\356567\ESTHOMPSON\13252\00165