IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | C. A. No. 05-102-KAJ |
| PAUL HOWARD, et al., ) ) ) | |
| Defendants. ) | |

**STATE DEFENDANTS' RESPONSE
TO PLAINTIFF'S REQUEST FOR DEFAULT**

COME NOW the State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Delaware Department of Correction, Anthony J. Rendina, and Stanley Taylor ("State Defendants"), by and through the undersigned counsel, and respond to Plaintiff's Request for Entry of Default as follows:

1. The original Complaint in this matter was filed on or about February 22, 2005. [D.I. 1]. The Supplemental and Second Amended Complaint was filed on September 19, 2005. [D.I. 19].

2. The docket, attached hereto as Exhibit A, reflects that waivers of service, sent on April 3, 2006, were returned executed as to State Defendants Paul Howard, Anthony Rendina, Rick Kearney, Stanley Taylor, Delaware Department of Correction, Thomas Carroll and Mike Deloy on April 11, 2006 with answers due on June 2, 2006. [D.I. 33-39]. Waivers of service, also sent on April 3, 2006, were returned executed as to

State Defendants Cpl. Fisher and Earl Messick on April 27, 2006 with answers due on June 2, 2006. [D.I. 40-41].[1] Named Defendant C. Segars has not been served. [D.I. 32].

3.  The Attorney General was served on May 1, 2006. [D.I. 42]. Pursuant to 10 *Del. C.* §3103(c), "[n]o service of summons upon the State . . . or upon any officer of the state government concerning any matter arising in connection with the exercise of his or her official powers or duties, shall be complete until such service is made upon the person of the Attorney General or upon the person of the State Solicitor or upon the person of the Chief Deputy Attorney General."

4.  Pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, a "defendant that, before being served with process, timely returns a waiver so requested is not required to serve an answer to the complaint until 60 days after the service was sent."

5.  Service upon the State Defendants was not complete until May 1, 2006, and State Defendants' answer was not due until 60 days later, June 30, 2006. *See Hamilton v. Guessford*, C.A. No. 04-1422-GMS (D. Del. June 6, 2005) (attached hereto as Exhibit B).

6.  State Defendants' Answer to Plaintiff's Supplemental and Second Amended Complaint was filed on June 1, 2006. [D.I. 49]. Thus, State Defendants' Answer was timely, and Plaintiff is not entitled to entry of default.

---

[1] Although not reflected on the docket, undersigned counsel represents that State Defendant Joseph Johnson has been served.

WHEREFORE, State Defendants respectfully request that this Court deny Plaintiff's Request for Entry of Default.

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. #2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th Floor
                                            Wilmington, Delaware 19801
                                            eileen.kelly@state.de.us
                                            (302) 577-8400

Date: June 12, 2006                         Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed *State Defendants' Response to Plaintiff's Request for Default* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kevin J. Connors, Esquire. I hereby certify that on June 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us