# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00102-KAJ

| | |
|---|---|
| Ali et al v. Howard et al | Date Filed: 02/22/2005 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Plaintiff |
| Demand: $30,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Related Cases: 1:00-cv-00804-RRM | |
| 1:01-cv-00195-KAJ | Jurisdiction: Federal Question |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**Shamsidin Ali**
*also known as*
Robert Saunders

represented by **Shamsidin Ali**
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

**Plaintiff**

**Masjid Ullah Inc.**
*TERMINATED: 03/16/2006*

V.

**Defendant**

**Adult Bureau Chief Paul Howard**

represented by **Eileen Kelly**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: eileen.kelly@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warden Rick Kearney**

represented by **Eileen Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Warden Mike DeLoy**

represented by **Eileen Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Lt. Earl Messick | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Lt. Joseph Johnson | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Cpl. Fisher | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Thomas Carroll | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Correctional Medical Systems | represented by | **Kevin J. Connors**<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1220 N. Market St., Suite 500<br>P.O. Box 8888<br>Wilmington, DE 19899<br>(302) 552-4300<br>Email: kjconnors@mdwcg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Delaware Department of Corrections | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Jane Morgan

**Defendant**

| | | |
|---|---|---|
| Anthony J. Rendina | represented by | **Eileen Kelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Capt. C. Segars**

**Defendant**

**Commissioner Stanley Taylor**   represented by **Eileen Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2005 | 1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Fisher, Paul Howard, Rick Kearney, Mike DeLoy, Earl Messick, Joseph Johnson - filed by Shamsidin Ali, Masjid Ullah Inc..(dab, ) (Entered: 02/23/2005) |
| 02/22/2005 | 2 | Letter to Clerk of the Court from Shamsidin Ali regarding Motion to Proceed in Forma Pauperis. (dab, ) (Entered: 02/23/2005) |
| 03/02/2005 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 03/02/2005) |
| 03/07/2005 | 3 | Letter dated 3/4/05 to Clerk from Shamsidin Ali regarding Status of case and request to Pay filing fee in three installments. (rwc, ) (Entered: 03/08/2005) |
| 03/08/2005 | 4 | Letter dated 3/8/05 to Shamsidin Ali from Clerk regarding response to DI# 3. (rwc, ) (Entered: 03/08/2005) |
| 03/22/2005 | 5 | Letter dated 3/22/05 to Shamsidin Ali from Clerk regarding return of check for $105.00. (rwc, ) (Entered: 03/22/2005) |
| 04/12/2005 | 6 | ORDER denying leave to proceed in forma pauperis. Plaintff has filed at least 3 actions that were dismissed as frivolous, malicious, or for failure to state a claim, and plaintiff does not claim to be in imminent danger. Plaintiff has 30 days to reinstate this action by paying the $250.00 filing fee. Failure to submit filing fee shall result in dismissal. (Copy to pltf. with Mag. Consent Form). Notice of Compliance deadline set for 5/12/2005. Signed by Judge Kent A. Jordan on 4/12/05. (rwc, ) (Entered: 04/12/2005) |
| 04/12/2005 | 7 | Letter dated 4/7/05 to Clerk from Shamsidin Ali requesting acknowledgement of receipt of $150.00 filing fee. (rwc, ) (Entered: 04/12/2005) |
| 04/19/2005 | 8 | MOTION for Extension of Time to File Filing Fee as to 6 Order (PLRA) Three Strikes also construed as a MOTION for Reconsideration re 6 Order (PLRA) Three Strikes - filed by Shamsidin Ali. (rwc, ) (Entered: 04/20/2005) |
| 06/13/2005 | 9 | ORDER - denying 8 Motion for Reconsdieration/Extension of Time to |

| | | |
|---|---|---|
| | | File filing fee. Defendant shall pay the $250.00 filing fee w/in 30-days or the case will be dismissed . Signed by Judge Kent A. Jordan on 6/13/05. (rwc, ) (Entered: 06/13/2005) |
| 07/01/2005 | 10 | NOTICE of Change of Address and request for return of pleadings filed by Shamsidin Ali (rwc, ) (Entered: 07/05/2005) |
| 07/08/2005 | 11 | Letter dated 7/8/05 to Shamsiden Ali from Clerk regarding in response to 10 request for copywork. (rwc, ) (Entered: 07/11/2005) |
| 07/11/2005 | 12 | Letter dated 7/6/05 to Clerk from Shamsidin Ali enclosing Motion for Appointment of Counsel. (rwc, ) (Entered: 07/12/2005) |
| 07/11/2005 | 13 | MOTION to Appoint Counsel - filed by Shamsidin Ali. (rwc, ) (Entered: 07/12/2005) |
| 07/11/2005 | 14 | AFFIDAVIT of Shamsidin Ali - filed by Shamsidin Ali. (rwc, ) (Entered: 07/12/2005) |
| 07/25/2005 | | Filing fee: $ 250.00, receipt number 140084 (rbe, ) (Entered: 07/25/2005) |
| 07/25/2005 | 15 | Letter dated 7/10/05 to Clerk from Shamsadin Ali regarding enclosure of $250.00 filing fee. (rwc, ) (Entered: 07/26/2005) |
| 07/27/2005 | 16 | Letter dated 7/25/05 to Clerk from Shamsadin Ali regarding request for acknowledgment of receipt of filing fee. (Attachments: # 1 Letter to DCC Business Office)(rwc, ) (Entered: 07/28/2005) |
| 08/01/2005 | 17 | Letter to Robert Saunders from Clerk regarding response to DI#16. (rwc, ) (Entered: 08/01/2005) |
| 09/19/2005 | 19 | SUPPLEMENTAL AND SECOND AMENDED COMPLAINT - adding defendants Thomas Carroll, Correctional Medical Systems, Delaware Department of Corrections, Jane Morgan, Anthony J. Rendina, C. Segars, Stanley Taylor- filed by Shamsidin Ali.(rwc, ) (Entered: 09/21/2005) |
| 09/20/2005 | 18 | Letter dated 9/16/05 to Clerk from Shamsadin Ali regarding letter enclosing Amended Complaint with instructions that children shall carry out litigation. (rwc, ) (Entered: 09/21/2005) |
| 12/13/2005 | 20 | Letter dated 12/7/05 to Clerk from Shamsidin Ali regarding request for status. (rwc, ) (Entered: 12/14/2005) |
| 12/15/2005 | 21 | Letter dated 12/15/05 to Shamsadin Ali from Clerk regarding response to - re 20 Letter. (rwc, ) (Entered: 12/15/2005) |
| 12/29/2005 | 22 | ORDER - denying 13 Motion to Appoint Counsel . Signed by Judge Kent A. Jordan on 12/29/05. (rwc, ) (Entered: 12/29/2005) |
| 01/17/2006 | 23 | Letter MOTION for Reconsideration, re 22 Order denying Motion to Appoint Counsel and MOTION to Disqualify Judge - filed by Shamsidin Ali. (rwc, ) (Entered: 01/19/2006) |
| 02/01/2006 | 24 | Memorandum ORDER, that Masjid Ullah is given 30-days to obtain counsel; Plaintiff's Motion 23 for counsel, disqualification, and transfer is |

| | | |
|---|---|---|
| | | denied. Plaintiff shall return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf). Signed by Judge Kent A. Jordan on 2/1/06. (rwc, ) (Entered: 02/01/2006) |
| 02/15/2006 | 25 | Letter dated 2/9/06 to Clerk from Shamsadin Ali requesting acknowledgement for USM 285 forms. (rwc, ) (Entered: 02/27/2006) |
| 02/24/2006 | 26 | Letter dated 2/24/06 to Shamsadin Ali from Clerk regarding response to 25 Letter - missing 285 forms for Cpl Fisher and DE Dept. of Corrections. (rwc, ) (Entered: 02/27/2006) |
| 03/03/2006 | | Remark: Exit thirteen blank USM 285 forms to Nicole Saunders at 1 Innovation Way, Newark, DE 19711. (eew) (Entered: 03/03/2006) |
| 03/03/2006 | 27 | Letter to Clerk dated 2/28/06 from Shamsadin Ali enclosing service copies of Complaint. (rwc, ) (Entered: 03/06/2006) |
| 03/07/2006 | 28 | ACKNOWLEDGEMENT OF RECEIPT of US Marshal Forms 285. (rwc, ) (Entered: 03/07/2006) |
| 03/08/2006 | | CORRECTING ENTRY: Deleted entry for Second Amended Complaint - duplicate entry. (rwc, ) (Entered: 03/08/2006) |
| 03/08/2006 | | Remark : Exit service copies to USM per Order (DI# 24). (rwc, ) (Entered: 03/08/2006) |
| 03/14/2006 | 29 | Letter dated 3/13/06 to Clerk from Shamsadin Ali requesting acknowledgement of receipt of service copies of Amended Complaint. (rwc, ) (Entered: 03/15/2006) |
| 03/15/2006 | 30 | Letter dated 3/15/06 to Shamsadin Ali from Clerk regarding response to - re 29 Letter. (rwc, ) (Entered: 03/15/2006) |
| 03/16/2006 | 31 | ORDER - dismissing Masjid Ullah Inc., for failure to comply with 24 Order. Masjid Ullah Inc. terminated. Signed by Judge Kent A. Jordan on 3/16/06. (rwc, ) (Entered: 03/17/2006) |
| 04/04/2006 | 32 | USM 285 Returned Unexecuted as to C. Segars. (rwc, ) (Entered: 04/04/2006) |
| 04/11/2006 | 33 | WAIVER OF SERVICE with 285 form returned executed For Paul Howard; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/11/2006 | 34 | WAIVER OF SERVICE with 285 form returned executed For Anthony J. Rendina; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/11/2006 | 35 | WAIVER OF SERVICE with 285 form returned executed For Rick Kearney; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/11/2006 | 36 | WAIVER OF SERVICE with 285 form returned executed For Stanley Taylor; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: |

| | | |
|---|---|---|
| | | 04/11/2006) |
| 04/11/2006 | 37 | WAIVER OF SERVICE with 285 form returned executed For Delaware Department of Corrections; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/11/2006 | 38 | WAIVER OF SERVICE with 285 form returned executed For Thomas Carroll; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/11/2006 | 39 | WAIVER OF SERVICE with 285 form returned executed For Mike DeLoy; waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/11/2006) |
| 04/27/2006 | 40 | WAIVER OF SERVICE with 285 form returned executed For Fisher: waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/27/2006) |
| 04/27/2006 | 41 | WAIVER OF SERVICE with 285 form returned executed For Earl Messick: waiver sent on 4/3/2006, answer due 6/2/2006. (ntl, ) (Entered: 04/27/2006) |
| 05/01/2006 | 42 | Return of Service Executed as to DE Attorney General. (rwc, ) (Entered: 05/01/2006) |
| 05/09/2006 | 43 | NOTICE of Appearance by Kevin J. Connors on behalf of Correctional Medical Systems (Attachments: # 1 Certificate of Compliance Certificate of Service - Entry of Appearance)(Connors, Kevin) (Entered: 05/09/2006) |
| 05/17/2006 | 44 | WAIVER OF SERVICE with 285 form returned executed For Correctional Medical Systems waiver sent on 4/3/2006, answer due 6/2/2006. (rwc, ) (Entered: 05/17/2006) |
| 05/22/2006 | 45 | Letter to Judge Jordan dated 5/12/06 from Robert Saunders regarding untreated medical condition. (rwc, ) (Entered: 05/22/2006) |
| 05/22/2006 | 46 | EXHIBITS - (medical records) in support of 45 Letter - filed by Shamsidin Ali. (SEALED). (rwc, ) (Entered: 05/22/2006) |
| 05/22/2006 | 47 | MOTION to Appoint Counsel - filed by Shamsidin Ali. (rwc, ) (Entered: 05/22/2006) |
| 06/01/2006 | 48 | NOTICE of Appearance by Eileen Kelly on behalf of Fisher, Paul Howard, Thomas Carroll, Delaware Department of Corrections, Anthony J. Rendina, Stanley Taylor, Rick Kearney, Mike DeLoy, Earl Messick, Joseph Johnson (Kelly, Eileen) (Entered: 06/01/2006) |
| 06/01/2006 | 49 | ANSWER to Amended Complaint 19 *The Supplemental and Second Amended Complaint* by Fisher, Paul Howard, Thomas Carroll, Delaware Department of Corrections, Anthony J. Rendina, Stanley Taylor, Rick Kearney, Mike DeLoy, Earl Messick, Joseph Johnson.(Kelly, Eileen) (Entered: 06/01/2006) |
| 06/02/2006 | 50 | MOTION for Extension of Time to File Response/Reply *Motion of* |

CM/ECF LIVE - U.S. District Court:ded - Docket Report
Case 1:05-cv-00102-SLR-LPS   Document 54-2   Filed 06/12/2006   Page 7 of 7
Page 7 of 7

| | | |
|---|---|---|
| | | *Defendant, Correctional Medical Services, Inc., for an Extension of Time to Respond to Plaintiff's Complaint* - filed by Correctional Medical Systems. (Attachments: # 1 Affidavit Statement of Defendant Correctional Medical Services, Inc.# 2 Text of Proposed Order Order# 3 Certificate of Service)(Connors, Kevin) (Entered: 06/02/2006) |
| 06/05/2006 | | SO ORDERED, re 50 MOTION for Extension of Time to File Response/Reply - Reset Answer Deadlines: Correctional Medical Systems answer due 6/22/2006. Signed by Judge Kent A. Jordan on 6/5/06. (rwc, ) (Entered: 06/05/2006) |
| 06/05/2006 | 51 | REQUEST for Entry of Default as to all defendants - filed by Shamsidin Ali. (rwc, ) (Entered: 06/06/2006) |
| 06/06/2006 | 52 | MOTION to Delete - construed as a Motion to Dismiss Department of Corrections as Party - filed by Shamsidin Ali. (rwc, ) (Entered: 06/06/2006) |
| 06/07/2006 | 53 | RESPONSE to Motion re 51 REQUEST for Default as to all defendants *Response of Defendant, Correctional Medical Services, Inc., to Plaintiff's Request for Entry of Default* filed by Correctional Medical Systems. (Attachments: # 1 Certificate of Service)(Connors, Kevin) (Entered: 06/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/08/2006 14:42:21 | | | |
| **PACER Login:** | dj0024 | **Client Code:** | doc |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00102-KAJ Start date: 1/1/1970 End date: 6/8/2006 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |