1181 Paddock Rd. - DCC
Smyrna, DE 19977
June 8, 2006

Eileen Kelly, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801



Re: Ali v. Taylor, et al.
C.A. No. 05-102-KAJ

Dear Ms. Kelly:

I would like to know if defendants, object to photographs being taken of my medical condition. Photographs would be taken of arms, legs, back and buttocks. The aforementioned areas show abscesses, coloration changes in skin, chaffed skin and other sores. Which result of failure to treat/improperly treat "Methicillin-Resistant Staphylococcus Aureus (MRSA).

Defense counsel could be present.

Sincerely,
Shamsidin Ali, 052540
A/K/A Robert Saunders

XC:
Clerk of the Court

Thomson #1,
I/M a/k/a Robert Saunders
SBI# 057590    UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 JUN 2006 PM 3 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801