IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, )
a/k/a Robert Saunders, )
 )
    Plaintiff, )
 )
v. ) Civ. No. 05-102-KAJ
 )
ADULT BUREAU CHIEF PAUL )
HOWARD, et al., )
 )
    Defendants. )

## ORDER

At Wilmington this 13th day of June, 2006, the supplemental and second amended complaint in the above-captioned case having been filed on September 19, 2005, and screened by the court on February 1, 2006;

IT IS ORDERED that, on or before **July 10, 2006**, the plaintiff shall show cause why defendant Jane Morgan should not be dismissed as a defendant for failure to serve process within the time provided pursuant to Fed. R. Civ. P. 4(m).

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE