IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, <br> a/k/a Robert Saunders, <br><br> Plaintiff, <br><br> v. <br><br> ADULT BUREAU CHIEF PAUL <br> HOWARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-102-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Plaintiff Shamsidin Ali, a/k/a Robert Saunders filed a "motion to delete" which the Court construes as a motion to voluntarily dismiss the Delaware Department of Correction pursuant to Fed. R. Civ. Pro. 41(a). (D.I. 52.) The motion is GRANTED.

IT IS ORDERED that the claims brought against the Delaware Department of Correction are DISMISSED WITHOUT PREJUDICE and it is dismissed as a party defendant.

UNITED STATES DISTRICT JUDGE

DATED: 6/13/06