IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, A/K/A/ ROBERT )
SAUNDERS, )
 )
       PLAINTIFF )
 )
  v. ) CIV. NO. 05-102-KAJ
 )
PAUL HOWARD, et al, )
 )
       DEFENDANTS )
 )

FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION FOR APPOINTMENT OF EXPERT**

    COME NOW the plaintiff, pursuant to Federal Rules of Civil Procedure motion for appointment of expert (dermatologist). In support of his position, plaintiff represents as follows:

1.    Shamsidin Ali, A/K/A Robert Saunders ("Plaintiff") is an inmate presently incarcerated at the Delaware Correctional Center, Smyrna, DE 19977.

2.    Plaintiff arrived at Delaware Correctional Center (DCC) on June 10, 2005, placed in Building 21-B upper 8 (administrative segregation). Permitted to exercise out of cell three hours per week.

3.    During September 2005, noticed pimples commence developing on various parts of body, submitted numerous sick call requests. Between September 2005 and December 2005, constantly seen by Ihuema Chuks, Physician's Assistant and Crystal Austin, Head Nurse, both employees of Correctional Medical Services. Both stated only had spider bites and prescribed hydrocortisone and anti-fungal creams. Between aforementioned dates developed abscesses, other sores which produce pus and blood. Chuks and Austin ignored looking at abscesses, when plaintiff displayed same.

4. On January 2, 2006, plaintiff called to infirmary by Debbie Rodweller, Nurse- Medical Grievance Officer, for grievance hearing. Prior to hearing showed Ms. Rodweller, the massive abscesses on buttocks and arms, had towel wrapped around buttocks to halt flow of blood and pus through pants. Immediately taken to Dr. Veloso who stated how condition went untreated so long. He immediately ordered cultures and biopsy and prescribed medication. Concurred with recommendation made by Dr. Roberta Burns in December 2005, need to be seen by dermatologist.

5. It was determined by test results, that plaintiff was suffering from Methicillin-Resistant Staphylococcus Aureus (MRSA) with possible complications due to lack of treatment.

6. Currently 70% of plaintiff's body covered with skin discoloration, dried abscesses and some type of fungus. On April 25, 2006, seen by Dr. John Durst at DCC Infirmary, stated need to be seen by dermatologist. Plaintiff had experienced adverse reaction to Rifampin and Sulfameth which had been prescribed by Dr. Menniger.

7. Dr. Durst, stated felt have infection in organs and possible bones, which constantly in pain. The plaintiff hasn't seen dermatologist, as of drafting this motion.

8. Expert (dermatologist) should be appointed to determine extent of plaintiff's medical condition, submit evaluation stating professional opinion regarding plaintiff's lack of medical treatment and possible future medical and other problems.

9. Said court appointed expert will be authorized to consult with all defendants and other medical personnel affiliated with the Department of Corrections as shall deem necessary.

10. With the approval of the Court, said court appointed expert may be called as a witness for or on behalf of any of the parties hereto.

WHEREFORE, plaintiff's motion for court appointed expert (dermatologist) is granted.

Date: May 23, 2006

Shamsidin Ali, 052590
A/K/A Robert Saunders
1181 Paddock Road- DCC
Smyrna, DE 19977

## CERTIFICATE OF SERVICE

I, Shamsidin Ali, A/K/A Robert Saunders, hereby certify that a copy of the aforementioned has been furnished to the following:

Kevin J. Connors, Esquire
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Carl Danberg, Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

By U.S. Mail this 23rd day of May 2006 with sufficient postage affixed thereto.

Shamsidin Ali, 052590
A/K/A Robert Saunders

Shamsidin Ali
I/M Akla Rubuf Jourdan
SBI# 052590  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE PAID
NEWARK, DE 19711
JUN 12, '06
AMOUNT $1.11
00081618-08

U.S.M.S. X-RAY

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801