IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, A/K/A ROBERT )
SAUNDERS, )
 )
       PLAINTIFF )
 )
v. ) CIV. NO. 05-102-KAJ
 )
PAUL HOWARD, et al, )
 )
       DEFENDANTS )
 )

FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION TO HIRE EXPERT**

COME NOW the plaintiff pursuant to Federal Rules of Civil Procedure, motion this court to hire an expert (Shannon Associates Polygraph Examiners). In support of this motion, plaintiff represents the following:

1. Defendant, Cpl. Jane Morgan, after learning defendant in this motion fabricated alleged rule infraction; Defendant Morgan stated plaintiff didn't have broken watch when transferred from Sussex Correctional Institution.

2. The plaintiff was found guilty and appeal denied. Prior disciplinary hearing requested polygraph examination and outside legal counsel.

3. This request made to each of non-medical defendants informed wouldn't be any cost to the defendants or department. The cost for counsel and polygraph examination would be covered by children, Nicole and Robert Saunders, Jr.

4. Shannon Associates (Exhibit A) expressed willingness to conduct examination at Delaware Correctional Center.

5. The defendants in concert have attempted to cover-up lies by Defendant Morgan. The defendants were provided copy of purposed questions to be asked by polygraph examiner. See Exhibit A.

6.  Wherefore, plaintiff's motion to hire expert polygraph examiner be granted.

Dated: May 24, 2006

                                            */s/ Shamsidin Ali*
Shamsidin Ali, 052590
A/K/A Robert Saunders
1181 Paddock Rd – DCC
Smyrna, DE 19977

**Shannon associates**

526 Cricket Lane
Hockessin, DE 19707

(302) 239-4750

March 6, 2006

Mr. Robert Saunders
SBI #052590, Unit W
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Saunders:

I am in receipt of your letters dated March 1 and March 3, 2006. I would be available to conduct a polygraph examination at the Correctional Center in Smyrna if so requested. The examination would cover only one specific issue, to most people that would mean your one most important question. I would then design the examination to answer that one particular question (issue).

The fee for the examination is $650.00, payable in guaranteed funds at least two business days prior to the scheduled examination date.

Once a decision has been made to go forward with the examination please let me know since the Correctional Center will need to agree with a date and time to conduct the examination. I would need approximately two hours of time to conduct the exam. I would also need a private area with two chairs (one an arm chair) and a table with access to an AC power supply.

Please contact me if you have any further questions.

Sincerely,

Robert C. Shannon
Examiner

ROBERT CARL SHANNON
POLYGRAPH VITAE

ADDRESS
526 Cricket Lane, Hockessin, Delaware 19707
(302) 239-4750

POLYGRAPH TRAINING
Keeler Polygraph Institute, Chicago, Illinois
National Training Center, New York, N.Y.
Maryland Institute of Criminal Justice, Millersville, Maryland
Academy for Scientific Investigative Training (PCSOT)
Numerous seminars (most recent, August 2005)

FORMAL EDUCATION
Delaware Technical and Community College, A.A.S. Criminal Justice
Wilmington College, B.S., Criminal Justice
University of Virginia, Graduate Studies in Criminal Justice Management
Delaware State Police Academy, Graduate
Federal Bureau of Investigation National Academy, Graduate

PROFESSIONAL MEMBERSHIP
American Polygraph Association, Full Member & PCSOT Certified
Delaware State Polygraph Association (Spokesperson)
Maryland Polygraph Association, Full Member
American Society for Industrial Security (ASIS), Member

PROFESSIONAL and GOVERNMENT APPOINTMENTS
1979 – Present, Delaware liaison person to the American Polygraph Association
1985 – 1986, Membership committee, American Polygraph Association
1994 – 1995, Research and Instrumentation committee, American Polygraph Assoc.
1994 & 1997 Appointed by Governor Carper (DE) Board member, Board of Examiners of Private Investigations and Private Security Agencies (Includes Armored Car Industry). Three-year terms.

POLYGRAPH EXPERIENCE
1974 – 1976, Examiner, Delaware State Police
1976 – 1982, Senior Examiner, Delaware State Police
1982 – 1983, Internal Affairs Officer, Delaware State Police
1985 – Present, Examiner, Tri-State Polygraph Consultants, Inc. (Shannon Associates)

POLYGRAPH TESTIMONY
Have testified in Delaware State Superior Court as an expert witness.
Have testified before the Delaware State Senate as an expert witness.

NUMBER OF EXAMINATIONS
1974 – Present, more than 5000 examinations.

## QUESTIONS BY POLYGRAPH EXAMINER

1. Arrived from Sussex Correctional Institution with watch.

2. Cpl. Jane Morgan, Property Officer, delivered watch with other personals while housed in building 21.

3. Informed by Cpl. Jane Morgan on December 6, 2006 watch not shown on property inventory form. If agreed too discard, which agreed to, would not be cited for rule infraction.

4. Initial hearing, December 13, 2005, informed James C. Watkins desired Joe A. Hurley, Esq. represent at disciplinary hearing. Lt. Watkins never noted on hearing form.

5. Former cell partners, Michael Bennon and Kevin Dixon, were aware I had watch while residing in building 21 C-Upper 8.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>PAUL HOWARD, et al, )<br>)<br>DEFENDANTS ) | CIV. NO. 05-102-KAJ |

## ORDER

Plaintiff's request for Shannon Associates to conduct a polygraph examination at Delaware Correctional Center, Smyrna, DE is granted.

_____

United States District Court, Judge

Date: _____

## CERTIFICATE OF SERVICE

I, Shamsidin Ali, A/K/A Robert Saunders, hereby certify that a copy of the aforementioned has been furnished to the following:

Kevin J. Connors, Esquire
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Carl Danberg, Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Shannon Associates
c/o Robert Shannon, Examiner
526 Cricket Lane
Hockessin, DE 19707

By U.S. Mail this 24th day of May 2006, with sufficient postage affixed thereto.

Shamsidin Ali, 052590
A/K/A Robert Saunders