## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

| | |
|---|---|
| Shamsidin Ali a/k/a Robert Saunders | Eileen Kelly, Esquire |
| SBI #052590 | Department of Justice |
| Delaware Correctional Center | 820 N. French Street, 6th Floor |
| 1181 Paddock Road | Wilmington, DE 19801 |
| Smyrna, DE 19977 | |

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN

                                        BY:   /s/ Kevin J. Connors
                                                KEVIN J. CONNORS, ESQ.
                                                DE Bar ID: 2135
                                                1220 North Market Street, 5th Fl.
                                                P.O. Box 8888
                                                Wilmington, DE 19899-8888
                                                Attorney for Defendant,
                                                Correctional Medical Services, Inc.

DATED:  June 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\358252\ESTHOMPSON\13252\00165