IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a ROBERT SAUNDERS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-102-KAJ<br>) |
| PAUL HOWARD, et al, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that defendants shall file their response to plaintiff's Motion for Appointment of Expert (D.I. 58) on or before June 23, 2006.

_____
UNITED STATES DISTRICT JUDGE

June 16, 2006
Wilmington, Delaware