Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
June 17, 2006


Chief Marshal
U.S. Marshal Service
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801


Re: Ali v. Howard, et al.
    Civ. No. 05-102-KAJ
    Defendant Jane Morgan


Dear Sir or Madam:

This letter is reference to court's order dated June 13, 2006.

The plaintiff shall show cause why defendant Jane Morgan, should not be dismissed as a defendant for failure to serve process within the time period provided pursuant to Fed. R. Civ. P. 4(m).

Defendant Morgan can be served between hours of 1:00 p.m. - 8:00 p.m. in WIC Building at Delaware Correctional Center. The aforemention

FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Page 2

has Friday and Saturdays off. Transferred to this unit from property department at Delaware Correctional Center.

Sincerely,
Shamsidin Ali, 052590
A/K/A Robert Saunders

xc: Clerk of the Court

Shamsidin Ali
I/M a/k/a Robert Saunders
SBI# 052590   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 JUN 2006 PM 1 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19861

U.S.M.S.
X-RAY