IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) | |
| Plaintiffs, ) | |
| v. ) | C. A. No. 05-102-KAJ |
| PAUL HOWARD, et al., ) | |
| Defendants. ) | |

### AFFIDAVIT OF SCOTT ALTMAN

I, Scott Altman, having been duly sworn according to law, depose and state as follows:

1. I make this Affidavit based upon personal information.

2. I am employed by Correctional Medical Services as a Quality Assurance Monitor.

3. Plaintiff Shamsidin Ali a/k/a Robert Saunders ("Plaintiff") is an inmate within the custody of the Delaware Department of Correction incarcerated at the Delaware Correctional Center.

4. On June 19, 2006, Plaintiff was seen by an outside dermatologist for his complaints regarding a skin condition.

_____
Scott Altman

SWORN AND SUBSCRIBED before me this 22 day of June, 2006.

_____
Notary