IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) ) | |
| Plaintiffs, ) | Civ. No. 05-102-KAJ |
| v. ) | |
| PAUL HOWARD, RICK KEARNEY, MIKE DELOY, EARL MESSICK, JOSEPH JOHNSON, CPL. FISHER, THOMA CARROLL, CORRECTIONAL MEDICAL SYSTEMS, DELAWARE DEPARTMENT OF CORRECTION, JANE MORGAN, ANTHONY J. RENDINA, C. SEGARS, and STANLEY TAYLOR, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**JOINDER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., IN STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERT**

Defendant, Correctional Medical Services, Inc. ("CMS"), hereby joins in and adopts on its behalf the State Defendants' Response to Plaintiff's Motion for Appointment of Expert, D. I. #65 and, for the reasons stated therein, respectfully requests this Honorable Court to deny plaintiff's Motion for Appointment of Expert.

WHEREFORE, defendant, Correctional Medical Services, Inc., respectfully requests this Honorable Court to enter the attached Order, denying plaintiff's Motion for Appointment of Expert.

                                                                             **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:    */s/ Kevin J. Connors*
               KEVIN J. CONNORS, ESQ.
               DE Bar ID: 2135
               1220 North Market Street, 5th Fl.
               P.O. Box 8888
               Wilmington, DE 19899-8888
               Attorney for Defendant, Correctional Medical Services, Inc.

DATED: June 26, 2006
\15_A\LIAB\KJCONNORS\LLPG\361043\VLLUCAS\13242\00165