IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC.,** | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-102-KAJ ) |
| **PAUL HOWARD, RICK KEARNEY, MIKE DELOY, EARL MESSICK, JOSEPH JOHNSON, CPL. FISHER, THOMA CARROLL, CORRECTIONAL MEDICAL SYSTEMS, DELAWARE DEPARTMENT OF CORRECTION, JANE MORGAN, ANTHONY J. RENDINA, C. SEGARS, and STANLEY TAYLOR,** | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that on June 26, 2006, the JOINDER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., IN STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERT has been served by E-File to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY:   */s/ Kevin J. Connors*
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorney for Defendant,
    Correctional Medical Services, Inc.

DATED: June 26, 2006

\15_A\LIAB\KJCONNORS\LLPG\361055\VLLUCAS\13252\00165