## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civ. No. 05-102-KAJ ) |
| PAUL HOWARD, RICK KEARNEY, MIKE DELOY, EARL MESSICK, JOSEPH JOHNSON, CPL. FISHER, THOMA CARROLL, CORRECTIONAL MEDICAL SYSTEMS, DELAWARE DEPARTMENT OF CORRECTION, JANE MORGAN, ANTHONY J. RENDINA, C. SEGARS, and STANLEY TAYLOR, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

And now, this _____ day of _____ , 2006, upon consideration of Plaintiff's Motion for Appointment of Expert and the Joinder of Defendant, Correctional Medical Services, Inc., in State Defendants' Response to Plaintiff's Motion for Appointment of Expert, it is ordered that Plaintiff's Motion for Appointment of Expert is Denied.

_____
The Honorable Kent A. Jordan

\15_A\LIAB\KJCONNORS\LLPG\361048\VLLUCAS\13252\00165