*Exhibit A*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:       IM Robert Saunders SBI# 052590 W1 B10B

FROM:     Deputy Warden Pierce

DATE:     December 14, 2005

RE:       Personal Property

   Your letter dated November 8, 2005, regarding your property has been forwarded to Property Officer Kromka for his investigation and action.

DP/dc
Attachment
cc:   Property Officer Kromka
      File

RECEIVED
NOV 1 0 2005
DEPUTY WARDEN 1

To: Ronal Hosman, Security Chief
Delaware Correctional Center

From: I/M Sheikh Shamsidin Ali, 152590
n/k/a Robert Saunders
D-West

Date: November 7, 2005

RE: Personal Effects

Since being Assigned D-West, renew earlier request have legal, religious, educational and personal delivered to this facility.

As previously stated packages mailed from this facility remain unopened.

Your consideration most appreciated.