



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO:     IM Robert Saunders SBI# 052590 W1 B23

FROM:   Deputy Warden Pierce

DATE:   February 27, 2006

RE:     Property

    I received your letter dated February 20, 2006, regarding your property and have forwarded your letter to S/Lt. Dotson for his investigation and response to me.

DP/dc
Attachment
cc:     S/Lt. Dotson
        File

To: Deputy Warden David Pierce
Delaware Correctional Center

RECEIVED
FEB 21 2006
DEPUTY WARDEN I

From: I/M Robert Saunders, 052590 - W Bldg.

Date: February 20, 2006

RE: Memorandum Order - Judge Kent Jordan
Dated February 1, 2006 - U.S. District Court

In view Cpl. Kromka, Property Officer, has elected not to respond to your memo dated December 14, 2005 or my correspondence. I am requesting status of request have personal property returned.

In order to comply with memorandum order, need legal documents, opinions, notes germane to Saunders v. Taylor, et al C.A. No. 05-102-KAJ - U.S. District Court. The same also applys too Complaint No. 171-15-7, Saunders v. Delaware Department of Corrections - U.S. Dept. of Justice.

The items along with religious, educational and personal items should never have been sent from institution. Property Room Officers in conjunction with Inmate Worker elected to do same.

xc: Mack R. Vukelich, Chief - U.S. Civil Rights Unit
Clerk of the Court - U.S. District Court
(over)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS ) ) ) ) PLAINTIFF ) ) v. ) PAUL HOWARD, ET AL. ) ) DEFENDANTS ) ) | CIV. NO. 05-102-KAJ |

## ORDER

WHEREFORE, plaintiff is given until September of 2006 to respond to defendants, Correctional Medical Services, Inc., Motion to Dismiss.

WHEREFORE, plaintiff's property mailed to Nicole R. Saunders will be delivered to Deputy Warden Pierce, by either Nicole or Robert Saunders, Jr. per instruction of Deputy Warden Pierce.

_____
United States District Judge

Dated: _____