IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI,<br>a/k/a Robert Saunders,<br><br>   Plaintiff,<br><br>  v.<br><br>ADULT BUREAU CHIEF PAUL<br>HOWARD, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-102-KAJ<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 25th day of July, 2006, Plaintiff having shown cause why defendant Jane Morgan should not be dismissed as a defendant for failure to serve process within the time provided pursuant to Fed. R. Civ. P. 4(m) (D.I. 64);

  IT IS HEREBY ORDERED that Plaintiff shall resubmit, within 30 days from the date of this order, a new USM-285 form for Defendant Jane Morgan and one copy of the complaint (D.I. 1) and the amended complaint (D.I. 19) for service upon Jane Morgan.

_____
UNITED STATES DISTRICT JUDGE