Delaware Correctional Center
1181 Paddock Rd. - Unit S
Smyrna, DE 19977
July 25, 2006


David Thomas, U.S. Marshal
U.S. Department of Justice
J Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Saunders v. Howard, et al.,
    Civ. No. 05-102-KAJ
    Defendant Jane Mangu-u

Dear Mr. Thomas:

With additional information concerning above-entitled defendant, during month of June 2006, I would like to know if defendant yet served.

Sincerely,
Robert Saunders 052596

xc: Clerk of the Court
    File

FILED
JUL 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

IM Robert Saunders
SBI# 052596   UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 JUL 2006 PM 3 L

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801

Legal Mail