IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, (a/k/a/ Robert Saunders    )
)
              Plaintiff,    )
)
v.    )    C.A. No. 05-102-KAJ
)
)
PAUL HOWARD, et al.,    )
)
              Defendants.    )

PLAINTIFF'S RESPONSE TO STATE DEFENDANTS
OBJECTION TO HIRING EXPERT

    COME NOW THE Plaintiff, Shamsidin Ali (a/k/a/ Robert Saunders) responds to State Defendants' Response to Plaintiff's Motion To HIRE Expert. Plaintiff states as follows:

    1. The fact remain most clear, defendant Cpl. Jane Morgan, never filed disciplinary action against plaintiff, until learn't involved in federal law suit. Defendant Morgan, spoke with plaintiff about broken watch. Agreed not to cite for rule infraction, then about eleven (11) day later cited for same. This action nothing more then retaliation for law suit.

    2. The language is most clear in Department of Corrections Rule of Conduct Policy 4.2. (October 1, 2004). In Procedure V Section G (page 3 of 18 the language is most clear in citing inmates for rule infractions:

> The disciplinary resport should be submitted
> before the end of the shift, and must be
> submitted within 24 hours.

    3. In the plaintiff's case, infraction was not written prior to end on shift, day offense occurred but ten (10) days

after alleged offense.

4. The defendants are attempting to state plaintiff is alleging due process clam, he is stating retaliation claim and are analyzed differently. See: Hoskins v. Lenear, 395 F.3d 372 (7th Cir. 2005). The plaintiff is not attempting to have defendant Morgan, submit to polygraph examination, but to attest to plaintiff's state of events and his creditability. Being polygraph test are admissible in disciplinary hearing, see Lenea v. Lane, 882 F.2d 1171, 1174 (7th Cir. 1989).

5. If defendants were sincere about getting too truth, seems like wouldn't object to same. There isn't any cost to defendants, plaintiff's family willing to pay for same, and test woud be conducted my individual, highly respected in law enforcement communities throughout the state.

6. Plaintiff's Motion is with merit and should be granted.

WHEREFORE, FOR THE REASON SET FORTH HEREIN, Plaintiff respectfully request that this Court grant Motion to Hire Expert.

Dated: August 25, 2006

Shamsidinn, Ali, 052590
1181 Paddock Rd. DCC
Smyrna, DE  19977

CERTIFICATE OF SERVICE

I HEREBY CERTIFY COPY OF AFOREMENTION FURNISHED, EILEEN KELLY, DEPUTY ATTORNEY GENERAL, DEPARTMENT OF JSTICE, CARVEL STATE OFFICE BUILDING, 820 N. FRENCH STREET, WILM, DE 19801 and

_____
SHAMSIDIN ALI, 052590

I/M Shamsidin Ali
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

U.S.M.S
X-RAY

WILMINGTON DE 197
26 AUG 2006 PM 1 T

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE       19801

(Legal mail)