IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 05-102-KAJ ) JURY TRIAL REQUESTED |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) |

**DEFENDANT JANE MORGAN'S ANSWER TO
THE SUPPLEMENTAL AND SECOND AMENDED COMPLAINT**

COMES NOW Defendant Jane Morgan ("Defendant"), by and through the undersigned counsel, and hereby answers the Supplemental and Second Amended Complaint:

1. Admitted.

2. Defendant is without sufficient information to admit or deny the allegations set forth in this paragraph.

3. Denied.

4. Admitted that, as of the date of the filing of this Answer, Defendant Stanley Taylor is the Commissioner of the Delaware Department of Correction ("DOC").

5. Admitted that, as of the date of the filing of this Answer, Defendant Rick Kearney is the Warden at Sussex Correctional Institution ("SCI").

6. Admitted that, as of the date of the filing of this Answer, Defendant Thomas Carroll is the Warden at Delaware Correctional Center ("DCC").

7. Admitted that, as of the date of the filing of this Answer, Defendant Mike Deloy is a Deputy Warden at SCI.

8. Admitted that, as of the date of the filing of this Answer, Defendant Earl Messick is a Staff Lieutenant at SCI.

9. Admitted that, as of the date of the filing of this Answer, Defendant Joseph Johnson is a Staff Lieutenant at SCI.

10. Admitted that, as of the date of the filing of this Answer, Defendant Anthony Rendina is the Inmate Classification Administrator for the Bureau of Prisons, Department of Correction.

11. Admitted that, as of the date of the filing of this Answer, Defendant Paul Howard is the Chief of the Bureau of Prisons, Department of Correction.

12. Denied.[1]

13. Admitted that, as of the date of the filing of this Answer, Defendant Fisher is a Correctional Corporal at SCI. Denied that Defendant Fisher is a supervisor.

14. Admitted that, as of the date of the filing of this Answer, Defendant Jane Morgan is a Correctional Officer at DCC. Denied that Jane Morgan is a supervisor.

15. This paragraph of the Complaint is not directed to Defendant and therefore no response is required.

16. This paragraph sets forth legal argument and therefore no response to required. To the extent that a response is required, the allegations are denied.

17. Defendant incorporates herein by reference her responses set forth in paragraphs 1 – 16.

---

[1] This response does not constitute waiver of any defenses available to C. Segars, who has not been served in this action.

18. Denied.

19. Denied that Plaintiff was subjected to retaliatory action by Defendant. Defendant is without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

20. Defendant is without sufficient information to admit or deny the allegations set forth in this paragraph.

21. Denied.

22. Defendant is without sufficient information to admit or deny the allegations set forth in this paragraph.

23. Denied.

24. Denied.

25. Defendant incorporates herein by reference her responses set forth in paragraphs 1 – 25.

26. Denied.

27. Denied.

28. Defendant is without sufficient information to admit or deny the allegations set forth in this paragraph. Denied that Defendant engaged in any wrongdoing or violated Plaintiff's rights in any manner.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Defendant incorporates herein by reference her responses set forth in paragraphs 1 – 35.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Defendant incorporates herein by reference her responses set forth in paragraphs 1 – 40.

42. Denied.

43. This paragraph is not directed to Defendant and therefore no response is required. To the extent that a response is required, Defendant denies that she engaged in any wrongdoing or violated Plaintiff's rights in any manner.

## RELIEF

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to injunctive, declaratory or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Defendant is immune from liability under the Eleventh Amendment.

6. Defendant is entitled to qualified immunity.

7. As to any claims under state law, Defendant is entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, Defendant is entitled to sovereign immunity in her official capacity.

9. Defendant cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Defendant liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendant, in her official capacity, is not liable for alleged violations of Plaintiff's constitutional rights as she is not a "person" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This action is barred by the applicable statute of limitations.

WHEREFORE, Defendant respectfully requests that judgment be entered in her favor and against Plaintiff as to all claims and that attorney fees be awarded to her.

                                      STATE OF DELAWARE
                                      DEPARTMENT OF JUSTICE

                                      /s/ Eileen Kelly
                                      Eileen Kelly, I.D. #2884
                                      Deputy Attorney General
                                      Carvel State Office Building
                                      820 North French Street, 6th Floor
                                      Wilmington, Delaware 19801
                                      (302) 577-8400
                                      eileen.kelly@state.de.us
Date:  September 8, 2006          Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed *Defendant Jane Morgan's Answer to the Supplemental and Second Amended Complaint* with the Clerk of Court using CM/ECF, which will send notice of such filing to Kevin J. Connors, Esquire. I hereby certify that on September 8, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us