## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 18, 2006

Shamsidin Ali
SBI# 052590
DCC
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esq.
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Kevin J. Connor, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Re: Shamsidin Ali, et al. v. Paul Howard, et al.
Civil Action No. 05-102-KAJ

Dear Mr. Ali and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court