# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 05-102-KAJ |
| v. | ) ) | |
| COMMISSIONER STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL HOWARD, CPL. FISHER, CPL. JANE MORGAN, IHUEMA CHUKS-PHYSICIANS ASSISTANT, CRYSTAL AUSTIN-NURSE and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL BY TWELVE DEMANDED |
| Defendants. | ) | |

## MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO DISMISS PLAINTIFF'S SUPPLEMENTAL AND THIRD AMENDED COMPLAINT

Defendant, Correctional Medical Services, Inc., ("CMS"), incorrectly named Correctional Medical Systems, through its undersigned counsel, hereby respectfully moves this Honorable Court to enter the attached Order, dismissing plaintiff's Supplemental and Third Amended Complaint with prejudice and, in support thereof, avers as follows:

1. On July 27, 2006, this Court granted Plaintiff leave until August 28, 2006 to further amend his Complaint. (D.I. #69).

2. On August 21, 2006, Plaintiff mailed a Supplemental and Third Amended Complaint to the undersigned counsel. (A copy of Plaintiff's Supplemental and Third Amended Complaint is attached as Exhibit "1"). However, a review of the docket disclosed that the Supplemental and Third Amended Complaint has not been filed with the Court.

3. Plaintiff did not file the Supplemental and Third Amended Complaint on or before August 28, 2006 as ordered by this Court.

4. Although Plaintiff has not filed the Supplemental and Third Amended Complaint with this Court, CMS is filing this Motion to protect its interests.

5. Plaintiff's Supplemental and Third Amended Complaint is exactly the same as the Supplemental, and Second Amended Complaint except that it adds to paragraph 45, consisting of five separate paragraphs, which describe the medical conditions which Plaintiff alleges he suffered from and treatment he has received and which request that a dermatologist be appointed to determine the extent of Plaintiff's medical condition.

6. With regards to the allegations set forth in Plaintiff's Supplemental and Third Amended Complaint, CMS adopts and incorporates by reference the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint which was filed on June 14, 2006. (D.I. # 61).

WHEREFORE, Defendant, Correctional Medical Services, Inc., moves this Honorable Court to dismiss all claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6).

          **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   */s/ Kevin J. Connors*
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendant, Correctional Medical Services, Inc.

DATED: September 21, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\378262\ESTHOMPSON\13252\00165

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S SUPPLEMENTAL AND THIRD AMENDED COMPLAINT** have been served by E-File and Regular Mail to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:  /s/ Kevin J. Connors
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, Correctional Medical Services, Inc.

DATED: September 21, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\378272\ESTHOMPSON\13252\00165