## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 05-102-KAJ |
| v. | ) ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL BY TWELVE DEMANDED |
| Defendants. | ) | |

## ORDER

ON THIS _____ day of _____ , 2006, having considered the Motion of

Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Supplemental and Third

Amended Complaint, and all Responses thereto, and there being good cause to grant such

Motion,

IT IS ORDERED THAT all claims against Defendant, Correctional Medical Services,

Inc., are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Kent A. Jordan

\15_A\LIAB\ESTHOMPSON\LLPG\378270\ESTHOMPSON\13252\00165