FILED

SEP 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:       Richard E. Seifert, Deputy Bureau Chief
          Department of Corrections - Grievance Unit
          245 McKee Road
          Dover, DE 19904

FROM:     I/M Shamsidin Ali, 052590 (a/k/a/ Robert Saunders)
          Delaware Correctional Center

DATE:     September 20, 2006


RE:       GRIEVANCE NUMBER 42643 and 52804/Grievance Procedures

     The above-entitled submitted to Ron Hosterman, Director of
Programs for investigation in July 2006.  Todate, investigation
appears laying dormant.  Have over seventy-five (75) grievances
(Regular/Medical), which still unresolved after eight (8) months,
filed by number of inmates.

     It clearly states in Department of Corrections - Inmate
Grievance Procedure "V Definition"  Section 7 of aforemention
states:  "The maximum period between initial grievance receipt
and final appeal response shall not exceed 180 calander days.
Section 11 of aforemention states "The Resident Grievance Committee
(RGC) shall be elected by majority vote from their own housing unit.
In many of the housing units at this facility, this exist on paper
only.

     These actions are to serve following:  1. Frustrating inmates
from utilizing process; and 2 Should inmate file court litigation,
will be stated hasn't exhaused administrative procedures.  Resulting
in litigation being dismissed for failure to comply with "Prison
Litigatin Reform Act (PLRA).  In reality inoperative grievance
procedure at this facility orchestrated to assure dismissal of
court for failure to comply with PLRA.  These actions will not cover-
up the many injustices within this system.  Advise procedure for
filing grievance against grievance system here.

SA:sa
xc:  Hon. Kent A. Jordan - U.S. Dist Ct. - DE
     Clerk of the Court, U.S. Dist, Ct. -DE (Saunders v. Howard, et al)
      Civ. No. 05-102-KAJ
     Merrily A. Friedlander, Chief - Coordination and Review Section
      U. S.. Dept. of Justice -Civil Rights Div.
     Colm Connally, U.S. Attorney
     Carl Danberg, Attorney General
     Drewry M. Fennell, Esq. - ACLU Delaware
     Warden Tom Carroll - DCC
     Capt. Michael McCramer
     file

I/M Shamsidin Ali

SBI# 152596 UNIT S

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

28 SEP 2006 PM 3 L

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19801

U.S.M.S.
X-RAY

Legal / Mail

Legal / Mail