IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) |

C. A. No. 05-102-KAJ

## STATE DEFENDANTS' INITIAL DISCLOSURES
## PURSUANT TO FED. R. CIV. P. 26(a)

Pursuant to Fed. R. Civ. P. 26(a), the State Defendants Bureau Chief Paul Howard, Warden Rick Kearney, Deputy Warden Mike Deloy, Lt. Earl Messick, Lt. Joseph Johnson, Cpl. Jeffrey Fisher, Warden Thomas Carroll, Anthony J. Rendina, Commissioner Stanley Taylor and Officer Jane Morgan ("State Defendants") hereby provide Plaintiff with the following information:

(a) Individuals likely to have knowledge of discoverable information that may be used to support State Defendants' defenses:

  1) Warden Thomas Carroll, Delaware Correctional Center ("DCC"), 1181 Paddock Road, Smyrna, DE 19977.

  2) Deputy Warden Mike Deloy, Sussex Correctional Institution ("SCI"), P.O. Box 500, Georgetown, DE 19947.

  3) Commissioner Stanley Taylor, Department of Correction ("DOC"), 245 McKee Road, Dover, DE 19904.

  4) Warden Rick Kearney, SCI.

  5) Lt. Joseph Johnson, SCI.

    6)    Lt. Earl Messick, SCI.

    7)    Cpl. Jeffrey Fisher, SCI.

    8)    Anthony Rendina, DOC.

    9)    Bureau Chief Paul Howard, DOC.

    10)    Officer Jane Morgan, DCC.

    11)    CMS personnel.

(b) Documents that may be used to support Defendants' defenses:

All Department of Correction and institutional files relating to the incidents which form the basis of the Complaint, including medical records.

(c) Experts and their opinions:

State Defendants have not yet retained any experts, but reserve the right to do so, and will supplement this response as required by Rule 26(a).

(d) Insurance agreements in force:

Not applicable. State Defendants further disclose that no such insurance exists.

(e) Basis for any damages claimed:

Not applicable.

State Defendants reserve the right to supplement these disclosures.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Eileen Kelly, I.D. #2884
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    eileen.kelly@state.de.us

Date: October 27, 2006    Attorney for State Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2006, I electronically filed *State Defendants' Initial Disclosures* with the Clerk of Court using CM/ECF, which will send notice of such filing to Kevin J. Connors, Esquire.  I hereby certify that on October 27, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE  19801
(302) 577-8400
eileen.kelly@state.de.us