IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders,  )
)
)
Plaintiff,  )
)
)   Civ. No. 05-102-KAJ
)
)
COMMISSIONER STANLEY TAYLOR, et al.  )
)
Defendants.  )

NOTICE OF MOTION

TO:   Kevin J. Connors, Esquire          Eileen Kelly, Esquire
      1220 N. Market St., 5th Fl.        Deputy Attorney General
      Wilmington, DE  19801              Department of Justice
                                         Carvel State Office Bldg.
                                         820 N. French Street
                                         Wilmington, DE 19801

PLEASE TAKE NOTICE that the attached Motion for Temporary Restraining Order and Order to Show Cause for Prelimary Injunction will be presented at the convenience of this Honorable Court, or as soon as parties may be heard.

Shamsidin Ali, 052590
a/k/a Robert Saunders
1181 Paddock Road-DCC
Smyrna, DE  19977

DATED:  November 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
)
       Plaintiff, )
)
v. ) Civ. No. 05-102-KAJ
)
COMMISSIONER STANLEY TAYLOR, et al. )
)
       Defendants. )

## TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Upon the complaint, affidavits of plaintiff and other documents pending, it is:

ORDERED that defendant Stanley Taylor, Paul Howard, Tom Carroll and Correctional Medical Systems show cause in room____ of the United States Courthouse, 8444 N. King St., Wilm, DE 19801, on the _____ day of _____, 20___, at _____ o'clock, why a preliminary injunctin should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants their successors in office, agents and employee and all other persons acting in concert and participation with them,

    1. To immediately provide plaintiff with access to dermatologist, which has been specifically ordered by four treating physicians (Veloso, Burn, Durst and Vanduses) at this facility;

    2. Halt interference by defendant from plaintiff receiving treatment prescribed by Dr. Thomas Burke, Dermatologist and follow-up ordered by aforemention;

    3. Immediately fill blood pressure and medication ordered by neurologist, which have had in four months;

4. Enter prelimary and permanent injunction ordering defendant to permit a third party dermatologist to enter prison, culture, diagnose and properly treat "MRSA" which plaintiff diagnosis; and

5. By their acts and omissions, the defendant acted outragously and caused plaintt to suffer severe physical pain and emotional distress.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application be served on the aforesaid plaintiff by_____.


_____
UNITED STATES DISTRICT JUDGE

DATED:_____



Shamsidin Ali, 052590
n/k/a Robert Saunders

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Legal Mail

Legal Mail

CERTICIATE OF SERVICE

    I HEREBY CERTIFY, copy of aforemention was furnished Kevn J. Connors, Esquire, 1220 N. Market St., 5th Fl., Wilm, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

    By U.S. Mail this 14th day of November 2006 with sufficient postage affixed thereto.

                                                SHAMSIDIN ALI, 052590
                                                a/k/a/ Robert Saunders