**SEALED DOCUMENT**

Case 1:05-cv-00102-SLR-LPS    Document 87    Filed 11/16/2006    Page 1 of 1