IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, A/K/A ROBERT )
SAUNDERS,                    )
                             )
            Plaintiff,       )
                             )
v.                           )      Civ. No. 05-102-KAJ
                             )
                             )
COMMISSIONER STANLEY TAYLOR, et al.)
                             )
            Defendants.      )



FILED

NOV 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF"S RESPONSE TO DEFENDANTS CORRECTIONAL
MOTION TO DISMISS

Defendants Correctional Medical Services, Inc., have moved
for this Honorable Court for an order dismissing Complaint,
Plaintiff avers complaint should not be dismissed for the
following:

I.  Factual Background

        Plaintiff's complaint is premised on denial timely,
proper medical attention for "MRSA" infection. From December
2005 too presently plaintiff suffers with painful, prurulent boils
on large part of body, many developed into abcesses.  It was
determined by Dr. Volso as result of culturals in January 2006
plaintiff suffering with infectious disease, methicillin resistant
staphylococcus aureus.  It was until plaintiff came to grievance
hearing, was able to show grievance officer (Rodweller, Deborah)
the sores an abcesses covering majority of body.  Defendants
Chuks and Austin, constantly had refused to permit plaintiff be

seen by physician, stated only suffering from spider bites. The denial be seen by physician went-on for close too two months. Both of the aforementin defendants, consently saw sores, abcesses and swollen lumps on arms and legs, refused to look-at or be shown the abcesses on buttocks or scrotum.

II. Dismissal Standards

Rule 56(c) of the Federal Rule of Civil Procedure provides that summary judgment "shall be rendered forthwith if the pleadings, depositions, anwers to interrogatories and admission on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." A "material fact" is one that "might affect the outcome of the suit." Anderson v. Liberty Lobby Inc., 477 U.S. 242, 248 (1986). A dispute is genuine only if a reaspmab;e jury could fine for the nonmoving party. Credibility determination are not the function of the judge; rather, "the evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in his favor." Anderson, 477 U.S. at 255.

Plaintiff assets that each of the defendants violated her duty under the Eighth Amendment ot provide plaintiff with adequate medical care during incarceration. For there to be an Eighth Amendment violation during imprisonment, two elememts must be be satisfied. One element is objective, and that the deprivation be serious. Young v. Ouinlan, 960 F. 2d 351, 359-60 (3d Cir. 1992). The second is subjective requirement, that a prison official acted with a sufficiently culpable state of mind.

The Eigth Amendment's proscription against cruel and unusual punishment imposes upon the states a duty to provide prisoners with adequate medical care. West .v. Keve, 571 F2d 158, 161 (3rd Cir. 1978). The Supreme Court has held that "in order to state a congnizable claim, a prisoner must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. It is only such indifference that can offend 'evolbing standards of decency'. Estelle v. Gamble, 429 U.S. 97, 106 (1976)/

Under the first prong of the Eighth Amendment analysis, a plaintiff must allege, that his medical need is serious, which polaintiff done on many occassions. Boring v. Kozakiewicz, 833 F.2s 468, 473 (3d Cir. 1987). In addition, the seriousness of an inmates medical need may be determined by reference to the consequence of the denial of treatment. Lanzaro, 834 F.2d at 347. For instance, the Third Circuit has opined that a medical need is "serious" of the denial of treatment results in the unnecessary amd wanton infliction of pain, as in the case of plaintiff, or a life-long handicap or permanent lost.

Viewing the evidence in the light most favorable to the plaintiff, the Court must find that plaintiff has made a sufficient showing of a serious medical need to survive dismissal. Plaintiff has established went without treatment for months. Under the second prong of the Eighth Amendment analysis, a plaintiff must establish "deliberate indifference" on the part of each defendants. This clearly shown, by defendant refusal to permit plaintiff to see doctor.

In Monmouth County Correctional Institutional Inmates
v. Lanzaro, 834 F.2d 326 (3d Cir. 1987), the Third Circuit
enumerated the various circumstance in which a prisoner could
establish deliberate indifference in the context of a claim
premised on the failure to provide adequate medical treatment.
The court indicated that the deliberate indifference standard is
met (1) where prison authorities deny reasonable request for
medical treatment and such denial exposes the inmate to undue
suffering or the threat of tangible residula inury; (2)
where prison authorities intentionally refuse to provide medical
care knowing that tan inmate is in need of medical treatment;
(3) if necessary medical treatment is delayed for non-medical
reasons; (4) where prison officials erect arbitrary and burden-
some procedures that result in interminable delays and outright
dentals of suchas care to suffering inmates; or (5) when prison
authorities prevent an inmate from receiving recommended treatment
fpr serious medical needs or deny access to a phycisian capable
of evaluating the need for such treatment. Id. at 346-47.

The present case clearly showed defendants were aware of
sores, abcessess and boils but clearly refused to permit plaintiff
be seen by physician, when had power to do so.

Based on the foregoing, the Court should deny dismissal for
failure to state a claim as indicated in medical defendants motion.

DATED:  November 18, 2006

ROBERT SAUNDERS,,052590
1181 Paddock Road - DCC
Smyrna, DE  19977

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/20/2005

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC | |
| **Grievance #** : 15379 | **Grievance Date** : 07/13/2005 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/13/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier C, Cell 8, Bottom | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Inmate claims has six sick call requests and one medical emergency grievance ignored. Per instructions of counsel, inmate is requesting even tho under care of Dr. David Sopa, recommended by Dr. Roberta Burns be seen by Dr. Sopa because of complications she noted after operations. Inmate claims he was scheduled to be seen by Dr. Maria Ionits the later part of May or early June, concerning Neurological problem. Even tho in constant pain and other discomfort conditions ignored.

**Remedy Requested** : Inmate requests 1/ Authorization granted be seen at this facility by local orthepedic and neurologist; 2/ Name of medical Director/ address for Correctional medical Systems - Delaware and 3/ Name or administrator for Correctional Medical systems at this facility.

| INDIVIDUALS INVOLVED | | | Inmate Copy |
|---|---|---|---|
| **Type** | **SBI #** | **Name** | |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/20/2005 |
| **Investigation Sent :** 07/20/2005 | **Investigation Sent To** : Breton, Monique |
| **Grievance Amount :** | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SAUNDERS, ROBERT H    **SBI#**    : 00052590    **Institution**    : DCC

**Grievance #**    : 15379    **Grievance Date**   : 07/13/2005    **Category**    : Individual

**Status**    : Unresolved    **Resolution Status:**    **Inmate Status :**

**Grievance Type:** Health Issue (Medical)    **Incident Date**    : 07/13/2005    **Incident Time :**

**IGC**    : Merson, Lise M

**Housing Location :** Bldg 21, Upper, Tier C, Cell 8, Bottom

## INFORMAL RESOLUTION

**Investigator Name**    : Breton, Monique        **Date of Report**   07/20/2005

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date**           : _____

**Witness (Officer)**    : _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:     Inmate Saunders, Robert H. 00052590         21 CU-8

From:   Corporal L. M. Merson, I. G. C.

Date:   Wednesday, June 29, 2005

Re:     Grievance info as per BGO Seifert

---

Case # 12160 at level 3
Case # 12523 at level 3
Case # 12894 at level 3
Case # 13069 level 2 decision sent to DCC on 6-15-05, has not been responded to as of today.
Case # 13071 at level 3

Case 13069  appeal form and instructions accompanies this memo.

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 21481 | **Grievance Date** : 11/29/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/29/2005 | **Incident Time :** 09:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier B, Cell 10, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Complaining of excruciating itching, bumps, and burning over body. Rash in groin area has worsened. Two weeks prior at sick call for aforementioned issue I was scheduled to be seen by a doctor. Today I was given Hydrocortisone Cream which in conjunction with anti-fungal cream failed to correct problem. Whatever medical condition has spread to previous (illegible) area on my arm caused some type of bumps which resulted in constant itching and burning.

**Remedy Requested** : 1. Name of individual who provided treatment on 11-29-05.
2. As stated previously in unresolved grievance be seen by Board Certified Doctor of internal medicine hired by family permitted to visit me at facility.
3. Provide complete copy of medical record to submit to lawyer.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 12/22/2005 |
| **Investigation Sent :** 12/22/2005 | **Investigation Sent To** : Plante, Donna |
| **Grievance Amount :** | |

**BCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 01/05/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** | : 00052590 | **Institution** | : DCC |
| **Grievance #** : 22076 | **Grievance Date** | : 12/20/2005 | **Category** | : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** | : 12/13/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier B, Cell 10, Bottom | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: The past four months been dealing with some type body infection. On Dec. 13, 2005, Dr. R. Burns ordered body wash to be applied once a week, left on 9 hours and washed off. Of as writing grievance yet to receive same. Dr. Burn and Haitiar both agreed need be seen by dermatologist, couldn't state when would be reality. The boils and pimples have become worse oozing puss type material, developed walnut size growths in both legs.

**Remedy Requested** : Immediately provided treatment by dermatologist and provide medication ordered by Dr. Burns.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES   **Date Received by Medical Unit :** 01/05/2006

**Investigation Sent :** 01/05/2006   **Investigation Sent To** : Plante, Donna

**Grievance Amount :**

**DCC  Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/19/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 46443 | **Grievance Date** : 06/13/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/13/2006 | **Incident Time :** 16:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Suffering severe headaches, seeing spots, and experiencing numbness on right side. Have not had BP or Neurological medications in 3 weeks. Have submitted 3 sick call requests. 3 weeks ago Dr. Durst  made note see me following week. MRSA related problems continue spreading and lack medications, protozone don't seem to halt spreading of skin issues. Over 70% of my body and having pain in joints.

**Remedy Requested** : Immediately provided medications and reason not provided sooner. Immediately seen by dermatologist and treating neurologist.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 06/19/2006

**Investigation Sent :** 06/19/2006

**Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/13/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#**         : 00052590 | **Institution**       : DCC |
| **Grievance #**     : 45458 | **Grievance Date**   : 06/07/2006 | **Category**       : Individual |
| **Status**          : Unresolved | **Resolution Status :** | **Resol. Date**    : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**      : 06/07/2006 | **Incident Time :** 06:00 |
| **IGC**             : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Went to nurse to pick up pritzone, which provided every other day. First informed not scheduled, conveyed received on 6/5/06, so next dosage, 6/7/06. Upon not being called as she stated would, consulted bldg Corporal. Upon explaining problem, he called infirmary, informed had went home. This nurse passes out medication in this building 5 days a week on the 4 to 12 shift.

**Remedy Requested**    : Full name of this nurse; In writing advise how nurse permitted to ignore inmates need for MRSA related medication.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/13/2006 |
| **Investigation Sent :** 06/13/2006 | **Investigation Sent To**    : Rodweller, Deborah |
| **Grievance Amount :** | |

**Page 1 of 2**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/13/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#**            : 00052590 | **Institution**      : DCC |
| **Grievance #**     : 45458 | **Grievance Date**  : 06/07/2006 | **Category**     : Individual |
| **Status**          : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 06/07/2006 | **Incident Time :** 06:00 |
| **IGC**             : Merson, Lise M | **Housing Location :**Bldg W1, Tier K, Cell 31, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name**   : Rodweller, Deborah                              **Date of Report** 06/13/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                  :_____

**Witness (Officer)**    :_____

To: James Welch, Healthcare Administrator
        Department of Corrections


From: I/m Robert Saunders, 052590  W(K-31)
        Delaware Correctional Center


Date: June 7 2006


Re: Medical Needs/ Grievances


    Since December 2005, as result suffering with
MRSA. Four (4) physicians at this facility, waitten
order need be seen by dermatologist. There still
remains series of abscesses, skin coloration change
over 70% of my body. Several doctors expressed
concern about possible organ and bone damages.


    Correctional Medical Services, refuse to comply with their
grievance resolution. I haven't had blood pressure
medications in three weeks, nor seen by Dr.
Durst who waitten order be seen by him is
two (2) week. It's going on Four (4) week, still
yet to be seen. He stated need be seen concerning
MRSA related illnesses.


xc: File
Encl.

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 05/24/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 38303 | **Grievance Date** : 04/28/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/28/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Having been out of medication (first 3 listed are Illegible) Bisulfate-Plavix, Gabapentia, and Naprozen for the past 2 weeks. I went to the medication window and infofrmed them I had turned in empty medication cards but I never received additional refills. These medications are for blood pressure, heart, and gout conditions. Individual at medical window stated give her names of the medication and she will se what she can make up for me. Didn't know when medication prescribed would arrive.

**Remedy Requested :** Immediatedly provide all prescribed medication.
Name of individual responsible for ordering and dispensing medication at medication window.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 05/10/2006

**Investigation Sent :** 05/10/2006

**Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:05/24/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 38303 | **Grievance Date** : 04/28/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/28/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg W1, Tier K, Cell 31, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah                **Date of Report**  05/10/2006

**Investigation Report :** approved waiting on dermatologist for schedule.

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)      :_____

**DCC** Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Inmate Copy**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 35152 | **Grievance Date** : 04/25/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/25/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier K, Cell 31, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I met with Dr. John Durst, concerning staph related infection. I conveyed to Dr., had not received blood pressure meds in two weeks. Prior informing lack of BP meds, asked why pressure was high. Constantly turned in empty med cards. When Dr. Durst sent assistant too severe BP meds, party informed when ready will be provided. Of as writing this grievance, still yet to receive any BP meds.

Note to investigator: Grievance copied verbatim

**Remedy Requested** : Immediately provided BP medication and 2/ procedure developed were inmates will not constantly be deprived medication, due to ordering problems and name of individual assigned task ordering/dispensing inmate medications.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 05/02/2006 |
| **Investigation Sent** : 05/02/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount** : | |

## Inmate Copy

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261
Date: 05/24/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 35152 | **Grievance Date** : 04/25/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/25/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah          **Date of Report** 05/02/2006

**Investigation Report :** meds, consult dr line! next level- consult approved waiting on appt. meds ordered pharmacy called.

**Reason for Referring:**

Offender's Signature: _____

Date              : _____

Witness (Officer)  : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9281

Date: 05/24/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SAUNDERS, ROBERT H

| | | |
|---|---|---|
| **Grievance #** : 35152 | **SBI#** : 00052590 | **Institution** : DCC |
| **Status** : Unresolved | **Grievance Date** : 04/25/2006 | **Category** : Individual |
| **Grievance Type:** Health Issue (Medical) | **Resolution Status:** | **Inmate Status :** |
| **IGC** : Merson, Lise M | **Incident Date** : 04/25/2006 | **Incident Time :** |

Housing Location : Bldg W1, Tier K, Cell 31, Single

### MGC

**Date Received :** 05/11/2006                    **Date of Recommendation:** 05/24/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eiler, Gail | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 2 | Deny : 0 | Abstain :1 |
|---|---|---|

### TIEBREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 5/23/2006: Debbie Gingench - uphold (not in DACS)
Rec'd medications on 5/10/06. Will follow up with Dr. on 5/23/2006 about blood pressure  medication and schedule  to see MD within one wk.
4/26/06 consult sent in to be approved.

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 05/24/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC | |
| **Grievance #** : 38303 | **Grievance Date** : 04/28/2006 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/28/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Having been out of medication (first 3 listed are Illegible) Bisulfate-Plavix, Gabapentia, and Naprozen for the past 2 weeks. I went to the medication window and infofrmed them I had turned in empty medication cards but I never received additional refills. These medications are for blood pressure, heart, and gout conditions. Individual at medical window stated give her names of the medication and she will se what she can make up for me. Didn't know when medication prescribed would arrive.

**Remedy Requested** : Immediatedly provide all prescribed medication.
Name of individual responsible for ordering and dispensing medication at medication window.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                              **Date Received by Medical Unit :** 05/10/2006

**Investigation Sent :** 05/10/2006          **Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 38303 | **Grievance Date** : 04/28/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/28/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location** :Bldg W1, Tier K, Cell 31, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah                    **Date of Report** 05/10/2006

**Investigation Report :** approved waiting on dermatologist for schedule.

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

Page 2 of 4

To. Warden Thomas Carroll - DCC

From: I/m Robert Saunders, 052590 - W(K-31)

Date: April 28, 2006

RE: Emergency Grievances / Medical Bill

Enclosed medical grievance, which need address
promptly. The enclosed medical bill connected with operation
on left elbow.

These medical conditions are danger to one's life,
raised three other occasions via grievance.

Encl.

XC: Colm Connolly, U.S. Attorney
Stephen Hampton, Esq.
Howard H. Brown, Esq.
Carl Danberg, Attorney General
Clerk of the Court, U.S. Dist. Ct.
Saunders v. Howard, et. Al., C. A. No. 105- KAJ

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

## Inmate Copy

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** | : 00052590 | **Institution** : DCC |
| **Grievance #** : 35152 | **Grievance Date** : 04/25/2006 | | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/25/2006 | | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I met with Dr. John Durst, concerning staph related infection. I conveyed to Dr., had not received blood pressure meds in two weeks. Prior informing lack of BP meds, asked why pressure was high. Constantly turned in empty med cards. When Dr. Durst sent assistant too severe BP meds, party informed when ready will be provided. Of as writing this grievance, still yet to receive any BP meds.

Note to investigator: Grievance copied verbatim

**Remedy Requested** : Immediately provided BP medication and 2/ procedure developed were inmates will not constantly be deprived medication, due to ordering problems and name of individual assigned task ordering/dispensing inmate medications.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/02/2006 |
| **Investigation Sent** : 05/02/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

## Inmate Copy

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 35152 | **Grievance Date** : 04/25/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/25/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg W1, Tier K, Cell 31, Single | |

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Rodweller, Deborah                     **Date of Report** 05/02/2006

**Investigation Report :** meds, consult dr line! next level- consult approved waiting on appt. meds ordered pharmacy called.

**Reason for Referring:**

Offender's Signature:_____

Date          :_____

Witness (Officer)   :_____

DCC **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | | **SBI#** : 00052590 | **Institution** : DCC | |
| **Grievance #** : 35152 | | **Grievance Date** : 04/25/2006 | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 04/25/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location** : Bldg W1, Tier K, Cell 31, Single | | |

### MGC

**Date Received** : 05/11/2006          **Date of Recommendation:** 05/24/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 2 | Deny : 0 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 5/23/2006: Debbie Gingench - uphold (not in DACS)
Rec'd medications on 5/10/06. Will follow up with Dr. on 5/23/2006 about blood pressure  medication and schedule  to see MD within one wk.
4/26/06 consult sent in to be approved.

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

K-31

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

**Offender Name** : SAUNDERS, ROBERT H

**Grievance #** : 35152

**Status** : Unresolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00052590

**Grievance Date** : 04/25/2006

**Resolution Status** :

**Incident Date** : 04/25/2006

**Institution** : DCC

**Category** : Individual

**Inmate Status** :

**Incident Time** :

**Housing Location** : Bldg W1, Tier K, Cell 31, Single

## APPEAL REQUEST

Inmate states: The committee failed address, went three (3) weeks minus blood pressure and heart medications. Also some type medication provided on May 10, 2006 not prescribed by any physician. Nor was any physician consulted prior giving me medication. Back ordered by four (4) physician ( Burns, Veloso, Messinger and Durant) be seen by dermatologist. The aforementioned ignored by hearing committee. Failed to provide names of individual providing medications, prior order/approval of any doctor.

## REMEDY REQUEST

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 05/24/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SAUNDERS, ROBERT H

**Grievance #** : 35152

**Status** : Unresolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00052590

**Grievance Date** : 04/25/2006

**Resolution Status :**

**Incident Date** : 04/25/2006

**Housing Location :** Bldg W1, Tier K, Cell 31, Single

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

### IGC

**Medical Provider:**                                                  **Date Assigned**

**Comments:**

[x] **Forward to MGC**                    [ ] **Warden Notified**

[ ] **Forward to RGC**                     **Date Forwarded to RGC/MGC :** 05/11/2006

[x] **Offender Signature Captured**        **Date Offender Signed** :

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 08/07/2006

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC | |
| **Grievance #** : 45458 | **Grievance Date** : 06/07/2006 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/07/2006 | **Incident Time :** 06:00 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | | |

| APPEAL REQUEST |
|---|

Appeal returned 8/3/06: On December 5, 2005 seen by Dr. Robert J. Varipapa, Neurologist increased Neurontiv to 600 -900 mg. TID, keep headache diary as provided and follow up in 6-8 weeks or PRN. I informed various medical personal over two months ago medical ran out. Have yet to receive Neurontiv or follow up visit. Dr. Durst ordered various blood pressure medications be renewed 8 weeks ago, still yet to receive same. Failed to convey how these problems will be immediately address or name and address of pharmacy which requested. Having severe headaches, seeing spots and having numbness on right side of body.

| REMEDY REQUEST |
|---|

**Page 4 of 6**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC | |
| **Grievance #** : 46443 | **Grievance Date** : 06/13/2006 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/13/2006 | **Incident Time :** 16:00 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | | |

| APPEAL REQUEST | |
|---|---|

Appeal returned 8/3/06: Refuse to provide names of parties involved in incident nor reprimand. Denial of medications shouldn't be taken lightly, and treated as not serious problem.

| REMEDY REQUEST | |
|---|---|

**DCC  Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 09/18/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 68203 | **Grievance Date** : 09/07/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/16/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: 8/18/06  submitted sick call requesting MRSA be addressed. Received copy back informing me of scheduled appointment w/ doctor. Upon arrival at Inf., informed the doctor was not present. Condition continues to worsen. Dermatologists orders were not complied with. Should condition worsen, was to return to him.

**Remedy Requested** : Immediate appointment w/ Dermatologist. Not to be seen by either PA Ihuoma Chuks, Nurse Crystal Arstier.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES        **Date Received by Medical Unit :** 09/18/2006

**Investigation Sent :** 09/18/2006    **Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 09/18/2006

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 68203 | **Grievance Date** : 09/07/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/16/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg S1, Tier F, Cell 10, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah          **Date of Report** 09/18/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**          :_____

**Witness (Officer)**   :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/22/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | | **SBI#** : 00052590 | **Institution** | : DCC |
| **Grievance #** : 21481 | | **Grievance Date** : 11/29/2005 | **Category** | : Individual |
| **Status** : Unresolved | | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 11/29/2005 | **Incident Time** : 09:00 |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg W1, Tier B, Cell 10, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Complaining of excruciating itching, bumps, and burning over body. Rash in groin area has worsened. Two weeks prior at sick call for aforementioned issue I was scheduled to be seen by a doctor. Today I was given Hydrocortisone Cream which in conjunction with anti-fungal cream failed to correct problem. Whatever medical condition has spread to previous (illegible) area on my arm caused some type of bumps which resulted in constant itching and burning.

**Remedy Requested** : 1. Name of individual who provided treatment on 11-29-05.
2. As stated previously in unresolved grievance be seen by Board Certified Doctor of internal medicine hired by family permitted to visit me at facility.
3. Provide complete copy of medical record to submit to lawyer.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 12/22/2005 |
| **Investigation Sent :** 12/22/2005 | **Investigation Sent To** : Plante, Donna |
| **Grievance Amount :** | |

*Rifampin And Su/Fameth*      *Napro zed*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that provided copy of aforemention to
Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm,
DE 19801, and Eileen Kelly,Deputy Attorney General, Department of
Justice, Carvel State Office Building, 820 N. French St., Wilm,
DE 19801. By U.S. Mail with sufficient postage affixed thereto
this 18th day of November 2006.

ROBERT SAUNDERS

Robert Saunders, 052590
181 Pollock Road - DCC
Smyrna, DE
WILMINGTON DE 19850   NOV   18   2006   WILMINGTON

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801

Legal Mail

Legal Mail