IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a ROBERT SAUNDERS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 05-102-KAJ ) |
| PAUL HOWARD, et al, | ) ) |
| Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED that defendants shall file their response to plaintiff's motion for temporary restraining order (D.I. 86) on or before December 1, 2006.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

November 21, 2006
Wilmington, Delaware