IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 05-102-KAJ |
| v. | ) ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Injunctive Relief and the Response of Defendant, Correctional Medical Services, Inc. thereto, it is hereby ORDERED that Plaintiff's Motion for Injunctive Relief is DENIED.

In addition, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., and all Responses and Replies thereto, it is hereby ORDERED that all claims against Defendant, Correctional Medical Services, Inc., are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
THE HONORABLE KENT A. JORDAN

\15_A\LIAB\ESTHOMPSON\LLPG\393492\PASHELBY\13252\00165