# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., ) ) ) Plaintiff, ) ) v. ) ) DELAWARE DEPARTMENT OF ) CORRECTIONS, COMM. STANLEY ) TAYLOR, WARDEN RICK KEARNEY, ) WARDEN THOMAS CARROLL, DEPUTY ) WARDEN MIKE DELOY, S/LT. EARL ) MESSICK, S/LT. JOSEPH JOHNSON, ) CAPTAIN C. SEGARS, ANTHONY ) RENDINA, PAUL MORGAN and ) CORRECTIONAL MEDICAL SYSTEMS, ) ) Defendants. ) | Civ. No. 05-102-KAJ<br><br>JURY TRIAL DEMANDED |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 05-102-KAJ

M15_A\LIAB\ESTHOMPSON\LLPG\358541\ESTHOMPSON\J1252\00165

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-102-KAJ <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 05-102-KAJ

\\5_A\LIAB\ESTHOMPSON\.LPG\258541\BSTHOMPSON\13252\00165

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE DEPARTMENT OF )<br>CORRECTIONS, COMM. STANLEY )<br>TAYLOR, WARDEN RICK KEARNEY, )<br>WARDEN THOMAS CARROLL, DEPUTY )<br>WARDEN MIKE DELOY, S/LT. EARL )<br>MESSICK, S/LT. JOSEPH JOHNSON, )<br>CAPTAIN C. SEGARS, ANTHONY )<br>RENDINA, PAUL MORGAN and )<br>CORRECTIONAL MEDICAL SYSTEMS, )<br>)<br>Defendants. ) | Civ. No. 05-102-KAJ<br><br>JURY TRIAL DEMANDED |

# SEALED DOCUMENTS

---

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 05-102-KAJ

---

\\15_A\JAB\ESTHOMPSON\LLPG\35854.\ESTHOMPSON\13252\00165

EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 05-102-KAJ <br><br> JURY TRIAL DEMANDED |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 05-102-KAJ

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS and MASJID ULLAH, INC., </br></br>Plaintiff,</br></br>v.</br></br>DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)   Civ. No. 05-102-KAJ</br>)</br>)</br>)   JURY TRIAL DEMANDED</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 05-102-KAJ

\\15_A\LLAB\ESTHOMPSON\LLP0\358541\ESTHOMPSON\13252\00165