IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT  )
SAUNDERS,                     )
                              )
            Plaintiff,        )
                              )
    v.                        )   Civil Action No. 05-102-KAJ
                              )
PAUL HOWARD, et al.           )
                              )
            Defendants.       )

FILED
DEC -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff request that defendant Ihuoma Chucks make the following admissions within 30 days after the service of this request.

1. Plaintiff was diagonsed with Methicillin-Resistant Staphylococcus Aureus (MRSA).

2. On several occassions plaintiff showed boils, abscesses, skin discoloration on various parts of the body.

3. You informed plaintiff had spider bites.

4. Plaintiff and correctional staff were not provided information on the trasnsmission, prevention, treatment and containment of MRSA infections.

5. Did not collect speciments for culture and antimicrobial susceptibility testing from the plaintiff, even tho displayed abscesses and purulent skin lesions.

6. Have not received training in treating MRSA.

7, Employed by Correctional Medical Services as physician assistant.

8. Not board certified or licensed physican assistant.

9. Commencing January 2005 there were many cases of MRSA at Delaware Correctional Center.

10. There hasn't been MRSA Care Tracking and Reporting Form for each inmate diagnosed with aforemention at Delaware Correctional Center.

11. Plaintiff did not receive treatment follow-up 1 week after completion of antibiotic treatment and examined for recurrent lesions.

12. Prior complainting of pimples, boils and abcesses, were aware plaintiff had post-surgicial wound six month prior.

13. Inmates with risk factios such as diabetes, immuno-compromised conditions, oen wounds, recent surgery, chronic skin conditions, or paraplegia with decubiti were evaluated for skin infection during routine medical evaluations.

14. Plaintiff recommende be seen by dermatologist on four (4) different occassions by physicans at Delaware Correctional Center.

15. Showed sores, boils, abecesses on 70% of body, didn't recommend plaintiff be seen by physician at Delaware Correctional Center.

16. Prior inmate being seen by doctor, must be recommended by self or nurse.

17. Inmate diagnosed with MRS infections, were examined by clinican to determine their risk contagion too others.

18. There has been constant problems, with plaintiff receiving prescribed medications.

19. Plaintiff was seen by Dr. Thomas Burke, Dermatologist on June 19, 2006.

20. Dr. Burke, written order plaintiff would need be seen for additional treatment.

21. Plaintiff has not be taken back too Dr. Burke.

22. Plaintiff suffers with series of other medical problems and receives medications for same.

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED:  December 6, 2006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, copy of the aformention was furnished Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

By U.S.Mail this 6th day of December 2006, with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590

```
Shamsidin Ali
I/M  a/k/a/ Robert Saunders
SBI# 052590      UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

WILMINGTON DE 197
05 DEC 2006 PM 2 T

U.S.M.S.
-RAY

```
Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE        19801
```