IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT )
SAUNDERS, )
 )
        Plaintiff, )
 )
v. ) Civil Action No. 05-102-KAJ
 )
PAUL HOWARD, et al. )
 )
        Defendant. )

FILED
DEC -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

to scanned

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request Defendants Correctional Medical Services, Inc., produce for inspection and copying the following documents:

1. The complete medical records of plaintiff.

2. Medical Contract between Delaware Department of Corrections and State of Delaware.

3. Names of physicians assigned Delaware Correctional Center commencing with contract signing. The speicality of each of the aforemention and if board certified.

4. Listing of all lawsuits filed in federal courts, by or on behalf incarcerated inmates against "Correctional Medical Services, Inc. in any federal court, commencing January 1990. The desposition of each litigation, if settled out-of-court amount settled. This will include any federal court in the United States.

5. Procedure for ordering/refilling inmate medications at Delaware Correctional Center.

6. Regulation governing inmate needing to be seen by outside specialist.

7. List of medications prescribed for plaintiff since January 1, 1995, reason for each prescription.

8. Copy of guideline for housing inmates with suspected or confirmed methicillin-Resistant Staphylococcus Aureus (MRSA).

9. MRSA Case Tracking and Reporting Form, utilized at the Delaware Correctional Center.

10. Names and total number of "MRSA" cases treated at Delaware Correctional Center, since January 2000.

                                                   */s/ Shamsidin Ali*
                                          SHAMSIDIN ALI, 052590
                                          1181 Paddock Road - DCC
                                          Smyrna, DE  19977

Dated: December 6, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, copy of the aforemention was furnished Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801

By U.S. Mail this 6th day of December 2006, with sufficient postage affixed thereto.

                                                 */s/ Shamsidin Ali*
                                          SHAMSIDIN ALI, 052590