IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, A/K/A/ Robert Saunders, )
                                   )
            Plaintiff,         )
                                     )
       v.                           )    C.A. No. 05-102-KAJ
                                     )
                                     )
Paul Howard, et al.,             )
                                     )
            Defendants.     )

**FILED**

**DEC 13 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION (2) scanned
## TO TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

COMES NOW, Shamsidin Ali, a/k/a/ Robert Saunders, plaintiff response to defendant's objections. The plaintiff states as follows:

1. Plaintiff Shamsidin ali, a/k/a/ Robert Saunders ("Plaintiff"), is an inmate presently Incarcerated at Delaware Correctional Center ("DCC"). He is appearing pro se in this matter and paid filing fees.

2. In response to the Defendant's motion, the Court denied Plaintiff's Motion to Appoint Expert because neither Plaintiff's Original Complaint or his Amended Complaint made and reference to an alleged skin condition.

The Court, in ruling on the Motion to Appoint Expert, agreed with the Defendants and found that Plaintiff had not mentioned MRSA condition in Original or Amended Complaint. The Court denied the Motion to appoint Expert but granted Plaintiff leave to file further amend and file complaint no later than August 28, 2006. Plaintiff on August 21, 2006 filed an amended complaint alleging a skin condition. See: Exhibit "A".

1

3. This is Plaintiff's Response to Defendants' Opposition to the Motion for Preliminary Injunction.

4. It was noted on October 24, 2006 that the MRSA condition was chronic and that steroid injections provided in the past were unsuccessful. It was also noted that defendants have been unable to get Plaintiff in to see Dr. Burke for further treatment. Consultation Request for Dr. Burke has been written on four separate occasions not four as CMS states.

5. With regards to Plaintiff's demand for immediate filling of blood pressure and other medications, of as December 11, 2006 yet to receive any and in constant pain. See: Exhibit "B" (1 thru 9).

6. As noted from the above, plaintiff can prove every set of fact that would demonstrate that injunctive relief have been satisfied he would be irreparably harmed and that CMS has a policy an custom which led the medical staff to deprive him or necessary medical care. Therefore, and injunction and temporary restraining order are appropriate.

A. Plaintiff Has Properly Plead a Claim regarding His Alleged Skin Condition.

Plaintiff's Motion is appropriate, therefore the Motion, to the extent it raises allegations regarding skin condition, should be granted.

B. Plaintiff Has Satisfied The Burden For Injunctive Relief.

Plaintiff's new medical complaints are properly before the court, Plaintiff has met his burden for injunctive relief and the Motion should be granted. A grant of injunctive relief is an extraordinary remedy. Thus a request for injunctive relief should be granted under these circumstances. Instant Air Freight Co. Inc.., 882 F.2d 797,800 (3d Cir. 1989). The Third Circuit holds that a district court should grant a request for preliminary injunction on if "(1) the plaintiff is likely to succeed on the merits; (2) denial will result in irreparable harm to the plaintiff; (3)

2

granting the injunction will not result in irreparable harm to the defendants; and (4) granting the injunction is in the public interest." Maldonado v. Houstoun, 157 F.3d 179, 184 (3d Cir. 1998).

C. The State Defendants have been deliberately indifferent to Plaintiff's medical need. the State Defendants are responsible for medical treatment, under Title 11 section 6535. therefore the Plaintiff is likely to succeed on the merit of his 1983 deliberate indifference action against the State Defendants and the Motion should be granted.

WHEREFORE, the Plaintiff respectfully request that this Honorable Court grant Plaintiff's Motion for Preliminary Injunction.

Shamsidin Ali, 052590

Dated: December 12, 2006

Certificate of Service

I Hereby Certify copy of aforemention was furnished Kevin T. Connors, Esq., 1220 N. Market St., 5th Floor, Wilm, DE 19898, and Eileen Kelly, Deputy Attorney General, Department of of Justice, Carvel State office Bldg., 820 N. French St., Wilm, De 19801.

By U.S. mail this 12th day of December 2006, with sufficient postage affixed thereto.

Shamsidin Ali

3

Ex hibit 19

1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, A/K/A ROBERT )
SAUNDERS, )
                                       )
           PLAINTIFF. )
                                         )
           v. )              CIVIL ACTION NO. 05-102-KAJ
                                         ) TRIAL BY JURY DEMANDED
COMMISSIONER STANLEY TAYLOR, )
WARDEN RICK KEARNEY, WARDEN )
THOMAS CARROLL, DEPUTY WARDEN )
MIKE DELOY, S/LT. EARL MESSICK, )
S/LT JOSEPH JOHNSON, CAPTAIN )
C.SEGARS, ANTHONY RENDINA, PAUL )
HOWARD, CPL. FISHER, CPL. JANE )
MORGAN, IHUEMA CHUKS-PHYSICIANS )
ASSISTANT, CRYSTAL AUSTIN-NURSE )
and CORRECTIONAL MEDICAL SERVICES )
                                         )
           DEFENDANTS. )

## SUPPLEMENTAL AND THIRD AMENDED COMPLAINT

Background Allegations:

1. Plaintiff, Shamsidin Ali (a/k/a Robert Saunders) is a citizen of the United States and resident of this judicial district.

2. Plaintiff has been incarcerated at the Delaware Correctional Center (DCC) in Smyrna, Delaware since June 10, 2005.

3. Defendant Stanley Taylor is Commissioner of DOC.

4. Defendant Rick Kearney is Warden of the Sussex Correctional Institution (SCI).

5. Defendant Thomas Carroll is Warden as the Delaware Correctional Center (DCC).

6. Defendant Mike Deloy is Deputy Warden of Sussex Correctional Institution (SCI).

7. Defendant Earl Messick is Staff Lieutenant at Sussex Correctional Institution (SCI).

8. Defendant Joseph Johnson is Staff Lieutenant at Sussex Correction Institution (SCI).

9. Defendant Anthony Rendina is Director of Classification/Special Programs for the Department of Corrections (DOC).

10. Defendant Paul Howard is Adult Bureau Chief for the Department of Corrections (DOC).

11. Defendant C. Segars is Supervisor of Building 21 at Delaware Correctional Center (DOC).

12. Defendant Cpl. Fisher is Mailroom Supervisor at Sussex Correctional Institution (SCI).

13. Defendant Jane Morgan is Corporal Supervisor of the Property Department at Delaware Correctional Center (DCC).

14. Defendant Ihuema Chuks is employed as Physician Assistant for Correctional Medical Services (CMS).

15. Defendant Crystal Austin is employed as Nurse for Correctional Medical Services (CMS).

16. Defendant Correctional Medical Systems is the medical contractor for Delaware Department of Corrections and provides medical treatment for its inmates.

17. This action arises under the FIRST, EIGHTH and FOURTEENTH AMENDMENTS of the United States Constitution, 42 U.S.C. Sections 1983 and 12132, 29 U.S.C. Section 794 and the laws of the State of Delaware. This court has jurisdiction of the action under 28 U.S.C. Sections 1331, 1343 and 1367. Venue lies in this district pursuant to 28 U.S.C. 1391.

## COUNT I

18. Plaintiff incorporated herein by reference paragraph 1 through 17 hereof as-of set forth in length.

19. While incarcerated at Sussex Correctional Institution, to be referred to as SCI, plaintiff was subjected to illegal censoring of legal and personal mail, minus court order of sanction imposed as result of disciplinary action. Plaintiff's outgoing and incoming personal and legal mail subjected to aforementioned, and out of plaintiff's presence.

20. While incarcerated at SCI as result of filing formal complaint with R. Thomas Wagner, State Auditor, and submitting evidence of illegal expenditures from "Inmate Commissary Fund", subjected to retaliatory actions. The plaintiff also filed complaints in reference to inmates, including plaintiff, being exposed to asbestos for numerous years. An attorney, Jennifer Kate Aaronson, Esquire visited plaintiff regarding this matter. Plaintiff was also contacted by Estaban Parra, reporter for the News Journal, concerning inmate healthcare. Plaintiff having served as HIV/AIDS & HepC Peer Educator for over 13 years and AIDS caregiver expressed concern over growing number of deaths at SCI. There were six (6) deaths in the course of three (3) years.

21. Joseph A. Hurley, Esquire expressed to Al Maseitti of the News Journal concerns about health issues and the number of inmate deaths throughout the state, and recommended contacting plaintiff. Plaintiff was contacted by Estaban Parra and completed forms concerning interviewing and photographing.

22. Defendants at SCI read incoming and outgoing mail to R.Wagner, State Auditor, Jennifer Kate Aaronson, Esquire and Estaban Parra, News Journal Reporter. Mail arriving from each of aforementioned had been opened and re-taped closed. These actions by defendants at SCI have been in practice since June 2004. Again, this process of opening and re-taping all outgoing and incoming mail was done out of plaintiff's presence.

4

23. Plaintiff constantly filed grievances and complaints with outside parties concerning lack of black school teachers and one black counselor; double standard applied to African-American versus Caucasian inmates in classification and disciplinary actions; and the racism directed at plaintiff and other Muslims in application of their religion. All complaints stated in this paragraph have been filed with Senator Karen Peterson, U.S. Civil Rights Commission, Civil Rights Division of the U.S. Justice Department in Washington, D.C., Delaware Department of Justice and throughout the Department of Corrections.

24. On June 9, 2005, Lt. Jim Hollis and Donna Furhman, Counselor, informed plaintiff that he had been re-classified and that he had outlived the program needs at SCI. Hence, the plaintiff was transferred June 10, 2005. Ordinarily when inmates are classified to another facility after the initial classification the process proceeds through the Multi-Disciplinary Team (MDT), then to the Institution Classification Committee (ICC), and finally the Institution Board Classification Committee (IBCC). In the plaintiffs case the process was handled in reverse and the MDT (Lt. Jim Hollis and Donna Furhman) ignored the plaintiff's medical problems, which to be addressed in Departments Salient Classification Score Factors; override factors, "Physical and/or medical limitations that could affect housing placement". It was known by aforementioned parties, plaintiff suffered with following medical problems; severe case of high blood pressure (take ten (10) medications daily), degenerated disc in back (walk with assistance of cane for over fifteen (15) years), cane prescribed by Dr. DeShuttle as result of MIR of back and legs. Plaintiff made member of MDT aware of physical problems.

25. Plaintiff is entitled to punitive damages for defendants at SCI illegally opening and censoring all legal and personal outgoing and incoming mail; and failure by classification to take into account plaintiff's medical conditions according to Department Salient Classification Score Factors.

## COUNT II

26. Plaintiff incorporates herein by reference paragraphs 1 through 25 hereof as if set forth at length.

27. DOC received Federal Financial Assistance.

28. Plaintiff has physical impairment which substantially limits one or more of his major life activities. He suffers with degenerative disc disease, chronic lesions in the left basal ganglia and left thalamus of the brain, severe blood pressure problems, suffered silent stroke, heart murmur, Achilles tendon problems and severe headaches.

29. Plaintiff under care of Dr. David Sopa, Orthopedic and Dr. Maria Ionita, Neurologist, both located in Lewes, Delaware. Plaintiff appointment scheduled late May or early June with Dr. Ionita. As result of noted complications, warmness in left elbow and limited mobility in left arm, Dr. Roberta Burns, of the Sussex Correctional

Institution, wrote order for plaintiff to be taken back to Dr. David Sopa who performed
surgery. Dr. Burns also stated for David Sopa to utilize his x-ray machine as result of
possible problem with same at SCI, which possibly causes plaintiff's previous x-ray to be
incorrectly read at SCI.

30. Plaintiff is qualified individual with disabilities within the meaning of
Americans with Disabilities Act, 42 U.S.C. Section 12132 and Rehabilitation Act, 29
U.S.C. Section 794.

31. DOC officials have refused to provide reasonable accommodations; plaintiff
deprived of cane since June 10, 2005; served ice cold diet trays three times per day;
assigned to second floor, which requires walking distance equivalent to a city block; and
secured by waist chain and shackles for visits and interviews.

32. Since arriving at DCC, submitted eight (8) sick call requests and two medical
emergency grievances to Warden Thomas Carroll concerning series of medical problems,
all of which have gone ignored.

33. DOC officials have refused to assist plaintiff with walking through facility to
reach destinations by denying plaintiff use of a cane despite plaintiff's constant pain.

34. DCC officials kept plaintiff locked in cell 24 hours per day except for the
three (3) hours per week when the plaintiff was allowed to exercise, shower and clean
room. Plaintiff housed with inmates with severe mental disorders and histories of violent
behavior toward fellow inmates. DCC has failed to make reasonable accommodations
for plaintiff's illnesses.

35. Defendants at DCC failure to address plaintiff's medical and physical
disabilities violate the Americans with Disabilities Act and the Eighth Amendment of the
United States Constitution.

36. Plaintiff is entitled to monetary damages from DOC to compensate him for its
failure to make reasonable accommodations for his physical disabilities and denial of
access to sick-call. In addition, the plaintiff is entitled to injunctive relief preventing
further violations of his rights under the American with Disabilities Act and the Eighth
Amendment of the United States Constitution.

## COUNT III

37. Plaintiff incorporates herein by reference paragraph 1 through 36 hereto as if
set forth at length.

38. On September 24, 2004, plaintiff filed the original complaint in this action. If
complained of his repeatedly having legal and personal outgoing mail censored. This
also was an issue for Masjid Ullah, Inc.'s outgoing and incoming religious materials. By
complaint sought compensatory damages.

39. The complaint named Warden Rick Kearney, Deputy Warden Mike Deloy, S/Lt. Earl Messick, S/Lt. Joseph Johnson and Cpl. Fisher.

40. In concert, the defendants infringed upon the plaintiff's First Amendment Rights as retaliation for the plaintiff's complaints about racial disparities in inmate treatment; being exposed to asbestos; improper medical care, which lead to a number of inmate deaths; improper expenditures from inmate commissary account; and religious issues.

41. Defendants Kearney, Deloy, Messick, Johnson and Fisher are jointly liable because of knowledge of campaign of infringement upon plaintiff's First Amendment Rights.

## COUNT IV

42. Plaintiff incorporates herein by reference paragraph 1 through 41 hereof as if set forth in length.

43. Plaintiff has written Warden Carroll, Captain Segars, Anthony Rendina, Paul Howard and Commissioner Taylor concerning: lack of medical attention; lack of follow-up medical appointments; address cold diets; improper housing due to physical disabilities; and being subjected to cruel and unusual punishment. The defendants failed to address any issue presented, including Defendant Morgan rifling through plaintiff's legal and personal items selecting which legal papers, books and research materials she deemed proper for plaintiff to have. The failure of defendants Taylor and Carroll to demand Correctional Medical Systems address plaintiff's medical needs.

44. Plaintiff filed series of grievances with Correctional Medical Systems for failure to address sick-call requests.

45. During September 2005, noticed pimples commence developing on various parts of body, submitted numerous sick call requests. Between September 2005 and December 2005, plaintiff was constantly seen by Ihuema Chuks, Physician's Assistant and Crystal Austin, Head Nurse, both employees of Correctional Medical Services. Both stated only had spider bites and prescribed hydrocortisone and anti-fungal creams. Between aforementioned dates developed abscesses, other sores which produce pus and blood. Chuks and Austin ignored looking at abscesses, when plaintiff displayed same.

On January 2, 2006, plaintiff called to infirmary by Debbie Rodweller, Nurse-Medical Grievance Officer, for grievance hearing. Prior to hearing showed Ms. Rodweller, the massive abscesses on buttocks and arms, had towel wrapped around buttocks to halt flow of blood and pus through pants. Immediately taken to Dr. Veloso who stated how condition went untreated so long. He immediately ordered cultures and biopsy and prescribed medication. Concurred with recommendation made by Dr. Roberta Burns in December 2005, need to be seen by dermatologist.

It was determined by test results, that plaintiff was suffering from Methicillin-Resistant Staphylococcus Aureus (MRSA) with possible complications due to lack of treatment.

Currently 70% of plaintiff's body covered with skin discoloration, dried abscesses and some type of fungus. On April 25, 2006, the plaintiff was seen by Dr. John Durst at DCC Infirmary. Dr. Durst stated that the plaintiff needed to be seen by a dermatologist. Plaintiff had experienced adverse reaction to Rifampin and Sulfameth, which had been prescribed by Dr. Menninger. Dr. Durst, stated felt have infection in organs and possible bones, which constantly in pain.

Expert (dermatologist) should be appointed to determine extent of plaintiff's medical condition, submit evaluation stating professional opinion regarding plaintiff's lack of medical treatment and possible future medical and other problems.

**WHEREFORE PLAINTIFF PRAYS THAT:**

1. This Court preliminarily and permanently enjoins defendants, their agents and employees from denying plaintiff medical attention and directs the defendants to make accommodations for plaintiff's physical disabilities;

2. This Court preliminarily and permanently requires defendants to provide scheduled medical appointments with Dr. David Sopa, Orthopedic and Dr. Maria Ionita, Neurologist;

3. This Court instructs defendants Taylor, Carroll and Morgan to make plaintiff's legal and personal items available in order to secure legal and other personal items entitled;

4. Plaintiff is awarded punitive and compensatory damages together with interest;

5. Plaintiff is provided comprehensive physical examination, by medical provider other than Correctional Medical Systems;

6. Based on Department's Salient Classification Score Factor of five (5) plaintiff is assigned aforementioned area; and

7. Plaintiff is awarded such other and further relief as the Court deems just.

Shamsidin Ali, SBI #052590
a/k/a Robert Saunders
DCC
1181 Paddock Road
Smyrna, DE 19977

Date: August 31 2006

9

## CERTIFICATE OF SERVICE

I, Shamsidin Ali, a/k/a Robert Saunders, hereby certify that a copy of the aforementioned had been furnished to the following:

Kevin J. Connors, Esquire
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Eileen Kelly, Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

By U.S. Mail this 21st day of August 2006 with sufficient postage affixed thereto.

Shamsidin Ali, SBI #052590
a/k/a Robert Saunders

Exhibit "B" (1-14)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders _____ S - V311q

Name (Print)                                    Housing Location

12/6/06 _____

                                                Date Submitted

Complaint (What type of problem are you having?) Out of Following medications two weeks;
Enziphine, Ranitidine, Furosomide, Enalapril, Lovastatin, Allopurinol, Lasix,
Vasotec And headache medication On November 7 2006 received copy sick-
call slip, Stating check medication pick-up then Informed via sick-call
On November 29 2006 Scheduled chronic care. Have Not received medications/
on chronic care Doctor. Still experiencing blood pressure And MRSA Related
problems.

Robert Saunders _____ Dec. 6, 2006

Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S: Allopurinol, Lasix, Vasotec, Mevacor are here
pick-up 12/8/06 at 1:6pm        H/ate

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

FAXED
DEC 0 7 2006
BY _____

P:

E:

AUTHORIZED
DEC 0 7 2006
RECEIVED

_____        _____
Provider Signature & Title                    Date & Time

xc: Jeff Monk, Esq.
Clerk of the Court, U.S. Dist
Civ. No. 05-102 KAJ
Kevin Connor, Esq.
Eval.

3/1/99 DE01
FORM#:
**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders                           S-Bldg.
_Name (Print)_                            _Housing Location_

12/02/39          052570          11/30, 06
_Date of Birth_       _SBI Number_        _Date Submitted_

Complaint (What type of problem are you having)? Haven't had blood pressure medication in two (2) weeks. Experience severe headaches, blurred vision and numbness on right side of body.

Robert Saunders                           11/30/06
_Inmate Signature_                        _Date_

**The below area is for medical use only. Please do not write any further.**

S: You are scheduled to see health care provider

O:  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A:

P:

RECEIVED
DEC 0 1 2006
mcp cj

E:

_____          _____
Provider Signature & Title              Date & Time

3/1/99 DE01     xc: Jeff Mark, Esq.
FORM#:              Clerk of the Ct. - U.S. Dist. Ct.
MED                 Civ. No. 05-102-KAJ
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL   MENTAL HEALTH

Robert Saunders
_____
Name (Print)

S- B/4,
_____
Housing Location

12/02/39
_____
Date of Birth

052570
_____
SBI Number

11/80, 06
_____
Date Submitted

Complaint (What type of problem are you having)? Haven't had blood pressure
medications in two (2) weeks. Experience severe headaches,
blurred vision and numbness on right side of body.

John Saunders
_____
Inmate Signature

11/30/06
_____
Date

**The below area is for medical use only. Please do not write any further.**

S:

_____

_____

O:    Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A:

_____

_____

P:

_____

_____

DEC 0 1 2006

E:

_____

_____

_____   _____
Provider Signature & Title          Date & Time

**3/1/99 DE01**
FORM#:
MED
263

xc: Jeff Mirk, Esq.
Clerk of the Ct. - U.S. Dist. Ct.
Civ. No. 05-102-KAJ

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders
_____
Name (Print)

S-Bldg
_____
Housing Location

12-02-39
_____
Date of Birth

052590
_____
SBI Number

Nov. 18, 2006
_____
Date Submitted

Complaint (What type of problem are you having)? Out of Following blood
pressure medications: Enalapril, Furosemide, and
Amlopvalvol. I have yet to receive circled medications
on attached sick call form.

Robert Saunders
_____
Inmate Signature

Nov. 18, 2006
_____
Date

**The below area is for medical use only. Please do not write any further.**

S: your meds are reordered & you are
scheduled for Chronic Care — KK 11-24-06

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

Provider Signature & Title

x c; Geff Monk, Esq.
Clerk of Ct. - U.S. Dist.
Civ. No. 05-102- KNT

3/1/99 DE01
FORM#:


Date & Time

NOV 24 2006

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders _____ S- Bldg _____
Name (Print)                               Housing Location

12-02-39 _____ 052590 _____ Nov. 18, 2006
Date of Birth              SBI Number           Date Submitted

Complaint (What type of problem are you having?) Out of Following blood pressure
medications: Enalapril; Furosemide; And Allopurinol. I have
yet to receive circled medications on Attached sick-call
Form.

Robert Saunders _____ Nov. 18, 2006
Inmate Signature                           Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:  Temp:____    Pulse:____    Resp:____    B/P:____    WT:____

_____

A: _____

_____

P: _____

_____

_____

E: _____

_____

_____
Provider Signature & Title                                Date & Time

3/1/99 DE01      xc: Jeff Monk, Esq.
FORM#:              Clerk of the Court - U.S. Dist Ct.
MED                  Civ. No. 00-102-KAT
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Robert Saunders _____  S - Bldg. _____
Name (Print)                                         Housing Location

12/02/39 _____  052590 _____  Oct. 31, 2006 _____
Date of Birth              SBI Number              Date Submitted

Complaint (What type of problem are you having)? Out of Felodipine and
Allopurinol medications. Have not had Neurontin
er potassium medications in months, even the constantly
advised out of same, yet to receive medication (MRSA)
prescribed over two weeks ago, by Dr. Vanbuser.

Robert Saunders _____  October 31, 2006
Inmate Signature                                    Date

**The below area is for medical use only. Please do not write any further.**

S: Check the med-pick up list for your name -Dr/

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title

xc: Jeff Mark, Esq.
Clerk of Ct. U.S. Dist.
Civ. No. 05-102-KWT
Nicole R. Saunders, Esq.

3/1/99 DE01
FORM#:
MED
263


NOV 0 1 2006

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Robert Saunders _____    S- Bldg. _____
Name (Print)                          Housing Location

12/02/39 _____    052398 _____    Oct. 11 2006 _____
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? Abscesses and skin coloration changes
related to "MRSA" still spreading. Dr. Burke, Dermatologist written June 26,06
visit needed additional treatment. Dr. Drass and VanDusen have
Recommended dermatologist service. Most recent referral Sept. 11, 2006.

Robert Saunders _____    Oct. 11 2006
Inmate Signature                      Date

**The below area is for medical use only. Please do not write any further.**

S: Dermatologist Consult pending. — JM

O:  Temp:____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P:

RECEIVED
OCT 23 2006

E:

_____    _____
Provider Signature & Title          Date & Time

xc: Kevin J. Connor, Esq.
Eileen Kelly, Deputy Attorney General
Clerk of the Court- U.S. Dist. Ct. (Saunders v. Howard, et al
C.A. No. 05-102-KAJ)
Julia M. Graff, Esq.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders _____ S - Bldg. _____
Name (Print)                                    Housing Location

12/02/39 _____ 052590 _____ Oct 11 2006
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having?) Abscesses And skin Colonation Changes related to "MRSA" still spreading, Dr. Burks, Dermatologist written in Jers 26, 06 visit needs additional treatment. Dr's Dauss And Vanburen have recommend dentamhyset service. Must accept Referrral of sept 14, 2006.

Robert Saunders _____ Oct 11 2006
Inmate Signature                               Date

**The below area is for medical use only. Please do not write any further.**

S: We are in the process of scheduling you to see the Dermatologist. ___ 11/3/06

O:  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A:

P:

E:

_____
Provider Signature & Title

RECEIVED
OCT 1 1 2006
Date & Time

3/1/99 DE01   xc: Kevin J. Connor, Esq.
FORM#:            Eileen Kelly, Deputy Attorney Gen'l
MED              Clerk of the Court - U.S. Dist. Ct.   Saunder v. Howard, et al
263              Julia M. Graff, Esq.                   C.A. No. 05-102-KAJ

PANZER DERMATOLOGY ASSOCIATES, P.A.
PROGRESS NOTE

DATE
/26/04

PATIENT: Saunders, Robert    CHART #:_____

TJBurke needs to see
pt for further treatment
Call 6337550 - recept for
a f/u visit - fax 659-5051

TJBurke/DB

**Panzer Dermatology & Cosmetic Surgery**
Peter B. Panzer, M.D.
Scott M. Panzer, M.D.
Helen A. Mashek, M.D.
Christopher M. Conti, M.D.
Thomas J. Burke, D.O.
Paul Sabini, M.D., F.A.C.S.
Stephanie Maclary, PA-C

NAME: Robert Saunders          AGE: 66
DATE: 6-19-06   M /F    W (B) H A O    M S
REFERRING PHYSICIAN :

CHIEF COMPLAINT: ① HAD staff Infection on arms, Legs, back
H. P. I.:   chest. HAd Adverse Reaction to meds.
   TX Anti fungul cream
   Cortisone Creams   Bactrim, Rifampin
   X: Sopt 2005

MEDICATIONS: Neurontin, Covastatin, Prilosec, Plavix
Alopurinal, Lasix, Vasotec K-Dur, Ecas
ALLERGIES: Ritampin

MEDICAL HISTORY: NT + − HIV
□□ □ □ YR:

| H/O SKIN CONDITIONS: |
| Y N  Y N |
□☑ DIABETES      □□ ANEMIA
□☑ PEPTIC ULCER  ☑□ HEART     H/O SKIN CANCER (TYPE AND LOCATION IF KNOWN): Ⓨ Ⓝ
□□ TUBERCULOSIS  □☑ LIVER
☑□ HYPERTENSION  □☑ KIDNEY    FAMILY HISTORY: ASTHMA / HAYFEVER / ECZEMA: Ⓨ Ⓝ
□□ ASTHMA/HAYFEVER □☑ CANCER
☑☑ BLEEDING      ☑□ ARTHRITIS   PSORIASIS: Ⓨ Ⓝ       SKIN CANCER: Ⓨ Ⓝ       MELANOMA: Ⓨ Ⓝ

ROS: CV: Ⓨ Ⓝ  RESP: Ⓨ Ⓝ  GI: Ⓨ Ⓝ  GU: Ⓨ Ⓝ  NEURO: Ⓨ Ⓝ  ENT: Ⓨ Ⓝ  ENDO: Ⓨ Ⓝ  MS: Ⓨ Ⓝ  PSYCH: Ⓨ Ⓝ

Mumur disc disease

PE / DIAGNOSIS / TREATMENT / PLANS:



NEXT APPOINTMENT:

PANZER DERMATOLOGY & COSMETIC SURGERY

NEW PATIENT EVALUATION

DATE: 6/19/06          PATIENT: Robert Saunders          CHART NO: 83276

S:     Patient presents for evaluation of rash he states itchy lesions over arms and legs.
       Did have a bacterial infection also. Took a course of Bactrim and Rifampin with
       improvement, but did have an allergic reaction also.

       Past medical history, medications and allergies were reviewed and documented in
       the chart.

O:     Physical examination reveals an alert, pleasant, 66 year-old male in no acute
       distress.  Several hyperpigmented papules over his arms, forearms and legs.
       There is post-inflammatory pigmentation over his chest, back, arms and legs from
       his prior drug eruption.

A:     1.     Prurigo nodules.
       2.     Drug eruption/pigmentation resolved.

P:     1.     Intralesional Kenalog 5 mg, 1 cc given into forearms and arms. He will
              begin clobetasol ointment nightly for one month then discontinue.
       2.     Rash will resolve without treatment.

Follow-up p.r.n.

                                                        Thomas J. Burke, D.O.

TJB/ds

DICTATED BUT NOT READ

(6/21/06) Faxed Records to Jessica at CMS (302) 659-5051 FAX
phone 653-9261 Ext 2913 per request.

(7/6/06) Pt wrote letter regarding tx. Pt is unable to obtain prescription. Spoke c medical director re: tx and she said she will look into the issue of him claiming he has no medical.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Robert Saunders _____     W-B 23 _____
Name (Print)                                        Housing Location

12-02/06 _____     052390 _____     March 24 2006 _____
Date of Birth              SBI Number              Date Submitted

Complaint (What type of problem are you having)? On March 21 2006, Dr. David
Menninger prescribed medication to be provided immediately. The aforementioned
result of Adverse effect to previous medication prescribed (Rifampin and
Sulfameth). Have massive boils over majority of body and bloody not
oozing pus. Originally treated for staph infection with aforementioned medications

Robert Saunders _____     March 24 06 _____
Inmate Signature                                Date

**The below area is for medical use only. Please do not write any further.**

S: _____

_____

_____

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

_____

E: _____

RECEIVED
MAR 2 7 2006

_____

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_Robert Saunders_
Name (Print)

_W - K 31_
Housing Location

_12-02-39_
Date of Birth

_052590_
SBI Number

_03/28/06_
Date Submitted

Complaint (What type of problem are you having)? _Skin infection spreading to total body. Dr. Burns, ated should not receized reduced does of protezone. Severns itching and burning scratin over total body. Never received lotion proscribed by Dr. Menninger._

_Robut Saunders_
Inmate Signature

_03/28/06_
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

RECEIVED
MAR 2 9 2006

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders     W-1823
Name (Print)        Housing Location

12/02/89     052590     March 15, 2006
Date of Birth     SBI Number     Date Submitted

Complaint (What type of problem are you having)? Since commence taking medications; RAFAMPIN and SulFameth-Trimisth both Arms have broke-out with scais or red pimples. Medication prescribed For staph inFection.

Robert Saunders     March 15, 2006
Inmate Signature     Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:     RECEIVED MAR 1 3 2006

_____     _____
Provider Signature & Title     Date & Time

3/1/99 DE01
FORM#:

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Robert Saunders
Name (Print)

W-1B 23
Housing Location

12/02/39
Date of Birth

052590
SBI Number

Feb 6 2006
Date Submitted

Complaint (What type of problem are you having)? Where series of Abscesses on body from Staph infection. Have series of black scabs all over body, some others soft. The aforementioned itch And burn. Medication (bactrim) explned as well medication For itching.

Robert Saunders
Inmate Signature

Feb 6, 2006
Date

**The below area is for medical use only. Please do not write any further.**

S: Schedeuled w/ provider

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

RECEIVED
FEB 0 8 2006

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Saunders, Robert      ID#: 52590     Institution: DCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| | | DDC DATE 3/2/06 TIME 8:59 | |
| | | BP 142/80  P 79 | |
| | | T 97.9  R 18 | |
| | | WT 198 | |
| | | ⑤ Flu Steph infection | |
| | | Multiple scars | |
| | | from previous | |
| | | Staph infections; | |
| | | starting to re- | |
| | | infect. | |
| | | O/A - Previous infections | |
| | | re-appearing | |
| | | P - Septra) Rifampin, & MQc | |
| | | - RTC & dl disessing | |
| 7/06 | DCC | I/M chart thinned and audited | Johnson |
| 3-10-06 | | No show for flu shot. | Katten Fear  LPN |

Shamsidin Ali
IMA/N/a Robert Saunders
SBI# 082590 UNIT: S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$ 02.56⁰
02 1A
004490897S          DEC 17 2003
MAILED FROM ZIP CODE 10877

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19811

Legal Mail                    Legal Mail