Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
December 13, 2006

Honorable Kent A. Jordan
United States District Court
J. Caleb Biggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Saunders v. Howard, et al.
    C.A. No. 05-102-KAJ
    Memorandum Order - Dated: December 12, 2006

Dear Judge Jordan:

Pursuant to Rule 60, Fed. R. Civ. P Request Court vacate above-entitled. My daughter (Nicole R. Saunders) prepared and filed third amended complaint. Aforementioned included in "Plaintiff's Response To Defendants Objection To Temporary Restraining Order and Preliminary Injunction".

Plaintiff's massive abcesses, sores and constant pain prevented same.

Sincerely,
Shamsidin Ali, 052591
Encl.
xc: Clerk of Court

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 DEC 15 PM 2:48





Shamsidin Ali  
I/M A/K/A Robert Saunders  
SBI# 052590   UNIT S  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK ROAD  
SMYRNA, DELAWARE 19977

Hon. Kent A. Jordan  
United States District Court  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801