# Nicole Renee Saunders

## Professional Experience

**Incorporating Specialist**
The RAL Group LLC, 2002 to Present

Provide professional incorporation services to entrepreneurs, business owners and their professional advisors. Preparation and filing of Certificate of Incorporation/Formation. Interaction with appropriate state agencies. Customer service, sales and retention. Training and education. Establish mail/fax forwarding and private/common phone line service fulfillment notices. Maintain shelf company, private/common phone line and fax forwarding lists. Create and maintain company procedure manual.

**Installment Loan Underwriter**
Transamerica Bank, N.A., 1999 to 2002

Responsible for providing high level of customer service, while exercising sound judgment and control in portfolio administration and compliance. Enter, evaluate and decision loan applications within assigned lending authority. Enhance and promote business volume while building dealer loyalty and increasing receivables.

**Family Case Manager**
Connections Community Support Program, 1998 to 1999

Assessed needs and strengths of low-income and disadvantaged families. Helped clients to determine personal goals and created action plans to achieve self-sufficiency. Acted as liaison for clients and community based programs.

**Customer Assistance Account Manager**
MBNA America, 1997 to 1998

Maintained personal portfolio of delinquent cardholder accounts and established repayment options per individual case. Developed and maintained professional relationships with card members to increase collection rates and decrease delinquency rate.

## Education

The Tatnall School 1990
University of Delaware 1995, College of Human Resources, Bachelor of Science
University of Delaware 2005, Paralegal Program, Paralegal Certificate
Applied to Widener University Law School (Pending Acceptance)

## Skills

Windows, Vision 21, Vision Plus, Extra, 10 Key, FDR, Microsoft Word, Internet Explorer, Microsoft Outlook, Microsoft Excel, DCIS, Microsoft Office, Fastdata, File Magic, ZetaFax,

*References Provided Upon Request*