IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a ROBERT SAUNDERS, )
)
Plaintiff, )
)
v. ) Civil Action. No. 05-102-MPT
)
PAUL HOWARD, et al., )
)
Defendants. )

FILED
JAN -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. R. Civ. P., plaintiff request that defendant Rick Kearney make the following admissions within 30 days after the service of this request.

1. Plaintiff housed at Sussx Correctional Institution ("SCI") ten years.

2. Prior transfer from SCI, plaintiff security status minimum high.

3. Aware plaintiff contacted by News Journal Company, requesting interview.

4. You were contacted by News Journal requesting permission too interview plaintiff.

5. Plaintiff classified by Mulit Disciplinary Team on June 9, 2005.

6. Plaintiff transferred too Delaware Correctional Center ("DCC") June 10, 2005.

7. Plaintiff not transferred from SCI for disciplinary reasons.

8. Aware plaintiff filed complaint against SCI and Department of Corrections, with Civil Rights Division - U.S. Justice Department.

9. Plaintiff file complaint with Thomas Wagner, State Auditor, in reference to questionable expenditures from Inmate Commissary account at SCI.

10. You requested plaintiff be transferred from SCI.

11. Prior departing SCI. plaintiff employed.

12. Prior departing SCI, plaintiff involved in groups/programs.

13, Plaintiff's minimum high securitystatus, not reason for transfer.

14. Plaintiff was visited by Jennifer-Kate Aaronson, Esquire doing month of June 2005.

15. Plaintiff constantly advocated for inmate rights at SCI.

16. Defendant Earl Messick, imposed disciplinary sanctions on plaintiff, prior plaintiff being found guilty of rule infraction.

17. Defendant Messick opened outgoing/incoming mail too Senator's Margaret Rose Henry and Peterson. Out of the presents of the plaintiff.

18. Mail (legal/personal) incoming/outgoing opened out of presents of plaintiff per your authorization.

19. You authorized opening plaintiff's outgoing/incoming mail out of his presents.

20. Disciplinary sanction cannot be imposed on plaintiff, minus being found guilty of rule infraction.

-3-

21. Plaintiff's classification to DCC, approved by Institution Classification Committee, and Institutioal Release Classification Board. Prior hearing conducted by Multi Disciplinary Team at SCI.

22. Plaintiff's transfer facilitated by defendant Deloy.

23. Jennifer-Kate Aaronson, Esquire visited other inmates doing June 2005 concerning exposure too abestoes at SCI.

```
                                    _____
                                    SHAMSIDIN ALI, 052590
                                    1181 Paddock Road - DCC
                                    Smyrna, DE  19977
```

DATED: DECEMBER 29, 2006

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention furnished Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899-8888, and Elieen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801. By U.S. Mail this 29th day of December 2006 with sufficient postage affixed thereto.

```
                                    _____
                                    SHAMSIDIN ALI, 052590
```