IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT )
SAUNDERS, )
)
        Plaintiff, )
)
v. )    Civil Action No. 05-102-MPT
)
)
PAUL HOWARD, et al., )
)
        Defendants. )

FILED

JAN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. R. Civ. P., plaintiff request that defendant Stan Taylor make the following admission within 30 days after service of this request.

1.  Between January 2005 and December 2006, was outbreak of Methicillin-Resistant Staphylococcus Aureus (MSRA) at Delaware Correctional Center ("DCC").

2.  Plaintiff contacted via mail, concerning lack of treatment by medical provider concerning lack of treatment for MRSA on number of occassions.

3.  Each facility within Delaware Department in compliance with standards set by American Disabilities Act.

4.  Department of Corrections has administrative procedures govening housing inmates with physical disibilities.

5.  Department of Corrections has administative procedures governing transporting inmates with physical disabilities.

6.  You ordered transfer of plaintiff from Sussex Correctional Institution ("SCI").

7.  Plaintiff brought to your attention, issues concerning improper expenditure from inmate commissary account at SCI.

8.  Plaintiff instituted investigation by Civil Rights Division - U.S. Justice Department while housed at SCI.

9.  Plaintiff contacted Robert Wagner, State Auditor, concerning questionable expenditures from inmate commissary account at SCI.

-2-

10. Inmates assigned building 21 - DCC, provided three (3) hours exercise per week.

11. Inmates housed in building 21 - DCC fed in their cells.

12. When inmates depart building 21 - DCC, secured with waist chains and leg shackles.

13, Plaintiff suffers with various medical disabilities.

14. Plaintiff walks with assistance of cain.

15. Cains not permitted in building 21 - DCC.

16. Plaintiff's medical records accompanied him when transferred from SCI.

17. You are familiar with management of methicillian-resistant staphylococcus aureus infection (Federal Bureau of Prison - Clincial Practice Guidelines, August 2005).

18. Warden Thomas Carroll - DCC informed you of outbreak of MRSA.

19. Inmates assigned DCC required to utilize wheelchairs, cains, crutches, required to wait in rain, snow and extremely hot weather prior going too mess hall.

20. Inmates assigned wheelchairs, required to depend on other inmates in going-to various points within DCC.

21, Plaintiff was assigned upper #8 total time house in building 21 - DCC.

22, Within building 21 - Dcc is a handicapped cell.

23. You were aware plaintiff being constantly fed cold food while housed in building 21.

24. Inmates physical conditions, not considered when transferred from on housing unit to another.

24. Correctional Medical Systems, advised your office of MRSA outbreak at DCC.

25. You would sanction correctional staff fabicrating rule infractions on inmate.

-3-

26.  Plaintiff requested be permitted hire polygraph examiner minus any cost too department.

27.  You can authorize inmate to have polygraph examination conducted within departments facilities.

28.  Plaintiff transferred from SCI for disciplinary reasons.

29.  The department does not have written polich for housing physically incapacitated inmates.

30  The department has within facilities, hospice program according Title 11 Section 3536(c).

31.  There no longer outside agency, providing monitoring for inmate grievance system.

32,  Plaintiff housed at SCI ten (10) years.

33.  If classified plaintiff could return SCI, with same security classification status.

34.  Plaintiff been incarcerated thirty (30) years.

35.  There exist disparity in application in classification of black and white inmates.

36.  There is not one black inmates serving either life or life without parole sentences, working in "Concete Design Systems" at DCC.

37.  The majority of minual inmate jobs, held by minority inmates at DCC and SCI.

38.  Plaintiff has been constant advocate for minority inmate rights.

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED:  December 29, 2006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention furnished Kevin K. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899, and Elieen Kelly Deputy Attorney General, Carvel State Office Bldg., 820 N. French St., Wilm, DE. By U.S. Mail this 29th day of december 2006 with sufficient postaged affixed thereto.

SHAMSIDIN ALI, 052590

Shawville ???
I/M #/K/a Robert Saunders
SBI# 252590    UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

03 JAN 2007 PM 1 L

Legal Mail

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19801

U.S.
EXTRA

Legal Mail