IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 05-102-*** |
| v. | ) ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**MOTION OF CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") FOR A PROTECTIVE ORDER**

Correctional Medical Services, Inc. (hereinafter "CMS"), by its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, granting a Protective Order pursuant to Fed. R. Civ. P. 26 (c) in its favor and against plaintiff and, in support thereof, avers as follows:

1. The case at bar involves allegations that plaintiff was subjected to illegal censoring of legal and personal mail, the Department of Corrections failed to make reasonable accommodations for his physical disabilities and denied him access to sick call and that he was denied access to medical care since approximately 2004. Plaintiff has filed a Complaint, D.I. #1, and a Supplemental and Second Amended Complaint, D.I. #19, in this matter. Plaintiff also mailed a Supplemental and Third Amended Complaint to Defendant, CMS, but did not file it with the Court.

2. On June 14, 2006, CMS filed a Motion to Dismiss Plaintiff's Complaint alleging failure to state a claim upon which relief may be granted since Plaintiff's healthcare complaints were timely and properly addressed by CMS and Plaintiff had failed to exhaust all administrative remedies.

3. On August 21, 2006, Plaintiff mailed a Supplemental and Third Amended Complaint to Defendant, CMS; however, this was not filed with the Court.

4. On September 21, 2006, CMS filed a Motion to Dismiss Plaintiff's Supplemental and Third Amended Complaint alleging failure to file it by August 28, 2006 pursuant to the Court's July 27, 2006 Memorandum Order.  D.I. #76.

5. On or about December 6, 2006, CMS received plaintiff's document request.

6. A motion for a protective order may be made by a witness from whom discovery is sought. Silkwood v. Kerr-McGee Corp., 563 F.2d 433 (10th Cir. 1977).  According to Fed. R. Civ. P. 26 (c), the Court "may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense….".  Additionally, a court may grant a protective order prohibiting discovery when it believes the information sought is wholly irrelevant to the issues or to prospective relief. Leighr v. Beverly Enterprises-Kansas Inc., 164 F.R.D. 550, 551 (D. Kan. 1996).  Protective orders are entered by the Court for "good cause" which is a determination that consists of balancing the harm to the person seeking the protective order versus the importance of disclosure to the public. Wiggins v. Burge, 173 F.R.D. 226, 229 (N.D. Ill. 1997).

7. Plaintiff's discovery request and any potential responses thereto by CMS are not relevant to a determination of CMS's Motion to Dismiss, which is directed to the averments in plaintiff's Complaint and whether plaintiff has failed to state a claim upon which relief can be granted.

8. Plaintiff's discovery requests are premature given the pendency of CMS's Motions to Dismiss.

9.       Accordingly, CMS requests this Honorable Court to order that CMS is not obligated to respond to Plaintiff's discovery until 30 days after a decision on CMS's Motions to Dismiss is rendered.

WHEREFORE, Correctional Medical Services, Inc. respectfully moves this Honorable Court to enter the attached Protective Order in favor of Correctional Medical Services, Inc.

                              **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   */s/ Eric Scott Thompson*
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       ERIC SCOTT THOMPSON, ESQUIRE
       DE Bar ID: 4633
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorneys for Defendant,
       Correctional Medical Services, Inc.

DATED: January 5, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\399533\ESTHOMPSON\13252\00165

## **CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of **MOTION OF CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") FOR A PROTECTIVE ORDER** in the above-captioned matter this date by electronic service and/or by regular mail.

| | |
|---|---|
| Shamsidin Ali | Eileen Kelly, Esquire |
| SBI No. 052590 | Department of Justice |
| DCC | 820 N. French Street, 6th Floor |
| 1181 Paddock Road | Wilmington, DE 19801 |
| Smyrna, DE 19977 | |

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:  */s/ Eric Scott Thompson*
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      ERIC SCOTT THOMPSON, ESQUIRE
      DE Bar ID: 4633
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorneys for Defendant,
      Correctional Medical Services, Inc.

DATED: January 5, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\399533\ESTHOMPSON\13252\00165