IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 05-102-*** |
| v. ) | |
| ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**O R D E R**

**AND NOW,** this _____day, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc. (Incorrectly Designated as "Correctional Medical Systems"), for a Protective Order and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and Defendant, Correctional Medical Services, Inc., shall not be obligated to provide responses, including objections, if any, to Plaintiff's Request for Production until 30 days after the Court renders a decision on CMS's Motions to Dismiss and only in the event that the Motions are not granted.

_____
The Honorable