# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, ) ) ) Plaintiff, ) ) ) v. ) ) DELAWARE DEPARTMENT OF ) CORRECTIONS, COMM. ) STANLEY TAYLOR, WARDEN ) RICK KEARNEY, WARDEN ) THOMAS CARROLL, DEPUTY ) WARDEN MIKE DELOY, S/LT. ) EARL MESSICK, S/LT. JOSEPH ) JOHNSON, CAPTAIN C. SEGARS, ) ANTHONY RENDINA, PAUL ) MORGAN and CORRECTIONAL ) MEDICAL SYSTEMS, ) ) Defendants. ) | Civ. No. 05-102<br><br>JURY TRIAL DEMANDED |

## MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSIONS <u>DIRECTED TO IHUOMA CHUCKS</u>

Defendant, Correctional Medical Services, Inc. ("CMS"), through its undersigned counsel, hereby submits this Motion of Defendant, Correctional Medical Services, Inc., to Strike Plaintiff's Request for Admissions Directed to Ihuoma Chucks and, in support thereof, avers as follows:

1.  Plaintiff filed a Complaint in this matter on February 22, 2005 and a Supplemental and Second Amended Complaint on September 19, 2005 naming Adult Bureau Chief Paul Howard, Warden Rick Kearney, Deputy Warden Mike DeLoy, Lt. Earl Messick, Lt. Joseph Johnson, Cpl. Fisher, Thomas Carroll, Correctional Medical Systems, Delaware Department of Corrections, Jane Morgan, Anthony J. Rendina, Capt. C. Segars and

Commissioner Stanley Taylor as Defendants. Plaintiff alleged violations of his First and Eighth Amendment Rights against CMS under 42 U.S.C. § 1983. D.I. #1 (Complaint) and #19 (Supplemental and Second Amended Complaint). Delaware Department of Corrections was dismissed by the Court on June 13, 2006 upon Motion by Plaintiff. D.I. #57.

2. On December 27, 2006, Plaintiff filed Request for Admissions directed to Ihuoma Chucks. D.I. #95.

3. Pursuant to Fed. R. Civ. P. 36(a) "A party may serve upon any other party a written request for admissions…". (emphasis added.)

4. Ihuoma Chucks is not a party to this action.

5. Therefore, Plaintiff's Request for Admissions directed to Ihuoma Chucks is not appropriate and should be stricken.

WHEREFORE, Defendant, Correctional Medical Services, Inc., moves this Honorable Court to strike Plaintiff's Request for Admissions directed to Ihuoma Chucks.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: */s/ Eric Scott Thompson*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
ERIC SCOTT THOMPSON, ESQUIRE
DE Bar ID: 4633
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Defendant,
Correctional Medical Services, Inc.

DATED: January 5, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\399663\ESTHOMPSON\13252\00165

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSIONS DIRECTED TO IHUOMA CHUCKS,** in the above-captioned matter this date by regular mail.

| | |
|---|---|
| Shamsidin Ali | Eileen Kelly, Esquire |
| SBI No. 052590 | Department of Justice |
| DCC | 820 N. French Street, 6th Floor |
| 1181 Paddock Road | Wilmington, DE 19801 |
| Smyrna, DE 19977 | |

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: _/s/ Eric Scott Thompson_
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
ERIC SCOTT THOMPSON, ESQUIRE
DE Bar ID: 4633
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Defendant,
Correctional Medical Services, Inc.

DATED: January 5, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\399663\ESTHOMPSON\13252\00165

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civ. No. 05-102-*** |
| v. | ) ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSIONS DIRECTED TO IHUOMA CHUCKS**

Defendant, Correctional Medical Services, Inc. ("CMS"), through its undersigned counsel, hereby submits this Motion of Defendant, Correctional Medical Services, Inc., to Strike Plaintiff's Request for Admissions Directed to Ihuoma Chucks and, in support thereof, avers as follows:

1. Plaintiff filed a Complaint in this matter on February 22, 2005 and a Supplemental and Second Amended Complaint on September 19, 2005 naming Adult Bureau Chief Paul Howard, Warden Rick Kearney, Deputy Warden Mike DeLoy, Lt. Earl Messick, Lt. Joseph Johnson, Cpl. Fisher, Thomas Carroll, Correctional Medical Systems, Delaware Department of Corrections, Jane Morgan, Anthony J. Rendina, Capt. C. Segars and

Commissioner Stanley Taylor as Defendants. Plaintiff alleged violations of his First and Eighth Amendment Rights against CMS under 42 U.S.C. § 1983. D.I. #1 (Complaint) and #19 (Supplemental and Second Amended Complaint). Delaware Department of Corrections was dismissed by the Court on June 13, 2006 upon Motion by Plaintiff. D.I. #57.

2. On December 27, 2006, Plaintiff filed Request for Admissions directed to Ihuoma Chucks. D.I. #95.

3. Pursuant to Fed. R. Civ. P. 36(a) "A party may serve upon any other party a written request for admissions…". (emphasis added.)

4. Ihuoma Chucks is not a party to this action.

5. Therefore, Plaintiff's Request for Admissions directed to Ihuoma Chucks is not appropriate and should be stricken.

WHEREFORE, Defendant, Correctional Medical Services, Inc., moves this Honorable Court to strike Plaintiff's Request for Admissions directed to Ihuoma Chucks.

    **MARSHALL, DENNEHEY, WARNER,**
    **COLEMAN & GOGGIN**

BY:   */s/ Eric Scott Thompson*
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    ERIC SCOTT THOMPSON, ESQUIRE
    DE Bar ID: 4633
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorneys for Defendant,
    Correctional Medical Services, Inc.

DATED: January 5, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\399663\ESTHOMPSON\13252\00165

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSIONS DIRECTED TO IHUOMA CHUCKS,** in the above-captioned matter this date by regular mail.

| | |
|---|---|
| Shamsidin Ali<br>SBI No. 052590<br>DCC<br>1181 Paddock Road<br>Smyrna, DE 19977 | Eileen Kelly, Esquire<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 |

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: _/s/ Eric Scott Thompson_
   KEVIN J. CONNORS, ESQ.
   DE Bar ID: 2135
   ERIC SCOTT THOMPSON, ESQUIRE
   DE Bar ID: 4633
   1220 North Market Street, 5th Fl.
   P.O. Box 8888
   Wilmington, DE 19899-8888
   Attorneys for Defendant,
   Correctional Medical Services, Inc.

DATED: January 5, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\399663\ESTHOMPSON\13252\00165