## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 05-102-*** |
| v. | ) ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## O R D E R

**AND NOW,** this _____day, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., to Strike Plaintiff's Request for Admissions Directed to Ihuoma Chucks and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and Plaintiff's Request for Admissions is hereby stricken.

_____
The Honorable

\15_A\LIAB\ESTHOMPSON\LLPG\399780\ESTHOMPSON\13252\00165