1181 Paddock Road - DCC
Smyrna, DE 19977
January 18, 2007

The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilimington, DE 19801

Re:   ALI V. HOWARD, et al
      Civ. No. 05-102-MPT



Dear Judge Thynge:

   With continued physical deterioratio, due untreated "MRSA" problems. The aforemention was confirmed by Dr. Thomas Burke, Dermatologist, who plaintiff visited on January 11, 2007. I was placed on prednisone, and scheduled for additional visit. Have constant peeling of skin, massive coloration changes, dried-up abcesses and sores over 70% of my body. Requesting court to reconsider motion in opposition to court's memorandum order, dated December 12, 2006.

   The court consider motion for appointment of counsel, and appointment of expert, which would be utilized by the court. The defendants **"Correctional Medical Services"**, on March 7, 2006 elected to thin and audit plaintiff's medical record. **See: Exhibit K.** When question raised by plaintiff too Dr. Thomas, could there be internal damages, stated wouldn't rule out same. The plaintiff had to constantly secure outside community and family to get this matter addressed. The previous two telephone conference, issue presented too Correctional Medical Services counsel, who too may facilitated action.

   Thank you for your time and consideration.

Sincerely,

*Shamsidin Ali*
Shamsidin Ali, 052590
a/k/a/ Robert Saunders

Encl.
xc:   Clerk of the Court
      Eileen Kelly, Esq.
      Kevin J. Connors, Esq.
      Nicole R. Saunders

(14A)

1181 Paddock Road - DCC
Smyrna, DE 19977
January 4, 2007

The Honorable Hazel Plant
Third Representative District
523 Eastlawn Avenue
Wilmington, DE 19802

Re: Retaliation

Dear Rep. Plant:

As result filing complaint with Civil Rights Division - U.S. Justice Department, concerning health and other issues. Have had serious problems securing medical treatment. Since August 2006, Four (4) different doctors have written consults, stating need additional dermatologist services.

Have been plagued with MRSA related illnesses. I haven't had blood pressure medication in seven (7) weeks, even tho re-ordered by Kris Rodgers and VanDusen. I requested Colm Connolly, U.S. Attorney investigate issues. The dried abscesses, skin coloration changes, sores and pain not product of imagination. My body will confirm serious problems. I note Governor Minner deemed it proper appoint Carl Danberg, Commissioner. Even tho employed when

Hon. Hazel Plant
January 4, 2007
Page 2 of 2

Where many inmates died, suffered serious medical issues. This letter not opposition to appointment, just pray will listen too inmates. Prior more deaths and another investigation.

It's agreed by many officials within department, had not raised issues, would still be at Sussex Correctional Institution. I'm not blaming anyone for incarceration or requesting pity. Just be treated as human being, subject treatment entitled same. This system does nothing but contribute too societal problems and burden of waste. The lack of attention too Corrections, will permit it to continue as training ground for negative behaviors.

Returning individuals too society, minus substance abuse, mental health, vocational training will continue increasing recidivism rate. Over the years talked to many youth, crime don't pay. In return State/Kaware cares, if were cared. Would provide meaningful vocational skills, and not discharge after years of incarceration. Often only giving $50.00 gate money, cannot have any money or books to receive same. It may be my calling to die here, but will rather die on my foot

Hon. Hazel Plant
January 7, 2007
Page 3 of 3

than live on my knees. I'll continue addressing negative treatment of inmates, with special attention to mistreatment of young minorities.

There need be study conducted, relationship of minorities incarcerated in juvenile institutions, thru adult. With crime escalating up criminal ladder to most severe being homicide.

Sincerely,

Robert Saunders 052590

xc: Hon. Karen E. Peterson
    Hon. Margaret Rose Henry
    Colm Connolly, U.S. Attorney
    Wendell Howell, Exec. Dir.- Addiction Coalition of DE
    Robert H. Saunders, Jr.