Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
January 26, 2007



Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilington, Delaware 19801



    Re:  Saunders v. Howard, et al.
         C.A. No. 05-1-2-MPT
         Personal Property

Dear Ms. Kelly:

    This letter in reference to an issue, presented on two prior occassions.

    I need the property in order to secure items germane to this litigation.  Again, the aforemention property permitted within the facility, just not permitted in housing area assigned when first arrived.

    I am willing to adhere to specifics requested by security department in having propery returned.  Your attention to this matter is most appreciated.

Sincerely,

Shamsidin Ali, 052590
 a/k/a/ Robert Saunders

SA:sa
Encl.
xc:  Clerk of the Court
    Kevin J. Connors, Esq.
    Robert H. Saunders, Jr.
    file

**RECEIVED**

**OCT 3 1 2006**

**DEPUTY WARDEN I**

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
October 30, 2006

Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

    Re: Saunders v. Howard, et al.
        C.A. No. 05-102-KAJ
        Personal Property

Dear Ms. Kelly:

    This letter is follow-up to telephonic conference, October 20, 2006.

    The attached material outlines, steps taken in attempt to retrive the above-entitled. When arrived at this facilitym June 10, 2005, property inventoryed out of my presents, and mail to my son.

    Property has remaind in care of children (Nicole and Robert Saunders, Jr.), package never opened. Either of aforemention willing to return to Deputy Warden David Pierce, or his desginee.

    In view all personal and legal property permitted in general population at each of the facilities. There shouldn't be any question if permitted, articles circled on inventory sheet is property contained in the box.

    Resolution would result in dismissal of pending motion for return of property. As previously state legal notes, documents, books and folders, contain research material germane to pending litigation.

    Thank you for your assistance in this matter.

    Sincerely,

    *Robert Saunders*
Robert Saunders, 052590

RS:rs
Encl.
xc: David Pierce, Deputy Warden
    Robert H. Saunders, Jr.
    File

Exhibit A



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:     IM Robert Saunders SBI# 052590 W1 B10B

FROM:   Deputy Warden Pierce

DATE:   December 14, 2005

RE:     Personal Property

Your letter dated November 8, 2005, regarding your property has been forwarded to Property Officer Kromka for his investigation and action.

DP/dc
Attachment
cc:   Property Officer Kromka
      File

IUI BIOB

NOV 10 2005

DEPUTY WARDEN I

To: David Holman, Security Chief
Delaware Correctional Center

From: I/M Earth Shams-El-Diin, 252570
A/K/A Robert Saunders
D-West

Date: November 8, 2005

RE: Personal Effects

Since being assigned D-West, renew earlier request have legal, religious, educational and personals delivered to this facility.

As previously stated packages mailed from this facility remain unopened.

Your consideration most appreciated.

*Exhibit B*



**STATE OF DELAWARE
DEPARTMENT OF CORRECTION
OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO:     IM Robert Saunders SBI# 052590 W1 B23

FROM:   Deputy Warden Pierce

DATE:   February 27, 2006

RE:     Property

I received your letter dated February 20, 2006, regarding your property and have forwarded your letter to S/Lt. Dotson for his investigation and response to me.

DP/dc
Attachment
cc:     S/Lt. Dotson
        File

To: Deputy Warden David Pierce
Delaware Correctional Center

RECEIVED
FEB 21 2006
DEPUTY WARDEN I

From: I/M Robert Saunders, 052590 - W Bldg.

Date: February 20, 2006

RE: Memorandum Order - Judge Kent Jordan
Dated February 1, 2006 - U.S. District Court

In view Cpl. Kromka, Property Officer, has elected not to respond to your memo dated December 14, 2005 or my correspondence. I am requesting status of request have personal property returned.

In order to comply with memorandum order, need legal documents, opinions, notes germane to Saunders v. Taylor, et al C.A. No. 05-102-KAJ - U.S. District Court. The same also applys too Complaint No. 171-15-7, Saunders v. Delaware Department of Corrections - U.S. Dept. of Justice.

The items along with religious, educational and personal items should never have been sent from institution. Property Room Officers in conjunction with Inmate Worker elected to do same.

xc: Mack R. Vukelich, Chief - U.S. Civil Rights Unit
    Clerk of the Court - U.S. District Court

(over)

FORM #: 537 (F&B)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05
INMATE NAME: Robert Saunders    SBI NO.: 00052590
HOUSING UNIT: DCC

| ITEM* DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|
| Magic Shave | | 1 | |
| Lotion | | 2 | |
| Legal Newspapers | | 2 | |
| Medication Cards | | 18 partial packs | |
| Bowl Containing Pens & Glasses | | | |
| Envelopes & Cards Misc | | | |
| Binder, Blue with envelopes | | | |
| Shower Shoes | | 2 | |
| Nike Sneakers | | 1 | |
| Glasses 2 reg, 1 Dark | | 3 | |
| Glass Case | | 1 | |
| Dictionaries | | 2 | |
| Chess board & Pieces | | 1 | |
| Bag of Cosmetics | | 1 | |
| Quran | | 1 | |
| Bible | | 1 | |
| Almanac | | 1 | |
| Lock | | 1 | |
| Instant Soup | | 3 | |
| Coffee | | 1 bag | |
| Spaghetti | | | |
| Jelly | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property

(margin notes: Mercer Mandan, Officer O'Brien, hieroglyph, Mrs. Baker, description by hieroglyphics)

FORM #: 537 (F&b)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders         SBI NO.: 00057590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Chili | | | 1 | |
| Peach Juice | | | 1 | |
| Orange Juice | | | 1 | |
| Sardine | | | 2 | |
| Mackerel | | | 2 | |
| Sausage | | | 3 | |
| Little Debbie | | | 1 | |
| Picante | | | 1 | |
| Chicken | | | 1 | |
| hot Sausage | | | 2 | |
| hot Chocolate | | | 4 | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property

W1
BIDD

RECEIVED
DEC 13 2005
DEPUTY WARDEN I

To: Major David Holmes, Security Chief - OCC

From: Inmate Keith Chanasdic W1 (6/4/4 Robert Saunders) 052590
W-Building

Date: November 15, 2005

RECEIVED
DEC 7 2005
SEC) IDIT

RE: Personal Property

Again request that some items returned to institution. Certain thereof is information and material germane to below listed litigation.

1. Saunders v. Delaware Department of Corrections, et al.,
C.A. No. 05-102-KAJ (U.S. District Court, Delaware)

2. Complaint No. 171-15-7
Saunders v. Delaware Dept. of Corrections
Civil Rights Division - U.S. Justice Dept
Office of Justice Programs
(202) 307-5933

The packages mailed by daughter (Nicole K. Saunders) to me is unopened. Please advise position of your office.

xc: Clerk of Court
U.S. District Court, Delaware

FORM #: 537 (F&8)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 00052590
HOUSING UNIT: DCC

| ITEM | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| T.V. | SANYO | Ser # B94 7024314 1982 | | |
| Radio | Panasonic | Model RF-951 | | |
| Headphone | Ross | | | |
| Aluminum | Kane | | | |
| Clock | Westclox | | | |
| Dictionary | | | | |
| Legal Book | | | | |
| Veterans Book | | | | |
| Towels (White) | | | 2 | |
| Washcloths | | | 2 | |
| Sweatpants | | | 1 | |
| Gym Shorts | | | 1 | |
| Photo Albums | | | 9 | |
| Townhouse Box Containing Toothbrushes, Deodorant, Toothpaste, etc. | | | | |
| Folders Containing Legal Work | | | 4 | |
| Hardback Book - Legal | | | 1 | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

FORM #: 537 (F&B)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders     SBI NO.: 000 52590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 Box Containing folders with Assorted Papers | | | | |
| 2 Socks | | | | |
| 1 Mayo | | | | |
| 1 Now & Later Pack | | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM

*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property