IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT    )
SAUNDERS,                       )
                              )
          Plaintiff,      )
                              )
v.                         )    Civil Action No. 05-102-MPT
                              )
PAUL HOWARD, et al.,      )
                              )
          Defendants.     )

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. Ri. Civ. P., plaintiff request that defendant Crystal Austin make the following admissions within 30 days after service of this request.

1. Have bachelor's degreein nursing.

2. Registered nurse.

3. Have associated degree in nursing.

4. There are written policys and procedures by Correctional Medical Service, for handling communicable and infectious diseases.

5. Plaintiff designated chronic care.

6. Treated plaintiff for skin infection.

7. Have received trainin in treatment of methicililin-resistant staphylococcus aureus ("MRSA").

8. Conducted follow-up on plaintiff's skin infection.

9. Recommended plaintiff's case to physician.

10. MRSA can cause permanent disfigurment, and death.

11. Unfamiliar with the diagnosis and treatment of MRSA.

12. Cultured plaintiff's skin infection.

13. Gave plaintiff keflex for skin infection.

14. Consulted physician concerning plaintiff's skin infection.

15. There are effective antibiotices for threatment of MRSA.

16. Have State of Delaware nursing license.

17. Failure to culture pplaintiff's skin infection, resulted in not receiving curremt prescribed treatment.

18. Care provided plaintiff accepted standard of care for MRSA.

JAN 3 0 2007

-2-

19. Plaintiff treated for spider bite.

20. MRSA is transmitted from person to person by containated hands.

21. MRSA infection cannot be clinical distinguished from staphylococcal infection, that are sensitive to beta-lactam antibiotics.

22. MRSA infection are diagnosed by routine aerobic baterical cultures.

23. Diagnosing plaintiff's infection and culturing could determin plaintiff's risk too others.

24. Inmate with suspected or confirmed MRSA infection should be systematically tracked.

25. Delaware Correctional Center use the MRSA Case Tracking and Reporting forms.

26. Prescribed treatment follow-up for plaintiff.

27. Consulted infectious disease specialitis concerning plaintiffs skin infection.

28. Have been fired from medical related employment.

29. Employed by other health related agencies.

30. Prescribed medication for plaintiff's skin infection.

SHAMSIDIN ALI, 052590 (a/k/a/
ROBERT SAUNDERS
1181 Paddock Road - DCC
Smyrna, DE 19977

DATED:  January 26, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforementionfurinshed Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899-8888, and Elieen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801. By U.S. Mail this 26th day of January 2007 with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590