IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT SAUNDERS, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 05-102-MPT
)
)
PAUL HOWARD, et al., )
)
Defendants. )

### REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. Civ. P., plaintiff request that defendant Jeffrey Fisher make the following admissions within 30 day after service of this request.

1. Turned over plaintiff's outgoing mail to S/Lt. Earl Messick.
2. Ordered by court order to turn-over plaintiff's outgoing and incomping mail to S/Lt. Earl Messick.
3. Warden Kearne instructed turn-over outgojng mail too S/Lt. Earl Messick.
4. Plainttif entitled send out-going mail presealed.
5. Defendant Stan Taylor, instructed turn-over all plaintiff's outgoing mail to defendant Messick.
6. Provided written instructions by defendant Messick, too turn-over plaintiffs outgoing mail.
7. Opening out-going legal mail, out of presents of sender standard operating procedure.
8. Plaintiff has been cited by you for mail violations.
9. Plaintiff's out-going legal mail open re-taped prior sent to addressed parties.
10. Plaintiff's incoming legal mail, turned over defendant Messick.
11. Mailroom supervisior at Sussex Correctional Institution.
12. Deputy Warden Mike Deloy instructed plaintiff's outgoing mail, turned over defendant Messick.

-2-

13. Advise plaintiff in writing, out going mail, cesnsored prior mailing.

14. Defendant Messick informed you turn-over all plaintiffs out-going mail.

15. The Attorney's General Office instructed open all plaintiff's out-going mail.

16. The U.S. Department of Justice, instructed open plaintiffs out-going mail.

17. A Delaware Court instructed, all plaintiff's out-going mail ve censored prior mailing.

18. Plaintiff's out-going mail opened for perior of 60 days.

19. You open plaintiff's out-going mail prior mailing.

20. Defendant Messick instructed in writing, plaintiff's outgoing mail be opened.

/s/ Shamsidin Ali
SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED: January 27. 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention furnished Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899-8888, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801. By U.S. mail this 27th day of January 2007, with sufficient postage affixed thereto.

/s/ Shamsidin Ali
SHAMSIDIN ALI, 052590