## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) |

C. A. No. 05-102-***

### DEFENDANT RICK KEARNEY'S
### RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed.R.Civ.P. Defendant Rick Kearney responds to Plaintiff's Request for Admissions as follows:

1. Plaintiff housed at Sussex Correctional Institutional ("SCI") ten years.

**RESPONSE:** Plaintiff was housed at the SCI for approximately 9 years.

2. Prior transfer from SCI plaintiff security status minimum high.

**RESPONSE:** Plaintiff had minimum security status.

3. Aware plaintiff contacted by News Journal Company requesting interview.

**RESPONSE:** Denied.

4. You were contacted by News Journal requesting permission to interview plaintiff.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

  5. Plaintiff classified by Multi-Disciplinary Team on June 9, 2005.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

  6. Plaintiff transferred to Delaware Correctional Center ("DCC") June 10, 2005.

**RESPONSE:** Admitted.

  7. Plaintiff not transferred from SCI for disciplinary reasons.

**RESPONSE:** Admitted.

  8. Aware plaintiff filed complaint against SCI and Department of Corrections with Civil rights Division – U.S. Justice Department.

**RESPONSE:** Admitted.

  9. Plaintiff file complaint with Thomas Wagner, State Auditor, in reference to questionable expenditures from Inmate Commissary account at SCI.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

  10. You requested plaintiff be transferred from SCI.

**RESPONSE:** Admitted.

  11. Prior departing SCI plaintiff employed.

**RESPONSE:** Admitted.

  12. Prior departing SCI plaintiff involved in groups/programs.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

  13. Plaintiff's minimum high security status not reason for transfer.

**RESPONSE:** Plaintiff's security status was not minimum high.

    14.    Plaintiff was visited by Jennifer Kate Aaronson, Esquire during the month of June, 2005.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

    15.    Plaintiff constantly advocated for inmate rights at SCI.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

    16.    Defendant Earl Messick imposed disciplinary sanctions on plaintiff prior plaintiff being found guilty of rule infraction.

**RESPONSE:** This request for admission is not directed to the defendant and therefore, a response is not necessary.

    17.    Defendant Messick opened outgoing/incoming mail to Senator Margaret Rose Henry and Peterson out of the presence of the plaintiff.

**RESPONSE:** This request for admission is not directed to the defendant and, therefore, a response is not necessary.

    18.    Mail (legal/personal) incoming/outgoing opened out of presence of plaintiff per your authorization.

**RESPONSE:** Denied.

    19.    You authorized opening plaintiff's outgoing/incoming mail out of his presence.

**RESPONSE:** Denied.

20.     Disciplinary sanction cannot be imposed on plaintiff minus being found guilty of rule infraction.

**RESPONSE:** Admitted.

21.     Plaintiff's classification to DCC approved by Institution Classification Committee and Institutional Release Classification Board. Prior hearing conducted by Multi-Disciplinary Team at SCI.

**RESPONSE:** Denied.

22.     Plaintiff's transfer facilitated by defendant Deloy.

**RESPONSE:** Denied.

23.     Jennifer Kate Aaronson Esquire visited other inmates doing June 2005 concerning exposure to asbestos at SCI.

**RESPONSE:** Defendant is without sufficient information to admit or deny the allegations set forth in this Request.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Eileen Kelly_____
                                                Eileen Kelly, I.D. #2884
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 North French Street, 6th Floor
                                                Wilmington, Delaware 19801
                                                (302) 577-8400
Date: February 2, 2007                         Attorney for Defendants

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 2, 2007, I electronically filed *Defendant Rick Kearney's Response to Plaintiff's Request for Admissions*. I hereby certify that on February 2, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us