## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders,       :
and MASJID ULLAH, INC.,                     :
                                            :
                        Plaintiffs,         :
                                            :
            v.                              :       Civil Action No. 05-102-***
                                            :
PAUL HOWARD, et al.,                        :
                                            :
                        Defendants.         :

## ORDER

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the status teleconference scheduled for March 7, 2007

at 4:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


                                    /s/ Mary Pat Thynge
                                    UNITED STATES MAGISTRATE JUDGE