## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, )<br>A/K/A ROBERT SAUNDERS, )<br>AND MASJID ULLAH, INC., )<br>)<br>PLAINTIFFS, )<br>)<br>V. )<br>)<br>DELAWARE DEPARTMENT OF )<br>CORRECTIONS, COMM. STANLEY )<br>TAYLOR, WARDEN RICK KEARNEY, )<br>WARDEN THOMAS CARROLL, )<br>DEPUTY WARDEN MIKE DELOY, )<br>S/LT. EARL MESSICK, S/LT. JOSEPH )<br>JOHNSON, CAPTAIN C. SEGARS, )<br>ANTHONY RENDINA, PAUL )<br>HOWARD, CPL FISHER, CPL. JANE )<br>MORGAN AND CORRECTIONAL )<br>MEDICAL SYSTEMS, )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO. 05-102-KAJ<br>TRIAL BY JURY DEMANDED |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION (D.I. 96)**

Defendant, Correctional Medical Services, Inc. ("CMS"), improperly named Correctional Medical Systems, through its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, granting it an extension of time until February 28, 2007 in which to respond to plaintiff's Requests for Production (D.I. 96) and, in support thereof, avers as follows:

1.    On June 14, 2006, the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint was filed. (D.I. 60)

2.    On September 21, 2006, the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's 3rd Amended Complaint was filed. (D.I. 76). Defendant, CMS,

received a Third-Amended Complaint from plaintiff via regular mail; however, it does not appear the Third Amended Complaint was ever filed with the Court.

3. On December 7, 2006, plaintiff filed Requests for Production to CMS. (D.I. 96).

4. On January 5, 2007, defendant, CMS, filed a Motion for a Protective Order from plaintiff's Requests for Production. (D.I. 104).

5. On January 8, 2007, the Court instructed CMS to Answer plaintiff's outstanding discovery. However, additional time is required to compile the information required to fully and completely respond to plaintiff's Requests for Production.

WHEREFORE, defendant, Correctional Medical Service, respectfully moves this Honorable Court to enter the attached Order, granting it an extension of time until February 28, 2007 in which to respond to Plaintiff's Requests for Production (D.I. 96).

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                                        BY:   /s/ Eric Scott Thompson
                                             ERIC SCOTT THOMPSON
                                             DE BAR ID: 4633
                                             KEVIN J. CONNORS, ESQ.
                                             DE Bar ID: 2135
                                             1220 North Market Street, 5th Fl.
                                             P.O. Box 8888
                                             Wilmington, DE 19899-8888
                                             Attorneys for Defendant,
                                             Correctional Medical Services, Inc.

DATED: February 6, 2007

\15_A\LIAB\ESTHOMPSON\DISC\406991\ESTHOMPSON\13252\00165

## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION (D.I. 96)**

have been served by E-File and Regular Mail to the following:

| | |
|---|---|
| Shamsidin Ali a/k/a Robert Saunders<br>SBI #052590<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Eileen Kelly, Esquire<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 |

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY:   /s/ Eric Scott Thompson
    ERIC SCOTT THOMPSON, ESQ.
    DE Bar ID: 4633
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorneys for Defendant,
    Correctional Medical Services, Inc.

DATED: February 6, 2007

\15_A\LIAB\ESTHOMPSON\DISC\406992\ESTHOMPSON\13252\00165