IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/ka/ ROBERT SAUNDERS,

        Plaintiff,

v.

PAUL HOWARD, et al.,

        Defendants.

Civil Action No. 05-102-MPT

FILED
FEB -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### MOTION FOR AN ORDER COMPELLING DISCOVERY

    Plaintiff move this court for an order pursuant to Rule BO scanney 37(a) of the Federal Rule of CivilProcedure compelling Defendant's Taylor and Kearney answer admissions.

    Plaintiff submitted these admission, pursuant to Rule 36 of the Federal Pules of Civil Procedure on December 29, 2006 but have not received the answers.

    The defendant had no substantial justiciation for not anwering the admissions.

DATED: February 3, 2007

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE 19977

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY copy of the aforemention furnished Kevin K. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

    By U.S. Mail this 3rd Day of February 2007, with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590