IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT )
SAUNDERS, )
                                )
            Plaintiff, )
                                )
v. )    Civil Action No. 05-102-MPT
                                )
                                )
PAUL HOWARD, et al., )
                                )
            Defendants. )

**FILED**

FEB - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*BD scanno*

### MOTION FOR AN ORDER COMPELLING DISCOVERY

Plaintiff move this court for an order pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure compelling Defendant Ihuoma Chuncks answer admissions.

Plaintiff submitted these admissons, pursuant to Rule 36 of the Federal Rules of Civil Procedure on December 6, 2006 but have not received the answers.

The defendant had no substantial justification for not answering the admissions.

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED:  February 3, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention furnished Kevin K. Connors, Esquire, 1220 N.Market St., 5th Floor, Wilm, DE  19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St, Wilm, DE  19801

By U.S. Mail this 3rd day of Februay 2007, with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590

WILMINGTON DE 197

05 FEB 2007 PM 1 L

I/M   Robert Saunders

SBI#   052590      UNIT  S

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M. X-RAY

Clerk of the Court

United States District Court

J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE      19801