IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a ROBERT SAUNDERS, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 05-102-MPT
)
)
PAUL HOWARD, et al., )
)
Defendants. )

### MOTION FOR AN ORDER COMPELLING DISCOVERY

Plaintiff move this court for an order pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure compelling Defendant Correctional Medical Services, Inc., to produce for inspection and copying the documents.

Plaintiff submitted a written request for these documents, pursuant to Rule 34 of the Federal Rules of Civil Procedure on December 6, 2006 but have not yet received the documents.

The defendant has no substantial justification for not answering request for production of documents.

/s/ Shamsidin Ali<br>
SHAMSIDIN ALI, 052590<br>
1181 Paddock Road - DCC<br>
Smyrna, DE 19977

DATED: February 3, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY coy of the aforemention furnished Kevin K. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE 19801 and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

By U.S. mail this 3rd day of February, 2007, with sufficient postage affixed thereto.

/s/ Shamsidnin Ali<br>
SHAMSIDNIN ALI, 052590