# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 05-102-*** ) |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) |

### STATE DEFENDANTS TAYLOR AND KEARNEY'S RESPONSE TO MOTION TO COMPEL

State Defendants Stanley Taylor and Rick Kearney, by the undersigned counsel, hereby respond to Plaintiff's Motion to Compel [D.I. 116] as follows:

1. Plaintiff's Requests for Admissions, directed to Stanley Taylor and Rick Kearney, were filed on January 4, 2007. [D.I. 102, 103].

2. State Defendants Stanley Taylor and Rick Kearney's Responses to Plaintiff's Requests for Admissions were filed on February 2, 2007. [D.I. 112, 113].

3. Thus, Plaintiff's Motion to Compel is without basis and moot and must be denied.

WHEREFORE, State Defendants Stanley Taylor and Rick Kearney respectfully request that this Honorable Court deny Plaintiff's Motion to Compel and enter an Order in the form attached hereto.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th fl.
                                            Wilmington, DE 19801
                                            eileen.kelly@state.de.us
                                            (302) 577-8400
                                            Attorney for State Defendants
                                            Stanley Taylor and Rick Kearney

Dated: February 9, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C. A. No. 05-102-*** |
| PAUL HOWARD, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

    **IT IS SO ORDERED,** this _____day of _____, 2007, that Plaintiff's Motion to Compel is hereby **DENIED.**

 

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed *State Defendants Taylor and Kearney's Response to Motion to Compel* with the Clerk of Court using CM/ECF, which will send notice of such filing to Kevin J. Connors, Esquire and Eric Scott Thompson, Esquire. I hereby certify that on February 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us