IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, <br> A/K/A ROBERT SAUNDERS, <br> AND MASJID ULLAH, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> DELAWARE DEPARTMENT OF <br> CORRECTIONS, COMM. STANLEY <br> TAYLOR, WARDEN RICK KEARNEY, <br> WARDEN THOMAS CARROLL, <br> DEPUTY WARDEN MIKE DELOY, <br> S/LT. EARL MESSICK, S/LT. JOSEPH <br> JOHNSON, CAPTAIN C. SEGARS, <br> ANTHONY RENDINA, PAUL <br> HOWARD, CPL FISHER, CPL. JANE <br> MORGAN AND CORRECTIONAL <br> MEDICAL SYSTEMS, <br><br> DEFENDANTS. | CIVIL ACTION NO. 05-102-KAJ <br> TRIAL BY JURY DEMANDED |

FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

AND NOW, this _12_ day of _February_, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Extension of Time to Respond to Plaintiff's Requests for Production (D.I. 96) and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant, Correctional Medical Services, shall respond to Plaintiff's Requests for Production on or before ~~February~~ 28, 2007

_____
J.

\15_A\LIAB\ESTHOMPSON\DISC\406994\ESTHOMPSON\13252\00165

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION (D.I. 96)** have been served by E-File and Regular Mail to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: __/s/ Eric Scott Thompson__
　　ERIC SCOTT THOMPSON, ESQ.
　　DE Bar ID: 4633
　　KEVIN J. CONNORS, ESQ.
　　DE Bar ID: 2135
　　1220 North Market Street, 5th Fl.
　　P.O. Box 8888
　　Wilmington, DE 19899-8888
　　Attorneys for Defendant,
　　Correctional Medical Services, Inc.

DATED: February 6, 2007

\15_A\LIAB\ESTHOMPSON\DISC\406992\ESTHOMPSON\13252\00165