IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders, )
)
       Plaintiff )
)
v. )  C.A. No. 05-102-***
)
PAUL HOWARD, et al., )
)
       Defendants. )

FILED FEB 1 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION TO DISMISS MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure, plaintiff's motion to compel admissions by Defendants Stanley Taylor and Rick Kearney be dismissed for the following reasons:

1. Both of the aforemention defendants have submitted response to admissions.

                                                _____
                                                SHAMSIDIN ALI, 052590
                                                1181 Paddock Road - DCC
                                                Smyrna, DE  19977

DATE: February 12, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aformention furnished Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801, and Kevin J. Connors, Esquire, Post Office Box 8888, Wilm, DE 19809-8888. By U. S. Mail with sufficient postage affixed.

                                                _____
                                                SHAMSIDIN ALI, 052590

IN THE UNITED STATES DISTIRCT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders,   )
                                          )
          Plaintiff                       )
                                          )
     v.                                   )   C.A. No. 05-102***
                                          )
                                          )
PAUL HOWARD, et al.,                      )
                                          )
          Defendants                      )

### ORDER

**IT IS SO ORDERED**, this _____ day of _____, 2007,

Plaintiff's Motion to Dismiss Motion to Compel is hereby **GRANTED**

_____
United States District Judge

Thomasitus Bill
I/M a/k/a Robert Saunders
SBI# 052590   UNIT-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 FEB 2007 PM 1 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

U.S.M.S.
X-RAY