ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT )
SAUNDERS, )
         Plaintiff, )
v. ) C.A. No. 05-102-MPT
)
PAUL HOWARD, et al., )
         Defendants. )

FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S REQUEST FOR INTERROGATORIES

Pursuant to Rule 33, Fed. R. Civ. P., plaintiff submits the following interrogatories to defendant Anthony Rendian, response to be made withing 30 days of receiving same.

    1. Plaintiff appealed disciplinary proceeding too you.

    2. Explaint the manner in which you investigated issues on appeal.

    3. How did you determine appeal was without merit, and stated concur with the decision of heaing officer.

    4. Why didn't you address issue raised by plaintiff in appeal, denied legal counsel (Joseph Hurley).

    5. Under what circumstances is plaintiff to have polygraph examination at Delaware Correctional Center, minus any cost too the department.

    6. Why did you refuse plaintiff's request to have polygraph examination conducted at Delaware Correctional Center, minus any cost too the department.

    7. When inmate cited for rule infraction, explain, when is the officer required to complete write-up of the incident minus there need to investigate same.

    8. Specify names of all staff or other consulted concerning alleged rule infraction by plaintiff.

    9. Detail all evidence reviewed concerning plaintiff's rule infraction.

    10. Expound how you curred with hearing officers decision, minus there being any physical evidence.

11. Outline how your based upholding guilt, based only on correctional officer's testimony.

12. What is total number of inmate appeals, were conducted investigation.

13. Explain how could make independent decision concerning appeal, with failing to investigate.

14. Explain procedure for inmate securing outside legal counsel to represent at disciplinary hearing.

15, How would successful passing polygraph examination be utilized by yourself, which in fact showed correctional staff lied concerning rule infraction.

16. Why did you denied plaintiff's request have disciplinary hear stayed, until plaintiff could take polygraph examination.

17. Cite number of appeals handled, were you found correctional staffed lied about the incident.

18. When heaing appeal, outline procedure for hearing case.

19. How many other inmates have requested, either polygraph examination or private counsel for disciplinary hearings.

20. As result of finding of guilt and upholding same by yourself, state all privileges plaintiff denied.

21. Explaint time frame accusing correctional staff, has too submit alleged rule infraction.

22. Explain purpose of 404 form.

23. Isn't it a fact, there was not one piece of evidence reviewed by you concering plaintiff's appeal.

24. Your decision to uphold disciplinary based on their report, and correctional staff testimony.

25. Explain procedures to be utilized, where plaintiffs private counsel indicated willingness to represent, minus any cost to the department.

                                             *Shamsidin Ali*
                                             SHAMSIDIN ALI, 052590
                                             1181 Paddock Road - DCC
                                             Smyrna, DE  19977

DATED: February 16, 2007

CERTIFICATE OF SERVICE

    I, Shamsidin Ali, hereby certify that a copy of the aforemention furnished the below listed:

    Eileen Kelly, Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

    Kevin J. Connors, Esquire
Post Office Box 8888
Wilmington, DE 19899-8888

                                   SHAMSIDIN ALI, 052590

DATED: February 16, 2007

I/M Shamsidin Ali
SBI# 052590 UNIT S F-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801