IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ ROBERT )
SAUNDERS, )
 )
             Plaintiff, )
 )
v. )   C.A. No. 05-102-MPT
 )
PAUL HOWARD, et al., )
 )
             Defendants. )

FILED FEB 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. Civ. P., plaintiff request defendant Earl Messick make the following admissions within 30 days after service of this request.

1. Warden Rick Kearney authorized you to open plaintiff's outgoing and incoming personal and legal mail.

2. Outgoing and incoming legal mail opened outside of the plaintiffs presents.

3. You imposed sanctions on plaintiff, minus there been hearing by disciplinary committee.

4. The department of corrections administrative regulations authorizing imposition of sanction minus hearing.

5. You requested Cpl. Fisher turn-over plaintiffs incoming/outgoing mail too you.

6. Upon opening plaintiff's outgoing legal mail, retaped then mailed.

7. Provided in writing to plaintiff, all outgoing and incoming mail subject to inspection by you.

8. There was court order to inspect plaintiffs outgoing/incoming legal mail out opf his presents.

9. There was order by Attorney General's Office instructing plaintiff's outgoing legal mail to be inspected prior mailing.

10. You taken it upon yourself to open plaintiff's outgoing legal mail.

11. You taken it upon yourself to open plaintiff's incoming legal mail outside his presents.

12. It's standard procedure at Sussex Correctional Institution, open inmate's incoming/ outgoing legal mail minus inmate being present.

13. Plaintiff's outgoing legal mail inspected by you for 60 days.

14. There is legal documentation, which authorized you open plaintiff's outgoing legal mail.

15. There is statement in the inmate disciplinary proceeding authorizing opening inmates outgoing legal mail.

*Shamsidin Ali*
Shamsidin Ali, 052590
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED: February 16, 2007

### CERTIFICATE OF SERVICE

I, Shamsidin Ali, hereby certify that a copy of the aforemention furnished the below listed:

Kevin J. Connors, Esquire
Post Office Box 8888
Wilmington, DE  19899-8888

Eileen Kelly, Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

*Shamsidin Ali*
Shamsidin Ali, 052590