## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C. A. No. 05-102-*** |
| PAUL HOWARD, et al., | ) ) ) |
| Defendants. | ) |

### DEFENDANT JEFFREY FISHER'S
### RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed.R.Civ.P. Defendant Jeffrey Fisher's responds to Plaintiff's Request for Admissions as follows:

1. Turned over plaintiff's outgoing mail to S/Lt. Earl Messick.

**RESPONSE:** Objection. This Request is vague and overly broad in that no time period is specified.

2. Ordered by court order to turn over plaintiff's outgoing and incoming mail to S/Lt. Earl Messick.

**RESPONSE:** Denied.

3. Warden Kearney instructed turn over outgoing mail to S/Lt. Messick.

**RESPONSE:** Denied.

4. Plaintiff entitled send out going mail pre-sealed.

**RESPONSE:** Admitted.

5. Defendant Stan Taylor instructed turn over all plaintiff's outgoing mail to defendant Messick.

**RESPONSE:** Denied.

6. Provided written instructions by defendant Messick to turn over plaintiff's outgoing mail.

**RESPONSE:** See Response to Request No. 1.

7. Opening out going legal mail out of presence of sender standard operating procedure.

**RESPONSE:** Denied.

8. Plaintiff has been cited by you for mail violations.

**RESPONSE:** Denied.

9. Plaintiff's out-going legal mail open re-taped prior sent to addressed parties.

**RESPONSE:** Denied.

10. Plaintiff's incoming legal mail turned over defendant Messick.

**RESPONSE:** Denied.

11. Mailroom supervisor at Sussex Correctional Institution.

**RESPONSE:** Denied.

12. Deputy Warden Mike Deloy instructed plaintiff's outgoing mail turned over defendant Messick.

**RESPONSE:** Denied.

13. Advise plaintiff in writing outgoing mail censored prior mailing.

**RESPONSE:** Denied.

14. Defendant Messick informed you turn over all plaintiff's out going mail.

**RESPONSE:** See Response to Request No. 1.

15. The Attorney's General Office instructed open al plaintiff's out going mail.

**RESPONSE:** Denied.

16. The U.S. Department of Justice instructed open plaintiff's out going mail.

**RESPONSE:** Denied.

17. A Delaware Court instructed all plaintiff's out going mail censored prior to mailing.

**RESPONSE:** Denied.

18. Plaintiff's out going mail opened for period of 60 days.

**RESPONSE:** Denied.

19. You open plaintiff's out going mail prior to mailing.

**RESPONSE:** Denied.

20. Defendant Messick instructed in writing plaintiff's outgoing mail be opened.

**RESPONSE:** Denied.

                         STATE OF DELAWARE
                         DEPARTMENT OF JUSTICE

                         /s/ Eileen Kelly
                         Eileen Kelly, I.D. #2884
                         Deputy Attorney General
                         Carvel State Office Building
                         820 North French Street, 6th Floor
                         Wilmington, Delaware 19801
                         (302) 577-8400
Date: February 23, 2007         Attorney for Defendants

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 23, 2007, I electronically filed *Defendant Jeffrey Fisher's Response to Plaintiff's Request for Admissions*. I hereby certify that on February 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

 

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us