## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, <br> A/K/A ROBERT SAUNDERS, <br> AND MASJID ULLAH, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> DELAWARE DEPARTMENT OF <br> CORRECTIONS, COMM. STANLEY <br> TAYLOR, WARDEN RICK KEARNEY, <br> WARDEN THOMAS CARROLL, <br> DEPUTY WARDEN MIKE DELOY, <br> S/LT. EARL MESSICK, S/LT. JOSEPH <br> JOHNSON, CAPTAIN C. SEGARS, <br> ANTHONY RENDINA, PAUL <br> HOWARD, CPL FISHER, CPL. JANE <br> MORGAN AND CORRECTIONAL <br> MEDICAL SYSTEMS, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 05-102-KAJ <br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I, Kevin J. Connors, hereby certify that a copy of the *Responses of Defendant, Correctional Medical Services, Inc., to Plaintiff's Request for Production* have been served by first class mail and hand delivery upon the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: ___/s/ Kevin J. Connors_____
  KEVIN J. CONNORS, ESQ.
  DE Bar ID: 2135
  1220 North Market Street, 5th Fl.
  P.O. Box 8888
  Wilmington, DE 19899-8888
  Attorney for Defendant,
  Correctional Medical Services, Inc.

DATED:  March 9, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\413887\PASHELBY\13252\00165