Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
March 16, 2007


The Honorable Mary Pat Thynge
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

Re:  Ali v. Howard, et al.
     Civ. No. 05-102***
     Correctional Medical Service Admissions

Dear Magistrate Thynge:

   In our most recent telephonic conference, instructed all parties discovery would proceed.  Counsel for " Correctional Medical Services, Inc.", elected not respond to request for admissions (Ihuoma Chucks and Crystal Austin).  The aforemention filed December 6, 2006 and January 27, 2007.

   There has been motion to compel filed, Mr. Connor has filed response to the production request but not admissions.  Ms. Kelly, has elected not address issue of return of personal property, which contain legal papers, books, notes and other article germane to case.  I arrived from Sussex Correctional Institution with this property, only reason sent too family.  I was then placed in building 21, which if flow-down from Security Housing Unit "SHU".  My family has not opened property, I indicated willingness to have property inspected by anyone department designates.

   The court's attention to these matters greatly appreciated.

Sincerely,

Shamsidin Ali, 052590
a/k/a/ Robert Saunders

SA:sa
xc:  Clerk of the Court
     Kevin J. Connors, Esquire
     Eileen Kelly, Esquire



FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned