IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, )
A/K/A ROBERT SAUNDERS, )
)
       Plaintiff, )
)
  v. ) Civil Action No. 05-102-***
)
COMM. STANLEY TAYLOR, et al., )
)
       Defendants. )

MOTION TO COMPEL PRODUCTIONS
CORRECTIONAL MEDICAL SERVICES, INC.

  The plaintiff moves pursuant to Rule 34(b) and 37(a), Fed R. Civ. P., for and order comeplling the defendants Correctional Medical Services, Inc to produce for inspections and copying the documents requested in plaintiff's request for specific documents, requested in orginal motion for same.

                                          /s/ Shamsidin Ali
                                          SHAMSIDIN ALI, 052590
                                          a/k/a/ Robert Saunders
                                          1181 Paddock Road - DCC
                                          Smyrna, DE  19977

DATED:  March 16, 2007



FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, )
A/K/A ROBERT SAUNDERS, )
  )
       Plaintiff, )
  )
  v. )   Civil Action No. 05-102-***
  )
COMM. STANLEY TAYLOR, et al., )
  )
       Defendants. )

### AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

Shamsidin Ali, (a/k/a/ Robert Saunders) deposes and say:

1. I am the plaintiff in this case. I make this affidavit in support of motion to compel discovery.

2. On December 6, 2006, served on the defendant's counsel request for production of documents.

3. Defendants did not repond, until three months later.

4. Defendants' objection on the grounds that the discovery sought is irrelevant, burdensome nand privileged has no merit.

5. Plaintiffs' medical chart thinned and audited (03/07/06) by L. Johnson, plaintiff never advised of specific medical records removed, or per who's order.

6. Records of treatment by various institutional physicians (Burns, Durant, Velose, Messinger, Vandusen) missing from plaintiffs medical file. The aforemention provided/recommended specific treatments between December 2006 and March 2007.

7. Missing from plaintiff's medical file, any reference too treatment/recommendations made by following specialist (Dr's Sopa and Burke).

8. Dr. Sopa, performed surgery on plaintiff's left elbow in 2005. Plaintiff seen by Dr. William Burke, dermatologist between January and March 2007.

9. Defendants in response, stated provided complete medical records. This statement is incorrect, and admitted to removal of material from medical records in Exhibit "A".

10. Missing from medical record request; Dermatipathology report, dated January 4, 2006 and test ordered (Chem 24, Prostatic Antigen, and Hepatic function) dated April 20, 2006. There is nothing referring to two biopsy test conducted in 2007.

11. The removal/denial of medical and other information germane to this case, is clever attempt by "Correctional Medical Services, Inc.) to hide the seriousness of illness and there failure to address same.

12. The extent of plaintiff's illness never addressed until plaintiff, showed Deborah Rotweller, Grievance Officer for Correctional Medical Services, Inc. the massive abcesses, sores, skin discoloration on legs, back, arms and buttocks. The aforemention ozzing blood and pus. Ms. Roteller, immediately taken plaintiff to see doctor.

13. The defendants's response lack any information or records plaintiff being treated by two defendants for spider bites, and denied plaintiff be seen by physican.

WHEREFORE, plaintiff request this court order defendant comply with request in initial production request.

_Shamsidin Ali_
Shamsidin Ali, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE 19977

DATED: March 16, 2006

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention furnished Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899-8888 and Eileen Kelly, Deputy Attorney General, Department of Justice by U.S. Mail this 16th day of March 2007. With sufficient postage affixed thereto.

_Shamsidin Ali_
Shamsidin Ali, 052590

Exhibit "A"

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Saunders, Robert   ID#: 52590   Institution: DCC

| Date | Time | Notes | Signature |
|---|---|---|---|
| DDC DATE 3/2/06 | TIME 8:59 | S) Flu Staph infection, multiple scars from previous staph infections; starting to re-appear. | |
| BP 142/80 | P 79 | | |
| T 97.9 | R 18 | | |
| WT 198 | | unaffect. O/A - Previous infections re-appearing P - Septra, Rifampin, 7 mec RTC 7 do Dressings | |
| 7/a DCC | | I/M chart thinned and audited | Johnson |
| 8-10-06 | | No show for flu shot. | Katlin Pean, LPN |

7113 Rev 03/04

Shamsidin Ali
I/M a/k/a/ Robert Saunders
SBI# 052590   UNIT  S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE