IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSID.N ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL HOWARD, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 05-102-*** |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

_____
Anthony Rendina