IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) ) |

C. A. No. 05-102-***

### DEFENDANT EARL MESSICK'S
### RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Earl Messick responds to Plaintiff's Request for Admissions as follows:

1. Warden Rick Kearney authorized you to open plaintiff's outgoing and incoming personal and legal mail.

**RESPONSE:** Denied.

2. Outgoing and incoming legal mail opened outside of the plaintiff's presence.

**RESPONSE:** Denied.

3. You imposed sanctions on plaintiff minus there been hearing by disciplinary committee.

**RESPONSE:** Denied.

4. The department of corrections administrative regulations authorizing imposition of sanction minus hearing.

**RESPONSE:** Denied.

5. You requested Cpl. Fisher turn over plaintiff's incoming/outgoing mail to you.

**RESPONSE:** Denied.

6. Upon opening plaintiff's outgoing legal mail, re-taped then mail.

**RESPONSE:** Denied.

7. Provided in writing to plaintiff all outgoing and incoming legal mail out of his presence.

**RESPONSE:** Denied.

8. There was court order to inspect plaintiff's outgoing/incoming legal mail out of his presence.

**RESPONSE:** Denied.

9. There was order by Attorney General's Office instructing plaintiff's outgoing legal mail to be inspected prior mailing.

**RESPONSE:** Denied.

10. You taken it upon yourself to open plaintiff's outgoing legal mail.

**RESPONSE:** Denied.

11. You taken it upon yourself to open plaintiff's incoming legal mail outside his presence.

**RESPONSE:** Denied.

12. It's standard procedure at Sussex Correctional Institution to open inmate's incoming/outgoing legal mail minus inmate being present.

**RESPONSE:** Denied.

13. Plaintiff's outgoing legal mail inspected by you for 60 days.

**RESPONSE:**   Denied.

14. There is legal documentation authorizing you to open plaintiff's outgoing legal mail.

**RESPONSE:**   Denied.

15. There is statement in the inmate disciplinary proceeding authorizing opening inmates outgoing legal mail.

**RESPONSE:**   Denied.

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Date: March 21, 2007    Attorney for Defendant Earl Messick

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed *Defendant Earl Messick's Response to Plaintiff's Request for Admissions*. I hereby certify that on March 21, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

 

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us