A REGIONAL DEFENSE LITIGATION LAW FIRM

## MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A  P R O F E S S I O N A L  C O R P O R A T I O N      www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**



March 27, 2007

Magistrate Mary Pat Thynge
U.S. District Court
In and For the District of Delaware
844 N. King Street
Lock Box 8
Wilmington, DE 19801

> Re:     Shamsidin Ali v. CMS
>           Civ. No: 05-102 MPT
>           Our File No: 13252-00165

Dear Judge Thynge:

The undersigned attorney represents defendant, Correctional Medical Services, Inc.  Plaintiff wrote to Your Honor on March 16, 2007 (D.I. #126) advising Your Honor that Correctional Medical Services, Inc. has not responded to plaintiff's Request for Admissions directed to Ihuoma Chucks and Crystal Austin.  Neither Ihuoma Chucks nor Crystal Austin are defendants in this case and, therefore, no response on behalf of Correctional Medical Services, Inc. is required.

On behalf of my client, Correctional Medical Services, Inc., I thank Your Honor for consideration of this matter.

Very truly yours,

Kevin J. Connors

KJC/vll

Cc:     Clerk of Court
         Shamsidin Ali
         Eileen Kelly, Esquire
\15_A\LIAB\KJCONNORS\LLPG\417880\VLLUCAS\13252\00165

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-102-MPT ) |
| PAUL HOWARD, RICK KEARNEY, MIKE DELOY, EARL MESSICK, JOSEPH JOHNSON, CPL. FISHER, THOMA CARROLL, CORRECTIONAL MEDICAL SYSTEMS, DELAWARE DEPARTMENT OF CORRECTION, JANE MORGAN, ANTHONY J. RENDINA, C. SEGARS, and STANLEY TAYLOR, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that a copy of correspondence addressed to Magistrate Judge Mary

Pat Thynge dated March 27, 2007 has been served via e-filing and first class mail this date upon the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   _/s/ Kevin J. Connors_____
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
      Correctional Medical Services, Inc.

DATED:  March 27, 2007

\15_A\LIAB\KJCONNORS\LLPG\417880\VLLUCAS\13252\00165