## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL HOWARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) C. A. No. 05-102-*** ) ) ) ) ) |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO DEPOSE PLAINTIFF

COME NOW Defendant Correctional Medical Services, Inc., and State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Jeffrey Fisher, Thomas Carroll, Anthony J. Rendina, Stanley Taylor and Jane Morgan (collectively, "Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Shamsidin Ali, a/k/a Robert Saunders ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is May 1, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

Motion for Leave to Depose Plaintiff Shamsidin Ali.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

/s/ Kevin J. Connors
Kevin J. Connors, I.D. No. 2135
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
kjconnors@mdwcg.com
Attorney for Defendant
Correctional Medical Services, Inc.

Dated: March 29, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-102-*** |
| PAUL HOWARD, et al., | ) ) ) | |
| Defendants. | ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certify, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Shamsidin Ali is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Joint Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assume that the Motion is opposed.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

/s/ Kevin J. Connors
Kevin J. Connors, I.D. No. 2135
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4300
kjconnors@mdwcg.com
Attorney for Defendant
Correctional Medical Services, Inc.

Dated:  March 29, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) ) ) Plaintiffs, ) ) v. ) ) PAUL HOWARD, et al., ) ) Defendants. ) | C. A. No. 05-102-*** |

## **ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Shamsidin Ali pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Joint Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Shamsidin Ali.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed *Defendants' Joint Motion For Leave to Depose Plaintiff Shamsidin Ali* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Eric Scott Thompson, Esquire. I hereby certify that on March 29, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants