

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 30, 2007

Civil Division - New Castle County

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: Ali v. Howard, et al.
C.A. No. 05-102-***

Dear Judge Thynge:

I am writing in reference to March 16, 2007 correspondence from Plaintiff Shamsidin Ali to the Court. [D.I. 126]. In his letter, Mr. Ali indicates that I have not responded to his request for return of certain personal property.

I did respond to Mr. Ali by letter dated March 14, 2007, a copy of which is enclosed.

I am available if the Court requires additional information.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

Enclosure

cc: Kevin J. Connors, Esquire (w/encl.)
    Shamsidin Ali a/k/a Robert Saunders (w/encl.)