

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 14, 2007

Civil Division - New Castle County

Shamsidin Ali a/k/a Robert Saunders
SBI # 052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:   Ali v. Howard, et al.
      C.A. No. 05-102-KAJ

Dear Mr. Ali:

I am writing in reference to your property, which you state was mailed to your son upon your arrival at Delaware Correctional Center in June 2005. You have requested return of that property, which you indicate is in a package which has not been opened. In your letter to me dated January 26, 2007, you indicate that you need to obtain certain materials in the package which pertain to the above-referenced matter.

To the extent that you have legal paperwork concerning active matters, I suggest that you have that paperwork mailed to you at the institution.

With respect to any other items, I refer you to the applicable inmate housing rules as to what may be mailed to the institution.

Very truly yours,

Eileen Kelly
Deputy Attorney General