# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) ) | |
| PLAINTIFF. | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-102-KAJ TRIAL BY JURY DEMANDED |
| COMMISSIONER STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT JOSEPH JOHNSON, CAPTAIN C.SEGARS, ANTHONY RENDINA, PAUL HOWARD, CPL. FISHER, CPL. JANE MORGAN, IHUEMA CHUKS-PHYSICIANS ASSISTANT, CRYSTAL AUSTIN-NURSE and CORRECTIONAL MEDICAL SERVICES | ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

2

## **SUPPLEMENTAL AND THIRD AMENDED COMPLAINT**

Background Allegations:

1. Plaintiff, Shamsidin Ali (a/k/a Robert Saunders) is a citizen of the United States and resident of this judicial district.

2. Plaintiff has been incarcerated at the Delaware Correctional Center (DCC) in Smyrna, Delaware since June 10, 2005.

3. Defendant Stanley Taylor is Commissioner of DOC.

4. Defendant Rick Kearney is Warden of the Sussex Correctional Institution (SCI).

5. Defendant Thomas Carroll is Warden as the Delaware Correctional Center (DCC).

6. Defendant Mike Deloy is Deputy Warden of Sussex Correctional Institution (SCI).

7. Defendant Earl Messick is Staff Lieutenant at Sussex Correctional Institution (SCI).

8. Defendant Joseph Johnson is Staff Lieutenant at Sussex Correction Institution (SCI).

9. Defendant Anthony Rendina is Director of Classification/Special Programs for the Department of Corrections (DOC).

10. Defendant Paul Howard is Adult Bureau Chief for the Department of Corrections (DOC).

11. Defendant C. Segars is Supervisor of Building 21 at Delaware Correctional Center (DOC).

12. Defendant Cpl. Fisher is Mailroom Supervisor at Sussex Correctional Institution (SCI).

13. Defendant Jane Morgan is Corporal Supervisor of the Property Department at Delaware Correctional Center (DCC).

14. Defendant Ihuema Chuks is employed as Physician Assistant for Correctional Medical Services (CMS).

15. Defendant Crystal Austin is employed as Nurse for Correctional Medical Services (CMS).

16. Defendant Correctional Medical Systems is the medical contractor for Delaware Department of Corrections and provides medical treatment for its inmates.

17. This action arises under the FIRST, EIGHTH and FOURTEENTH AMENDMENTS of the United States Constitution, 42 U.S.C. Sections 1983 and 12132, 29 U.S.C. Section 794 and the laws of the State of Delaware. This court has jurisdiction of the action under 28 U.S.C. Sections 1331, 1343 and 1367. Venue lies in this district pursuant to 28 U.S.C. 1391.

## COUNT I

18. Plaintiff incorporated herein by reference paragraph 1 through 17 hereof as-of set forth in length.

19. While incarcerated at Sussex Correctional Institution, to be referred to as SCI, plaintiff was subjected to illegal censoring of legal and personal mail, minus court order of sanction imposed as result of disciplinary action. Plaintiff's outgoing and incoming personal and legal mail subjected to aforementioned, and out of plaintiff's presence.

20. While incarcerated at SCI as result of filing formal complaint with R. Thomas Wagner, State Auditor, and submitting evidence of illegal expenditures from "Inmate Commissary Fund", subjected to retaliatory actions. The plaintiff also filed complaints in reference to inmates, including plaintiff, being exposed to asbestos for numerous years. An attorney, Jennifer Kate Aaronson, Esquire visited plaintiff regarding this matter. Plaintiff was also contacted by Estaban Parra, reporter for the News Journal, concerning inmate healthcare. Plaintiff having served as HIV/AIDS & HepC Peer Educator for over 13 years and AIDS caregiver expressed concern over growing number of deaths at SCI. There were six (6) deaths in the course of three (3) years.

21. Joseph A. Hurley, Esquire expressed to Al Maseitti of the News Journal concerns about health issues and the number of inmate deaths throughout the state, and recommended contacting plaintiff. Plaintiff was contacted by Estaban Parra and completed forms concerning interviewing and photographing.

22. Defendants at SCI read incoming and outgoing mail to R.Wagner, State Auditor, Jennifer Kate Aaronson, Esquire and Estaban Parra, News Journal Reporter. Mail arriving from each of aforementioned had been opened and re-taped closed. These actions by defendants at SCI have been in practice since June 2004. Again, this process of opening and re-taping all outgoing and incoming mail was done out of plaintiff's presence.

4

23. Plaintiff constantly filed grievances and complaints with outside parties concerning lack of black school teachers and one black counselor; double standard applied to African-American versus Caucasian inmates in classification and disciplinary actions; and the racism directed at plaintiff and other Muslims in application of their religion. All complaints stated in this paragraph have been filed with Senator Karen Peterson, U.S. Civil Rights Commission, Civil Rights Division of the U.S. Justice Department in Washington, D.C., Delaware Department of Justice and throughout the Department of Corrections.

24. On June 9, 2005, Lt. Jim Hollis and Donna Furhman, Counselor, informed plaintiff that he had been re-classified and that he had outlived the program needs at SCI. Hence, the plaintiff was transferred June 10, 2005. Ordinarily when inmates are classified to another facility after the initial classification the process proceeds through the Multi-Disciplinary Team (MDT), then to the Institution Classification Committee (ICC), and finally the Institution Board Classification Committee (IBCC). In the plaintiffs case the process was handled in reverse and the MDT (Lt. Jim Hollis and Donna Furhman) ignored the plaintiff's medical problems, which to be addressed in Departments Salient Classification Score Factors; override factors, "Physical and/or medical limitations that could affect housing placement". It was known by aforementioned parties, plaintiff suffered with following medical problems; severe case of high blood pressure (take ten (10) medications daily), degenerated disc in back (walk with assistance of cane for over fifteen (15) years), cane prescribed by Dr. DeShuttle as result of MIR of back and legs. Plaintiff made member of MDT aware of physical problems.

25. Plaintiff is entitled to punitive damages for defendants at SCI illegally opening and censoring all legal and personal outgoing and incoming mail; and failure by classification to take into account plaintiff's medical conditions according to Department Salient Classification Score Factors.

## COUNT II

26. Plaintiff incorporates herein by reference paragraphs 1 through 25 hereof as if set forth at length.

27. DOC received Federal Financial Assistance.

28. Plaintiff has physical impairment which substantially limits one or more of his major life activities. He suffers with degenerative disc disease, chronic lesions in the left basal ganglia and left thalamus of the brain, severe blood pressure problems, suffered silent stroke, heart murmur, Achilles tendon problems and severe headaches.

29. Plaintiff under care of Dr. David Sopa, Orthopedic and Dr. Maria Ionita, Neurologist, both located in Lewes, Delaware. Plaintiff appointment scheduled late May or early June with Dr. Ionita. As result of noted complications, warmness in left elbow and limited mobility in left arm, Dr. Roberta Burns, of the Sussex Correctional

Institution, wrote order for plaintiff to be taken back to Dr. David Sopa who performed surgery. Dr. Burns also stated for David Sopa to utilize his x-ray machine as result of possible problem with same at SCI, which possibly causes plaintiff's previous x-ray to be incorrectly read at SCI.

30. Plaintiff is qualified individual with disabilities within the meaning of Americans with Disabilities Act, 42 U.S.C. Section 12132 and Rehabilitation Act, 29 U.S.C. Section 794.

31. DOC officials have refused to provide reasonable accommodations; plaintiff deprived of cane since June 10, 2005; served ice cold diet trays three times per day; assigned to second floor, which requires walking distance equivalent to a city block; and secured by waist chain and shackles for visits and interviews.

32. Since arriving at DCC, submitted eight (8) sick call requests and two medical emergency grievances to Warden Thomas Carroll concerning series of medical problems, all of which have gone ignored.

33. DOC officials have refused to assist plaintiff with walking through facility to reach destinations by denying plaintiff use of a cane despite plaintiff's constant pain.

34. DCC officials kept plaintiff locked in cell 24 hours per day except for the three (3) hours per week when the plaintiff was allowed to exercise, shower and clean room. Plaintiff housed with inmates with severe mental disorders and histories of violent behavior toward fellow inmates. DCC has failed to make reasonable accommodations for plaintiff's illnesses.

35. Defendants at DCC failure to address plaintiff's medical and physical disabilities violate the Americans with Disabilities Act and the Eighth Amendment of the United States Constitution.

36. Plaintiff is entitled to monetary damages from DOC to compensate him for its failure to make reasonable accommodations for his physical disabilities and denial of access to sick-call. In addition, the plaintiff is entitled to injunctive relief preventing further violations of his rights under the American with Disabilities Act and the Eighth Amendment of the United States Constitution.

## COUNT III

37. Plaintiff incorporates herein by reference paragraph 1 through 36 hereto as if set forth at length.

38. On September 24, 2004, plaintiff filed the original complaint in this action. If complained of his repeatedly having legal and personal outgoing mail censored. This also was an issue for Masjid Ullah, Inc.'s outgoing and incoming religious materials. By complaint sought compensatory damages.

6

39. The complaint named Warden Rick Kearney, Deputy Warden Mike Deloy, S/Lt. Earl Messick, S/Lt. Joseph Johnson and Cpl. Fisher.

40. In concert, the defendants infringed upon the plaintiff's First Amendment Rights as retaliation for the plaintiff's complaints about racial disparities in inmate treatment; being exposed to asbestos; improper medical care, which lead to a number of inmate deaths; improper expenditures from inmate commissary account; and religious issues.

41. Defendants Kearney, Deloy, Messick, Johnson and Fisher are jointly liable because of knowledge of campaign of infringement upon plaintiff's First Amendment Rights.

## COUNT IV

42. Plaintiff incorporates herein by reference paragraph 1 through 41 hereof as if set forth in length.

43. Plaintiff has written Warden Carroll, Captain Segars, Anthony Rendina, Paul Howard and Commissioner Taylor concerning: lack of medical attention; lack of follow-up medical appointments; address cold diets; improper housing due to physical disabilities; and being subjected to cruel and unusual punishment. The defendants failed to address any issue presented, including Defendant Morgan rifling through plaintiff's legal and personal items selecting which legal papers, books and research materials she deemed proper for plaintiff to have. The failure of defendants Taylor and Carroll to demand Correctional Medical Systems address plaintiff's medical needs.

44. Plaintiff filed series of grievances with Correctional Medical Systems for failure to address sick-call requests.

45. During September 2005, noticed pimples commence developing on various parts of body, submitted numerous sick call requests. Between September 2005 and December 2005, plaintiff was constantly seen by Ihuema Chuks, Physician's Assistant and Crystal Austin, Head Nurse, both employees of Correctional Medical Services. Both stated only had spider bites and prescribed hydrocortisone and anti-fungal creams. Between aforementioned dates developed abscesses, other sores which produce pus and blood. Chuks and Austin ignored looking at abscesses, when plaintiff displayed same.

On January 2, 2006, plaintiff called to infirmary by Debbie Rodweller, Nurse-Medical Grievance Officer, for grievance hearing. Prior to hearing showed Ms. Rodweller, the massive abscesses on buttocks and arms, had towel wrapped around buttocks to halt flow of blood and pus through pants. Immediately taken to Dr. Veloso who stated how condition went untreated so long. He immediately ordered cultures and biopsy and prescribed medication. Concurred with recommendation made by Dr. Roberta Burns in December 2005, need to be seen by dermatologist.

7

It was determined by test results, that plaintiff was suffering from Methicillin-Resistant Staphylococcus Aureus (MRSA) with possible complications due to lack of treatment.

Currently 70% of plaintiff's body covered with skin discoloration, dried abscesses and some type of fungus. On April 25, 2006, the plaintiff was seen by Dr. John Durst at DCC Infirmary. Dr. Durst stated that the plaintiff needed to be seen by a dermatologist. Plaintiff had experienced adverse reaction to Rifampin and Sulfameth, which had been prescribed by Dr. Menninger. Dr. Durst, stated felt have infection in organs and possible bones, which constantly in pain.

Expert (dermatologist) should be appointed to determine extent of plaintiff's medical condition, submit evaluation stating professional opinion regarding plaintiff's lack of medical treatment and possible future medical and other problems.

8

**WHEREFORE PLAINTIFF PRAYS THAT:**

1. This Court preliminarily and permanently enjoins defendants, their agents and employees from denying plaintiff medical attention and directs the defendants to make accommodations for plaintiff's physical disabilities;

2. This Court preliminarily and permanently requires defendants to provide scheduled medical appointments with Dr. David Sopa, Orthopedic and Dr. Maria Ionita, Neurologist;

3. This Court instructs defendants Taylor, Carroll and Morgan to make plaintiff's legal and personal items available in order to secure legal and other personal items entitled;

4. Plaintiff is awarded punitive and compensatory damages together with interest;

5. Plaintiff is provided comprehensive physical examination, by medical provider other than Correctional Medical Systems;

6. Based on Department's Salient Classification Score Factor of five (5) plaintiff is assigned aforementioned area; and

7. Plaintiff is awarded such other and further relief as the Court deems just.

Shamsidin Ali, SBI #052590
a/k/a Robert Saunders
DCC
1181 Paddock Road
Smyrna, DE 19977

Date: August 31 2006

## CERTIFICATE OF SERVICE

I, Shamsidin Ali, a/k/a Robert Saunders, hereby certify that a copy of the aforementioned had been furnished to the following:

Kevin J. Connors, Esquire
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Eileen Kelly, Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

By U.S. Mail this 21st day of August 2006 with sufficient postage affixed thereto.

Shamsidin Ali, SBI #052590
a/k/a Robert Saunders

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Name (Print): Robert Saunders

Housing Location: S - V311g

Date Submitted: 12/6/-- ...006

Complaint (What type of problem are you having)? Out of Following medications two weeks;
Enzitomine, Felodipine, Furossmide, Enalaprils, Lovastlotin, Allopurinol, Lasix,
Vastolec and headache medication. On November 7 2006 Received Copy sick-
call slip, stating check medication pick-up. then Informed via sick-call
on November 29 2006 scheduled chronic care. Have not received medication
on chronic care Doctor. Still experiencing blood pressure and MRSA related
problems.

Inmate Signature: Robert Saunders

Date: Dec. 6, 2006

**The below area is for medical use only. Please do not write any further.**

S: Allopurinol, Lasix, Vasotec, Mevacor are here
Pick-up 12/8/06 at 1:6pm         H/ate

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

FAXED
DEC 0 7 2006
BY:

P:

DEC 0 7 2006

E:

Provider Signature & Title: _____

Date & Time: _____

3/1/99 DE01
FORM#:
**MED**
263

xc: Jeff Mook, Esq.
Clerk of the Court. U.S. Dist
Civ. No. 05-102 KAJ
Kevin Connor, Esq.
Eval.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders _____ S- Bldg _____
Name (Print)                                    Housing Location

12/02/39 _____ 052570 _____ 11/80, 06 _____
Date of Birth            SBI Number            Date Submitted

Complaint (What type of problem are you having)? Haven't had blood pressure
medications in two (2) weeks. Experience severe headaches,
blurred vision and numbness on right side of body.

_____        11/30/06
Inmate Signature                                    Date

**The below area is for medical use only. Please do not write any further.**

S: You are scheduled to see health care provider

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

RECEIVED
DEC 0 1 2006
MCP

_____        _____
Provider Signature & Title                Date & Time

**3/1/99 DE01**        xc: Jeff Mark, Esq.
FORM#:                    clerk of the Ct. - U.S. dist. Ct.
**MED**                      Civ. No. 05-102-KAJ
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders
_____
Name (Print)

S- Bldg.
Housing Location

12/02/39
Date of Birth

052570
SBI Number

11/80, 06
Date Submitted

Complaint (What type of problem are you having)? Haven't had blood pressure medications in two(2) weeks. Experience severe headaches, blurred vision and numbness on Right side of body.

_____
Inmate Signature

11/30/06
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

DEC 0 1 2006

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

xc: Jeff Mirk, Esq.
Clerk of the Ct. - U.S. Dist. Ct.
Civ. No. 05-102-KAJ

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)

S - Bldg
Housing Location

12-02-39
Date of Birth

052590
SBI Number

Nov. 18, 2006
Date Submitted

Complaint (What type of problem are you having)? Out of Following blood pressure medications: Enalapril, Furosemide, and Amlopvralvol. I have yet to receive circled medications on attached sick-call Form.

Robert Saunders
Inmate Signature

Nov. 18, 2006
Date

**The below area is for medical use only. Please do not write any further.**

S: your meds are re ordered & you are scheduled for Chronic Care - KK 11-24-06

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

Provider Signature & Title
xc; Jeff Monk, Esq.
Clerk of Ct. - U.S. Dist.
Civ. No. 05-102- KWT

**3/1/99 DE01**
FORM#:

RECEIVED
NOV 24 2006

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Robert Saunders
Name (Print)

S- Bldg
Housing Location

12-02-39
Date of Birth

052590
SBI Number

Nov. 18, 2006
Date Submitted

Complaint (What type of problem are you having?) Out of Following blood pressure
medications: Enalapril; Furosemide; And Allopurinol. I have
yet to receive circled medications on Attached sick-call
Form.

Robert Saunders
Inmate Signature

Nov. 18, 2006
Date

**The below area is for medical use only.  Please do not write any further.**

S: 

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A: 

P: 

E: 

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
**MED**
263

xc:  Jeff Mouk, Esq.
     Clerk of the Court- U.S. Dist Ct.
     Civ. No. 00-102-KAJ

HARM

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)

S - Bldg.
Housing Location

12/02/39
Date of Birth

052590
SBI Number

Oct. 31, 2006
Date Submitted

Complaint (What type of problem are you having)? Out of Felodipine And Allopurinol medications. Have not had Neurontin er potassium medication in months, even the constantly advised out of same, yet to receive medication (MRSA) prescribed, open two weeks ago, by Dr. Vanbuson.

Robert Saunders
Inmate Signature

October 31, 2006
Date

The below area is for medical use only. Please do not write any further.

S: Check the med-pick up list for your name -Dw

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

Provider Signature & Title

re: Jeff Mark, Esq.
Clerk of Ct. U.S. Dist.
Civ. No. 05-102-KWT
Nicole R. Saunders, Esp.

Date & Time

NOV 0 1 2006

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)

S-Bldg.
Housing Location

12/02/39
Date of Birth

652598
SBI Number

Oct. 11, 2006
Date Submitted

Complaint (What type of problem are you having)? _Abscesses and skin coloration changes_
_Related to "MRSA" still spreading. Dr. Burke, Dermatologist written June 26,06_
_visit needed additional treatment. Dr. Davis and VanBusson have_
_Recommended dermatologist service. Most recent referral Sept. 11, 2106._

Robert Saunders
Inmate Signature

Oct. 11 2006
Date

### The below area is for medical use only. Please do not write any further.

**S:** Dermatologist consult pending. —GM

**O:**  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

**A:**

**P:**

[stamp: RECEIVED OCT 23 2006 DCC/BCC]

**E:**

Provider Signature & Title

Date & Time

**3/1/99 DE01**
**FORM#:**
**MED**
**263**

xc: Kevin J. Connor, Esq.
Eileen Kelly, Deputy Attorney Gen'l
Clerk of the Court- U.S. Dist. Ct. (Saunders v. Howard, et al
                                    C.A. No. 05-102-KAJ)
Julia M. Graff, Esq.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Robert Saunders
_____ Name (Print) _____

S - Bldg.
_____ Housing Location _____

12/02/39
_____ Date of Birth _____

052590
_____ SBI Number _____

Oct 11 2006
_____ Date Submitted _____

Complaint (What type of problem are you having)? Abscesses And skin Coloration Changes related to "MRSA" still spreading, Dr. Burke, Dermatologist written in Jurs 26, 06 visit needs additional treatment. Dr's Dovss And Vanbury have recommend dentamycet service. Must accept Referral of Sept 14, 2006.

Robert Saunders
_____ Inmate Signature _____

Oct 11 2006
_____ Date _____

**The below area is for medical use only. Please do not write any further.**

S: We are in the process of scheduling you to see the Dermatolist. JW 11/3/06

O:  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A:

P:

E:

_____
Provider Signature & Title

[RECEIVED stamp: OCT 1 1 2006]

3/1/99 DE01
FORM#:
MED
263

xc: Kevin J. Connor, Esq.
Eileen Kelly, Deputy Attorney Gen'l
Clerk of the Court- U.S. Dist. Ct.  Saunders v. Howard, et al
Julia M. Graff, Esq.  C.A. No. 05-102-KNJ

PANZER DERMATOLOGY ASSOCIATES, P.A.
PROGRESS NOTE

DATE

1/26/04

PATIENT: Saunders, Robert    CHART #: _____

T/Burke needs to see
pt for further treatment.
Call 6337550 - recept for
a f/u visit - fax 659-5051

T/Burke/DB

## Panzer Dermatology & Cosmetic Surgery

Peter B. Panzer, M.D.
Scott M. Panzer, M.D.
Helen A. Mashek, M.D.
Christopher M. Conti, M.D.
Thomas J. Burke, D.O.
Paul Sabini, M.D., F.A.C.S.
Stephanie Maclary, PA-C

NAME: Robert Saunders    AGE: 66
DATE: 6-19-06   M/F   W (B) H A O   M S
REFERRING PHYSICIAN:

CHIEF COMPLAINT: ① HAD staff Infection on arms, legs, back

H. P. I.: chest. Had Adverse Reaction to meds.

7y Anti-fungal cream

Cortisone Creams Bactrim, Rifampin

X: Sept 2005

MEDICATIONS: Neurontin, Lovastatin, Prilosec, Plavix
Allopurinal, Lasix, Vasotec K-Dur, Ecas

ALLERGIES: Rifampin

MEDICAL HISTORY: NT + – HIV ☐☐☐ YR:
Y N
☑ DIABETES          ☐☐ ANEMIA
☑ PEPTIC ULCER      ☑☐ HEART
☐ TUBERCULOSIS      ☐☑ LIVER
☑ HYPERTENSION      ☐☑ KIDNEY
☐☑ ASTHMA/HAYFEVER  ☐☑ CANCER
☑☑ BLEEDING         ☑☐ ARTHRITIS

H/O SKIN CONDITIONS:

H/O SKIN CANCER (TYPE AND LOCATION IF KNOWN): [Y] [N]

FAMILY HISTORY: ASTHMA / HAYFEVER / ECZEMA: [Y] [N]

PSORIASIS: [Y] [N]    SKIN CANCER: [Y] [N]    MELANOMA: [Y] [N]

ROS: CV: [Y] [N]  RESP: [Y] [N]  GI: [Y] [N]  GU: [Y] [N]  NEURO: [Y] [N]  ENT: [Y] [N]  ENDO: [Y] [N]  MS: [Y] [N]  PSYCH: [Y] [N]

Mumur disc disease

PE / DIAGNOSIS / TREATMENT / PLANS:



NEXT APPOINTMENT:

## PANZER DERMATOLOGY & COSMETIC SURGERY

### NEW PATIENT EVALUATION

DATE: 6/19/06         PATIENT: Robert Saunders         CHART NO: 83276

S:    Patient presents for evaluation of rash he states itchy lesions over arms and legs.
      Did have a bacterial infection also. Took a course of Bactrim and Rifampin with
      improvement, but did have an allergic reaction also.

      Past medical history, medications and allergies were reviewed and documented in
      the chart.

O:    Physical examination reveals an alert, pleasant, 66 year-old male in no acute
      distress. Several hyperpigmented papules over his arms, forearms and legs.
      There is post-inflammatory pigmentation over his chest, back, arms and legs from
      his prior drug eruption.

A:    1.    Prurigo nodules.
      2.    Drug eruption/pigmentation resolved.

P:    1.    Intralesional Kenalog 5 mg, 1 cc given into forearms and arms. He will
            begin clobetasol ointment nightly for one month then discontinue.
      2.    Rash will resolve without treatment.

Follow-up p.r.n.

                                                          Thomas J. Burke, D.O.

TJB/ds

DICTATED BUT NOT READ

6/21/06) Faxed Records to Jessica at CMS (302) 659-5051 FAX
phone 653-9261 Ext 2913 per request. _

(7/6/06) Pt wrote letter regarding tx. Pt is incarcerated in clawlaw
prison. Spoke to medical director re: tx and She said
She will look into the issue of him claiming
he has no received med.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders      W-B23
_____      _____
Name (Print)              Housing Location

12-02/06      052390      March 24 2006
_____   _____   _____
Date of Birth       SBI Number       Date Submitted

Complaint (What type of problem are you having)? On March 21 2006, Dr. David Menninger prescribed medication to be provided immediately. The aforementioned result of Adverse effect to previous medication prescribed (Rifampin and Sulfameth). Have massive boils over majority of body and bloody not oozing pus. Originally treated for staph infection with aforementioned medications

Robert Saunder      March 24 06
_____      _____
Inmate Signature           Date

### The below area is for medical use only. Please do not write any further.

S: _____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A: _____

P: _____

E: _____

RECEIVED
MAR 2 7 2006

_____      _____
Provider Signature & Title       Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Robert Saunders
Name (Print)

W- K31
Housing Location

12-02-39
Date of Birth

052590
SBI Number

03/28/06
Date Submitted

Complaint (What type of problem are you having)? Skin infection spreading to total body. Dr. Burke, stated should not receive reduced does of prednisone. Severe itching and burning sensation over total body. Never received lotion prescribed by Dr. Menninger.

Robert Saunders
Inmate Signature

03/28/06
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

MAR 2 9 2006

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Robert Saunders     W·1823
_____     _____
Name (Print)               Housing Location

12/02/89      052590      March 15, 2006
_____     _____     _____
Date of Birth      SBI Number     Date Submitted

Complaint (What type of problem are you having)? Since commence taking
medications; RAFAMPIN and sulfameth-Taimith both
Arms have broke-out with scais, or red pimples,
medication prescribed for staph infection.

Robert Saunders      March 15, 2006
_____     _____
Inmate Signature          Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled

O:    Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

RECEIVED
MAR 13 2006

_____      _____
Provider Signature & Title           Date & Time

3/1/99 DE01
FORM#:

Case 1:05-cv-00123-SLR Document 125 Filed 04/18/2008 Page 24 of 26

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)

W-1B 23
Housing Location

12/02/39
Date of Birth

052590
SBI Number

Feb 6 2006
Date Submitted

Complaint (What type of problem are you having? Where series of Abscesses on body from Staph infection. Have series of black scabs all over body, some others soft. The aforementioned itch and burn. Medication (Bactrim) explied as well medication for itching.

Robert Saunders
Inmate Signature

Feb 6, 2006
Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled w/ provider

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

RECEIVED
FEB 0 8 2006

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Saunders, Robert    ID#: 52590    Institution: DCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| DDC DATE 3/2/06 | TIME 8:59 | ⑤ Flu Staph infection | |
| BP 142/80 | P 79 | Multiple scars | |
| T 97.9 | R 18 | from previous | |
| WT 198 | | Staph infections | |
| | | starting to re- | |
| | | infect. | |
| | | O/A - Previous infections | |
| | | re-appearing | |
| | | P - Septra) Refampin, ↑ MOc | |
| | | ~ RTC ↑ dro | |
| | | assessmen | ✱ Johnson |
| 3/7/06 | DCC | I/M chart thinned and audited | Katherine Fearn 4N |
| 3-10-06 | | No show for flu shot. | |

Shamsidin Ali
IMA/N/a Robert Saunders
SBI# 082590 UNIT: S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 02.56⁰
0004908975   DEC 17 2003
MAILED FROM ZIP CODE 10877

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19811

Legal Mail



Legal Mail