## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civ. No. 05-102-***

JURY TRIAL DEMANDED

**RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION TO COMPEL**

Defendant, Correctional Medical Services, Inc., ("CMS"), incorrectly named Correctional Medical Systems, through its undersigned counsel, hereby responds to plaintiff's Motion to Compel, D.I. 127, and, in support of its request that plaintiff's Motion to Compel be denied, without prejudice, states as follows:

1.  Plaintiff filed a Complaint in this matter on February 17, 2005 and a Supplemental and Second Amended Complaint on March 7, 2006 alleging violations of his First, Eighth and Fourteenth Amendment Rights under 42 U.S.C. § 1983. D.I. 1, 19. On August 21, 2006, plaintiff mailed a Supplemental and Third Amended Complaint to counsel, but the docket reflects that plaintiff never actually filed the Supplemental and Third Amended Complaint on or before August 28, 2006 as ordered by the Court.

2. On December 7, 2006, Plaintiff filed Requests for Production directed to CMS. D.I. 96.

3. On January 5, 2007, defendant, CMS, filed a Motion for Protective Order from plaintiff's Requests for Production. D.I. 104.

4. On January 8, 2007, the Court instructed CMS to answer plaintiff's outstanding discovery.

5. On February 6, 2007, defendant, CMS filed a Motion for Extension of Time to Respond to Plaintiff's Request for Production. D.I. 115. The Court granted CMS' Motion for Extension of Time to Respond to Plaintiff's Request for Production on February 12, 2007. D.I. 120.

5. CMS' Responses to Plaintiff's Requests for Production were filed on March 9, 2007. D.I. 125.

6. Plaintiff's Motion to Compel is not accompanied by a certification that plaintiff has attempted to resolve the dispute without court action. Fed. R. Civ. P. 37(a)(2)(A). Therefore, plaintiff's Motion to Compel should be denied.

7. In addition, CMS has forwarded all medical records in its possession to plaintiff and will continue to supplement plaintiff with updated medical records as provided.

WHEREFORE, defendant, CMS, respectfully requests this Honorable Court to deny plaintiff's Motion to Compel.

                          MARSHALL, DENNEHEY, WARNER,
                          COLEMAN & GOGGIN


BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
      Correctional Medical Services, Inc.

DATED: April 9, 2007
\15_A\LIAB\KAMEANY\LLPG\419025\KAMEANY\13252\00165