## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) |
| Plaintiff, | ) ) ) Civ. No. 05-102-*** |
| v. | ) ) |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

And Now, this _____ day of_____, 2007, upon consideration of Plaintiff's Motion to Compel and the Response thereto of Defendant, Correctional Medical Services, Inc., it is hereby Ordered that Plaintiff's Motion to Compel is denied.

_____
J.

\15_A\LIAB\KAMEANY\LLPG\419027\KAMEANY\13252\00165