IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, <br><br> Defendants. | Civ. No. 05-102-*** <br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE OF RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION TO COMPEL**

I, Kevin J. Connors, hereby certify that two (2) copies of the **RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION TO COMPEL** have been served by E-File and Regular Mail on the date below to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY:  /s/ Kevin J. Connors
     KEVIN J. CONNORS, ESQ.
     DE Bar ID: 2135
     1220 North Market Street, 5th Fl.
     P.O. Box 8888
     Wilmington, DE 19899-8888
     Attorney for Defendant,
     Correctional Medical Services, Inc.

Dated: April 9, 2007