

1181 Paddock Road - DCC
Smyrna, DE  19977
April 13, 2007


Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

     RE:  Saunders v. Howard, et al.
          C.A. No. 05-102***
          PERSONAL PROPERTY

Dear Ms. Kelly:

    This is follow-up to court's memorandum order, dated March 30, 2007.

    The order stated below:

> "Plaintiff was advised by counsel for state defendant to have his legal paperwork mailed to him, and he was referred to applicable inmate housing rule as to other items that may be mailed to the institution."

    I am requesting name of specific person(s) property be mailed too.  My daughter (Nicole R. Saunders) desire mail registered mail/return receipt requested.

    The mailroom has history of misplacing and implementing own rules, what's to be accepted.  Everything contained in property, permitted in present housing unit.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

SA:sa

cc:  Mary Pat Thynge, U. S. Magistrate Judge
     Clerk of the Court
     Kevin J. Connors, Esquire
     Nicole R. Saunders, Ms.