IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE DISCOVERY DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b), State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Jeffrey Fisher, Thomas Carroll, Anthony J. Rendina, Stanley Taylor and Jane Morgan ("State Defendants"), by the undersigned counsel, hereby move to enlarge the discovery deadline and in support thereof state as follows:

1.      Pursuant to Court Order dated October 23, 2006, the discovery deadline in this matter is May 1, 2007.  [D.I. 82].  Dispositive motions are due by June 1, 2007.

2.      By Order dated March 30, 2007, the Court granted Plaintiff's Motion for Leave to File a Third Amended Complaint.  [D.I. 134].[1]  The Third Amended Complaint was deemed filed as of December 13, 2006.

3.      In the Third Amended Complaint, Plaintiff adds a new claim.  He alleges that he has Methicillin Resistant Staphylococcus Aureus, and that Defendants have failed to provide adequate medical care for treatment of that condition.  [D.I. 135, Count IV].  Plaintiff also seeks appointment of a medical expert.

---

[1] State Defendants have not yet responded to the Third Amended Complaint.  They filed a Motion to Enlarge Time to respond to the Complaint on April 23, 2007.

4. Because Plaintiff has just recently been permitted to amend the complaint to add a new claim, State Defendants request an extension of the discovery deadline to permit discovery regarding Plaintiff's new medical claim. They further request a corresponding extension of the time within which to file dispositive motions.

5. There is currently a trial date of January 2, 2008. [D.I. 82]. An extension of the discovery deadline would not adversely impact that trial date. Further, Defendants anticipate that the trial date may be changed due to the fact that this case is assigned the vacant judgeship. Thus, Plaintiff would not be prejudiced by extension of the discovery cut-off.

WHEREFORE, State Defendants respectfully request that this Court grant their Motion to Enlarge Discovery Deadline.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor.
Wilmington, DE 19801
eileen.kelly@state.de.us
(302) 577-8400
Attorney for State Defendants

Dated: April 23, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. She has communicated with Kevin J. Connors, Esquire, counsel for co-defendant Correctional Medical Systems, and he does not object to State Defendants' Motion to Enlarge Discovery Deadline.

2. Plaintiff Shamsidin Ali is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion to Enlarge Discovery Deadline.

3. Therefore, undersigned counsel assumes that the Motion is opposed by Plaintiff.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Eileen Kelly
        Eileen Kelly, I.D. No. 2884
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th fl.
        Wilmington, DE 19801
        eileen.kelly@state.de.us
        (302) 577-8400
        Attorney for State Defendants

Dated: April 23, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

**IT IS SO ORDERED,** this _____day of _____, 2007, that Defendants' Motion to Enlarge Discovery Deadline is hereby **GRANTED**, and

1. Discovery is due _____.

2. Dispositive motions are due _____.


_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2007, I electronically filed *State Defendants' Motion to Enlarge Discovery Deadline* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Eric S. Thompson, Esquire. I hereby certify that on April 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us