IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE AN ANSWER TO THE THIRD AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Jeffrey Fisher, Thomas Carroll, Anthony J. Rendina, Stanley Taylor and Jane Morgan ("State Defendants"), by the undersigned counsel, hereby move to enlarge time within which to file an Answer to the Third Amended Complaint, and in support thereof state as follows:

1.  This prisoner civil rights action was originally filed February 22, 2005. [D.I. 1]. Prior to service of the Complaint, Plaintiff filed a Second Amended Complaint on September 19, 2005. [D.I. 19]. An Answer was filed as to all State Defendants, except Jane Morgan, who had not yet been served, on June 1, 2006. [D.I. 49]. An Answer was filed on behalf of Jane Morgan on September 8, 2006. [D.I. 74].

2.  On March 30, 2007, the Court granted Plaintiff's Motion to file a Third Amended Complaint. [D.I. 134]. Pursuant to the Court's Order, the Third Amended Complaint was deemed filed as of December 13, 2006.

3.  Pursuant to Federal Rule of Civil Procedure 15(a), State Defendants were required

to respond to the Third Amended Complaint within 10 days after the Court's March 30, 2007 Order. However, due to inadvertent lack of attorney oversight, State Defendants have not yet responded to the Third Amended Complaint.

5. Federal Rule of Civil Procedure 6(b) permits an enlargement of time when the failure to act was due to excusable neglect. "[T]he Courts of Appeals have generally recognized that 'excusable neglect' may extend to inadvertent delays." *In re Orthopedic Bone Screw Products Liability Litigation,* 246 F.3d 315, 322 (3d Cir. 2001). The term "excusable neglect," within the meaning of Rule 6(b), "is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond the control of the movant." *Id.*

6. In this case, the failure to file an Answer was due to excusable neglect. State Defendants have been defending this matter throughout the course of the litigation. Further, Plaintiff will not be prejudiced by the State Defendants' delay in the filing of an Answer.

7. State Defendants' proposed Answer to the Third Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, State Defendants respectfully request that this Court grant their Motion to Enlarge Time to File an Answer to the Third Amended Complaint.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
eileen.kelly@state.de.us
(302) 577-8400
Attorney for State Defendants

Dated: April 23, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. She has communicated with Kevin J. Connors, Esquire, counsel for co-defendant Correctional Medical Systems, and he does not object to State Defendants' Motion to Enlarge Time.

2. Plaintiff Shamsidin Ali is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion to Enlarge Time.

3. Therefore, undersigned counsel assumes that the Motion is opposed by Plaintiff.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Eileen Kelly
        Eileen Kelly, I.D. No. 2884
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th fl.
        Wilmington, DE 19801
        eileen.kelly@state.de.us
        (302) 577-8400
        Attorney for State Defendants

Dated:  April 23, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

**IT IS SO ORDERED,** this _____day of _____, 2007 that State Defendants' Motion to Enlarge Time to File an Answer to the Third Amended Complaint is hereby **GRANTED** and State Defendants must respond to the Third Amended Complaint no later than _____.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2007, I electronically filed *State Defendants' Motion to Enlarge Time to File an Answer to the Third Amended Complaint* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Eric S. Thompson, Esquire. I hereby certify that on April 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us