IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS SO ORDERED, this ___25___ day of ___April___, 2007 that State Defendants' Motion to Enlarge Time to File an Answer to the Third Amended Complaint is hereby GRANTED and State Defendants must respond to the Third Amended Complaint no later than May 11, 2007.

United States ~~District~~ Judge