IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders, )
)
      Plaintiff, )
)
v. )   C.A. No. 05-102\*\*\*
)
)
PAUL HOWARD, et al., )
)
      Defendants. )

PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT TOM CARROLL

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Pursuant to Rule 33, Fed. R. Civ. P., plintiff submits the following interrogatories to defendant Carroll. You are directed to answer each of the interrogatories in writing under oath with-30 days of service.

    1. Explain specific reasons, plaintiff placed in building 21 (administrative segregation) when transferred from Sussex Correctional Institution.

    2. Since in defendant Kearney's admissions, stated plaintiff not transferred for rule infraction. Name all partie(s) involved in placing plaintiff in building 21.

    3. What is the specific policy governing placing inmates in administraction, when transferred from one facility too another.

    4. Why was plaintiff kept in adminsitrative segregation total four months, per who's order.

    5. Explain why inmates housed in building 21 required eat all meals in their cells, and permitted 3 hours recreation per week.

    6. Outline specific reasons inmates placed in building 21, and why majority inmates housed in building 21 previously housed in Security Housing Unit ("SHU").

    7. Detail rule infractions plaintiff, cited for while housed in building 21.

    8. Detail procedures for housing inmates in building 21 with physical disabilites.

9. Outline prosepctive areas, plaintiff housed while in building 21.

10. Why was plaintiff's cain taken upon being placed in building 21, and state procedure for same.

11. How many times and dates did plaintiff make you aware of medical and housing problems in building 21.

12. What is the distant plaintiff had to walk, too visiting and search room.

13. Described manner inmate secured, each time brought-out of building 21.

14. Described policy for transporting handicapped inmates from building 21.

15. Outline procedures for screening inmates assigning cells in building 21, prior placing in cell with another inmate.

DATED: April 20, 2007

```
_____
Shamsidin Ali, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE  19977
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention furnished Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19809-8888 and Eileen K. Kelly, Esquire, Carvel State Office Building, 820 N. French St., wilmington, DE  19801.  By U.S. Mail this 20th day of April 2007 with sufficient postage affixed thereto.

```
_____
Shamsidin Ali (a/k/a/ Robert Saunders
```

