IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
       Plaintiff, )
  v. )   C.A. No.05-102***
PAUL HOWARD, et al., )
       Defendants, )

PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT JEFFERY FISHER

FILED APR 30 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

    Pursuant to rule 33, Fed. R.Civ. P., plaintiff submits the following interrogatories to defendant Fisher. You are directed to answer each of the interrogatories in writing under oath within 30 days of service.

    1. Name(s) of all individuals that authorized you to give personal/legal mail, outgoing/incoming to S/Lt. Earl Messick.

    2. Specific time frames gave incoming/outgoing (personal/legal) mail to defendant Messick.

    3. State specific administractive regulation, authorizing you to give inmate legal and personal mail too anyone.

    4. Was there court order provided, which ordered plaintiff's outgoing and incoming mail be inspected by defendant Messick. If there was court order, date you received same.

    5. What specific written documents, did defendant Messick provided you to receive plaintiff's incoming/outgoing mail).

    6. What did you nrovide plaintiff in writing, informing mail being sent to defendant Messick.

    7. Explain if giving mail to defendant Messick was authorized by defendants Kearney or Deloy.

    8. What did you provide in writing too defendant's Kearney and Deloy, concerning defendant Messick searching plaintiff's incoming/outgoing legal and personal mail.

    9. Did you record outgoing/incoming legal and personal mail in logbook.

10. What specific rule infraction, did defendant Messick state too you plaintiff had violated.

11. Explain how plaintiff's incoming/outgoing mail turned-over too defendant Messick.

12. On what specific date did you inform plaintiff, mail being turned-over to defendant Messick.

DATED: April 20, 2007

                                             */s/ Shamsidin Ali*
                                            SHAMSIDIN ALI, 052590
                                            1181 Paddock Rd. - DCC
                                            Smyrna, DE  19977

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention furnished Kevin J. Connor, Esquire, P.O. Box 8888, Wilmington, DE 19808-8888 and Eileen Kelly, Deputy Attorney General, Department of Justice Carvel State Office Building, 820 N. French Street, Wilm, DE 19801. By U.S. Mail with sufficient postage affixed thereto.

                                             */s/ Shamsidin Ali*
                                            SHAMSIDIN ALI, 052590

INMATE Christi Saunders
SBI# 283391   UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE
19801