1181 Paddock Road
Smyrna, DE  19977
April 20, 2007



Warden Thomas Carroll
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    RE:  ALI V. HOWARD
          C.A. No 05-102***
          Personal Property

Dear Warden Carroll:

    This letter in reference to property mailed to my daughter. The aforemention property mailed my daughter, when first arrived from Sussex Correctional Instituiton.

    Attached hereto copy of inventory, articles circled items requested be permitted to return.  Would like you have your designee, check for authorization in this building.  The items of clothing were purchased in commissary at Sussex.

    Your attention to this matter most appreciated.

Sincerely,

*Shamsidin Ali*
Shamsidin Ali, 052590
a/k/a/ Robert Saunders

SA:sa
Encl.

xc:  Eileen Kelly, Esq.
     Kevin J. Connor, Esq.
     Clerk of the Court
     Nicole R. Saunders, Ms.

05cv102***
FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

April 17, 2007

Civil Division - New Castle County

Shamsidin Ali a/k/a Robert Saunders
SBI # 052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:   Ali v. Howard, et al.
           C.A. No. 05-102-***

Dear Mr. Ali:

    I am in receipt of your letter dated April 13, 2007.

    In response, as I stated in my March 14, 2007 letter, to the extent that you have legal paperwork concerning active matters, I suggest that you have that paperwork mailed to you at the institution.

    The circumstance that there may be property in the possession of your daughter that is permitted in your housing unit does not mean that the property may be mailed or brought into the institution. I refer you once again to the applicable inmate housing rules as to what may be mailed to the institution.

                                                   Very truly yours,

                                                     Eileen Kelly
                                                     Deputy Attorney General

1181 Paddock Road - DCC
Smyrna, DE 19977
April 13, 2007


Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

    RE:   Saunders v. Howard, et al.
           C.A. No. 05-102***
           PERSONAL PROPERTY

Dear Ms. Kelly:

    This is follow-up to court's memorandum order, dated March 30, 2007.

    The order stated below:

> "Plaintiff was advised by counsel for state defendant to have his legal paperwork mailed to him, and he was referred to applicable inmate housing rule as to other items that may be mailed to the institution."

    I am requesting name of specific person(s) property be mailed too. My daughter (Nicole R. Saunders) desire mail registered mail/return receipt requested.

    The mailroom has history of misplacing and implementing own rules, what's to be accepted. <u>Everything</u> contained in property, permitted in present housing unit.

Sincerely,

*[signature]*
Shamsidin Ali, 052590
a/k/a Robert Saunders

SA:sa

cc:  Mary Pat Thynge, U. S. Magistrate Judge
     Clerk of the Court
     Kevin J. Connors, Esquire
     Nicole R. Saunders, Ms.

FORM #: 537 (F&B)
Revised

## INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 00052590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Magic Shave | | | 1 | |
| Lotion | | | 2 | |
| Legal Newspapers | | | 2 | |
| Medication Cards | | | 18 partial packs | |
| Bowl Containing Pens & Glasses | | | | |
| Envelopes & Cards Misc | | | | |
| Binder Blue with envelopes | | | | |
| Shower Shoes | | | 2 | |
| Nike Sneakers | | | 1 | |
| Glasses 2 reg, 1 Dark | | | 3 | |
| Glass Case | | | 1 | |
| Dictionaries | | | 2 | |
| Chess board & Pieces | | | 1 | |
| Bag of Cosmetics | | | 1 | |
| Quran | | | 1 | |
| Bible | | | 1 | |
| Almanac | | | 1 | |
| Lock | | | 1 | |
| Instant Soup | | | 3 | |
| Coffee | | | 1 bag | |
| Spaghetti | | | | |
| Jelly | | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

(margin notes, partially redacted: "Mexican Maroon", "Mrs Baldgres Officer")

FORM #: 537 (F&B)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 00052590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| T.V. | SANYO | Ser # B94 70243141982 | | |
| Radio | Panasonic | Model RF-951 | | |
| Headphone | Ross | | | |
| Aluminum | Kane | | | |
| Clock | Westclox | | | |
| Dictionary | | | | |
| Legal Book | | | | |
| Veterans Book | | | | |
| Towels (White) | | | 3 | |
| Washcloths | | | 2 | |
| Sweatpants | | | 1 | |
| Gym Shorts | | | 1 | |
| Photo Albums | | | 9 | |
| Townhouse Box Containing Toothbrushes, Deodorant, Toothpaste, etc. | | | | |
| Folders Containing Legal Work | | | 4 | |
| Hardback Book - Legal | | | 1 | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

FORM #: 537 (F&B)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders          SBI NO.: 000 52590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 | Box containing folders with assorted papers | | | |
| | 2 Socks | | | |
| | 1 Mayo | | | |
| | 1 Now & Later Pack | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property



I/M Robert Saunders
SBI# 00590  UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Bldg
844 N. King Street
Wilmington, DE 19801