1181 Paddock Road - DCC
Smyrna, DE  19977
April 30, 2007


Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

RE:  Saunders v. Howard, et al.
     C.A. No. 05-102***
     Personal Property

Dear Ms. Kelly:

I am in receipt of your letter dated April 17, 2007.

The department does not have written policy, governing readmission of inmates personal property.  In defendant's Kearney's admissions, clearly stated my transfer not result of disciplinary actions.  It was also stated in meeting with senior staff in building 21, it was unclear to them, why housed in the aforemention building.

My children have made it most clear, will not become a pawn in this matter.  In the past have had negative experience with department.  Not only contained in property are legal papers, but books purchased concerning prison legal issues.  The reason requesting name of individual property mailed too.  Attached hereto is copies of correspondence, related to most recent mishandling of my mail.

Informed by mailroom received educational material, from the University of Pennsylvania.  Informed couldn't receive same as result of containing metal rings.  I conveyed in writing, dispose of binder, be provided materials.  On April 26, 2007 informed by Carol Powell, Support Service Officer, the material was inadverntly returned to University of Pennsylvania.  The material returned prior being able exhaust administrative procedures.  Yet, you want my son mail material to this facility.  The reality this sets-up the position for property be misplaced, under guise never arrived.

The unwritten policy has been, inmates released from various units of segregation.  There family members been permitted to return their property to this facility.  In view there is serious issue of my being placed in segregation from outset, property should never

EILEEN KELLY, ESQUIRE
April 30, 2007
Page 2 of 2


been sent to family members.  If your assuming appear not to trust individuals within department, one's assumption most correct.  Unless medical problems corrected immediately, will have problem appearing for disposition.  Dr. Thomas Burke, prescribed certain medication and removed from another.  Staff, here ignored his order, placed back on medication Dr. Burke, removed from.  Which has resulted in body again covered with discoloration, sores and suffer severe itching and burning.

If you'd be willing have male member inspect body, most gladly expose same.  The aofremention again, covers over 70% of one's body.

Sincerely,

Shamsidin Ali, 052590
(a/k/a Robert Saunders)

SA:sa
xc:  Hon. Mary Pat Thynge, U.S. Magistrate
     Clerk of the Court
     Kevin J. Connor, Esq.
     Julia M. McGraff, Esq.
     Nicole R. Saunders, Ms.

Encl.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6685
Support Services

## **MEMORANDUM**

To: Robert Saunders #052590, Building S

From: Carol Powell, Support Services Officer

Date: 04/26/07

Re: University of Pennsylvania – Educational Material

---

    I received your letter regarding University of Pennsylvania – Educational Material. Inadvertently the material was returned to sender due to the metal binder. Resubmit your request to the University and I will advise the mailroom to deliver the contents less the binder once it has been received providing the material is not prohibited by content.

    If you have additional concerns or questions do not hesitate to contact me.


CC: Inmate File
       Mailroom

TO:      Tanya Smith, Support Service Manager - DCC

FROM:    I/M Robert Saunders, 052590 (S-Bldg.)

DATE:    April 13, 2007

RE:      UNIVERSITY OF PENNSYLVANIA - EDUCATIONAL MATERIAL

    I responded to mailroom concernig above-entitled. Understood binder not permitted due to containing medal.

    Requested binder be destroyed, given educational materials. Todate, yet to receive response. If determined will not receive anything, desire send same to Howard H. Brown, Esquire. There has been total of four letters returned to sender, as result not having SBI#. I was never notified in writing letter returned.

RS:rs

xc:  Mailroom Supervisor - DCC
     Howard H. Brown, Esq.
     Julia M. Graff, Esq.

Shamsidin Ali
I/M a/k/a/ Robert Saunders
SBI# 052590   UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 MAY 2007 PM 1 L

Hon. Mary Pat Thynge
United States Magistrate
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801

19801+3515

