IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIIDN ALI, a/k/a/ Robert Saunders )
)
              Plaintiff, )
)
v. ) C.A. No. 05-102-***
)
PAUL HOWARD, et al., )
)
              Defendants. )

### REQUEST FOR ADMISSIONS

Pursuant to Rule 3, Fed. R. Civ. P., plaintiff request that defendant Jane Morgan make the following admission within 30 days after service.

1. You inventored plaintiffs personal property when first arrived from Sussex Correctional Institution.

2. You brought plaintiff's personal propery to him, when housed in building 21.

3. Plaintiff was not permitted to go through personal property to determine what legal property needed.

4. Personal property not deemed authorized for building 21 and security housing units, required sent out of institution.

5. There is not written procedure, governing inmate being present when property being inventored

6. On December 6, 2005, you found broken watch in plaintiff's personal propery.

7. On December 13, 2006, cited plaintiff for severary rule infractions related to broken watch.

8. Willing to submit to polygraph examination concerning rule infraction, which you cited plaintiff.

9. Would you object to plaintiff having polygraph examination concerning possession of broken watch.

10. It was seven (7) day prior to finding broken watch, and submitting disciplinary action.

11. Has there been case of inmate arriving from other facility

with property, not listed on inventory sheets.

12. Upon learning party to litigation, then decided to cite plaintiff for rule infraction.

13. Subject to previous court litigations.

14. Plaintiff was called from housing unit in building 21 to area designated for eating/recreation to sign for personal property.

15. Inmates provided listing of property permitted in each housing unit at this facility.

16. Inmate arriving with open commissary, from other housing units at this facility, commissary disguarded.

17. Inmate not compensated for commissary, disguarded when placed in any of the administrative segregation units.

18. Inmates assigned to property unit as workers.

19. During your tenure in property room, black inmate never assigned as worker.

20. Plaintiff could arrived from Sussex Correctional Institution with watch on arm, not recorded on property sheet.

21. Property has been returned to Sussex Correctional Institution as result not being inventored.

22. Possession of broken watch, major rule infraction.

23. You cited plaintiff for lying, possession of non-dangarous contraband, and other infractions related to broken watch.

24. Appeared at plaintiff's disciplinary hearing.

25. Disciplinary hearing's not recorded.

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE  19977

May 18, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention furnished Kevin J. Connors, Esquire, P.O. Box 8888, Wilm, DE 19899-8888, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilmington, DE 19801. By U.S. Mail this 18th day of May 2007, with sufficient postage affixed thereto.

                                        SHAMSIDIN ALI, 052590
                                        a/k/a Robert Saunders

Shamsiddin Ali
I/M A/K/A Robert Saunders
SBI# 152598   UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 MAY 2007 PM 2 T

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801


U.S.M.S
X-RAY

