# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., : : : Plaintiffs, : : v. : PAUL HOWARD, et al., : : Defendants. : | Civil Action No. 05-102-*** |

## ORDER

At Wilmington this **24th** day of **May, 2007**.

In light of the Court's recent order extending the cut-off date for discovery and the due date for the filing of the case dispositive motions,

IT IS ORDERED that the filing date for the proposed pretrial order and the pretrial and trial dates are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE