IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

**IT IS SO ORDERED**, this ___04___ day of ___May___, 2007, that Defendants' Motion to Enlarge Discovery Deadline is hereby **GRANTED**, and

1. Discovery is due ___December 1, 2007___

2. Dispositive motions are due ___January 7, 2008___.

_____
United States ~~District~~ Judge
Magistrate Judge