IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C. A. No. 05-102-*** |
| PAUL HOWARD, et al., | )<br>)<br>) |
| Defendants. | ) |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

 

/s/ Thomas L. Carroll
Thomas L. Carroll