IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) ) | |
| Defendants. ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

_____
Jeffrey Fisher