## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-102-*** |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | |
| WARDEN RICK KEARNEY, WARDEN | ) | JURY TRIAL BY TWELVE |
| THOMAS CARROLL, DEPUTY WARDEN | ) | DEMANDED |
| MIKE DELOY, S/LT. EARL MESSICK, S/LT. | ) | |
| JOSEPH JOHNSON, CAPTAIN C. SEGARS, | ) | |
| ANTHONY RENDINA, PAUL HOWARD, | ) | |
| CPL. FISHER, CPL. JANE MORGAN, | ) | |
| IHUEMA CHUKS-PHYSICIANS | ) | |
| ASSISTANT, CRYSTAL AUSTIN-NURSE and | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO DISMISS PLAINTIFF'S SUPPLEMENTAL AND THIRD AMENDED COMPLAINT

Defendant, Correctional Medical Services, Inc., ("CMS"), incorrectly named Correctional

Medical Systems, through its undersigned counsel, hereby respectfully moves this Honorable

Court to enter the attached Order, dismissing plaintiff's Supplemental and Third Amended

Complaint with prejudice and, in support thereof, avers as follows:

1.    On July 27, 2006, this Court granted plaintiff leave to amend his Complaint to add

a medical needs claim that, while incarcerated within the Delaware Department of Correction, he

contracted Methicillin Resistant Staphylococcus Aureus ("MRSA").  (D.I. 69).

2.    Plaintiff was given until no later than August 28, 2006 to file another amended

Complaint.  (D.I. 69)

3.    On August 21, 2006, Plaintiff mailed a Supplemental and Third Amended Complaint to the undersigned counsel. However, a review of the docket disclosed that the Supplemental and Third Amended Complaint had not been filed with the Court.

4.    On September 21, 2006, CMS filed a "preemptive" Motion to Dismiss Plaintiff's Supplemental and Third Amended Complaint. (D.I. 76). Plaintiff was placed on notice that the new amendment was not on file with the Court. On November 20, 2006, plaintiff filed a response to the Motion to Dismiss, but made no mention of the fact that the Supplemental and Third Amended Complaint was not docketed. (D.I. 88).

5.    On November 16, 2006, plaintiff filed a motion seeking injunctive relief for medical treatment and diagnosis for the MRSA condition. (D.I. 86). The Court denied the Motion noting that at no time had plaintiff pleaded a claim based upon the MRSA infection, despite the Court having given him leave to do so. (D.I. 97). On December 13, 2006, the Court received plaintiff's reply to defendants' response to the motion for injunctive relief. (D.I. 98). Included with the reply was a copy of Plaintiff's Supplemental and Third Amended Complaint. The Supplemental and Third Amended Complaint was deemed by the Court to have been filed as of December 13, 2006. See Ali v. Howard, et al., C.A. No. 05-102-***, Mem. Order at 4, 7 (D. Del. March 30, 2007) attached as Exhibit "A".

6.    Plaintiff did not file the Supplemental and Third Amended Complaint on or before August 28, 2006 as ordered by this Court. Id. at 1. Thus, it should be dismissed as untimely.

7.    Plaintiff's Supplemental and Third Amended Complaint is exactly the same as the Supplemental, and Second Amended Complaint except that it adds to paragraph 45, consisting of five separate paragraphs, which describe the medical conditions which plaintiff alleges he

suffered from and treatment he has received and which request that a dermatologist be appointed to determine the extent of plaintiff's medical condition.

8.    With regards to the allegations set forth in Plaintiff's Supplemental and Third Amended Complaint, CMS adopts and incorporates by reference the Motion of Defendant, CMS, to Dismiss Plaintiff's Complaint which was filed on June 14, 2006.  (D.I. 61).  Further, this Court, in the Memorandum Order of March 30, 2007, Exh. "A", noted that plaintiff had in fact received medical treatment for his skin condition and, in denying plaintiff's request for injunctive relief, noted further that plaintiff had not demonstrated a likelihood of success on the merits.

WHEREFORE, Defendant, CMS, moves this Honorable Court to dismiss all claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6).

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:    _/s/ Kevin J. Connors_
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, Correctional
Medical Services, Inc.

DATED: June 5, 2007
\15_A\LIAB\KAMEANY\LLPG\431845\KAMEANY\13252\00165

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, herby certify that two (2) copies of the **AMENDED MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S SUPPLEMENTAL AND THIRD AMENDED COMPLAINT** have been served by E-File and Regular Mail to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801


**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:    _/s/ Kevin J. Connors_
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendant, Correctional
       Medical Services, Inc.

DATED: June 5, 2007
\15_A\LIAB\KAMEANY\LLPG\431845\KAMEANY\13252\00165