Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
June 29, 2007



Kevin Connors, Esquire
Post Office Box 8888
Wilmington, DE  19899-8888

Re:  Alie v. Howard, et al.
     C. A. No. 05-102***
     Retaliatory Acts and Neglect

Dear Mr. Connors:

Upon learning involvement with litigation against Correctional Medical Systems ("CMS").  Some in the nursing staff of "CMS" seeking sometype retalitation.  Have been exposed to series of negative events.  On four occassions, while at medical for blood pressure readings.  The bottom number being 100, never was doctor informed of high readings.  I am currently having several signs, foamy urine, dark urine, constant having to urinate (Especially at night), swollen ankles and increased thirst.

The middle of May 2007, taken to Dr. Thomas Burke, dermatologist.  During aforemention Dr. Burke gave series of injections, which was to assist with medications prescribed.  There were two prescritions written, given too escorting officers.  I never was provided medications until June 19, 2007.  This has been constant problem with medication prescribed by Dr. Burke.  With medical staff not wearing name badges, should asked name, stated not required too tell you my name.  When it comes to filing grievance, often grievance dismissed for failure to state name of individual involved.

Both Correctional Medical Systems and Department of Corrections, permit family to hire board certified physican to visit me here.  Many inmates have been legally murdered under guise of medical treatment, or should say lack of treatment.  In view of these deliberate act of neglects, and can secure affidavits of various treating physician.  Commencing ligitation in Superior Court is only recourse.

Kevin Connors, Esquire
June 29, 2007
Page 2 of 2


There is serious questions of many of the foreign-born individual medical qualifications. The medical task have these and other individuals assigned. The services (medical) provided by "CMS" major problem in correctional systems throughout this country. They are in business to making money, individuals (inmate) that die view incidental too the nature of their business. In the State of Arkansas alone "CMS" have over 200 litigations pending.

I understand your only concern in this matter, as well as individual representing the state prevail on litigation. There is not concern from moral prospective, rather inmates are receiving proper treatment. That your able to save CMS and the State of Delaware monies, ill regards the number of inmates that die or were they treated properly.

Respectflully,

Robert Saunders, 052590

RS:rs
cc: Mary Pat Thynge, U. S. Magistrate
    Clerk of the Court
    Eileen K. Kelly, Esq.
    Judith M. Graff, Esq.
    Joshua Martin, III, Esq.
    Frederick VanDusen, MD
    Thomas Burke, MD
    James Welch, Medical Administrator - DOC
    Robert H. Saunders, Jr.

Encl.

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
June 7, 2007


Mr. James Welch
Medical Administrator
Department of Corrections
245 McKee Road
Dover, DE 19904

    RE:   MEDICATION/BLOOD PRESSURE ISSUES

Dear Mr. Welch:

The aforemention presented grievances, minus resolution, or even seriously addressed. There not being agency for outside review, deem it proper bring to your attention. As aware contract that Department of Corrections, had with Delaware Center for Justice terminated June 2006. Over month ago taken to Dr. Thomas Burke, Dermatologist. Dr. Burke prescribed two medication, as the draft of this letter yet receive same.

It has been clearly stated by Dr. Burke, to various partie(s) will continue have problems with healing process, due to lack of receiving medication in timely manner. The aforemention problem accounts for again plagued with scabs, leison and sever itching. On eight (8) occassion appeared for blood pressure mointoring, each time bottom number over 100. The most recent reading being yesterday, reading 150/100. On each occassion were pressure high provided pill to reduce , informed would be seen by doctor. Yet to be seen by doctor, have been on following blood pressure related medications, many over five (5) years: Verapamil HCL ST 180 MG; Allopurinol 100 MG; Aspirin EC 81 MG; Enalapril Maleate 20 MG; and Furosemide 40 MG.

The aforemention medication seem, not too address the problem. Should been seen by doctor, prior having major stroke. Have constant headaches, blurred vision and occassional numbness in rightside of body. The crust of problem, incompetence, lacking skills, most important non-caring attitudes. Across the country Correctional Medical Systems ("CMS") plagued with major lawsuits. In the State of Arkansas, 200 suits pending in federal court alone. In May 2007 one of "CMS" physicans within the Michigan Department of Corrections treated inmate with case of hemorrhoidal condition by lancing.

JAMES WELCH
June 7, 2007
Page 2 of 2


When inmate taken to outside emergency, it was determine, inmate suffering from terminal rectal cancer, which ended-up being death sentence. Comments by Michigan Department of Corrections, if this level of treatment in one facility, what are the conditions in our other forty-five (45).

Prior suffering major stroke, or death, requesting family be permitted hire physcan for treatment at this facility. The physcan will be licensed in State of Delaware and board certified. Your attention to this request is most appreciated.

Sincerely,

Robert Saunders, 052590

RS:rs
Encl.
xc: Hon. Mary Pat Thynge, U.S. Magistrate (C.A. No.05-102)
    Judith M. McGraff, Esq.
    Kenneth Richmond, Esq. (Philadelphia, Pa)
    Joshua Martin, III, Esq.
    Howard H. Brown, Esq. (Philadelphia, PA)
    Gail Eller, Dir. Nursing -- DCC
    Nichole R. Saunders (Ms)
    Robert H. Saunders, Jr.

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
June 1, 2007


Dr. Thomas Burke
Panzer Dermatology
537 Stanton-Christiana Rd. - Ste 207
Newark, DE 19713

RE:  MEDICATION'S

Dear Dr. Burke:

   Have yet to receive medications, prescribed three (3) weeks ago.

   The prescription were truned-in to the infirmary upn returning to institution.

   As result of not having any medicatin, scabs, extreme drying of skin and leison again appear.

   If there is anything can do, to facilitate receiving meds most appricated.

   Stated on prior occassion, you prescribe medication, by time receive same condition back to orginal condition.

Sincerely,

/Robert Saunders, 052590

RS:rs

xc:  Julia M. Graff, Esq.
     Joshua Martin, III, Esq.
     Ben T. Castle, Esq.
     Nicole R. Saunders (Ms.)

Delaware Correctional Center
Smyrna, DE 19977
April 23, 2007


Dr. Thomas Burke
Panzer Dermatology
537 Stanton-Christiana Road - Suite 207
Newark, DE 19713

RE:   CORRESPONDENCE - DATED MARCH 26, 2007

Dear Dr. Burke:

This is follow-up in reference to above-entitled. Have yet too receive response to questions raised in above letter. The fluociwonide Ointment 0.05% has not removed nodules on legs, arms and buttocks. Have been out of Ammonium Lactate Cream 12% over a week, there seems to be question how same be renewed. One's chest, has taken on appearence to checker-board and discoloration becoming worst.

The attorney's that have viewed my body, seem to feel their could possibly be something internally happening. Again, looking forward to response to question at one's earlest. Thank you for your time and consideration.

Very truly yours,

Robert Saunders, 052590
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

RS:rs

xc:   William Peltz, Esquire
      Julia M Graff, Esq. - ACLU - DE
      Kenneth Richmond, Esquire (Phila, PA)
      Carlin T. Saafir, Esquire (Phila, PA)

I/M Shamsidinali a/k/a/ Robert Saunders
SBI# 052590  UNIT  S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Mary Pat Thynge
United States Magistrate
United States District Court
J. Caleb Boggs Federal Building
844 N. French Street
Wilmington, DE
19801