IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 05-102-*** |
| PAUL HOWARD, et al., : | |
| Defendants. : | |

### ORDER

At Wilmington this **16th** day of **July, 2007**.

On March 16, 2007, plaintiff filed a motion to compel defendant Correctional Medical Services ("CMS") to produce certain documents. D.I. 127. On April 9, 2007, CMS responded. D.I. 136. A review of the docket shows that on December 7, 2006, plaintiff filed requests for production directed to CMS. D.I. 96 On January 5, 2007, CMS filed a motion for a protective order. D.I. 104 On January 8, 2007, the court instructed CMS to answer plaintiff's outstanding discovery during a teleconference. On February 6, 2007, CMS requested an extension of time to respond to plaintiff's requests for production which was granted on February 12, 2007. D.I. 115, 120. On March 9, 2007, CMS filed its responses to plaintiff's discovery requests. D.I. 125. A review of plaintiff's motion to compel shown that it is not accompanied by a certification that plaintiff attempted to resolve the discovery dispute without court action inconsistent with the Local Rules of the court and the scheduling order. CMS has represented that is has forwarded all medical records in its possession to plaintiff and

agrees to periodically supplement plaintiff with updated records as it is provided and as consistent with Fed. R. Civ. P. 26(e). Therefore,

IT IS ORDERED that upon consideration of plaintiff's motion to compel and a review of the court record and defendant's response to the motion, plaintiff's motion to compel (D.I. 127) is DENIED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE