Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
July 18, 2007

Kevin J. Connors, Esquire
1220 N. Market Street
Wilmington, DE  19801



    Re: Ali v. Howard, et al.
        Civ. No. 05-102-***
        Production Request

Dear Mr. Connors:

    On December 6, 2006 production of documents filed. In your response, responded to request #1 somewhat. Elected to ignore request number 2 through 10.

    Advise position in reference too numbers not addressed. There has not been additional request in reference to #1 provided. It was stated as additional information became available, same would be provided.

Sincerely,

Shamsidin Ali, 052590
a/k/a/ Robert Saunders

SA:sa
Encl.
cc:  Clerk of the Court
     Eileen Kelly, Deputy Attorney General

TO:   Gail Eller, Director of Nursing
      Correctional Medical Systems
      Delaware Correctional Center

FROM: I/M Robert Saunders, 052590 (S-Bldg.)

DATE: July 16, 2007

RE:   BLOOD PRESSURE MONITORING RECORDS

   Requesting copies of above-entitled for months of May, June, and July 2007.

   During month of July 2007, Ihuoma Chucks, Physician's Assistant, ordered blood pressure monitoring daily. The aforemention ordered, due to constant high blood pressure readings. Stated the current medications not addressing the problem.

   On July 12th, readings "156/117", readings not taken on either 14th or 15th. Informed male nurse assistant, experiencing blurred vision and headaches. His response submit sick-call slip and stated forgot blood pressure measuring device.

   It defeats purspose of either doctor or physician's assistant prescribing treatment, when can be determine by nurse assisant if going to comply. This is not the first incident of this nature.

RS:rs
cc:   Joshua W. Martin, Esq.
      Julia M. Graff, Esq., ACLU of Delaware
      Jim Welch, Healthcare Administrator - DOC
      Kevin J. Connors, Esq. (Civ. Act. No. 05-102)
      Kenneth Richmond, Esq. (Phila, PA)
      Nicole R. Saunders, SOMA (Occupational Health Dir.)

Note: Informed by Dr. Vandused, and another physician today (07/16/07). Not only need go out for stress test, need seen by cardiologist. Blood pressure still out of control, medication not addressing problem.

IM Robert Saunders
SBI# 052590  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
31 JUL 2007 PM 4 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801