IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders, )
)
        Plaintiff, )
)
v. )  C.A. No. 05-102-***
)
)
PAUL HOWARD, et al, )
)
        Defendants. )

**MOTION TO COMPEL DEFENDANT JANE MORGAN RESPOND TO PLAINTIFF'S ADMISSIONS**

    Plaintiff Robert Saunders, pursuant to Federal Rules of Civil Procedure, move this Court for an order compelling defendant Morgan answer below admissions:

    6.  On Decenmber 6, 2005, you found broken watch in plaintiff's personal property.

**ISSUE:**  This question most relevant to Plaintiff's claim, addresses the issue of defendant Morgan lying concerning disciplinary action.

    7.  On December 13, 2006, cited plaintiff for several rule infractions related to broken watch.

**ISSUE:**  Answering this question most relivent to issues raised in litigation.

    8.  Willing to submit to polygraph examination concerning rule infraction which you cited plaintiff.

**ISSUE:**  This questing just requires specific answer.

    9.  Would you object to plaintiff having polygraph examination concerning possession of broken watch.

**ISSUE:**  This question requires either yes or no answer.

    10.  It was seven(7) day prior to finding broken watch and submitting disciplinary action.

**ISSUE:**  Require answer to incident pernsonally involved.

    11.  Has ther been a case of inmate arriving from other facility wiht property not listed on inventory sheets?

**ISSUE:**  Working in propery room can answer this question.

12. Upon learning party to litigation then decided to cite plaintiff for rule infraction.
**ISSUE:** Just require specific answer.

16. Inmate arriving with open commissary from other housing units at this facility commissary disguarded.
**ISSUE:** Working in propery unit, would know if open commissary through away.

20. Plaintiff could arrived from Sussex Correctionan Institution with watch on arm not recorded on propery sheet.
**ISSUE:** Working in propery room would know if same possible.

22. Possession of broken watch major rule infraction.
**ISSUE:** In view cited plaintiff for rule infraction could answer.

23. You cited plaintiff for lying, possession on non-dangerous contraband and other infraction related to broken watch.
**ISSUE:** Cited plaintiff for rule infraction, could answer.

25. Disciplinary hearings not recorded.
**ISSUE:** Present at hearing could answer either yes or no.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Shamsidin Ali, 052590
　　　　　　　　　　　　　　　　　　　　　a/k/a/ Robert Saunders
　　　　　　　　　　　　　　　　　　　　　1181 Paddock Road - DCC
　　　　　　　　　　　　　　　　　　　　　Smyrna, DE  19977

Dated:  July 20, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention provided Kevin Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE  19801. By U.S. Mail this 20th day of July 2007, with sufficient postage affixed thereto.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Shamsidin Ali, 052590

I/M Robert Saunders
SBI# 052570  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
21 JUL 2007 PM 4 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801