IN THE UNITD STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert )
Saunders, )
)
      Plaintiff, )
)
v. )  C.A. no. 05-102,***
)
)
PAUL HOWARD, et al., )
)
      Defendants. )

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

MOTION TO AMEND THE COMPLAINT

    Pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., Plaintiff Shamsidin Ali a/k/a Robert Saunders, pro se request leave to file an amended complaint reincorporating party and claim.

    1.  This is plaintiff's fourth request to amend.

    2.  Parties have been served, added party previously served.

    3.  The Court granted plaintiff's previous request to remove defendent without prejudice.

    4.  Upon additonal research, have learn't previously dismissed defendant can be defendant.

    5.  No prejudice will be experienced by the opposing partines by granting this motion.

    6.  This Court should grant freely to amend a complaint. Forman v. Davis, 371 U.S. 178,182 (1962); Intwrroyal Corp. v. Sponseller, 889 F 2d 108, 112 (6th Cir.) cert denied, 494 U.S. 1091 (1990).

                                                /s/ Shamsidin Ali
                                               SHAMSIDIN ALI, 052590
                                               1181 Paddock Road - DCC
                                               Smyrna, DE 19977

DATED: July 23, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention provided Eileen Kelly, Deputy Attorney General, Department of Justice Carvel State Office Building, 820 N. French Street, Wilm, DE 19801, and Kevin J. Connors, Esquire, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

By U.S. Mail this 23th day of July 2007 with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590
1181 Paddock Road - DCC
Smyrna, DE   19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert, )
Saunders, )
 )
       Plaintiff, )
 )
 )
v. )   C.A. No. 05-102,***
 )
 )
PAUL HOWARD, et al. )
 )
       Defendants. )

## POSPOSED AMENDED COMPLAINT
### Added Party

    Readd to the complaint as Defendant, Delaware Department of Corrections.

    Defendant Delware Department of Corrections in the agency created by the State of Delaware for the purpose of operating prison facilities within the State of Delaware and is a "Publi entity" as that term is used in 42 U.S.C. 12131(1). At all relevant times herein, Delaware Department of Corrections received Federal financial assistance for the operation of prison facilities with State of Delaware.

                                             _____
                                             SHAMSIDIN ALI, 052590
                                             a/k/a/ Robert Saunders
                                             1181 Paddock Road - DCC
                                             Smyrna, DE   19977

DATED:   July 23, 2007

Shamsidin Ali
I/M a/k/a/ Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE   19801