IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
)
Plaintiff, )
)
v. ) Civ. No. 05-102-***
)
PAUL HOWARD, et al., )
)
Defendants. )

### NOTICE OF MOTION

TO:   Kevin J. Connors, Esquire         Eileen Kelly, Esquire
      1220 N. Market St., 5th Fl.       Deputy Attorney General
      Wilmington, DE  19801             Department of Justice
                                        Carvel State Office Bldg.
                                        820 N. french Street
                                        Wilmington, DE  19801

PLEASE TAKE NOTICE that the attached Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction will be presented at the convenience of this Honorable Court, or as soon as parties may be heard.

                                        _____
                                        SHAMSIDIN ALI, 052590
                                        a/k/a Robert Saunders
                                        1181 Paddock Road - DCC
                                        Smyrna, DE  19977

DATED:   July 28, 2007



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
)
)
Plaintiff, )
)
v. ) Civ. No. 05-102-***
)
)
PAUL HOWARD, et al., )
)
Defendants. )

### TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Upon the complaint, affidavits of plaintiff and other dcouments pending, it is;

**ORDERED** that defendants Tom Carroll, and Correctional Medical Systems show caused in room____of the United State Courthouse, 844 N. King Street, Wilm, DE 19801, on this____day of_____, 20__, at_____o'clock, why a preliminary injunction should not be issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants their successors in offfice, agents and employee and all other person acting in concert and participation with them,

1. Per orders of Dr. Frederick Vandusen and Ihuema Chucks, Physician Assistant, provide plaintiff with stress test, and service of cardiologist. The aforemention ordered close too two months ago.

2. Inspite taking six (6) blood pressure medication per day, pressure has remained in 200/193 range over two months.

3. The intentional mistreatment likely to serious aggravate conditions, could lead to stroke or kidney failurer.

4. On two prior occassions experienced temporary paralysis complete rightside of body.

5. Both Dr. Fredrick Vandusen and Ihuema Chuck, Physicians Assistant, written order for aforemention services be conducted. They are employee's of Correctional Medical Systems, employed at Delaware Correctional Center, Smyrna, DE 19977.

6. Enter prelimary and permanent injunction ordering defendant be seen by physician, secured by "Robert and Nicole Saunders". The aforemention will be licensed in State of Delaware and board certified in specific area.

7. By their acts and omission, the defendats acting outragously and causing plaintiff to suffer severe physical and emotional distress.

**IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application be served on the aforesaid plaintiff by_____.


_____
UNITED STATES DISTRICT JUDGE

DATED:_____.

Report Count 12

Date of Report: 07/16/2007

## Offender Activity Schedule

Date Range : 07/17/2007 TO 07/17/2007

Institution :DCC    Housing Location  Bldg S1    Activity Type  Medical

| SBI# | Name | Start Date | Time | End Date | Time | Empl. Date | Activity Type | No Refusal | Housing Location | Destination |
|---|---|---|---|---|---|---|---|---|---|---|
| | Andrus Daryl G | 07/17/2007 | 04:00 | 07/17/2007 | | | Medical (Fasting Labs) | [ ] | Bldg S1/Tier C | Others |
| | Critchley Roy E S | 07/17/2007 | 04:00 | 07/17/2007 | | | Medical (Fasting Labs) | [ ] | Bldg S1/Tier F | Others |
| | Sudler Benjamin J | 07/17/2007 | 04:00 | 07/17/2007 | | | Medical () | [ ] | Bldg S1/Tier D | Others |
| | Warner Anthony J | 07/17/2007 | 04:00 | 07/17/2007 | | | Medical (Fasting Labs) | [ ] | Bldg S1/Tier D | Others |
| | Charity Timothy O | 07/17/2007 | 08:00 | 07/17/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg S1/Tier B | Others |
| | Duffy Charles E S | 07/17/2007 | 08:00 | 07/17/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg S1/Tier A | Others |
| | Sudler Benjamin J | 07/17/2007 | 08:00 | 07/17/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg S1/Tier D | Others |
| | Klemmer William F | 07/17/2007 | 09:00 | 07/17/2007 | | | Medical () | [ ] | Bldg S1/Tier C | Others |
| | Land Willie C | 07/17/2007 | 09:00 | 07/17/2007 | | | Medical (Sick Call) | [ ] | Bldg S1/Tier A | Others |
| | Saunders Robert H | 07/17/2007 | 11:30 | 07/17/2007 | | | Medical () | [ ] | Bldg S1/Tier F | Others |
| | Saunders Robert H | 07/17/2007 | 13:00 | 07/17/2007 | | | Medical () | [ ] | Bldg S1/Tier F | Others |
| | Saunders Robert H | 07/17/2007 | 18:00 | 07/17/2007 | | | Medical () | [ ] | Bldg S1/Tier F | Others |

Page Count: 12

Page 1 of 1

Report Count 13

Date of Report: 07/25/2007

# Offender Activity Schedule

Date Range : 07/26/2007 TO 07/26/2007

Institution :DCC      Housing Location  Bldg S1           Activity Type   Medical

| SBI# | Name | Start Date | Time | End Date | Time | Empl. Date | Activity Type | No Refusal | Housing Location | Destination |
|---|---|---|---|---|---|---|---|---|---|---|
| | Walker Joseph | 07/26/2007 | 04:00 | 07/26/2007 | | | Medical (Fasting Labs) | [ ] | Bldg S1/Tier E | Others |
| | Grayson Willie L J | 07/26/2007 | 07:45 | 07/26/2007 | | | Medical (Dental) | [ ] | Bldg S1/Tier A | Others |
| | Caudill William R | 07/26/2007 | 08:00 | 07/26/2007 | | | Medical (Miscellaneous) | [ ] | Bldg S1/Tier F | Others |
| | Koichiro William S | 07/26/2007 | 08:00 | 07/26/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg S1/Tier H | Others |
| | Memillion Marvin J | 07/26/2007 | 08:00 | 07/26/2007 | | | Medical (Doctor) | [ ] | Bldg S1/Tier A | Others |
| | Santiago William | 07/26/2007 | 08:00 | 07/26/2007 | | | Medical (Doctor) | [ ] | Bldg S1/Tier A | Others |
| | Cloud Jack | 07/26/2007 | 09:00 | 07/26/2007 | | | Medical (Sick Call) | [ ] | Bldg S1/Tier C | Others |
| | Daley Paul V | 07/26/2007 | 09:00 | 07/26/2007 | | | Medical (Doctor) | [ ] | Bldg S1/Tier C | Others |
| | West John A | 07/26/2007 | 09:00 | 07/26/2007 | | | Medical () | [ ] | Bldg S1/Tier G | Others |
| | Bodson Robert W | 07/26/2007 | 13:00 | 07/26/2007 | | | Medical (Doctor) | [ ] | Bldg S1/Tier H | Others |
| | Pagoro Robert E J | 07/26/2007 | 13:00 | 07/26/2007 | | | Medical () | [ ] | Bldg S1/Tier C | Others |
| | Saunders Robert H | 07/26/2007 | 13:00 | 07/26/2007 | | | Medical () | [ ] | Bldg S1/Tier F | Others |
| | Edwards Harold R J | 07/26/2007 | 13:30 | 07/26/2007 | | | Medical () | [ ] | Bldg S1/Tier C | Others |

Page Count:  13                                                   Page 1 of 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention provided Kevin J. Connors, Esquire, 1220 N. Market Street, 5th Floor, Wilm, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

By United States Mail, this 28th day of July, 2007, with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590
a/k/a Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE 19977

Shamsidin Ali
I/M a/k/a Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 197
30 JUL 2007 PM 1 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware
19801

USA First-Class
USA First-Class