Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
August 10, 2007

The Honorable Mary Pat Thynge
United States Magistrat
U.S. District Court
J. Caleb Bogg Federal Building
844 N. King Street
Wilmington, DE  19801



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Re:  Ali v. Howard, et al.
     Civ. No. 05-102-***
     Motion for Temporary Restraining Order/Preliminary
       Injunction

Dear Magistrate Thynge:

   Pursuant to Federal Rules of Civil Procedure, requesting above-entitled be schedule for hearing at court's earlest. This possibly prevent my becoming another of department of corrections death statistics.  Which feel defense counsel would not object too.  One's position concerning aforemention, base on lack of concern.  Their lack of action/inaction not only despicable, also morally reprehensible.

   The department of corrections fail to comply with established grievance procedures.  I filed emergency grievance which states as follows:

   > Emergency Grievance: 4.4
   > Issue that concern substantial risk of personal, physical or psychological inmate injury shall be addressed immediately by the Warden/Warden's Designee.  A copy of the grievance shall be sent to IGC upon receipt by the Warden/Warden's Designee. The Warden/Warden's Designess shall respond within one calendar day.

   None of the procedures were addressed with my grievance.  It behooves me how constant blood presssure readings (190/120) and temporary paralysis right side of body and constant chest pains not emergency.  On august 3, 2007 taken to "Cardiology Consultants P.A." for stress test the result yet to be provided.  It has been agreed by Dr. Frederick Vandues, Correctional Medical Systems,

Hon. Mary Pat Thynge
August 10, 2007
Page 2 of 2

based on blood work, their has been slow-down in kidney functions. Inmates falling-out on regularly, as result of nasty condition and negative treatment in the **infirmary**. inmate's lay in ther rooms, until fallout somewere, rather then goto the infirmary. On July 31st, Inmate William Kithcline suffering with several medical problems, including heart issue, fell-out in commissary line. He was taken to outside hospital.

   Understand studies compiled concerning negative conditions, in reality how may more inmates must die. Before negative medical conditions addresses. How was $25 million dollars awarded for inmate medical care, when constantly lack of emergency care. How have I been permitted to walk around with blood pressure readings constantly in "190/120" for over a month. The gross incompetence and negligent treatment, another study in itself.

Sincerely,

Robert Saunders, 052590

RS:rs
Encl.
cc:  Kevin J. Connors, Esq.
     Eileen Kelly, Esq., Deputy Attorney General
     Julia M. Graff, Esq., ACLU of DE
     Joshua W. Martin, III, Esq.
     Nicole R. Saunders, Ms.
      Clerk of the Court

I/M Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
11 AUG 2007 PM 1 L

Honorable Mary Pat Thynge
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N King Street
Wilmington, DE
19801

