"Emergency Grievance"

FORM #585

## MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center

DATE SUBMITTED: July 31, 07

INMATE'S NAME: Robert Saunders

SBI#: 052590

HOUSING UNIT: J-1

CASE #: _____

---

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On-Going

TYPE OF MEDICAL PROBLEM:

Early part of July 2007, Ihuoma Chuck, Physician Assistant ordered blood pressure taken daily, due being high past two months. Ordered be taken in building, circumvent being exposed to heat, traveling to infirmary. The last month taken only about nine times, recorded on back medication envelope. High readings not reported to doctor, readings constantly in area 190/120. Recently experienced complete temporary paralysis right side body. Submitted sick-call, yet seen by anyone. Stated by Dr. F. Vanduseu and Mrs. Chuck, need stress test and seen by cardiologist. Six blood pressure medication taken daily not addressing pressure problems

GRIEVANT'S SIGNATURE: Robert Saunders

DATE: July 31, 2007

ACTION REQUESTED BY GRIEVANT: Immediate treatment by recommended specialist to prevent stroke, kidney failure or possible death

---

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

cc: Joshua W. Martin, III, Esq.
Julia M. Graff, Esq., ACLU of DE
Nicole R. Saunders, MS

TO:   Gail Eller, Director of Nursing
      Correctional Medical Systems
      Delaware Correctional Center

FROM: I/M Robert Saunders, 052590 (S-Bldg.)

DATE: July 16, 2007

RE:   **BLOOD PRESSURE MONITORING RECORDS**

Requesting copies of above-entitled for months of May, June, and July 2007.

During month of July 2007, Ihuoma Chucks, Physician's Assistant, ordered blood pressure monitoring daily. The aforemention ordered, due to constant high blood pressure readings. Stated the current medications not addressing the problem.

On July 12th, readings "156/117", readings not taken on either 14th or 15th. Informed male nurse assistant, experiencing blurred vision and headaches. His response submit sick-call slip and stated forgot blood pressure measuring device.

It defeats purspose of either doctor or physician's assistant prescribing treatment, when can be determine by nurse assisant if going to comply. This is not the first incident of this nature.

RS:rs
cc:  Joshua W. Martin, Esq.
     Julia M. Graff, Esq., ACLU of Delaware
     Jim Welch, Healthcare Administrator - DOC
     Kevin J. Connors, Esq. (Civ. Act. No. 05-102)
     Kenneth Richmond, Esq. (Phila, PA)
     Nicole R. Saunders, SOMA (Occupational Health Dir.)

Note: Informed by Dr. VanDusen and another today (07/16/07), not only need seen by doctor for stress. There is need seen by cardiologist, blood pressure still out of control. Cannot locate blood test result taken two weeks ago.