Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

August 15, 2007

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Ali v. Howard, et al.
    Civ. No. 05-102 xxx
    Docket Entries

Dear Sir or Madam:

    I am requesting copy of docket entries, in reference to above-entitled.

Sincerely,

Shamsidin Ali 052590
a/k/a Robert Saunders

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

JAAMSIDIO A/I
I/M A/K/A Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 AUG 2007 PM 1 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE
19801