IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
)
)
Plaintiff, )
)
v. ) Civ. No. 05-102-***
)
PAUL HOWARD, et al., )
)
Defendants. )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RICK KEARNEY

In accordance with Rule 33 of the Federal Rules of Civil Procedure, plaintiff request the defendant Kearney answer the following interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiff 30 days there after.

If you cannot answer the following interrogatories in full, after exercising due dillegence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

    1. Specific reason you deemed it proper to transfer plaintiff from your facility.

    2. Name(s) of all parties submitting reports, stating plaintiff need be moved from Sussex Correctional Institution ("SCI").

    3. Should plaintiff be view by you as disciplinary problem, out line specifices governing same.

    4. Outline how you learn't plaintiff contacted Civil Rights Division - U.S. Justice Department, concerning health and other issues at Sussex Correctional Institution.

5. Express validity concerning issues plaintiff presentend Civil Rights Division - U.S. Justice Department. This pertains to issues you know presented, or issues other parties conveyed presented.

6. On what dates were you contacted by either Esteban Parra or Lee Williams, Reporters - News Journal, requesting be permitted interview plaintiff at Sussex Correctional Institution. What was your position concerning interview, and how officially responded (in writing of phone).

7. Explain why you felt plaintiff, needed be immediately removed from Sussex Correctional Institution.

8. On what dates did you instruct "Merit Building - Multi Disciplinary Committee, classify plaintiff from Sussex Correctional Institution. Name individuals that composed aforemention, and date removed from Sussex Correctional Institution.

9. What specific security classification held by plaintiff, while housed at Sussex Correctional Institution, dates held for each.

10. Explain how plaintiff went from minimum security at Sussex Correctional Institution too administrative segretation (maximum security) at Delaware Correctional Center. The aformention security status provided upon arrival at Delaware Correctional Center.

11. What specific rule infractions plaintiff received at Sussex Correctional Institution, facilitated need be transferred to Delaware Correctional Center.

12. Outline all programs plaintiff completed while housed at Sussex Correctional Institution.

13. Outline all employment held, while housed at Sussex Correctional Institution.

14. What was your professional opinion of plaintiff, while at Sussex Coprrectional Institution.

15. Explain what part either investigatin by Civil Rights Division - U.S. Justice Department or potential interview by News Journal impaced on need to transfer plaintff.

16. Explain your specific reason(s) for instructing Multi Classification Committee and Institutional Classification Committee classify plaintiff Delaware Correctional Center administrative segregation. Specific reason segregation recommended as part of classification.

                         _____
                         SHAMSIDIN ALI, 052590
                         a/k/a/ Robert Saunders
                         1181 Paddock Road - DCC
                         Smyrna, DE 19977

DATED: August 24, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention provided Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilmington, DE 19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Officer Building, 820 N. French Street, Wilm, DE 19801

By U.S. Mail, this 24th day of August 2007, with sufficient postage affixed thereto.

                         _____
                         SHAMSIDIN ALI, 052590

Shamsidin Ali
a/k/a/ Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 AUG 2007 PM 1 T

Clerk of the Court
U.S. District Court
J. Caleb Federal Building
844 N. King Street
Wilmington, DE
19801