IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders )
          Plaintiff, )
           )
v. )  Civ. No. 05-102-***
           )
PAUL HOWARD, et al., )
          Defendants. )

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff request that defendant C. Segars make the following adimissions within 30 days after the service of this request.

1. Plaintiff placed in building 21 per your instructions.
2. Building 21 administrative segregation housing.
3. Inmates housed in building 21, permitted three hours recreation per week.
4. Inmates housed in building 21 fed in there cells.
5. Correctional Officer fed inmates housed in building 21 in there cells.
6. Plaintiff written you on several occassions, concerning conditions in building 21. The aforemention including being fed cold food, need additional recreation and treatment of inmates.
7. While housed in building 21, plaintiff on special medical diet.
8. Total time plaintiff housed in building 21, housed on 2nd floor of unit.
9. Inmates house in Security Housing Unit ("SHU"), there next move would be building 21.
10. Buidling 21 not conducive to inmates with severe medical or physically handicap problems.
11. Plaintiff walks with assistance of cain.
12. Each time inmate removed from building 21, secured by waist chain and leg shackles.
13. Often inmates required complete education, mental health

program prior removal from building 21.

14. Inmates classified to building 21.

15. Inmates require progress through various levels in building 21, prior classification from building.

16. Inmates that violate rules in Multi Housing Unit ("MSU"), can be moved back to building 21 which more restrictive housing.

17. Inmates housed in building 21, not permitted contact visits.

18. Building 21 punishment unit.

19. Plaintiff arrived from Sussex Correctional Institution ("SCI") with eight points.

20. Fellow staff conveyed for plaintiff be placed in building 21.

21. You were supervisior of building 21.

22. Plaintiff not cited for rule infractions, while housed in building 21.

23. Inmates housed in building 21, housed two per cell.

24. There is one handicap cell, on each tier in building 21.

25. Cain and crutches not permitted in building 21.

26. Plaintiff never housed in handicap cell while housed in building 21.

27. Defendant Thomas Carroll, instructed plaintiff placed in building 21.

28. Defendant Stan Taylore, instructed plaintiff placed in building 21.

29. Commissary purchases restriced in building 21.

30. Physical thepary not provided in building 21.

*[signature]*
SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED:  AUGUST 24, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention provided Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilmington, DE 19801, and Eileen Kelly, Deputy Attoreny General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

By U.S. Mail, this 24th day of August, 2007, with sufficient postage affixed thereto.

SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE 19977