# SEALED EXHIBIT