Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
September 10, 2007


Ms. Eileen Kelly
Deputy Attorney general
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801



    Re:  Ali v. Howard, et al.
         C.A. No. 05-102***

Dear Ms. Kelly;

    This letter in response to your correspondence, dated September 4, 2007.

    Unable provide material requested in production and interrogatories, until receive legal material sent from facility.

    There has been numerous correspondence concerning this matter. Most recently correspondence sent too Warden Carroll, from Bureau Chief Rick Kearney. Todate, Warden Carroll hasn't addressed the issue yet.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

SA:sa
Encl.
cc:  Clerk of the Court
     Kevin J. Connors, Esq.



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 14, 2007

Civil Division - New Castle County

Shamsidin Ali a/k/a Robert Saunders
SBI # 052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   Re: **Ali v. Howard, et al.**
     <u>**C.A. No. 05-102-KAJ**</u>

Dear Mr. Ali:

  I am writing in reference to your property, which you state was mailed to your son upon your arrival at Delaware Correctional Center in June 2005. You have requested return of that property, which you indicate is in a package which has not been opened. In your letter to me dated January 26, 2007, you indicate that you need to obtain certain materials in the package which pertain to the above-referenced matter.

  To the extent that you have legal paperwork concerning active matters, I suggest that you have that paperwork mailed to you at the institution.

  With respect to any other items, I refer you to the applicable inmate housing rules as to what may be mailed to the institution.

              Very truly yours,

              *Eileen Kelly*

              Eileen Kelly
              Deputy Attorney General

1181 Paddock Road - DCC
Smyrna, DE  19977
April 30, 2007



Ms. Eileen Kelly
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

RE:  Saunders v. Howard, et al.
     C.A. No. 05-102***
     Personal Property

Dear Ms. Kelly:

I am in receipt of your letter dated April 17, 2007.

The department does not have written policy, governing readmission of inmates personal property.  In defendant's Kearney's admissions, clearly stated my transfer not result of disciplinary actions.  It was also stated in meeting with senior staff in building 21, it was unclear to them, why housed in the aforemention building.

My children have made it most clear, will not become a pawn in this matter.  In the past have had negative experience with department.  Not only contained in property are legal papers, but books purchased concerning prison legal issues.  The reason requesting name of individual property mailed too.  Attached hereto is copies of correspondence, related to most recent mishandling of my mail.

Informed by mailroom received educational material, from the University of Pennsylvania.  Informed couldn't receive same as result of containing metal rings.  I conveyed in writing, dispose of binder, be provided materials.  On April 26, 2007 informed by Carol Powell, Support Service Officer, the material was inadverntly returned to University of Pennsylvania.  The material returned prior being able exhaust administrative procedures.  Yet, you want my son mail material to this facility.  The reality this sets-up the position for property be misplaced, under guise never arrived.

The unwritten policy has been, inmates released from various units of segregation.  There family members been permitted to return their property to this facility.  In view there is serious issue of my being placed in segregation from outset, property should never

EILEEN KELLY, ESQUIRE
April 30, 2007
Page 2 of 2


been sent to family members.  If your assuming appear not to trust individuals within department, one's assumption most correct.  Unless medical problems corrected immediately, will have problem appearing for disposition.  Dr. Thomas Burke, prescribed certain medication and removed from another.  Staff, here ignored his order, placed back on medication Dr. Burke, removed from.  Which has resulted in body again covered with discoloration, sores and suffer severe itching and burning.

If you'd be willing have male member inspect body, most gladly expose same.  The aofremention again, covers over 70% of one's body.

Sincerely,

Shamsidin Ali, 052590
(a/k/a Robert Saunders)

SA:sa
xc: Hon. Mary Pat Thynge, U.S. Magistrate
    Clerk of the Court
    Kevin J. Connor, Esq.
    Julia M. McGraff, Esq.
    Nicole R. Saunders, Ms.

Encl.

**MEMORANDUM**

TO: Rick Kearney, Adult Bureau Chief
Department of Corrections
245 McKee Road
Dover, DE 19904

FROM: I/M Shamsidin Ali (a/k/a Robert Saunders), 052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

DATE: July 2, 2007

RE: **PERSONAL PROPERTY**

    There has been several request have legal/personal property returned to facility. This property sent too my daughter, when first arrived at this facality and placed in building 21. I was not permitted to inventory, after being placed in building some property brought too housing unit by property officer. Informed other property would have to be sent out of the facility.

    Attached hereto is property form, property circled, which sent from institution. I recently received from Eilee Kelly, Deputy Attorney General, "State Defendants' First Set of Interrogatories Directed To Plaintiff". Propery (legal) needed to address same, was sent to my daughter. The property never opened, and Nicole has stated will not attempt to determine which items are legal. I am requesting authorization, property retunred, inspected by designated person(s). None of the aforemention not authorized, had not been placed in building 21 would be in possession of same.

    Thank you for your time and consideration.

RS:rs

Encl.
cc: Clerk of the Court (C.A.No. 05-102-***)
     Eileen Kelly, Esq., Deputy Attorney General
     Kevin J. Connors, Esq.

1181 Paddock Road
Smyrna, DE  19977
April 20, 2007


Warden Thomas Carroll
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

   RE: ALI V. HOWARD
      C.A. No 05-102***
      Personal Property

Dear Warden Carroll:

  This letter in reference to property mailed to my daughter. The aforemention property mailed my daughter, when first arrived from Sussex Correctional Instituiton.

  Attached hereto copy of inventory, articles circled items requested be permitted to return.  Would like you have your designee, check for authorization in this building.  The items of clothing were purchased in commissary at Sussex.

  Your attention to this matter most appreciated.

Sincerely,

*Shamsidin Ali*
Shamsidin Ali, 052590
a/k/a/ Robert Saunders

SA:sa
Encl.

xc: Eileen Kelly, Esq.
   Kevin J. Connor, Esq.
   Clerk of the Court
   Nicole R. Saunders, Ms.

ORM #: 537 (R85) Revised

## INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 000052590

HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| T.V. | Sanyo | Ser# B94702431491982 | | |
| Radio | Panasonic | Model RF-951 | | |
| Headphone | Ross | | | |
| Aluminum | Kane | | | |
| Clock | Westclox | | | |
| Dictionary | | | | |
| Legal Book | | | | |
| Veterans Book | | | | |
| Towels (White) | | | 2 | |
| Washcloths | | | 2 | |
| Sweatpants | | | 1 | |
| Gym Shorts | | | 1 | |
| Photo Albums | | | 9 | |
| Townhouse Box Containing Toothbrushes, Deodorant, Toothpaste, etc. | | | | |
| Folders Containing Legal Work | | | 4 | |
| Hardback Book - Legal | | | 1 | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM

*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders         SBI NO.: 000 52590

HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 Box Containing folders with Assorted papers | | | | |
| 8 Socks | | | | |
| 1 Mayo | | | | |
| 1 New & Later Pack | | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property

Revised

**INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY**

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 00052590

HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Magic Shave | | | 1 | |
| Lotion | | | 2 | |
| Legal Newspapers | | | 2 | |
| Medication Cards | | | 18 partial packs | |
| Bowl Containing Pens & Glasses | | | | |
| Envelopes & Cards Misc | | | | |
| Binder Blue with envelopes | | | | |
| Shaver Shoes | | | 2 | |
| Nike Sneakers | | | 1 | |
| Glasses 2 reg, 1 dark | | | 3 | |
| Glass Case | | | 1 | |
| Dictionaries | | | 2 | |
| Chess board & Pieces | | | 1 | |
| Bag of Cosmetics | | | 1 | |
| Quran | | | 1 | |
| Bible | | | 1 | |
| Almanac | | | 1 | |
| Lock | | | 1 | |
| Instant Soup | | | 3 | |
| Coffee | | | 1 bag | |
| Spaghetti | | | 1 | |
| Jelly | | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

TO:      Warden Thomas Carroll - Delaware Correctional Center

FROM:    *Shamsidin Ali*
         I/M Shamsidin Ali, 052590 (a/k/a/ Robert Saunders)

DATE:    August 17, 2007

RE:      **PERSONAL/LEGAL PROPERTY**

    Request concerning above-entitled made-to following: Major's Scarbrough, Halman and Rick Kearney, Adult Bureau Chief. This does not include three (3) request to you. In order proceed with pending federal court litigation (Ali v. Howard, et al, Civ. No. 05-102***) same is needed.

    In defendant Kearney's admission, clearly stated <u>not</u> transfered from Sussex Correctional Institution for disciplinary reasons. I arrived at this facility with eight (8) points, which still entitled minimum security. I held minimum status over five (5) years at Sussex. The transfer from Sussex directly related to request for investigation by Civil Right Division - U.S. Justice Department, News Journal and health issues.

    It's still un-clear reason placed in building 21 (segregation) four (4) months under gise of observation. Had not been placed in building 21, would still be in possession of all property sent to my children. The state has requested produce documents, many in the property sent from this institution. Again, requesting your position concerning same being returned. The property remain unopen and my children refused to open, as result not knowing what might be missing.

    Your attention to this matter is most appreciated.

SA:sa
Encl.
cc:  Carl Danberg, Commissioner of Corrections
     Richard Kearney, Adult Bureau Chief
     Clerk of the Court - U.S. District Court  (Ali v. Howard,
      et al., Civ. No. 05-102***)
     Nicole R. Saunders, Ms

I/M Shamsidin Ali a/k/a/ Robert Saunders
SBI# 052590  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 SEP 2007 PM 1 T

Clerk of the Court
United States District Court
J. Caleb Bogg Federal Building
844 N. King Street
Wilmington, DE
19801