IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANT KEARNEY'S MOTION TO ENLARGE TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), State Defendant Rick Kearney, by the undersigned counsel, hereby moves to enlarge the time within which he must respond to Plaintiff's Interrogatories and in support thereof states as follows:

1. Pursuant to Court Order dated May 24, 2007, the discovery deadline in this matter is December 1, 2007. [D.I. 148].

2. Plaintiff's First Set of Interrogatories directed to State Defendant Kearney were filed on August 28, 2007. [D.I. 165].

3. Undersigned counsel is currently in the process of changing work assignments, and this case will be transferred to another Deputy Attorney General. In addition, the paralegal assigned to the Corrections Unit at the Department of Justice has taken a leave of absence from the office for the month of September. This paralegal assists with preparation of discovery responses.

4. Given the current staffing circumstances at the Department of Justice, undersigned counsel respectfully requests an extension until November 15, 2007 for State Defendant Kearney to respond to Plaintiff's Interrogatories.

5. Because the extension will not affect the discovery deadline, and there is no trial date in this matter, the progress of the litigation will not be adversely impacted by the extension.

WHEREFORE, State Defendant Rick Kearney respectfully requests that this Court grant his Motion to Enlarge Time.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor.
Wilmington, DE 19801
eileen.kelly@state.de.us
(302) 577-8400
Attorney for State Defendant Rick Kearney

Dated:  September 13, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. She has communicated with Kevin J. Connors, Esquire, counsel for co-defendant Correctional Medical Systems, and he does not object to State Defendant Rick Kearney's Motion to Enlarge Time.

2. Plaintiff Shamsidin Ali is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning State Defendant Rick Kearney's Motion to Enlarge Time.

3. Therefore, undersigned counsel assumes that the Motion is opposed by Plaintiff.

                                                   **STATE OF DELAWARE**
                                                   **DEPARTMENT OF JUSTICE**

                                                   /s/ Eileen Kelly
                                                   Eileen Kelly, I.D. No. 2884
                                                   Deputy Attorney General
                                                   Carvel State Office Building
                                                   820 North French Street, 6th fl.
                                                   Wilmington, DE 19801
                                                   eileen.kelly@state.de.us
                                                   (302) 577-8400
                                                   Attorney for State Defendant Rick Kearney

Dated: September 13, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants.  ) | |

## **O R D E R**

**IT IS SO ORDERED,** this _____ day of _____, 2007, that State Defendant Rick Kearney's Motion to Enlarge Time is hereby **GRANTED**, and his Responses to Plaintiff's First Set of Interrogatories are due **November 15, 2007.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2007, I electronically filed *State Defendant Rick Kearney's Motion to Enlarge Time* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Eric S. Thompson, Esquire.  I hereby certify that on September 13, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us