## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.          ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al.,     ) | |
| ) | |
| Defendants. ) | |

### STATE DEFENDANTS' MOTION TO STRIKE
### PLAINTIFF'S REQUEST FOR ADMISSIONS TO C. SEGARS

State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Jeffrey Fisher, Thomas Carroll, Anthony J. Rendina, Stanley Taylor and Jane Morgan ("State Defendants"), by the undersigned counsel, hereby move to strike Plaintiff's Request for Admissions to C. Segars [D.I. 166] and in support thereof state as follows:

1.  Plaintiff filed the original Complaint in this matter on February 22, 2005. Before service was effected, he filed a Supplemental and Second Amended Complaint on September 19, 2005. [D.I. 1 and 19]. C. Segars is listed as a defendant. However, he was never served; the United States Marshal's Form was returned unexecuted. [D.I. 32].

2.  Plaintiff's Third Amended Complaint was filed on December 13, 2006. [D.I. 135]. C. Segars has not been served with this most recent Complaint.

3.  Plaintiff's Request for Admissions directed to C. Segars was filed on August 28, 2007. [D.I. 166].

4.  Pursuant to Fed. R. Civ. P. 36(a), "A party may serve upon any other *party* a written request for admissions." (emphasis supplied). Because C. Segars was never served with

the Complaint, he cannot be required to respond to discovery.

5. Therefore, Plaintiff's Request for Admissions directed to C. Segars should be stricken from the record.

WHEREFORE, State Defendants respectfully request that this Court grant their Motion to Strike Plaintiff's Request for Admission to C. Segars.

                                      **STATE OF DELAWARE**
                                      **DEPARTMENT OF JUSTICE**

                                      /s/ Eileen Kelly
                                      Eileen Kelly, I.D. No. 2884
                                      Deputy Attorney General
                                      Carvel State Office Building
                                      820 N. French Street, 6th Floor.
                                      Wilmington, DE 19801
                                      eileen.kelly@state.de.us
                                      (302) 577-8400
                                      Attorney for State Defendants

Dated: September 13, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HOWARD, et al., )<br>)<br>Defendants. ) | C. A. No. 05-102-*** |

### **O R D E R**

**IT IS SO ORDERED,** this _____ day of _____, 2007, that State Defendants' Motion to Strike Plaintiff's Request for Admissions to C. Segars [D.I. 166] is **GRANTED.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2007, I electronically filed *State Defendants' Motion to Strike Plaintiff's Request for Admission to C. Segars* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Eric S. Thompson, Esquire. I hereby certify that on September 13, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shamsidin Ali, a/k/a Robert Saunders.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us