IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER STANLEY TAYLOR, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　　C.A. No. 05-102-***<br>)<br>)<br>)<br>)<br>)　　JURY TRIAL BY TWELVE<br>)　　DEMANDED<br>) |

**PRAECIPE TO ATTACH AFFIDAVIT OF DR. BRUCE MCFALL TO RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., (CMS) (IMPROPERLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS"), TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

　　　　Defendant, CMS, requests that the attached Affidavit of Dr. Bruce McFall be appended as Exhibit "7" to the Response Of Defendant, Correctional Medical Services, Inc., (CMS) (Improperly Designated As "Correctional Medical Systems"), To Plaintiff's Motion For Temporary Restraining Order And Order To Show Cause For Preliminary Injunction, which was previously filed with the Court on August 30, 2007.

　　　　　　　　　　　　　　　　**MARSHALL, DENNEHEY, WARNER,**
　　　　　　　　　　　　　　　　**COLEMAN AND GOGGIN**


　　　　　　　　　　　　　　　　**BY:** ___/s/ Kevin J. Connors___
　　　　　　　　　　　　　　　　　　**KEVIN J. CONNORS, ESQUIRE (#2135)**
　　　　　　　　　　　　　　　　　　**1220 N. Market Street, 5th Floor**
　　　　　　　　　　　　　　　　　　**Wilmington, DE  19801**
　　　　　　　　　　　　　　　　　　**Attorneys for Defendant,**
　　　　　　　　　　　　　　　　　　**Correctional Medical Services, Inc.**

DATED:  September 14, 2007
\15_A\LIAB\KAMEANY\LLPG\449133\KAMEANY\13252\00165