## AFFIDAVIT OF DR. BRUCE MCFALL

STATE OF DELAWARE : : SS.
COUNTY OF NEW CASTLE :

Dr. Bruce McFall, being duly sworn according to law, states as follows:

1. I am a medical doctor, licensed to practice medicine in the State of Delaware;

2. I evaluated the inmate, Shamsidin Ali, on July 16, 2007 as follow-up for his blood pressure;

3. The inmate claimed he had increased blood pressure despite taking four blood pressure medications per day;

4. I determined that the inmate's blood pressure was 160/100 on July 16, 2007;

5. Based upon my knowledge, experience, and education the inmate is being prescribed and administered appropriate medications and treatment for this condition.

_Bruce McFall, D.O._
Dr. Bruce McFall

SWORN TO AND SUBSCRIBED before me this __30th__ day of August, 2007.

_____
Notary

LAURA LEA PRICE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires February 28, 2009