IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIIDN ALI, (a/k/a/ Robert Saunders), )
)
Plaintiff, )
v. )   C.A. No. 05-102-***
)
PAUL HOWARD, et al., )
)
Defendants. )

### PLAINTIFF'S RESPONSE TO STATE DEFENDANT'S MOTION TO STRIKE DEFENDANT C. SEGARS

Plaintiff hereby response to defendant's motion to strike defendant C. Segars. Plaintiff states motion should be denied for the following:

1. Plaintiff was never informed defendant C. Segars had not been served.

2. According to language of the Rules of Civil Procedure Rule (m)4. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that sercie be effected within a specified time; provided plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

3. Plaintiff will be prejudiced in attempting to serve defendant C. Segars in this period of time, in view has retired from the department of corrections, and plaintiff unable to secure personal address.

4. Plaintiff provided U.S. Marshal with required forms to be served upon defendant C. Segars, but never made aware by U.S.

Marshal were unable to served defendant C. Segars.

_____
SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED: September 17, 2007

## CERTIFICATE OF SERVICE

I HEREBY certify copy of the aforemention was furnished Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801 and Kevin J. Connors, Esquire, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

By U.S. Mail this 17th day of September, 2007, with sufficient postage affixed thereto.

_____
SHAMSIDIN ALI, 052590