IN HTE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders, )
)
    Plaintiff, )
)
v. )   C.A. No. 05-102***
)
PAUL HOWARD, et al., )
)
    Defendants. )

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedrure, plaintiff hereby serves on Defendants, the following Request for Production of Documents and Things.

### INSTRUCTIONS

A. If any document or thing required to answer any Request for Production is withheld because you claim that such information is priviliged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) set forth each Request to which each such document or thing is responsive.

**REQUEST NO. 1:**

1. Total number physicians, physicians assistants, license practical nurses, registered nurses and nurse assistants employed at Delaware Correctional Center.

**REQUEST NO. 2:**

RECEIVED SEP 24 2007 BV U.S. DISTRICT COURT DISTRICT OF DELAWARE

2. The names of each physician, physician assistant, registered nurse, licens practical nurse, and nurse assistant assigned the infirmary at Delaware Correctional Center. Provide listing of training, schools attended and license held. This request not to include social security numbers, addresses, phone numbers or dates of births.

**REQUEST NO. 3**

3. The countries where doctors, doctors assistants, registered nurses, license practical nurses and nurses assistants born. Include full names for each o the aforemention.

**REQUEST NO. 4**

4. State licenses hled by each listed in request number 3.

**REQUEST NO. 5**

5. Plaintiff's medical record from April 26, 1976.

**REQUEST NO. 6**

6. Qualifications for employment as doctor, physician assistant, registered nurse, license practical nurse and nurse assistant with Correctional Medical Systems.

**REQUEST NO. 7**

7. Correctional Medical Systems Regulations governing inmates receiving outside treatment from specialist. This will include the procedures for approving same, name(s) of individual(s) located in St. Louis, Missouri authorized approve same.

**REQUEST NO. 8**

8. Percentage of current contract spent on utilization of outside specialist services for inmate treatment. Include dollar amount spent too date.

*[signature]*
SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Road - DCC
Smyrna, DE 19977

DATED: September 21, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention furnished Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801, and Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE 19801.

By U.S. Mail this 21st day of September 2007, with sufficient postage affixd thereto.

*[signature]*
SHAMSIDIN ALI

Mr. Shamsidin Ali, 052590
a/k/a/ Robert Saunders
1181 Paddock Road
Smyrna, DE 19977

SOUTH JERSEY NJ 080
22 SEP 2007 PM 4 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801