IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C. A. No. 05-102-*** |
| PAUL HOWARD, et al., ) ) | |
| Defendants. ) | |

### SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Delaware Department of Correction, Anthony J. Rendina, Jane Morgan, and Stanley Taylor in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF JUSTICE | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Eileen Kelly Eileen Kelly, ID#2884 Deputy Attorney General Department of Justice Carvel State Office Bldg., 820 N. French Street, 6th Fl., Wilmington, DE  19801 (302)577-8400 | /s/ Catherine Damavandi Catherine Damavandi, ID#3823 Deputy Attorney General Department of Justice Carvel State Office Bldg., 820 N. French Street, 6th Fl., Wilmington, DE  19801 (302)577-8400 |

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801