**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-102-*** |
| v. | ) ) | |
| COMMISSIONER STANLEY TAYLOR, et al., | ) ) | JURY TRIAL |
| Defendants. | ) ) ) | DEMANDED |

## SEALED DOCUMENTS

**(Original Response of Defendant, Correctional Medical Services, Inc., (CMS) (Improperly Designated As "Correctional Medical Systems"), To Plaintiff's Request for Production of Documents was filed on October 22, 2007 D.I. No. 178)**

> Contains CONFIDENTIAL INFORMATION
> To Be Opened Only By Or As Directed By The Court
> Shamsidin Ali v. Commissioner Stanley Taylor, et al.
> Civil Action No. 05-102-***

15/545344.v1