IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-102-*** |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL |
| | ) | DEMANDED |
| | ) | |

## AMENDED NOTICE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed the Responses of Defendant, Correctional Medical Services, Inc., to Plaintiff's Request for Production, which will send notification of such filing to the following:

Catherine C. Damavandi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

I hereby certify that on October 22, 2007, I mailed by United States Postal Service, the Responses of Defendant, Correctional Medical Services, Inc., to Plaintiff's Request for Production to the following non-registered participant:

| | |
|---|---|
| Shamsidin Ali a/k/a Robert Saunders<br>SBI #052590<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Catherine C. Damavandi, Esquire<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 |
| | **MARSHALL, DENNEHEY, WARNER,**<br>**COLEMAN & GOGGIN**<br>BY:    /s/ Kevin J. Connors<br>**KEVIN J. CONNORS, ESQ. (ID2135)**<br>1220 North Market Street, 5th Fl.<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>Attorney for Defendant,<br>Correctional Medical Services, Inc. |

DATED: October 23, 2007
15/545338.v1