# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Jane Morgan, Thomas Carroll, Anthony J. Rendina and Stanley Taylor ("State Defendants") hereby respond to Plaintiff's Request for Production of Documents and Things Directed to Defendants ("Request for Production"):

## GENERAL OBJECTIONS

1.  State Defendants object to the Request for Production to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.  State Defendants object to the Request for Production to the extent that it purports to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.  State Defendants object to the Request for Production to the extent that it purports to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. State Defendants object to the Request for Production to the extent that it purports to seek information or documents not in their possession, custody or control.

5. State Defendants object to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6. State Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. State Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by the attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in State Defendants' Responses, State Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1. Total number of physicians, physicians assistants, license practical nurses, registered nurses and nurse assistants employed at Delaware Correctional Center.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

2. The names of each physician, physician assistant, registered nurse, licens [sic] practical nurse, and nurse assistant assigned the infirmary at Delaware Correctional Center. Provide listing of training, schools attended and license held. This request not to include social security numbers, addresses, phone numbers or dates of births.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

3. The countries where doctors, doctors assistants, registered nurses, license practical nurses and nurses assistants born. Include full names for each o [sic] the aforemention.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague, not relevant to the claims set forth in the complaint, and not reasonably calculated to lead to the discovery of admissible evidence.

4. State licenses held by each listed in request number 3.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

5. Plaintiff's medical record from April 26, 1976.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

6. Qualifications for employment as doctor, physician assistant, registered nurse, license practical nurse and nurse assistant with Correctional Medical Systems.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

7. Correctional Medical Systems Regulations governing inmates receiving outside treatment from specialist. This will include the procedures for approving same, name(s) of individual(s) located in St. Louis, Missouri authorized approved same.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

8. Percentage of current contract spent on utilization of outside specialist services for inmate treatment. Include dollar amount spent to date.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, not relevant to the claims set forth in the complaint, and not reasonably calculated to lead to the discovery of admissible evidence.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
catherine.Damavandi@state.de.us
(302) 577-8400

Date: October 25, 2007                Attorney for State Defendants

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 25, 2007 I electronically filed the attached *State Defendants' Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF. I hereby certify that on October 25, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Department of Justice
    Carvel State Bldg., 6th Fl.,
    820 N. French Street
    Wilmington, DE  19801