CA 05-102 ***

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 29 PM 3:42

TO:     Betty Burris, Acting Warden
        Delaware Correctional Center

FROM:   Shamsidin Ali, 052590 (a/k/a/ Robert Saunders)
        S-Bldg. - DCC

DATE:   October 15, 2007

RE:     PERSONAL/LEGAL PROPERTY

    In view Thomas Carroll, Deputy Commissioner departed prior addressing above entitled. Requesting either self or designee address same.

    Lacking same result in failure to address legal issues raised by defense counsel.

    Thank you for your consideration.

SA:sa
Encl.
cc: Catherine Damauandi, Esquire
    Kevin J. Connors, Esquire
    Clerk of the Court - U.S. District Court
      (Ali v. Howard, et al., Civ. No. 05-105***)
    Nicole R. Saunders, Ms.

TO:      Warden Thomas Carroll - Delaware Correctional Center

FROM:    I/M Shamsidin Ali, 052590 (a/k/a/ Robert Saunders)

DATE:    August 17, 2007

RE:      **PERSONAL/LEGAL PROPERTY**

    Request concerning above-entitled made-to following: Major's Scarbrough, Halman and Rick Kearney, Adult Bureau Chief. This does not include three (3) request to you. In order proceed with pending federal court litigation (Ali v. Howard, et al, Civ. No. 05-102***) same is needed.

    In defendant Kearney's admission, clearly stated not transfered from Sussex Correctional Institution for disciplinary reasons. I arrived at this facility with eight (8) points, which still entitled minimum security. I held minimum status over five (5) years at Sussex. The transfer from Sussex directly related to request for investigation by Civil Right Division - U.S. Justice Department, News Journal and health issues.

    It's still un-clear reason placed in building 21 (segregation) four (4) months under gise of observation. Had not been placed in building 21, would still be in possession of all property sent to my children. The state has requested produce documents, many in the property sent from this institution. Again, requesting your position concerning same being returned. The property remain unopen and my children refused to open, as result not knowing what might be missing.

    Your attention to this matter is most appreciated.

SA:sa
Encl.
cc: Carl Danberg, Commissioner of Corrections
    Richard Kearney, Adult Bureau Chief
    Clerk of the Court - U.S. District Court (Ali v. Howard, et al., Civ. No. 05-102***)
    Nicole R. Saunders, Ms

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

### STATE DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Anthony J. Rendina, Stanley Taylor and Jane Morgan ("State Defendants"), through their undersigned counsel, hereby serve on Plaintiff, Shamsidin Ali a/k/a Robert Saunders, the following Requests for Production of Documents and Things.

### INSTRUCTIONS

A.  If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) set forth each Request to which each such document or thing is responsive.

incidents alleged in Plaintiff's Complaint.

**REQUEST NO. 6:**

6. All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 7:**

7. Any and all document(s) referenced or identified in Plaintiff's Responses to Interrogatories served contemporaneously herewith.

                    **STATE OF DELAWARE**
                    **DEPARTMENT OF JUSTICE**

                    /s/ Eileen Kelly
                    Eileen Kelly (I.D. 2884)
                    Deputy Attorney General
                    820 N. French St., 6th Floor
                    Wilmington, DE 19801
                    (302) 577-8400
                    eileen.kelly@state.de.us
                    Attorney for State Defendants

Dated: June 25, 2007



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**BUREAU OF PRISONS**
245 MCKEE ROAD
DOVER, DELAWARE 19904
Telephone: (302) 739-5601
Fax: (302) 739-8221

**MEMORANDUM**

TO: Inmate Shamsidin Ali (aka Robert Saunders)
DCC, SBI 052590

FROM: Richard A. Kearney  *R.K.*
Bureau Chief of Prisons

DATE: July 09, 2007

RE: **Correspondence of July 2, 2007**

I am in receipt of your letter dated July 2, 2007 concerning your request to have personal property mailed into the facility. I believe this request should be addressed by Warden Carroll and by copy of this memo I am making him aware of your request.

RAK/csd
Attachment
Cc: Warden Tom Carroll, DCC
File

TO: _Robert Sanders_  SBI: _052590_

DATE: _6/13/05_

From:     **CLASSIFICATION OFFICE**

RE:       **INITIAL CLASSIFICATION**

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to **MAXIMUM** security. You will be required to complete your treatment plan and follow Institutional rules. Negative behavior, excessive write-ups, or failure to complete your treatment plan may lengthen your stay in a higher security level. You will be assigned a Quality of Life Level (QLL) and an individual treatment plan by your assigned building counselor, who will monitor your progress. Direct questions to your counselor.

NOTE: This classification is subject to a higher review.

Inmate Signature: _[signature]_
Date: _6/13/05_

Next Review: _9/05_
RA Score: _observation_

Three Part Form
Original: Records
Pink: File
Yellow: Inmate
FORM# 960 (3 pt)

_LT Boone_
_Ms. Forbes_

ORM #: 537 (P&B) Revised

## INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders   SBI NO.: 00052590

HOUSING UNIT: DCC

| ITEM | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| T.V. | Sanyo | Ser# B99 70243141982 | | |
| Radio | Panasonic | Model RF-951 | | |
| Headphone | Koss | | | |
| Aluminum | Kane | | | |
| Clock | Westclox | | | |
| Dictionary | | | | |
| Legal Book | | | | |
| Veterans Book | | | | |
| Towels (white) | | | 3 | |
| Washcloths | | | 2 | |
| Sweatpants | | | 1 | |
| Gym Shorts | | | 1 | |
| Photo Albums | | | 9 | |
| Townhouse Box Containing Toothbrushes, Deodorant, Toothpaste, etc. | | | | |
| Folders Containing Legal Work | | | 4 | |
| Hardback Book - Legal | | | 1 | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM

*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

FORM #: 537 (F&B)
Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05

INMATE NAME: Robert Saunders          SBI NO.: 000-52590

HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 | Box containing folders with assorted papers | | | |
| 2 | Socks | | | |
| 1 | Mayo | | | |
| 1 | Now & Later Pack | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property

Revised

INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 6/10/05
INMATE NAME: Robert Saunders   SBI NO: 00052590
HOUSING UNIT: DCC

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Magic Shave | | | 1 | |
| Lotion | | | 2 | |
| Legal Newspapers | | | 2 | |
| Medication Cards | | | 18 partial packs | |
| Bowl Containing Pens & Glasses | | | | |
| Envelopes & Cards Misc | | | | |
| Binder Blue with envelopes | | | | |
| Shower Shoes | | | 2 | |
| Nike Sneakers | | | 1 | |
| Glasses 2 reg, 1 dark | | | 3 | |
| Glass Case | | | 1 | |
| Dictionaries | | | 2 | |
| Chess board & Pieces | | | 1 | |
| Bag of Cosmetics | | | 1 | |
| Quran | | | 1 | |
| Bible | | | 1 | |
| Almanac | | | 1 | |
| Lock | | | 1 | |
| Instant Soup | | | 3 | |
| Coffee | | | 1 bag | |
| Spaghetti | | | 1 | |
| Jelly | | | | |

OFFICER'S SIGNATURE ACQUIRING PROPERTY

OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM
*The only food items that are to be placed in the inventory are those that are in sealed containers.   **SI = State Issued / PP = Personal Property

Shamsidin Ali
I/M Alpha Robert Saunders
SBI# 052596  UNIT 5-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 OCT 2007 PM 1 L

X-RAY

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801