IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders  )
       )
    Plainitff,  )
       )
v.  )  C.A. No. 05-102***
       )
PAUL HOWARD, et al.,  )
       )
    Defendants.  )

## MOTION TO COMPEL DISCOVERY

The plaintiff move pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P., for an order compelling the defendants to produce for inspection and copying the documents requested on September 21, 2007.

DATED: November 2, 2007

RECEIVED
NOV 05 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

SHAMSIDIN ALI, 052590
a/k/a Robert Saunders
1181 Paddock Rd. _ DCC
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a Robert Saunders  )
        )
    Plaintiff,  )
        )
  v.  )  C.A. No. 05-102-***
        )
PAUL HOWARD, et al.,  )
        )
    Defendants.  )

## AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

Shamsidin Ali, a/k/a/ Robert Saunders, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

2. On September 21, 2007, I served on defendant's counsel a request for production of documents, whihch is attached to this affidavit as Exhibit "A".

3. Defendants responded by motiion objecting request on October 25, 2007.

4. In over 75 litigations acorss the county "Correctional Medical Services" ("CMS") found be in disarry. Prisoners sometimes recieved wrong medication or none at all; records are poorly kept; medical exams often cursory; sick-call request ignored; staff shortage caused long delays in prisoners being seen by doctors; flagrant inadequate medical care; gross incompetence; primary care physicians not board-eligible in internal medicine; overlooking critical lab results; and failing keep specialist appointments.

5. In the for-profit correctional health care industry,

Prison Health Service holds 20% if the market while competitor Correctional Medical Services has 22%, As result, competition has become intense and the lowest bid often wins the contract. for example CMS underbid PHS by 10% in Maryland, by 14% in Idaho and by 21% in Indiana. The results being prisoners suffer as result CMS not being able provide serivces in contract.

    6. Since 2000 total 117 Delaware prisoners have died, highest in the country base on populations of 100,000.

    7. Information requested pertinent and germane to plaintiff's litigation.

    8. Defendant's objection on the ground that the discovery sought is irrelevant, burdensome and privileged have no merit.

    9. In pass three weeks, plaintiff suffered extremely high blood pressure readings, inspite taking five blood pressure related medications. constant headaches, constantly urinatin and kidney discomfort.

    10. Renal Ultrasound indicated dark spot in right kidney, additional test related too kidneys, order three months ago, yet receive same.

    11. Within last month, two inmates have died in this facility, both constantly atempted received medical treatment. Another inmate taken-out to have leg amputated, even thos attempted receive treatment for knot in leg over months.

    WHEREFORE, the plaintiff request that the court grant this motion in all respects.

                                                            */s/ Shamsidin Ali*
                                        SHAMSIDIN ALI, 052590
                                        a/k/a Robert Saunders
                                        1181 Paddock Rd- DCC
                                        Smyrna, DE   19977

DATED:  November 2, 2007

    Sworn to before me this __2nd__ day of _November_, 20_07_.

                                          */s/ Timothy J. Martz*
                                        NOTARY PUBLIC
                                        Commission Expires: June 14, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, copy of aforemention provided Kevin J. Connors, Esquire, 1220 N. Market St., 5th Floor, Wilm, DE  19801, and Catherine Damavandi, Deputy Attorney General, Department of Justice, Carvel State Office Bldg., 820 N. French St., Wilm, DE 19801.

    By U.S. Mail this 2nd day of November 2007, with sufficient postage affixed thereto.

                                          */s/ Shamsidin Ali*
                                        SHAMSIDIN ALI, 052590
                                        a/k/a/ Robert Saunders

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HOWARD, et al., )<br>)<br>Defendants. ) | C. A. No. 05-102-*** |

**STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Jane Morgan, Thomas Carroll, Anthony J. Rendina and Stanley Taylor ("State Defendants") hereby respond to Plaintiff's Request for Production of Documents and Things Directed to Defendants ("Request for Production"):

**GENERAL OBJECTIONS**

1. State Defendants object to the Request for Production to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. State Defendants object to the Request for Production to the extent that it purports to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. State Defendants object to the Request for Production to the extent that it purports to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. State Defendants object to the Request for Production to the extent that it purports to seek information or documents not in their possession, custody or control.

5. State Defendants object to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6. State Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. State Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by the attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in State Defendants' Responses, State Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1. Total number of physicians, physicians assistants, license practical nurses, registered nurses and nurse assistants employed at Delaware Correctional Center.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

2.  The names of each physician, physician assistant, registered nurse, licens [sic] practical nurse, and nurse assistant assigned the infirmary at Delaware Correctional Center. Provide listing of training, schools attended and license held. This request not to include social security numbers, addresses, phone numbers or dates of births.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

3.  The countries where doctors, doctors assistants, registered nurses, license practical nurses and nurses assistants born. Include full names for each o [sic] the aforemention.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague, not relevant to the claims set forth in the complaint, and not reasonably calculated to lead to the discovery of admissible evidence.

4.  State licenses held by each listed in request number 3.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

5.  Plaintiff's medical record from April 26, 1976.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

6. Qualifications for employment as doctor, physician assistant, registered nurse, license practical nurse and nurse assistant with Correctional Medical Systems.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

7. Correctional Medical Systems Regulations governing inmates receiving outside treatment from specialist. This will include the procedures for approving same, name(s) of individual(s) located in St. Louis, Missouri authorized approved same.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence.

8. Percentage of current contract spent on utilization of outside specialist services for inmate treatment. Include dollar amount spent to date.

**RESPONSE:** Objection. This Request is not directed to State Defendants. Further, this Request is overly broad, not relevant to the claims set forth in the complaint, and not reasonably calculated to lead to the discovery of admissible evidence.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
catherine.Damavandi@state.de.us
(302) 577-8400
Attorney for State Defendants

Date: October 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007 I electronically filed the attached *State Defendants' Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF. I hereby certify that on October 25, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Catherine Damavandi
        Catherine Damavandi, ID#3823
        Deputy Attorney General
        Department of Justice
        Carvel State Bldg., 6th Fl.,
        820 N. French Street
        Wilmington, DE 19801



I/M Shamsidin Ali a/k/a/ Robert Saunders
SBI# 052590    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE    19801