IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, )<br>                                   )<br>       Plaintiff,              )<br>                                   )<br>   v.                                )   C. A. No. 05-102-***<br>                                   )<br>PAUL HOWARD, et al.,         )<br>                                   )<br>       Defendants.       )| |

**STATE DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Jane Morgan, Thomas Carroll, Anthony J. Rendina and Stanley Taylor ("State Defendants"), by and through their attorney, hereby respond to Plaintiff's *Motion to Compel Discovery* [D.I.184]. As set forth below, State Defendants have responded to Plaintiff's requests and therefore, Plaintiff's motion should be denied.

    1.    The Third Amended Complaint in this matter was filed on December 13, 2006. [D.I.135]. Only the last count of this Complaint relates to medical treatment: Count IV is a claim that Plaintiff contracted Methicillin Resistant Staphylococcus Aureus (MRSA) in 2005 from lack of medical attention to Plaintiff by Correctional Medical Services staff and "failure of [the Department of Correction] to demand Correctional Medical Systems [to] address Plaintiff's medical needs." *Id, ¶ 42 through 45*.

    2.    On September 25, 2007, Plaintiff submitted a request for Production of Documents, directed to Correctional Medical Systems ("CMS") and State Defendants. [D.I.176] Plaintiff's request for production pertains to the names and identities of all

medical personnel employed by CMS, their medical license numbers, country of birth, Plaintiff's medical record since 1976, and other financial, contractual and operational details about CMS. *Id.*

3. State Defendants filed a timely response to this request for Production of Documents, informing Plaintiff that his requests "[are] not directed to State Defendants" and were "overly broad, unduly burdensome, vague and not reasonably calculated to lead to the discovery of admissible evidence." [D.I.181] In other words, State Defendants are not in possession of the information sought by the Plaintiff, and not relevant to Plaintiff's Third Amended Complaint.

4. Paragraph 4 of State Defendants' General Objections informed Plaintiff that he sought "information or documents not in [State Defendants'] possession, custody or control." *Id.*

5. Pursuant to Rule 26 of the Federal Rules of Civil Procedure, "[p]arties may obtain discovery of any matter, not privileged, that is relevant to the claim or defense of any party." Fed. R. Civ. P. 26(b)(1). Discovery is not limited to admissible evidence, but to evidence that is reasonably calculated to lead to the discovery of admissible evidence. *Id.*

6. Plaintiff's Third Amended Complaint presents very narrow, limited allegations in Count IV about the medical treatment he received, and the individuals who administered such treatment. Plaintiff's Requests are not remotely relevant to his cause of action, and he should not be permitted to use this litigation to explore unrelated, irrelevant issues.

7. Rule 26(g) states, in part, that a party's signature to a discovery request "constitutes a certification that to the best of the signer's knowledge, information, and belief" that request is "not interposed for any improper purpose, such as to harass or to cause unnecessary delay." Fed.R.Civ.P.26(g).

8. In his Motion to Compel, Plaintiff insists that State Defendants "produce for inspection and copying the documents requested on September 21, 2007." [D.I.184] State Defendants cannot be required to provide information that they do not have.

9. Plaintiff has failed to articulate any legal basis for his Motion to compel. He seeks production of information which has no relevance to his claims, and are not in the possession of State Defendants. Plaintiff's Motion is without merit and must be denied.

WHEREFORE, State Defendants respectfully request that that Plaintiff's Motion to Compel be denied.

                                                            **DEPARTMENT OF JUSTICE**
                                                            **STATE OF DELAWARE**

                                                           /s/ Catherine Damavandi
                                                           Catherine Damavandi (ID # 3823)
                                                           Deputy Attorney General
                                                           Delaware Department of Justice
                                                           820 N. French Street, 6th Floor
                                                           Wilmington, DE 19801
                                                           catherine.Damavandi@state.de.us
                                                           (302) 577-8400
Date: November 7, 2007                                   Attorney for State Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED** this _____day of _____, 2007 that:

Plaintiff's Motion to Compel Discovery is DENIED.


_____
United States District Judge

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 7, 2007 I electronically filed the attached *State Defendants' Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF. I hereby certify that on November 7, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE 19801