IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, ) )<br>  ) <br> Plaintiff, ) <br>  )<br> v. ) <br>  )<br> DELAWARE DEPARTMENT OF )<br> CORRECTIONS, COMM. STANLEY )<br> TAYLOR, WARDEN RICK KEARNEY, )<br> WARDEN THOMAS CARROLL, DEPUTY )<br> WARDEN MIKE DELOY, S/LT. EARL )<br> MESSICK, S/LT. JOSEPH JOHNSON, )<br> CAPTAIN C. SEGARS, ANTHONY )<br> RENDINA, PAUL MORGAN and )<br> CORRECTIONAL MEDICAL SYSTEMS, )<br>  )<br> Defendants. ) | Civ. No. 05-102-***<br><br>JURY TRIAL DEMANDED |

**RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION TO COMPEL**

Defendant, Correctional Medical Services, Inc., ("CMS"), incorrectly named Correctional Medical Systems, through its undersigned counsel, hereby responds to plaintiff's Motion to Compel, D.I. 184, and, in support of its request that plaintiff's Motion to Compel be denied, without prejudice, states as follows:

1. Plaintiff filed a Complaint in this matter on February 17, 2005 and a Supplemental and Second Amended Complaint on March 7, 2006 alleging violations of his First, Eighth and Fourteenth Amendment Rights under 42 U.S.C. § 1983. D.I. 1, 19. On August 21, 2006, plaintiff mailed a Supplemental and Third Amended Complaint to counsel, but the docket reflects that plaintiff never actually filed the Supplemental and Third Amended Complaint on or before August 28, 2006 as ordered by the Court.

      2.      On December 7, 2006, Plaintiff filed Requests for Production directed to CMS. D.I. 96.

      3.      After obtaining an extension of time from the Court, CMS' Responses to Plaintiff's Requests for Production were filed on March 9, 2007. D.I. 125.

      4.      On March 16, 2007, Plaintiff filed a Motion to Compel Productions against CMS which was denied by this Court on July 16, 2007 because it was not accompanied by a Certification that Plaintiff attempted to resolve the discovery dispute without court action. D.I. 157.

      5.      On September 24, 2007, Plaintiff filed additional Requests for Production directed to all Defendants. D.I. 176.

      6.      On October 22 and 23, 2007, CMS filed Responses to Plaintiff's Request for Production of Documents. D.I. 178, 179, 180.

      7.      On November 5, 2007, Plaintiff filed a Motion to Compel against all Defendants. D.I. 184. The Motion consists of one paragraph. Attached to the Motion is an Affidavit in Support of Motion to Compel which sets forth accusations and statistics which are irrelevant to the Motion to Compel. However, nothing contained in the Affidavit evidences any attempt by Plaintiff to resolve the discovery dispute without court action. Fed R. Civ. P. 37(a)(2)(A). Additionally, attached are State Defendants' Responses to Plaintiff's Request for Production. However, it is unable to be determined from Plaintiff's Motion to Compel, exactly to whom this is directed and what information is being sought.

      8.      CMS has forwarded all medical records in its possession to plaintiff, including updated records, and will continue to supplement plaintiff with updated medical records as provided. See D.I. 179.

WHEREFORE, defendant, CMS, respectfully requests this Honorable Court deny plaintiff's Motion to Compel.

           **MARSHALL, DENNEHEY, WARNER,**
           **COLEMAN & GOGGIN**
BY:    */s/ Eric Scott Thompson*
           **KEVIN J. CONNORS, ESQ. (#2135)**
           **ERIC SCOTT THOMPSON (#4633)**
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
           Attorneys for Defendant,
           Correctional Medical Services, Inc.

DATED: November 13, 2007
15/552280.v1

**NOTICE OF SERVICE**

I hereby certify that on this date I electronically filed the Response of Defendant, Correctional Medical Services, Inc., to Plaintiff's Motion to Compel, which will send notification of such filing to the following:

Catherine C. Damavandi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

I hereby certify that on this date I mailed by United States Postal Service, the Response of Defendant, Correctional Medical Services, Inc., to Plaintiff's Motion to Compel, to the following non-registered participant:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      **MARSHALL, DENNEHEY, WARNER,**
                                      **COLEMAN & GOGGIN**
                                        BY:     */s/ Eric Scott Thompson*
                                        **KEVIN J. CONNORS, ESQ. (#2135)**
                                        **ERIC SCOTT THOMPSON (#4633)**
                                        1220 North Market Street, 5th Fl.
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        Attorneys for Defendant,
                                        Correctional Medical Services, Inc.

DATED:  November 13, 2007
15/552280.v1