## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Deposition

TO:    Shamsidin Ali, a/k/a Robert Saunders
        SBI#052590
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Shamsidin Ali, a/k/a Robert Saunders will be taken by Catherine Damavandi, Deputy Attorney General, on Friday, November 30, 2007 at 9:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801

DATED: November 28, 2007        Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| Defendants. | ) | |

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on November 28, 2007, she caused the attached

*Notice of Deposition* to be served upon the following:

<u>*Via first class mail*</u>
Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

<u>*Via electronic service*</u>

| | |
|---|---|
| Kevin J. Connors, Esquire | Eric Scott Thompson, Esquire |
| Marshall, Dennehey, Warner, | Marshall, Dennehey, Warner, |
| Coleman & Goggin | Coleman & Goggin |
| 1220 N. Market St., Suite 500 | 1220 N. Market St., Suite 500 |
| P.O. Box 8888 | P.O. Box 8888 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**
<u>/s/ Catherine Damavandi</u>
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801
Attorney for State Defendants