Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
November 26, 2007


The Honorable MaryPat Thynge
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:  Ali v. Howard, et al.
         Civ. No. 05-102***
         Defendants Response To Plaintiff's Motion To Compel
          Discovery

Dear Magistrate Thynge:

    The plaintiff's motion to compel, most clear concerning information sought and whom directed. As result lack of defendant complying with orders of outside medical specialist, continue show deliberate indifference. Plaintiff's body (legs, thights, buttocks and arms) still covered with modules, scabs and skin discoloration. The aforemention result of failing comply with orders of Dr. Thomas Burke, Dermatologist in March 2007.

    It was determined plaintiff suffered methicilio-resistant staphylococcus aureus (MRSA), spontoistic dermatitis and pruriono-duces. This pattern of deliberate indifference continues currently. On October 18, 2007, went out for renal ultrasound of kidneys, a spot located on right kidney, nothing done concerning same. On November 9, 2007 taken too Cardiology consultants P.S. in Dover for EKG, there was medication ordered by cardiologist, have yet receive same. The pass four (4) months blood pressure extremely high, inspite taking eleven (11) mdeication a day for same.

    There is constant problem, medications being refilled, even tho informing nursing staff five days prior running out. The issue of qualificiation, training and language difficulty by medical staff most germane too this litigation. The two most recent deaths of inmates at this facility support same. In death of Herman Brinkley, inmates in W-Building kicked on door fifteen (15) minutes to secure attention of correctional staff, after Mr. Brinkley fell out. When nursing staff arrived, there medical bag lacked anything which could be used too assist Mr. Brinkley. In death of inmate housed in W-

HON. MARYPAT THYNGE
November 26, 2007
Page 2 of 2

Building, inmate constantly complained of various pains prior falling out. Inmate's clearly understand Courts and defense counsel lack concern for chronic care, infectious disease/prevention, pharmacy services, medical ethics or staff accountability when it comes too their medical care. This is clearly established, the extent aforemention will go, in denying admission of medical personnel the family may be willing too hire. Not mentioning refusal permit outside individual photograph sores, nodules or other skin infections. The lack of concern of inmate deaths, based on populations 100,000 support same.

Since 2000 over 115 inmates have died, the majority of these individuals needlessly. The reality many of medical personnel either prerforming functions not qualified, such as using nurse assitance in positions generally held by registered nurses. Or lacking education for position held. We clearly understant with Correctional Medical Services, it's about saving money. With Department of Corrections, constantly about cover-up and lack of accountability for staff negligence. In my case skin discoloration, nodules, scabs and constant high blood pressure not figments of one's imagination. The only reason believe alive, it's the blessing of Allah (God). It's clearly stated in 'Quran" man may plan, but Allah (God) best of planners.

Sincerely,

Shamsidnin Ali, 052590
a/k/a Robert Saunders

SA:sa

cc:  Carlin T. Saafir, Esq. (Philadelphia, PA)
     Kevin J. Connors, Esq.
     Cathering Damavandi, Esq.
     Joshua W. Martin, III, Esq.
     Julia M. Graff, Esq.
     Margaret Rose Henry, State Senator
     Hazel Plant, State Representative
     Nicole R. Saunders, Ms.

Shamsidin Ali
I/M a/k/a Robert Saunders
SBI# 052590    UNIT S-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 NOV 2007 PM 1 T

The Honorable MaryPat Thynge
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street

Wilmington, DE