## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-102-*** ) ) |
| DELAWARE DEPARTMENT OF CORRECTIONS, COMM. STANLEY TAYLOR, WARDEN RICK KEARNEY, WARDEN THOMAS CARROLL, DEPUTY WARDEN MIKE DELOY, S/LT. EARL MESSICK, S/LT. JOSEPH JOHNSON, CAPTAIN C. SEGARS, ANTHONY RENDINA, PAUL MORGAN and CORRECTIONAL MEDICAL SYSTEMS, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2008, upon consideration of Motion of Defendant, CMS, for Summary Judgment and all responses thereto, that Defendant's motion is ***GRANTED*** and summary judgment is entered in favor of defendant, CMS, and against plaintiff.

                                                                         _____
                                                                         J.

15/570340.v1