# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, A/K/A ROBERT SAUNDERS, ) ) ) Plaintiff, ) ) v. ) ) DELAWARE DEPARTMENT OF ) CORRECTIONS, COMM. STANLEY ) TAYLOR, WARDEN RICK KEARNEY, ) WARDEN THOMAS CARROLL, DEPUTY ) WARDEN MIKE DELOY, S/LT. EARL ) MESSICK, S/LT. JOSEPH JOHNSON, ) CAPTAIN C. SEGARS, ANTHONY ) RENDINA, PAUL MORGAN and ) CORRECTIONAL MEDICAL SYSTEMS, ) ) Defendants. ) | Civ. No. 05-102-***<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR SUMMARY JUDGMENT** have been served by E-File and Regular Mail on the date below to the following:

Shamsidin Ali a/k/a Robert Saunders
SBI #052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendant,
      Correctional Medical Services, Inc.

Dated: January 7, 2008
15/570344.v1