**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FED. R. CIV. P. 6(b)(1)**

1. Plaintiff is an incarcerated inmate under the supervision of the Delaware Department of Correction ("DOC"), housed at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

2. On or about February 22, 2005, the Plaintiff commenced this action by filing a Complaint pursuant to 42 U.S.C. §1983. D.I.1. Plaintiff then amended his complaint twice. D.I.19, 135. The third and final complaint was filed on December 13, 2006. D.I.135.

3. Discovery deadline in this matter was December 1, 2007, with dispositive motions due on January 7, 2008. D.I.148.

4. There is no trial date scheduled in this case.

5. Counsel for State Defendants, who took over this case from a previous deputy attorney general in October 2007 (D.I.177), is awaiting certain documents from the DOC to submit as exhibits to the State Defendants' Motion for Summary Judgment. These documents date back approximately ten (10) years and are therefore not easily accessed by the DOC. Counsel had anticipated receiving the documents at this point. However, as of today, the

documents have not been received.

6. This is State Defendants' first request for an extension of time to file a dispositive motion.

7. As plaintiff is currently incarcerated and contact with him is impractical, State Defendants assume that this motion is opposed.

8. A form of order is attached to this motion that will grant the State Defendants a ten (10) day extension from the January 7, 2008, deadline until January 17, 2008, in which to file State Defendants' Motion.

WHEREFORE, for the hereinabove reasons, the State Defendants respectfully request that this Honorable Court grant their Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time until January 17, 2008 in order to file State Defendants' Motion for Summary Judgment.

                                          **DEPARTMENT OF JUSTICE**
                                          **STATE OF DELAWARE**

                                          /s/ Catherine Damavandi
                                          Catherine Damavandi, ID #3823
                                          Deputy Attorney General
                                          820 N. French St. 6th Fl.,
                                          Wilmington, De 19801
                                          (302)577-8400
                                          Attorney for State Defendants

Dated: January 7, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders,   )<br>                                                                  )<br>            Plaintiff,                                        )<br>                                                                  )<br>    v.                                                          )          C. A. No. 05-102-***<br>                                                                  )<br>PAUL HOWARD, et al.,                            )<br>                                                                  )<br>            Defendants.                                  ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. Plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Delaware Correctional Center.

2. Since the Plaintiff is not able to be reached by telephone, counsel for the State Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes the motion is opposed.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

 _/s/ Catherine Damavandi_____
Catherine Damavandi, ID #3823
Deputy Attorney General
820 N. French St. 6th Fl.,
Wilmington, De 19801
(302)577-8400
Attorney for State Defendants

Dated: January 7, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This _____ day of _____, 2008, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time is **GRANTED** and, State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor will file their Motion for Summary Judgment on or before January 17, 2008.

_____
Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-102-*** |
| | ) |
| PAUL HOWARD, et al., | ) |
| | ) |
| Defendants. | ) |

*CERTIFICATE OF SERVICE*

The undersigned certifies that on January 7, 2008, she caused the attached *State Defendants' Motion for Enlargement of Time* to be served upon the following:

<u>*Via first class mail*</u>
Shamsidin Ali, a/k/a Robert Saunders, SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

<u>*Via electronic service*</u>

| | |
|---|---|
| Kevin J. Connors, Esquire | Eric Scott Thompson, Esquire |
| Marshall, Dennehey, Warner, Coleman & Goggin | Marshall, Dennehey, Warner, Coleman & Goggin |
| 1220 N. Market St., Suite 500 | 1220 N. Market St., Suite 500 |
| P.O. Box 8888 | P.O. Box 8888 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
catherine.damavandi@state.de.us