IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HOWARD, et al., )<br>)<br>Defendants. ) | C. A. No. 05-102-*** |

## O R D E R

This ___9___ day of ___January___, 2008, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time is **GRANTED** and, State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor will file their Motion for Summary Judgment on or before January 17, 2008.

_____
Judge