# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders,  )  ) | |
| Plaintiff,  )  ) | |
| v.  ) | C. A. No. 05-102-*** |
| )  ) | |
| PAUL HOWARD, et al.,  )  ) | |
| Defendants.  ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor, through their undersigned counsel, hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: January 17, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al.,  ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, 20\_\_\_ that:

Summary Judgment is entered in favor of State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor, in their official and individual capacities, as to all claims.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 17, 2008, she caused the attached *Motion for Summary Judgment* to be served upon the following:

<u>Via first class mail</u>
Shamsidin Ali, a/k/a Robert Saunders
SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

<u>Via electronic service</u>

| | |
|---|---|
| Kevin J. Connors, Esquire | Eric Scott Thompson, Esquire |
| Marshall, Dennehey, Warner, Coleman & Goggin | Marshall, Dennehey, Warner, Coleman & Goggin |
| 1220 N. Market St., Suite 500 | 1220 N. Market St., Suite 500 |
| P.O. Box 8888 | P.O. Box 8888 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

3