*Inmate copy*



**Delaware Department of Correction**
**Bureau of Prisons**
**Sussex Correctional Institution**
RT 1, Box 500
Georgetown, DE 19947

July 8, 2004

To: Inmate Robert Saunders

Fr: Staff Lieutenant Earl Messick
Institutional Investigator

Re: Mail Censorship

It was recently discovered that you had violated established policies by concealing unauthorized sealed, preaddressed inmate to inmate letters inside outgoing mail in an effort to deceive staff and circumvent security. The contents of one of those letters indicates that this is not the first time this act has been committed and raises serious security concerns.

As a result of that act and in the interest of security, I am hereby notifying you that all future outgoing mail will be forwarded to my office to be checked prior to being sent to the Post Office. I will perform this act as quickly as possible to ensure that your mail is still sent out in a timely manner. It is not the intent of this office to read your outgoing mail but simply to ensure that there are no further security violations such as this in the future. All mail being sent to the courts and / or attorneys will not be searched as long as they are clearly marked as "Legal Mail" and addressed as such.

If I seize any mail and / or find any such violations in the future, I will notify you immediately and will issue disciplinary action as provided by the disciplinary section of the inmate manual.

Cc: inmate file
   Warden Rick Kearney
   Deputy Warden Mike Deloy
   Security Superintendent Phil Townsend
   SCI mailroom

inary# 3542

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# DISCIPLINARY REPORT

Date: 07/01/2004

sciplinary Type: Class1     Housing Unit: MERIT     IR#: 7838

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00052590 | Saunders, Robert H | SCI | Other | 04/22/2004 | 06:30 |

olations: 1.11/200.212 Falsifying Physical Evidence and/or Influencing a Witness

itnesses: 1. N/A     2. N/A     3. N/A

## Description of Alleged Violation(s)

n 4/22/04, A Letter Was Postmarked From Inmate Robert Saunders To Nicole Saunders. This Letter Was Marked As "Box Close nable To Forward" By The Post Office On 6/22/04 And Returned To Sci. On 6/24/04, Sci Mail Room Found That This Letter Had nall Letter Concealed Inside Addressed To Inmate Thomas Capano At Dcc. Inmate Saunders Is Aware Of Policies And Procedure oncerning Inmate To Inmate Correspondences And Did Intend To Violate Those Policies By Sending This Letter To Nicole Saunder o Be Mailed To Inmate Capano. This Act Was Intended To Deceive Staff And Prevent The Seizure Of This Unauthorize orrespondence.

e rting Officer: Messick, Earl T (Staff Lt./Lt)

## Immediate Action Taken

nmediate action taken by: Messick, Earl T -Staff Lt./Lt

Met With Inmate Saunders On This Date To Advise Him Of Pending Disciplinary Action For This Act.

## Offender Disposition Details

isposition: N/A     Date: N/A     Time: N/A     Cell secured? No

Reason: N/A

isposition Of Evidence: Letter Confiscated And Secured By S/Lt Messick

## Approval Information

Approved: ☑     Disapproved: ☐     Approved By: Isaacs, Joseph H Jr(Staff Lt./Lt)

Comments: Assigned To Lt. K. Hickman

## Shift Supervisor Details

Date Received:     Time:     Received From:

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Received By Report
Approved

JUL 01 2004

Watch Commander
Signature

Isaacs, Joseph H Jr(Staff Lt./Lt)

I have received a copy of this notice on DATE: _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____

Offender: _____
Saunders, Robert H

Disciplinary# 3544

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 07/01/2004

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1  **Housing Unit:** MERIT  **IR#:** 7840

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00052590 | Saunders, Robert H | SCI | Other | 04/26/2004 | 06:30 |

**Violations:** 1.11/200.212 Falsifying Physical Evidence and/or Influencing a Witness

**Witnesses:** 1. N/A   2. N/A   3. N/A

### Description of Alleged Violation(s)

On 4/26/04, A Letter Was Postmarked From Inmate Robert Saunders To Nicole Saunders. This Letter Was Marked As "Box Closed Unable To Forward" By The Post Office On 6/22/04 And Returned To Sci. On 6/24/04, Sci Mail Room Found That This Letter Had Small Letter Concealed Inside Addressed To Inmate Russell Purnell At Sci Pre-Trial Housing Unit #5. Inmate Saunders Is Aware Of Policies And Procedures Concerning Inmate To Inmate Correspondences And Did Intentionally Violate Those Policies By Sending This Letter To Nicole Saunders To Be Mailed To Inmate Purnell. This Act Was Intended To Deceive Staff And Prevent The Seizure Of This Unauthorized Correspondence.

**Reporting Officer:** Messick, Earl T (Staff Lt./Lt)

### Immediate Action Taken

**Immediate action taken by:** Messick, Earl T -Staff Lt./Lt

Met With Inmate Saunders On This Date And Advised Him Of Pending Disciplinary Action For This Act.

### Offender Disposition Details

**Disposition:** N/A   **Date:** N/A   **Time:** N/A   **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** Letter Secured By S/Lt Messick

### Approval Information

**Approved:** ☑   **Disapproved:** ☐   **Approved By:** Isaacs, Joseph H Jr(Staff Lt./Lt)
**Comments:** Assigned To Lt. K. Hickman

### Shift Supervisor Details

**Date Received:**   **Time:**   **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

*Received, Reviewed & Approved*

JUL 01 2004

Watch Commander Signature

Isaacs, Joseph H Jr(Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____   **Offender:** Saunders, Robert H