

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

January 18, 2008

The Honorable Mary Pat Thynge
U.S. District Court, District of Delaware
844 N. King Street
Wilmington, DE  19801

      RE:    *Ali-Saunders v. Howard,* **C.A. No. 05-102-\*\*\***

Dear Judge Thynge:

      On January 7, 2008, State Defendants in the above-referenced matter requested an enlargement of time to locate archived documents (D.I.191; motion granted at D.I.192).  After using best efforts to locate these papers, they have not yet been found.  Rather than seek a further extension of time, State Defendants filed their motion for summary judgment and opening brief (D.I.195,196) without these supporting documents.

      State Defendants respectfully request leave from the Court to keep the record open solely to incorporate these documents, should they be found prior to final disposition of this matter.  Upon receipt, State Defendants will make application to the Court for their inclusion.

      Thank you very much.

      Very truly yours,

      /s/ Catherine Damavandi,
      Deputy Attorney General, ID#3823

cc:    Clerk of Court
       Mr. Kevin Connors, Esq. (via CM/ECF)
       Mr. Eric Thompson, Esq. (via CM/ECF)
       Mr. Shamsidin Ali a.k.a. Robert Saunders, SBI#52590 (by U.S. Mail)