IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-102-*** |
| | ) | |
| PAUL HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This _____ day of _____, 2008,  IT IS HEREBY ORDERED, that State Defendants' request for leave to keep the record open is **GRANTED** and, State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor may incorporate archived documents in their Motion for Summary Judgment and Opening Brief (D.I.195,196) if these archived documents are located prior to the Court's final disposition of this matter.

_____
Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

*CERTIFICATE OF SERVICE*

The undersigned certifies that on January 22, 2008, she caused the attached *Proposed Order* to be served upon the following:

<u>*Via first class mail*</u>
Shamsidin Ali, a/k/a Robert Saunders, SBI#052590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

<u>*Via electronic service*</u>

| | |
|---|---|
| Kevin J. Connors, Esquire | Eric Scott Thompson, Esquire |
| Marshall, Dennehey, Warner, Coleman & Goggin | Marshall, Dennehey, Warner, Coleman & Goggin |
| 1220 N. Market St., Suite 500 | 1220 N. Market St., Suite 500 |
| P.O. Box 8888 | P.O. Box 8888 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
catherine.damavandi@state.de.us