IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-102-*** |
| ) | |
| PAUL HOWARD, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This _23_ day of _January_, 2008, IT IS HEREBY ORDERED, that State Defendants' request for leave to keep the record open is **GRANTED** and, State Defendants Paul Howard, Rick Kearney, Mike Deloy, Earl Messick, Joseph Johnson, Cpl. Fisher, Thomas Carroll, Jane Morgan, Anthony Rendina and Stanley Taylor may incorporate archived documents in their Motion for Summary Judgment and Opening Brief (D.I.195,196) if these archived documents are located prior to the Court's final disposition of this matter.

_____
Judge