Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
February 1, 2008


The Honorable Mary Pat Thynge
U.S. District Court, District of Delaware
J. Caleb Boggs Courthouse
844 N. King Street
Wilmingotn, DE  19801

    **RE:  Ali-Saunders v. Howard, et al., C. A. No. 05-102\*\*\***

Dear Judge Thynge:

    I am renewing previous request, have internist examine me hired by family.  One's medical problems continue increase.  It has been determine by urologist have enal cyst 2 cm on left kidney.  Both urologist and cardiologist stated, shouldn't have constant high blood pressure readings.  The bottom number constantly between 97-104, inspite taking following medications: Amlodipine Besylate 10 Mg, Allopurinal 100 Mg, Veropomil HCL SR 240 MG, Emalapril Maleate 20 MG, Simvastatin 20 MG, Metoprolo 50 MG, Furosemide, Aspirin EC 81 MG and Potassin CL 10 MG.

    On January 31, 2008, called to infirmary seen by Dr. Larrandy, who stated inspite having record before him "what can I do for you." Blood pressure was 175/104, conveyed having headaches and blurred vision.  Dr. Larrandy, stated don't know what too do, may try increasing medications.  Each of outside specialist have stated the combinatin of total medications could be causing problems.  Since beginning of month, three (3) inmates have died.  Most recent twelve (12) hous after returning from outside hospital.

    There has been total 118 inmate die since 2000, aforemention highest in country base on population 100,000.  I understand why defense counsl lack interest, the majority of those passing are black inmates.  Two specialist willing sign affidavits concerning treatment receiving here:

        a.   Breach the standard of care and/or in that their care fails to comply wiht acceptable medical standards.

        b.   Fail to exercise that degree of care and skill of competent medical personnel/and

HONORABLE MARY PAT THYNGE
February 1, 2008
Page 2

or medical care as to avoid additional medical compplications.

In December 2006, a federal district court found the Michigan Department of corrections ("MDOC") in contempt in the long-running Hadix case, and order prison official to submit a plan to ensure that prisonser receive adequate medical care. Two months later, in February 2007, Michigan Governor Jennifer Granhom announce the states' plan to to solve the problem of federal oversights of MDOC healthcare: Close the prison under the courts' jurisidiction - the 1,400 bed Southern Michigan Correctional Facility, who medial provider was Correctional Medical Services ("CMS"). They also raised concern about their medical services provided by CMS at Michigan's other 45 facilities.

Each state were CMS medical provider have minimu of 50 pending litigations. I do not plan sit by and be murdered by CMS, as many fellow inmate have. Being seen by board certified/licensed Delaware internist at infirmary here would not be security breach. There is no doubt as result of deliberate indifference by medical staff here medical problems will continue become worst. The failure take steps address minor illnesses, have contributed directly to the constant death of inmates here. There now has been plan implemented by the kitchen, should inmates assigned heart healthy diets fail pick-up eighteen trays during course of week, they names will be removed. They fail take into consideration, due to weather other appointments inmates don't pick-up trays. Plus the majority of inmates failed to pick-up trays, due to being served reduced rations of food compared to general population.

As in my case not scheduled to receive reduced rations, but food lacking salt. Which doctors have stated should be same portions serve general population. The Court's attention to this matter most appreciated.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

Encl.
xc: Clerk of the Court
    Catherine Damavandi, Deputy Attorney General
    Eric Thompson, Esq.
    Joshua W. Martin, III, Esq.
    Umbeen Bhatti, Esq.
    Margaret Rose Henry, State Senator
    Karen Peterson, State Senator
    Hazel Plant, State Representative
    R. Moore, Medical Dir. - CMS-DCC
    Nicole R. Saunders, Ms.

Shamsidin Ali
I/M a/k/a Robert Saunders
SBI# 052590    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
02 FEB 2008 PM 7 L

The Honorable Mary Pat Thynge
United States Magistrate
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE    19801