## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-102-*** |
| PAUL HOWARD, et al., | : : | |
| Defendants. | : : | |

## ORDER

At Wilmington this **6ᵗʰ** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 27, 2008 at 9:00 a.m.** with Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE