Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
February 1, 2008



FILED

FEB 11 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

The Honorable Mary Pat Thynge
U.S. District Court, District of Delaware
J. Caleb Boggs Courthouse
844 N. King Street
Wilmingotn, DE  19801

**RE:  Ali-Saunders v. Howard, et al., C. A. No. 05-102***

Dear Judge Thynge:

I am renewing previous request, have internist examine me
hired by family.  One's medical problems continue increase.  It
has been determine by urologist have enal cyst 2 cm on left
kidney.  Both urologist and cardiologist stated, shouldn't have
constant high blood pressure readings.  The bottom number constantly
between 97-104, inspite taking following medications: Amlodipine
Besylate 10 Mg, Allopurinal 100 Mg, Veropomil HCL SR 240 MG,
Emalapril Maleate 20 MG, Simvastatin 20 MG, Metoprolo 50 MG, Furose-
mide, Aspirin EC 81 MG and Potassin CL 10 MG.

On January 31, 2008, called to infirmary seen by Dr. Larrandy,
who stated inspite having record before him "what can I do for you."
Blood pressure was 175/104, conveyed having headaches and blurred
vision.  Dr. Larrandy, stated don't know what too do, may try in-
creasing medications.  Each of outside specialist have stated the
combinatin of total medications could be causing problems.  Since
beginning of month, three (3) inmates have died.  Most recent twelve
(12) hous after returning from outside hospital.

There has been total 118 inmate die since 2000, aforemention
highest in country base on population 100,000.  I understand why
defense counsl lack interest, the majority of those passing are
black inmates.  Two specialist willing sign affidavits concerning
treatment receiving here:

> a.  Breach the standard of care and/or in that
>     their care fails to comply wiht acceptable
>     medical standards.

> b.  Fail to exercise that degree of care and
>     skill of competent medical personnel/and

**HONORABLE MARY PAT THYNGE**
**February 1, 2008**
**Page 2**

> or medical care as to avoid additional medical
> compplications.

In December 2006, a federal district court found the Michigan
Department of corrections ("MDOC") in contempt in the long-running
Hadix case, and order prison official to submit a plan to ensure
that prisonser receive adequate medical care.  Two months later,
in February 2007, Michigan Governor Jennifer Granhom announce the
states' plan to to solve the problem of federal oversights of
MDOC healthcare:  Close the prison under the courts' jurisidiction
- the 1,400 bed Southern Michigan Correctional Facility, who medial
provider was Correctional Medical Services ("CMS").  They also raised
concern about their medical services provided by CMS at Michigan's
other 45 facilities.

Each state were CMS medical provider have minimu of 50 pending
litigations.  I do not plan sit by and be murdered by CMS, as many
fellow inmate have.  Being seen by board certified/licensed Delaware
internist at infirmary here would not be security breach.  There is
no doubt as result of deliberate indifference  by medical staff
here medical problems will continue become worst.  The failure take
steps address minor illnesses, have contributed directly to the
constant death of inmates here.  There now has been plan implemented
by the kitchen, should inmates assigned heart healthy diets fail
pick-up eighteen trays during course of week, they names will be
removed.  They fail take into consideration, due to weather other
appointments inmates don't pick-up trays.  Plus the majority of
inmates failed to pick-up trays, due to being served reduced rations
of food compared to general population.

As in my case not scheduled to receive reduced rations, but food
lacking salt.  Which doctors have stated should be same portions serve
general population.  The Court's attention to this matter most
appreciated.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

Encl.
xc:  Clerk of the Court
      Catherine Damavandi, Deputy Attorney General
      Eric Thompson, Esq.
      Joshua W. Martin, III, Esq.
      Umbeen Bhatti, Esq.
      Margaret Rose Henry, State Senator
      Karen Peterson, State Senator
      Hazel Plant, State Representative
      R. Moore, Medical Dir. - CMS-DCC
      Nicole R. Saunders, Ms.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)

S-1
Housing Location

12/02/39
Date of Birth

052590
SBI Number

January 23 08
Date Submitted

Complaint (What type of problem are you having)? Upon returning From Cardiology Consultants (Jan 22nd) seen by male physician's Assistants. Informed blood pressure high, gave me a pill. Stated on his sick-call schedule same day. He never addressed issues on sick call request, (See Attached) Crossed Name off list, As if seen For issues.

Robert Saunders
Inmate Signature

January 23 08
Date

**The below area is for medical use only. Please do not write any further.**

S: Rec'd 1/28/08. Scheduled c̄ MD —   (AH
1059 1/28/08

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

xc: Joshua W. Martin III, Esq.
Howard H. Brown, Esq.
Robert H. Saunders
Encl.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Robert Saunders
Name (Print)                                    S-1
                                           Housing Location

12-02-39          052590          Jan. 20, 08
Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having?) _Pain in Area of Right Kidney,
Urine has became extremly Foamy. Have not had following
blood pressure related medictions; Verapamil HCL SR 240 MG
and Enalapril Maleate 20 MG in ten day. Turned in when
had five days of each last._

Robert Saunders                    Jan. 20 08
Inmate Signature                    Date

**The below area is for medical use only. Please do not write any further.**

S: RC'd 1/21/08. Scheduled T NSC ——————— CMW 1/21/08 10'18

O:  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A:

P:

E:

Provider Signature & Title                Date & Time

**3/1/99 DE01**   xc: Joshua W. Martin, III, Esq.
**FORM#:**              Howard H. Brown, Esq.
**MED**                  Robert H. Saunders, Sr.
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Robert Saunders
_____ Name (Print) _____

S-1
_____ Housing Location _____

12/02/39
_____ Date of Birth _____

052590
_____ SBI Number _____

Dec. 25, 2007
_____ Date Submitted _____

Complaint (What type of problem are you having)? Blood pressure constantly high pass week. Suffering severe headache and pain in Right Kidney Area. Still yet recieve medication prescribed by cardiologist on November 8, 2007

Robert Saunders
_____ Inmate Signature _____

12/02/25
_____ Date _____

**The below area is for medical use only. Please do not write any further.**

S: Received 12-26-07 Scheduled for NSC — [signature]

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

_____ Provider Signature & Title _____          _____ Date & Time _____

3/1/99 DE01
FORM#:
MED
263

XC: Joshua Martin, III. Esq.
Julia M. Graff, Esq.



Shamsidin Ali
I/M  a/k/a  Robert  Saunders
SBI#  052590  UNIT  S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE          19801