IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a Robert Saunders, and MASJID ULLAH, INC., : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 05-102-SLR/LPS |
| PAUL HOWARD, et al., : : | |
| Defendants. : | |

## ORDER

At Wilmington this **25th** day of **February, 2008**.

IT IS ORDERED that the teleconference scheduled for Wednesday, February 27, 2008 at 9:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE