CA 05-102 SCR/LPS

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
February 25, 2008



FILED

MAY 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ms. Cathleen S. Trainar
U.S. Justice Department
Civil Rights Dvision
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC 20531

    RE:   INMATE HEALTH CONDITIONS

Dear Ms. Trainar:

    Being individual that filed orginal complaint with this office, as result number of inmate deaths at "Sussex Correctional Facility". This year have todate, total of four (4) inmate deaths, three (3) last month, and one(1) thus far this month.  A few weeks ago, Joshua W. Martin, III, Esquire - Independent Monitor submitted reprot.  The aforemention stated their has been very little improvement, in some areas conditions have become worst.

    My body still covered with spunbiotic dermatitis and pruriconodules, as result failure medical providers comply with treatment procedures prescribed by outside dermatologist taken-to.  The past months blood pressure average 190/100, inspite taking seven (7) blood pressure medications.  An additional three (3) medications halted (Enalapril Maleate 20MG, Verapamil HCL SR 240 MG and one other cannot remember name).  The medication which halted, knowone can determined who halted or reason for same.  Since halting the aforemention suffered with severe headaches and blurred vision.

    It has been determined as result of ultrosund, have cyst 2cm on right kidney.  Have made court aware of continued increased medical problems.  The aforemention seems of know interest, even tho clearly shown continue increase in inmate deaths.  Todate, 119 inmate have died, highest in country based on population of 100,000. I am disillusioned with the failure of the state to bring about any real imporovement in the health care of Delaware prisons.  How many more inmate have to die, or is it necessary monitoring team compile more reports, stating conditions worsening.

CATHELEEN S. TRAINAR, ESQUIRE
Page 2 of 2
February 25, 2008

    Requesting this office file litigation in U.S. District Court - Delaware addressing the continued violation of inmates constitutional rights as result lack of proper medical care.

Sincerely,

*Robert Saunders*

Robert Saunders, 052590

RS:rs
Encl.
xc:  Hon. Leonard P. Stark, Civ. No. 05-102-SLR/LPS
     Joshua W. Martin, III, Esq.
     Hon. Margaret Rose Henry
     Hon. Karen Peterson
     Hon. Hazel Plant
     Umbreen Bhatti, Esq.
     Esteban Parra, News Journal
     Robert Saunders, Jr.