CA 05-102 SLR, .

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
April 21, 2008



Joshua W. Martin, III, Esquire
1313 N. Market Street
Post Office Box 951
Wilmington, DE  19899-0951

    RE:  MONITORING VERSES CORRECTING

Dear Mr. Martin:

    On behalf of self and other inmates, would like to know when monitoring team.  Plan to cease monitoring and commence correcting existing medical conditions at "DCC".  These are real life stories of inmate deaths, (Five this year), amputations and suffering.  The aforemention need to cease immediately, not upon completion of five (5) or six (6) more bound reports.  How can conditions become better, when couple weeks ago, doctor became so frustrated, just walked-out.

    The medical providers at this facility, exemplify the word in-competency.  Dr. thomas Burke, Dermatologist prescribed "Ammonium Lactate Cream, 12% for one (1) year to treat sponbiotic deamatitis/prurio and been seen by him for follow-up.  On April 2, 2008 Dr. F. Vandusen written order to secure aforemention.  It has been deter-mine incorrectly written, Dr. Rogers corrected and reordered on April 8, 2008, still yet to receive same.  There hasn't been any follow-up inspite of condition becoming worst.

    Take total eight (8) blood pressure related medications, been out of three (3) over week.  The aforemention the norms for majority inmates here when comes too refilling medications.  I was informed by physicians at Division of Hypertension and Clincial Pharmacology, Calhoun Cardiology, University of Connecticut School of Medicine. Based on medical records provided, appear suffering with stage 2 hypertension (systolic BP=160 mmHg or diststolic BP=100 mmHG).  The aforemention major problem with African-American, and elderly.  this condition associated with enhance risk of all cardiovascular diseases.

JOSHUA W. MARTIN, III, ESQUIRE
April 21, 2008
Page 2 of 2


It was also conveyed poor Blood Pressure control not related to patient noadherence with therapy, instead physicians repeatedly delay making changes in the treatment regiment. The same opinion shared with individuals from John Hopkins School of Medicine. It was also felt could contribute to cyst found on left kidney. How does monitoring team morally, accept fact these morally reprehensible medical conditions continue. In turn just sit back and prepare reports, were in the equation does changing medical conditions become a reality.

The majority of inmates feel, only two way will conditions change, change medical contractors, or commence litigation in federal court.

Thank you for your time and consideration.

Sincerely,

*Robert Saunders*

Robert Saunders, 052590

RS:rs
Encl.

xc: Jim Welch, Medical Administrator - DOC
    Ronnie Moore, Medical Administrator - CMS
    David Pierce, Deputy Warden - DCC
    Hon. Karen Peterson
    Cathleen Trainer, Esq. - U.S. Department of Justice
    Umbreen Bhatti, Esquire
    Hon. Leonard P. Stark, U.S. Magistrate (Civ. No. 05-102-SLR/LPS
    Rev. Christopher Bullock
    Esterban Parra, News Journal

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Robert Saunders

Housing Location: S-1

Date of Birth: 12/02/39

SBI Number: 052590

Date Submitted: April 2, 2008

Complaint (What type of problem are you having)? Dr. Vandusen reordered Ammonium Lactate Cream 12% over three (3) weeks ago. The aforementioned prescribed by Dr. Bunks, Dermatologist for one (1) year. Yet receive same and sponbiotic dermatitis worsten.

Inmate Signature: Robert Saunders

Date: April 2, 2008

**The below area is for medical use only. Please do not write any further.**

S: received 4/2/08

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: Hi, Robert!
Dr. Von Dusen wrote for your Lachydrin cream on 3/10/08, but forgot to write for (special permission) to carry it.

P: Dr. Rodger did that today.

Nurse Bob
4/8/08

E:

Provider Signature & Title _____     Date & Time _____

3/1/99 DE01
FORM#:   XC: Joshua W. Martin, III Esq.
MED           Umbreen Bhatti, Esq.
263            Nicole R. Saunders, Ms.