Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
May 6, 2008

The Honorable Leonard P. Stark
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

FILED
MAY 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re:  Ali v. Howard, et al.
         C. a. No. 05-102-LPS/SLR
         PENDING MOTIONS

Dear Magistrate Stark:

    As result medical deterioration, due to lack of prescribed medication. I am requesting court address motion for temporary restraining order an appointment of counsel. Dr. Thomas Burke, Dermatologist prescribed "Ammonium Lactate Cream, 12%" for one year.

    Dr. Frederick VanDusen, reordered above medication over two months ago. Todate, still have not received same. By not having medication spongietic decmatitis and prurigo nodules re-surfaced many bleeding. Dr. Burke, historically stated to medical personal here, lack constant treatment condition would worsted. There has been constant problem receiving medications at prescribed times. The filing of grievances in attempt to address same, nothing but exercise in fertiality.

    Thank your for your time.

Sincerely,

Shamsidin Ali, 052590
a/k/a Robert Saunders

SA:sa
Encl.
xc:  Clerk of the Court
     Eileen Kelly, Esquire
     Kevin J. Connors, Esquire

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/29/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : DCC |
| **Grievance #** : 157450 | **Grievance Date** : 04/22/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/22/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg S1, Tier F, Cell 10, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:   The pass (6) days suffering with headaches and high blood pressure reading. Have been without following blood pressure related medications; Simvastatin, Furosemide, and amlodipive Besylate. Informed five (5) days prior medications expired. Have also been without ammonium lactate cream, 12%. For spowbiotic dermatitis/ pevrilonodulos. The aformention have harden in some areas bleeding as resuly turning into sores.

**Remedy Requested** :   Inmate Action Requested:  1/ Names of persons responcible for recording inmate prescriptions and 2/ Explian how inmate prescription not promply refilled, when showed five days in advance, medication about runout.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : YES        **Date Received by Medical Unit** : 04/29/2008
**Investigation Sent** : 04/29/2008        **Investigation Sent To** :   Moore, Ronnie
**Grievance Amount** :

Robert H. Saunders, Sr.
1181 Paddock Road – DCC
Smyrna, Delaware 19977


April 27, 2006


Carl Danberg, Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

RE:  Medical Issues – MRSA Infection

Dear Mr. Danberg:

In spite of numerous unaddressed complaints to this office, I have been advised to once again contact you. I am requesting that a representative from your office visit me at DCC to observe the abscesses, boils and skin discoloration that have consumed over 70 percent of my body. Dr. John Durst examined my skin condition on April 25, 2006 and he was extremely concerned about the possible internal organ damage occurring as a result of the untreated skin infection.

In addition, numerous physicians (Veloso, Burns and Menniger) have written orders, dating back to December 2005, requesting that I be seen by a dermatologist and receive the treatment that is required to remedy this condition. To this date no arrangements have been made to accommodate these requests. My infection remains untreated. My condition continues to worsen.

Is it common practice of your office to allow the illegal murdering of inmates by denying them the medical attention they require? Why have you ignored my request for assistance? The abscesses, boils and skin discoloration are not figments of one's imagination. If you believe my complaint to be a fabrication and you are personally unable to observe my condition, please send one of your representatives to confirm my complaint for you.

Carl Danberg, Esq.
April 27, 2006
Papge 2 of 2

The medical department here at DCC is nothing short of incompetent. I and other inmates have been without blood pressure and other prescribed medications for weeks. The medical department alleges that there was some type of ordering problem. Why would there not be an adequate supply of medications kept in stock for individuals suffering from life threatening ailments. Medications that mean the difference between life and death should not be in short supply and most definitely should not be unavailable for weeks at a time.

Tell me exactly what it will take for your office to cease ignoring the inadequacies of the State's Correctional Medical Departments. Will negligent practices of the Corrections Medical Department, which results in my death and the shortened lives of other inmates, stimulate your office to make the necessary changes? Why would you and your office ignore my request for the medical attention that I so desperately need? Why have you turned a deaf ear my pleas for help? Please provide me with an explanation of your behavior, so that I may understand.

Sincerely,

Robert H. Saunders, #052590

cc:   Hon. Margaret Rose Henry
      Hon. Karen Peterson
      Hon. Hazel Plant
      Hon. Terry Spence
      Colm Connolly, U.S. Attorney
      Stephen Hampton, Esq.
      Joe A. Hurley, Esq.
      Nicole R. Saunders

I/M  Robert Saunders
SBI# 052590         UNIT  S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



The Honorable Leonard P. Stark
United States Magistrate
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street

Wilmington, DE

19801