IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a/ Robert Saunders, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-102-*** SLR/LPS |
| PAUL HOWARD, et al., | ) ) ) | |
| Defendants. | ) | |

FILED AUG 22 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## NOTICE OF MOTION

TO:   Kevin J. Connors, Esquire         Eileen Kelly, Esquire
      1220 N. Market St., 5th Fl.       Deputy Attorney General
      Wilmington, DE 19801              Department of Justice
                                        Carvel State Office Bldg.
                                        820 N. French St.
                                        Wilmington, DE 19801

PLEASE TAKE NOTICE that the attached Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction will be presented at the convenience of this Honorable Court, or as soon as parties may be heard.

SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Rd. - JTVCC
Smyrna, DE 19977

DATED: August 15, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMSIDIN ALI, a/k/a/ Robert Saunders, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civ. No. 05-102-*** |
| PAUL HOWARD, et al., | ) ) ) | |
| Defendants. | | |

### TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Upon the complaint, affidavits of plaintiff and other documents pending, it is;

**ORDERED** that defendants, Tom Carroll, and Correctional Medical Services show cause in room____of the United States Courthouse, 844 N. King Street, Wilm, DE 19801, on this _____day of_____, 20_____, at_____o'clock, why a preliminayr injunction should not be issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants their successors in office, agents and employees and all other person actiin in concert and participation with them,

  1. Have not had treatment for prurigo nodules and sponqiotic dermatitist over nine months. There has been spreading of aforemention , continued discoloration of skin over many parts of body. Dr. Adefolaju Oketokum - Correctional Medical Services refuse to even view the areas of infections. On one occassion commence to remove pants to show scabs/sores on legs and buttocks, stated don't remove pants.

2. Constantly out of the nine blood pressure related medications, inspite informing nursing staff five days due to expire.

3. The intentional mistreatment and failure treat skin problems, has seriously aggravated conditions.

4. Dr. Thomas Burke, Dermatologist, state lack continued treatment, the condition would become worst, and possibly cause internal problems.

5. There were outside consultation requested on several occassions by Dr. fredrick Vanduse prior submitting resignation. The lack of treatment has been made know to Commissioner Danberg, Warden Phelps and Deputy Warden Pierce, each of the aforemention have continued to ignore same.

6. By their acts and omissions, the Defendants acted outrageously and caused Plaintiff to suffer severe physical pain and emotional stress.

**IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application be served on the aforesaid plaintiff_____.

_____
UNITED STATES DISTRICK JUDGE
DATED:_____

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
June 7, 2008



Commissioner Carl Danberg
Department of Corrections
245 McKee Road
Dover, DE 19904

RE: **MEDICAL ISSUES**

Dear Commissioner Danberg:

On three occassion have attempted to resolve via grievances. The most recent "Grievance #157450, dated 04/29/08. Dr. Thomas Burke, Dermatologist, treated for prurigo nodules and spongiotic dermatitist. Dr. Bruke, prescribed "Ammonium Lactate Cream, 12% to be used for one year. Have received aforemention twice, it was reordered by Dr. F. VanDusen in April 2008, yet to receive , and ordered by Dr. Oketokum the later part of May 2008, still have not received same. The lack of medication result in the spreading of prurigo nodules, and massive discoloration of skin.

Prior commencing addiitonal litigation, deemed it proepr attempt resolve in another manner. The lack receiving medication and mediciation refills result fof incompetence and feeling lack of accountability by certain medical staff. It has been substantiated many "Correctional Medical Services" employees at this facility, assigned medical duties not qualified ro have required formal training. The majority trained as nurse assistances, ahndling task designated for either license practial or registered nurses.

A lot are immigrants, which rasise question of formal training an certification in specific areas. There is contant problem with inmate receiving medication refills in timely manner. Dr. Oketokum, increased blood pressure medication in May 2008, yet still to receive same. Even tho their contractual services for medical services for inmates, the aforemention still rest with department of corrections.

Sincerely,

Robert Saunders, 052590

RS:rs
xc:  Joshua W. Martin, III, Esq.
     Cathleen S. Trainor, Esq. - U.S. Department of Justice
     Kevin J. Connors, Esq.
     Eileen Kelly, Esq.
     Ronnie Moore, Medical Administrator - CMS (DCC)

# Certificate of Service

I, <u>Shamsidin Ali a/k/a Robert Saunders</u> hereby certify that I have served a true and correct cop(ies) of the attached <u>Motion for Temporary Restraining Order</u> _____ Upon the following parties/persons:

To: <u>Kevin J. Connors, Esquire</u>
<u>1220 N. Market Street, 5th Floor</u>
<u>Wilmington, DE 19801</u>

To: <u>~~Eileen Kelly, Esquire~~</u>
<u>Deputy Attorney General</u>
<u>Department of Justice</u>
<u>Carvel State Office Builing</u>
<u>820 N. French Street</u>
<u>Wilmington, DE 19801</u>

To: _____

To: _____

**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this <u>15th</u> day of <u>August</u>, 20<u>08</u>

_[signature]_
SHAMSIDIN ALI, 052590
a/k/a Robert Saunders

I/M Robert Saunders
SBI# 052590   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801

1980183519 C012