IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAMSIDIN ALI, a/k/a/ Robert Saunders, )
)
)
Plaintiff, )
) CA 05-102 SLR/LPS
v. ) Civ. No. 102-SLR
)
PAUL HOWARD, et al., )
)
Defendants. )

## NOTICE OF MOTION

TO:    Kevin J. Connors, Esquire    Eileen Kelly, Esquire
1220 N. Market St., 5th Fl.    Deputy Attorney General
Wilmington, DE 19801    Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that accached addendum to be considered with pending Motion for Temporary Restrainging Order and Order to Show Casuse for Preliminary Injunction.

DATED: September 13, 2008

SHAMSIDIN ALI, 052590
a/k/a/ Robert Saunders
1181 Paddock Rd. - JTVCC
Smyrna, DE 19977



FILED
SEP 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMSIDIN ALI, a/k/a/ Robert Saunders, | ) ) ) |
| Plaintiff, | ) ) CA 05-102 |
| v. | ) Civ. No. 102-SLR ) |
| PAUL HOWARD, et al., | ) ) |
| Defendants. | ) |

### ADDENDUM TO MOTION FOR TEMPORARY RESTRAINING AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Civil Procedure, plaintiff motions Court to consider addendum with pending Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction.

The reasons for addendum consideration are listed below:

1. The attached grievance #149867 orginallyfiled January 12, 2008, addressing needed treatment ordered by Dr. Thomas Burke, Deramotologist. See; Exhibit A.

2. On August 22, 2008, determined by Richard Kearney, Adult Bureau Chief, plaintiff should have prescribed treatment. The medical staff (Dr. Adefolaju Oketakum) refuse treat scabs/sores and stated not receiving additional outside treatment from specialist.

3. With Delaware Center for Justice terminating contractual outside review of inmate grievances in 2006. Inmates lack outside grievance review process. Inspite of Richard Kearney, Adult Bureau Chief concurenting with various levels of grievance, that plaintiff need seen by dermatologist. Correctional Medical Service refuse to provide same. See: Exhibit B.

```
                                        _____
                                        SHAMSIDIN ALI, 052590
                                        1181 Paddock Road
                                        Smyrna, DE  19977
```

DATED:  September 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, copy of the aforemention provided each of the following:  Kevin J. connors, Esquire, 1220 N. Market St., 5th Floor, Wilmington, DE  19801, and Eileen Kelly, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

By U.S. Mail this 13th day of September 2008, with sufficient postage affixed thereto.

```
                                        _____
                                        SHAMSIDIN ALI, 052590
```

Exhibit "A"

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

August 22, 2008

S   F-10

Inmate SAUNDERS ROBERT H
SBI # 00052590
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear ROBERT SAUNDERS:

We have reviewed your Grievance Case # 149867 dated 01/12/2008.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 08/25/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : JTVCC |
| **Grievance #** : 149867 | **Grievance Date** : 01/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Resol. Date** : 08/25/2008 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/10/2008 | **Incident Time:** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg S1, Tier F, Cell 10, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: After being scheduled four times be seen by doctor. On the above date seen by Dr. Larrandy. Conveyed had problems with blood pressure, skin problems has resurfaced and severe headaches. Dr. Larrandy, done absolutely nothing, stated there wasn't any record being treated by either neurologist or dermatologist. He failed to renew blood pressure medication. Attached hereto, copies of confirmation of various treatments received.

**Remedy Requested** : Medical problems expressed to Dr. Larrandy immediately addressed, by someone other then Dr. Larrandy. Provide Dr. Larrandy's complete name, and restore all missing medical records to my medical folder.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES    **Date Received by Medical Unit :** 01/31/2008  
**Investigation Sent :** 01/31/2008    **Investigation Sent To** : Lucas, Brenda  
**Grievance Amount :**

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/25/2008

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : JTVCC |
| **Grievance #** : 149867 | **Grievance Date** : 01/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/10/2008 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Lucas, Brenda                   **Date of Report** 01/31/2008

**Investigation Report :**

**Reason for Referring:**


**Investigator Name** : Dibble, Candy                   **Date of Report** 03/08/2008

**Investigation Report :** Move to Level 2.

**Reason for Referring:**


Offender's Signature: _____

Date                 : _____

Witness (Officer)    : _____

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/25/2008

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI# :** 00052590 | **Institution :** JTVCC |
| **Grievance # :** 149867 | **Grievance Date :** 01/12/2008 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 01/10/2008 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single IGC | |

**Medical Provider:**       Date Assigned

**Comments:**

[x] Forward to MGC          [ ] Forward to Medical Provider          [ ] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :

[ ] Offender Signature Captured    Date Offender Signed :

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/25/2008

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : JTVCC |
| **Grievance #** : 149867 | **Grievance Date** : 01/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/10/2008 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg S1, Tier F, Cell 10, Single | |

### APPEAL REQUEST

Appeal Due: May 25, 2008
Appeal received May 22, 2008

Inmate Claims: Still yet receive re-fill "Ammonium Lactate cream, 12% which out or close two months. Dr. Thomas Bunk, Dermatology prescribed aforementioned for one year. Lack of medication has resulted in rehandaling and resurfacing prurilo nodules Dr. Burkes originally provided treatment. There has been constant problem with inmate medication refills.

### REMEDY REQUEST

Seen by Dr. Burke too retreat prurilo nodulas; Immediately provided Ammonium Lactate cream 127. And system implemented where prescriptions refilled prior medication running out.

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 08/25/2008

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : JTVCC |
| **Grievance #** : 149867 | **Grievance Date** : 01/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/10/2008 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg S1, Tier F, Cell 10, Single | |

### REFERRED TO

**Due Date :**         **Referred to:**         **Name:**

**Type of Information Requested :**

### DECISION

**Date Received :** 05/30/2008  
**Decision Date :** 08/22/2008    **Vote :** Uphold  
**Comments :**  
Nothing in chart to indicate IM has received the cream. Not signed as KOP on MAR. IM seen in ccc on 7-21-08.

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/25/2008

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAUNDERS, ROBERT H | **SBI# :** 00052590 | **Institution :** JTVCC |
| **Grievance # :** 149867 | **Grievance Date :** 01/12/2008 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 01/10/2008 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | |

### DECISION

**Decision Date:** 08/22/2008     **Vote :** Uphold

**Comments :**

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 08/25/2008

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SAUNDERS, ROBERT H | **SBI#** : 00052590 | **Institution** : JTVCC |
| **Grievance #** : 149867 | **Grievance Date** : 01/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/10/2008 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg S1, Tier F, Cell 10, Single | |

### MGC

**Date Received :** 04/21/2008     **Date of Recommendation:** 05/21/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Sugar, Lisa | Uphold |
| Staff | | Dunn, Lee Anne | Uphold |
| Staff | | Holmes-Vance, Willa Jean | Uphold |
| Staff | | Gross, Molly | Abstain |

### VOTE COUNT

**Uphold :** 3     **Deny :** 0     **Abstain :** 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Grievance Hearing Date: May 21, 2008  
Grievance Appeal Due: May 25, 2008  
MGC Decision: Uphold  
Grievance Status: Unresolved  

Ammonia 12% cream (non form and get script from Dermatologist) on his B/P med-KOP-memo for I/M's out of KOP's C/O have ability to come to window.

Exhibit "B"



**CENTER FOR JUSTICE INCORPORATED**

100 West 10th Street, Suite 303
Wilmington, DE 19801

PHONE: 302-658-7174
Fax: 302-658-7170
center@dejustice.org
www.dejustice.org

**Board of Directors**
Judith Mellen
*President*
Marlene Lichtenstadter
*Vice President*
Maisha L. Miller
*Treasurer*

Mona B. Bayard
Clarence Bennett
Thomas J. D'Alessandro, III
Mary Anne Gallagher
Jeanne M. Hanson
Stephen C. Henderson
Tyrone Jones
Janet P. Kramer
James Lafferty, Jr.
Robert L. Maxwell
Lieterna P. Mitchell
Clarence F. Petitt
Olga Ramirez
Eric W. Rise
Frank A. Scarpitti
Carl Schnee
Renna Van Oot

June 1, 2006

Paul Howard, Bureau Chief of Prisons
245 McKee Road
Dover, DE 19904

Dear Paul:

As previously discussed, the contractual service agreement entered June 17, 2005 between the Delaware Department of Correction and Delaware Center for Justice will end on June 30, 2006.

During the 2005 contract year, Webb Correctional Facility, Sussex Correctional Institution and Boot Camp, Howard R. Young Correctional Institution, the Delaware Correctional Center, and Baylor Women's Correctional Institution all received accreditation. Per the contractual service agreement, these accreditations were to remain valid for two years providing field audits and continued monitoring warranted continued certification.

In light of the recent decision to end this agreement, the Delaware Center for Justice can no longer insure that the accreditations received in 2005 are warranted past the June 30, 2006 agreement ending date as our agency will no longer provide grievance monitoring services.

I am copying the wardens of the above-mentioned facilities so that they understand that the Delaware Center for Justice accreditation is no longer valid after June 30, 2006.

Please keep us informed of future plans for monitoring the Department of Correction grievance procedure.

Sincerely,

Janet A. Leban
Executive Director

Cc: Warden Tom Carroll, Warden Patrick Ryan,
Warden Larry McGuigan, Warden Richard Kearney,
Warden Raphael Williams

**RECEIVED**
JUN 06 2006
Chief, Bureau of Prisons

A UNITED WAY MEMBER AGENCY

Founded in 1920 as The Prisoners' Aid Society



Shamsidin Ali, 052590
a/k/a/ Robert Saunders
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801